AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| In re: Social Media Adolescent Addiction/Personal Injury ) <br> *Plaintiff* ) <br> v. ) <br> ) <br> *Defendant* ) | Case No.  4:22-md-03047-YGR |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MANDY WESTWOOD                                .

Date:  09/26/2023

/s/ Gabriel Panek
*Attorney's signature*

Gabriel Panek (NY Bar No. 5605472)
*Printed name and bar number*

Lieff Cabraser Heimann & Bernstein LLP
250 Hudson Street, 8th Floor
New York, NY 10013
*Address*

gpanek@lchb.com
*E-mail address*

(212) 355-9500
*Telephone number*

(212) 355-9592
*FAX number*