AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCHIAL MEDIA ADOLESCENT ADDICTION LITIGATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-md-03047-YGR |
| ALPHABET, INC., GOOGLE LLC AND YOUTUBE, LLC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet, Inc., Google LLC and YouTube, LLC    .

Date:    10/13/2023                                            /s/ J. Gordon Cooney, Jr.
                                                                *Attorney's signature*

                                                       J. Gordon Cooney, Jr.
                                                       *Printed name and bar number*

                                                       Morgan, Lewis & Bockius LLP
                                                       1701 Market St.
                                                       Philadelphia, PA 19103-2921
                                                              *Address*

                                                       gordon.cooney@morganlewis.com
                                                            *E-mail address*

                                                            (215) 963-4806
                                                         *Telephone number*

                                                            (215) 963-5001
                                                            *FAX number*