| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Anthony Bruster | 2a. CONTACT PHONE NUMBER: (817) 601-9564 | 3. CONTACT EMAIL ADDRESS: akbruster@brusterpllc.com |
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3. ATTORNEY EMAIL ADDRESS |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE): Bruster PLLC, 680 N. Carroll Ave., Suite 110, Southlake, TX 76092 | 5. CASE NAME: In re: Social Media Adolescent Addiction | 6. CASE NUMBER: 4:22-md-3047 |
| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR: Pam Batalo-Hebel | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL ☐ CRIMINAL ☐ In forma pauperis ☐ NON-APPEAL ☒ CIVIL  CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/16/2023 | YGR | DISC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

11. SIGNATURE: /s/ Anthony Bruster

12. DATE: 11/28/2023