*[Submitting Counsel on Signature Page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION / PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No.:   4:22-md-03047-YGR |
| | MDL No. 3047 |
| This Document Relates To: | **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE (ECF NO. 303)** |
| All Actions | |

NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF
FROM NONDISPOSITIVE PRETRIAL ORDER OF
MAGISTRATE JUDGE

CASE No.:   4:22-MD-03047-YGR

1    Pursuant to Local Rule 7-7(e) and in accordance with the instructions of the Honorable

2  Peter H. Kang at the December 14, 2023 Discovery Conference (ECF No. 484), Plaintiffs hereby

3  withdraw without prejudice their Motion for Relief from Nondispositive Pretrial Order of

4  Magistrate Judge Regarding Expert Disclosure (ECF No. 303) and all related briefing.

5

6  Dated: December 18, 2023                    Respectfully submitted,

7
                                              */s/ Lexi J. Hazam*
8                                              LEXI J. HAZAM
                                              **LIEFF CABRASER HEIMANN &**
9                                              **BERNSTEIN, LLP**
                                              275 Battery Street, 29th Floor
10                                             San Francisco, CA 94111-3339
                                              Telephone: 415-956-1000
11                                             lhazam@lchb.com

12
                                              */s/ Christopher A. Seeger*
13                                             CHRISTOPHER A. SEEGER
                                              **SEEGER WEISS, LLP**
14                                             55 Challenger Road, 6th Floor
                                              Ridgefield Park, NJ 07660
15                                             Telephone: 973-639-9100
                                              Facsimile: 973-679-8656
16                                             cseeger@seegerweiss.com

17
                                              */s/ Previn Warren*
18                                             PREVIN WARREN
                                              **MOTLEY RICE LLC**
19                                             401 9th Street NW Suite 630
                                              Washington DC 20004
20                                             T: 202-386-9610
                                              pwarren@motleyrice.com
21

22                                             ***Plaintiffs' Co-Lead Counsel***

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ATTESTATION

I hereby attest pursuant to N.D. Cal. Civil L.R. 5–1 that the concurrence to filing of this document has been obtained from each signatory hereto.

DATED:        December 18, 2023            By: _/s/ Lexi J. Hazam_
                                                           Lexi J. Hazam