[*Submitting Counsel on Signature Page*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING DEADLINES IN CONNECTION WITH (1) INDIVIDUAL PLAINTIFFS' SECOND AMENDED MASTER COMPLAINT (DKT. 494) AND (2) LOCAL GOVERNMENT AND SCHOOL DISTRICT PLAINTIFFS' MASTER COMPLAINT (DKT. 504)** |

**STIPULATION**

The Individual, Local Government, and School District Plaintiffs and Defendants submit this Joint Stipulation and Proposed Order modifying Defendants' deadlines to move to seal redacted material in (1) the Individual Plaintiffs' Second Amended Master Complaint (Dkt. No. 494) and (2) the Local Government and School District Plaintiffs' Master Complaint (Dkt. No. 504).

WHEREAS, on December 15, 2023, the Individual Plaintiffs filed their Second Amended Master Complaint (Dkt. No. 494), which withdrew certain Counts and incorporated by reference selected paragraphs from complaints filed (1) by the Attorney General of New Mexico against the Meta Defendants and (2) by the Attorney General of Utah against the TikTok Defendants, portions of which were in turn filed under seal in their respective originating jurisdictions.

WHEREAS, on December 18, 2023, the Local Government and School District Plaintiffs filed their Master Complaint (Dkt. No. 504).

WHEREAS, Defendants agree with Plaintiffs' proposed provisional sealing of material in the two Master Complaints;

WHEREAS, under the Order Setting Sealing Procedures (Dkt. No. 341), the deadline for Defendants to file an omnibus sealing stipulation and/or motion addressing the redacted material in the complaints filed by the Attorney General of New Mexico against the Meta Defendants and by the Attorney General of Utah against the TikTok Defendants, attached as Exhibits B and C to the Individual Plaintiffs' Second Amended Master Complaint (Dkt. No. 494), is December 29, 2023; and the deadline for Defendants to file an omnibus sealing stipulation and/or motion addressing the redacted material in the Local Government and School District Plaintiffs' Master Complaint is January 2, 2023.

WHEREAS, the New Mexico complaint includes a cumulative 75 pages of redactions, and the Utah complaint includes a cumulative 15 pages of redactions.

WHEREASE, in light of the amount of provisionally sealed material and the intervening holidays—during which numerous Meta and TikTok personnel whose input is necessary to determining the need to keep particular content sealed are unavailable—Defendants requested, and the Individual, Local Government, and School District Plaintiffs granted, Defendants an extension of the above sealing deadlines to January 12, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO COURT APPROVAL, THAT: Defendants' deadline to file omnibus sealing stipulations and/or motions in connection with the Individual Plaintiffs' Second Amended Master Complaint (Dkt. No. 494) and the Local Government and School District Plaintiffs' Master Complaint (Dkt. No. 504) is extended to January 12, 2024.

DATED: December 20, 2023

Respectfully submitted,

/s/ Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

COVINGTON & BURLING LLP

By:  /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email:  pajones@cov.com
Email:  pschmidt@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP

By: /s/ *Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP

By: /s/ *Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

|   |   |
|---|---|
| 1 | |
| 2 | Lauren A. Bell (*pro hac vice forthcoming*) |
|   | MUNGER, TOLLES & OLSON LLP |
| 3 | 601 Massachusetts Ave., NW St., |
|   | Suite 500 E |
| 4 | Washington, D.C. 20001-5369 |
|   | Telephone: (202) 220-1100 |
| 5 | Facsimile: (202) 220-2300 |
|   | Email: lauren.bell@mto.com |
| 6 | |
| 7 | *Attorneys for Defendant Snap Inc.* |
| 8 | |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 9 | Professional Corporation |
| 10 | |
|   | By:   */s/ Brian M. Willen* |
| 11 | Brian M. Willen |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 12 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 13 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 14 | Email: bwillen@wsgr.com |
| 15 | |
|   | Lauren Gallo White |
| 16 | Samantha A. Machock |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 17 | One Market Plaza, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 18 | Telephone: (415) 947-2000 |
|   | Facsimile: (415) 947-2099 |
| 19 | Email: lwhite@wsgr.com |
| 20 | Email: smachock@wsgr.com |
| 21 | |
|   | Christopher Chiou |
| 22 | WILSON SONSINI GOODRICH & ROSATI |
|   | 633 West Fifth Street |
| 23 | Los Angeles, CA 90071-2048 |
|   | Telephone: (323) 210-2900 |
| 24 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |
| 25 | |
| 26 | *Attorneys for Defendants YouTube, LLC,* |
|   | *Google LLC, and Alphabet Inc.* |
| 27 | |
| 28 | WILLIAMS & CONNOLLY LLP |

By: */s/ Ashley W. Hardin*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                   Hon. Yvonne Gonzalez Rogers
                                                  United States District Judge

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  December 20, 2023         By:   */s/ Ashley M. Simonsen*
                                          Ashley M. Simonsen