[*Submitting Counsel on Signature Page*]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING DEADLINES IN CONNECTION WITH INDIVIDUAL PLAINTIFFS' SECOND AMENDED MASTER COMPLAINT (DKT. 494)** |

**STIPULATION**

The Individual Plaintiffs and Meta Defendants[1] submit this Joint Stipulation and Proposed Order modifying the Meta Defendants' deadline to move to seal redacted material in the Individual Plaintiffs' Second Amended Master Complaint ("SAMC") (Dkt. No. 494) and stipulate as follows:

WHEREAS, on December 15, 2023, the Individual Plaintiffs filed their SAMC, which withdrew certain Counts and incorporated by reference selected paragraphs from complaints filed (1) by the Attorney General of New Mexico against the Meta Defendants and (2) by the Attorney General of Utah against the TikTok Defendants, portions of which were in turn filed under seal in their respective originating jurisdictions;

WHEREAS, the complaint filed by the Attorney General of New Mexico includes provisional redactions pursuant to this Court's Order Setting Sealing Procedures (Dkt. 341);

WHEREAS, under the Order Setting Sealing Procedures, the original deadline for Defendants to file an omnibus sealing stipulation and/or motion addressing the redacted material in the complaints filed by the Attorney General of New Mexico against the Meta Defendants was December 29, 2023 and, pursuant to the Parties' stipulation, the Court extended that deadline to January 12, 2024 (Dkt. 515);

WHEREAS, the New Mexico complaint includes a cumulative 75 pages of redactions;

WHEREAS, in light of the amount of provisionally sealed material the Meta Defendants requested, and the Individual Plaintiffs granted, the Meta Defendants an extension of the above sealing deadlines to January 17, 2024 at 5:00 PM, and the Parties agreed to extend the deadline to oppose any motion to seal to January 19, 2024 at 8:00 PM and the deadline to reply to any opposition to January 23, 2024;

WHEREAS, the Meta Defendants agree that they will provide the Individual Plaintiffs with their initial proposals on what to seal on January 12, 2024, and the Parties will meet and confer on January 15, 2024;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT: the Meta Defendants' deadline to file omnibus sealing stipulations

---

[1] As used here, "Meta Defendants" refers to Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

and/or motions in connection with the Individual Plaintiffs' Second Amended Master Complaint (Dkt. No. 494) is extended to January 17, 2024 at 5:00 PM, the deadline for any opposition thereto is extended to January 19, 2024 at 8:00 PM, and the deadline for any reply thereto is extended to January 23, 2024.

DATED: January 11, 2024                    Respectfully submitted,

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

CHRISTOPHER A. SEEGER
CHRISTOPHER L. AYERS
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
T: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

COVINGTON & BURLING LLP

By:    */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                Hon. Yvonne Gonzalez Rogers
                                                United States District Judge

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: January 11, 2024         By:   */s/ Ashley M. Simonsen*
                                      Ashley M. Simonsen