Geoffrey M. Drake, *pro hac vice*
David Mattern, *pro hac vice*
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email:  gdrake@kslaw.com
        dmattern@kslaw.com

*Attorneys for the TikTok Defendants*

*Additional parties and counsel listed on
signature pages*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR |
| THIS DOCUMENT RELATES TO: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING DEADLINES IN CONNECTION WITH INDIVIDUAL PLAINTIFFS' SECOND AMENDED MASTER COMPLAINT (DKT. 494) AND LOCAL GOVERNMENT AND SCHOOL DISTRICT MASTER COMPLAINT (DKT. 504)** |

**STIPULATION**

The Individual Plaintiffs and Defendants TikTok Inc., ByteDance Inc., TikTok Ptd. Ltd., and ByteDance Ltd. (the "TikTok Defendants") submit this Joint Stipulation and Proposed Order modifying the TikTok Defendants' deadline to move to seal redacted material in the Individual Plaintiffs' Second Amended Master Complaint ("SAMC") (Dkt. 494) and Local Government and School District Plaintiffs' Master Complaint ("School District Master Complaint") (Dkt. 504) and stipulate as follows:

WHEREAS, on December 15, 2023, the Individual Plaintiffs filed their SAMC, which withdrew certain Counts and incorporated by reference selected paragraphs from complaints filed (1) by the Attorney General of New Mexico against the Meta Defendants and (2) by the Attorney General of Utah against the TikTok Defendants, portions of which were in turn filed under seal in their respective originating jurisdictions;

WHEREAS, the complaint filed by the Attorney General of Utah includes provisional redactions pursuant to this Court's Order Setting Sealing Procedures (Dkt. 341);

WHEREAS, on December 18, 2023, the Local Government and School District Plaintiffs filed their Master Complaint.

WHEREAS, the School District Master Complaint includes provisional redactions pursuant to this Court's Order Setting Sealing Procedures (Dkt. 341), including allegations attributed to the complaint filed by the Attorney General of Utah against the TikTok Defendants.

WHEREAS, under the Order Setting Sealing Procedures, the original deadline for Defendants to file omnibus sealing stipulations and/or motions addressing the redacted material in the complaints filed by the Attorney General of Utah against the TikTok Defendants was December 29, 2023 and, pursuant to the Parties' stipulation, the Court extended that deadline to January 12, 2024 (Dkt. 515);

WHEREAS, the deadline for Defendants to file an omnibus sealing stipulation and/or motion addressing the redacted material in the School District Master Complaint was January 2, 2023 and, pursuant to the Parties' stipulation, the Court extended that deadline to January 12, 2024 (Dkt. 515);

WHEREAS, the Utah complaint includes a cumulative 15 pages of redactions and the School District Master Complaint includes a cumulative 10 pages of redactions as to the TikTok Defendants;

WHEREAS, in light of the amount of provisionally sealed material, the TikTok Defendants requested, and the Individual Plaintiffs granted, the TikTok Defendants an extension of the above sealing deadlines to January 17, 2024 at 5:00 PM, and the Parties agreed to extend the deadline to oppose any motion to seal to January 19, 2024 at 8:00 PM and the deadline to reply to any opposition to January 23, 2024;

WHEREAS, the TikTok Defendants agree that they will provide the Individual Plaintiffs and Local Government/School District Plaintiffs with their initial proposals on what to seal on January 16, 2024, and the Parties will meet and confer on January 17, 2024;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO THE COURT'S APPROVAL, THAT: the TikTok Defendants' deadline to file omnibus sealing stipulations and/or motions in connection with the Individual Plaintiffs' Second Amended Master Complaint (Dkt. 494) and Local Government and School District Plaintiffs' Master Complaint (Dkt. 504) is extended to January 17, 2024 at 5:00 PM, the deadline for any opposition thereto is extended to January 19, 2024 at 8:00 PM, and the deadline for any reply thereto is extended to January 23, 2024.

**IT IS SO STIPULATED**.

DATED:  January 12, 2024                         Respectfully submitted,


By: */s/ Lexi J. Hazam*
Lexi J. Hazam
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29TH Floor
San Francisco, CA 94111
Telephone: 415-956-1000
lhazam@lchb.com

Christopher A. Seeger
Christopher L. Ayers
SEEGER WEISS, LLP
55 Challenger Road, 6TH Floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com
cayers@seegerweiss.com

Previn Warren
MOTLEY RICE LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*


By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
 gdrake@kslaw.com
David Mattern, *pro hac vice*
 dmattern@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

*Attorneys for the TikTok Defendants*


By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
 andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
 amy.fiterman@faegredrinker.com
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

*Attorneys for the TikTok Defendants*

STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING DEADLINES
CASE NO. 4:22-MD-03047-YGR

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____          _____

                                        Hon. Yvonne Gonzalez Rogers
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING DEADLINES
CASE NO. 4:22-MD-03047-YGR

## **ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 12, 2024                              By:   */s/ Geoffrey M. Drake*
                                                                    Geoffrey M. Drake

STIPULATION AND [PROPOSED] ORDER MODIFYING SEALING DEADLINES
CASE NO. 4:22-MD-03047-YGR