JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
ANNE MARIE MURPHY (SBN 202540)
amurphy@cpmlegal.com
BRIAN DANITZ (SBN 247403)
bdanitz@cpmlegal.com
ANDREW F. KIRTLEY (SBN 328023)
akirtley@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION**<br><br>THIS DOCUMENT RELATED TO:<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>MDL No. 3047<br><br>**NOTICE OF WITHDRAWAL OF GALEN K. CHENEY AS COUNSEL FOR PLAINTIFF** |

⬥
LAW OFFICES
COTCHETT, PITRE &
McCARTHY, LLP

**NOTICE OF WITHDRAWAL OF GALEN K. CHENEY AS COUNSEL FOR PLAINTIFF:**
**Case No. 4:22-MD-03047-YGR**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Galen K. Cheney is no longer an attorney at the law firm of Cotchett, Pitre & McCarthy, LLP and therefore hereby withdraws as counsel for Plaintiffs San Mateo County Board of Education and Nancy Magee and should be removed from the Court's service list with respect to this action. Attorneys at the law firm of Cotchett, Pitre & McCarthy, LLP continue to represent Plaintiff as reflected on the service list and should continue to receive filings in this action accordingly.

Dated: January 25, 2024                    **COTCHETT, PITRE & McCARTHY, LLP**

By:   _____
        ANNE MARIE MURPHY

        *Attorneys for Plaintiff*

LAW OFFICES
COTCHETT, PITRE &
MCCARTHY, LLP

**NOTICE OF WITHDRAWAL OF GALEN K. CHENEY AS COUNSEL FOR PLAINTIFF: Case No. 4:22-MD-03047-YGR**

1