Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Christopher A. Seeger (*pro hac vice*)
cseeger@seegerweiss.com
SEEGER WEISS, LLP
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 679-8656

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR JANUARY 26, 2024, FEBRUARY 23, 2024, AND MARCH 22, 2024, CASE MANAGEMENT CONFERENCES** |

Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, the Court has scheduled upcoming case management conferences to take place on the following dates in the Northern District of California, Oakland Division, Courtroom 1, Fourth Floor:

- January 26, 2024;
- February 23, 2024;
- March 22, 2024.

WHEREAS, the Court previously advised that it will allow video access to proceedings before Judge Yvonne Gonzalez Rogers for the general public if the parties submit a joint request for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which would limit remote access to in-court proceedings to audio only;

WHEREAS, significant resources will be saved if some out-of-town counsel are able to view the upcoming January 26, 2024, February 23, 2024, and March 22, 2024 case management conferences remotely, rather than traveling to appear in person;

WHEREAS, the Parties prefer to observe the upcoming case management conferences remotely by video if given the option; and

WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the following:

1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the January 26, 2024, February 23, 2024, and March 22, 2024, case management conferences, public video access will be permitted for the proceeding using the webinar link found on the Court's webpage; and

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to all individual and public entity plaintiffs in this Multidistrict Litigation.

2. If the Ninth Circuit does rescind its pandemic-era policy prior to the January 26, 2024, February 23, 2024, and March 22, 2024, case management conferences, there will be audio remote access only for the hearing.

Dated: January 25, 2024
        */s/ Jennie Lee Anderson*
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: + 1 (415) 956-1000
Email: lhazam@lchb.com

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: + 1 (973) 639-9100
Facsimile: + 1 (973) 679-8656
Email: cseeger@seegerweiss.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: + 1 (202) 386-9610
Email: pwarren@motleyrice.com

*Co-Lead Counsel for Plaintiffs*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 COMMERCE STREET
MONTGOMERY, AL 36103
Telephone: + 1 (334) 269-2343
Email: joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. GARDEN STREET, 9TH FLOOR
PENSACOLA, FL 32502
Telephone: + 1 (850) 316-9100
Email: ejeffcott@forthepeople.com

RON AUSTIN
**RON AUSTIN LAW**
400 Manhattan Blvd.
Harvey LA, 70058
Telephone: + 1 (504) 227–8100
Email: raustin@ronaustinlaw.com

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: + 1 (206) 741-4862
Email: matt@socialmediavictims.org
Email: glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: + 1 (212) 558-5500
Facsimile: + 1 (212) 344-5461
Email: jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: + 1 (210) 448-0500
Email: PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: + 1 (816) 701 1100
Email: tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: + 1 (917) 882-5522
Email: jconroy@simmonsfirm.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: + 1 (646) 666-8908
Email: carrie@cagoldberglaw.com

KIRK GOZA
**GOZA & HONNOLD, LLC**

|   |   |
|---|---|
| 1 | 9500 Nall Avenue, Suite 400 |
|   | Overland Park, KS 66207 |
| 2 | Telephone: + 1 (913) 451-3433 |
|   | Email: kgoza@gohonlaw.com |
| 3 |   |
|   | SIN-TINY MARY LIU |
| 4 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 5 | 17 EAST MAIN STREET, SUITE 200 |
|   | PENSACOLA, FL 32502 |
| 6 | Telephone: + 1 (510) 698-9566 |
|   | Email: mliu@awkolaw.com |
| 7 |   |
|   | ANDRE MURA |
| 8 | **GIBBS LAW GROUP, LLP** |
|   | 1111 BROADWAY, SUITE 2100 |
| 9 | OAKLAND, CA 94607 |
|   | Telephone: + 1 (510) 350-9717 |
| 10 | Email: amm@classlawgroup.com |

<pre>
                                  9500 Nall Avenue, Suite 400
                                  Overland Park, KS 66207
                                  Telephone: + 1 (913) 451-3433
                                  Email: kgoza@gohonlaw.com

                                  SIN-TINY MARY LIU
                                  AYLSTOCK WITKIN KREIS &
                                  OVERHOLTZ, PLLC
                                  17 EAST MAIN STREET, SUITE 200
                                  PENSACOLA, FL 32502
                                  Telephone: + 1 (510) 698-9566
                                  Email: mliu@awkolaw.com

                                  ANDRE MURA
                                  GIBBS LAW GROUP, LLP
                                  1111 BROADWAY, SUITE 2100
                                  OAKLAND, CA 94607
                                  Telephone: + 1 (510) 350-9717
                                  Email: amm@classlawgroup.com

                                  EMMIE PAULOS
                                  LEVIN PAPANTONIO RAFFERTY
                                  316 SOUTH BAYLEN STREET, SUITE 600
                                  PENSACOLA, FL 32502
                                  Telephone: + 1 (850) 435-7107
                                  Email: epaulos@levinlaw.com

                                  ROLAND TELLIS
                                  DAVID FERNANDES
                                  BARON & BUDD, P.C.
                                  15910 Ventura Boulevard, Suite 1600
                                  Encino, CA 91436
                                  Telephone: + 1 (818) 839-2333
                                  Facsimile: + 1 (818) 986-9698
                                  Email: rtellis@baronbudd.com
                                  Email: dfernandes@baronbudd.com

                                  ALEXANDRA WALSH
                                  WALSH LAW
                                  1050 Connecticut Ave, NW, Suite 500
                                  Washington D.C. 20036
                                  Telephone: + 1 (202) 780-3014
                                  Email: awalsh@alexwalshlaw.com

                                  MICHAEL M. WEINKOWITZ
                                  LEVIN SEDRAN & BERMAN, LLP
                                  510 WALNUT STREET
                                  SUITE 500
                                  PHILADELPHIA, PA 19106
                                  Telephone: + 1 (215) 592-1500
                                  Email: mweinkowitz@lfsbalw.com

                                  DIANDRA "FU" DEBROSSE ZIMMERMANN
                                  DICELLO LEVITT
</pre>

505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: + 1 (205) 855-5700
Email: fu@dicellolevitt.com

ROBERT H. KLONOFF
**ROBERT KLONOFF, LLC**
2425 SW 76TH AVENUE
PORTLAND, OR 97225
Telephone: + 1 (503) 702-0218
Email: klonoff@usa.net

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: + 1 (212) 213-8311
Email: hnappi@hrsclaw.com

ANTHONY K. BRUSTER
**BRUSTER PLLC**
680 N. Carroll Ave., Suite 110
Southlake, TX 76092
Telephone: + 1 (817) 601-9564
Email: akbruster@brusterpllc.com

FRANCOIS M. BLAUDEAU, MD JD FACHE FCLM
**SOUTHERN INSTITUTE FOR MEDICAL AND LEGAL AFFAIRS**
2762 B M Montgomery Street, Suite 101
Homewood, Alabama 35209
Telephone: + 1 (205) 564-2741
Email: francois@southernmedlaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: + 1 (212) 372-3030
Email: jamesmarsh@marshlaw.com

*Attorneys for Plaintiffs*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Megan O'Neill (CA SBN 343535)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

|   |   |
|---|---|
| 1 | Phone: (415) 510-4400 |
| 2 | Fax: (415) 703-5480<br>Megan.ONeill@doj.ca.gov |
| 3 | *Attorney for the People of the State of California* |
| 4 | **DANIEL J. CAMERON**<br>Attorney General |
| 5 | Commonwealth of Kentucky |
| 6 | /s/ *J. Christian Lewis* |
| 7 | J. Christian Lewis (KY Bar No. 87109), *Pro hac vice* |
| 8 | Philip Heleringer (KY Bar No. 96748), *Pro hac vice* |
| 9 | Gregory B. Ladd (KY Bar No. 95886), *Pro hac vice* |
| 10 | Zachary Richards (KY Bar No. 99209), *Pro hac vice app. forthcoming* |
| 11 | Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice app. forthcoming* |
| 12 | Assistant Attorneys General<br>1024 Capital Center Drive<br>Suite 200 |
| 13 | Frankfort, KY 40601 |
| 14 | Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov |
| 15 | Greg.Ladd@ky.gov<br>Zach.Richards@ky.gov |
| 16 | Daniel.Keiser@ky.gov<br>Phone: (502) 696-5300 |
| 17 | Fax: (502) 564-2698 |
| 18 | *Attorneys for Plaintiff the Commonwealth of Kentucky* |
| 19 | **PHILIP J. WEISER** |
| 20 | Attorney General<br>State of Colorado |
| 21 | /s/ *Bianca E. Miyata*<br>Bianca E. Miyata, CO Reg. No. 42012, |
| 22 | *pro hac vice*<br>Senior Assistant Attorney General |
| 23 | Colorado Department of Law<br>Ralph L. Carr Judicial Center |
| 24 | Consumer Protection Section<br>1300 Broadway, 7th Floor |
| 25 | Denver, CO 80203<br>Phone: (720) 508-6651 |
| 26 | bianca.miyata@coag.gov |
| 27 | *Attorney for Plaintiff State of Colorado, ex rel. Philip Weiser, Attorney General* |
| 28 | **COVINGTON & BURLING LLP** |

|   |   |
|---|---|
| 1 | |
| 2 |       */s/Phyllis A. Jones*<br>Phyllis A. Jones, *pro hac vice* |
| 3 | Paul W. Schmidt, *pro hac vice*<br>COVINGTON & BURLING LLP |
| 4 | One CityCenter<br>850 Tenth Street, NW |
| 5 | Washington, DC 20001-4956<br>Telephone: + 1 (202) 662-6000 |
| 6 | Facsimile: + 1 (202) 662-6291<br>Email: pajones@cov.com |
| 7 | Email: pschmidt@cov.com |
| 8 | Emily Johnson Henn (State Bar. No. 269482)<br>COVINGTON & BURLING LLP |
| 9 | 3000 El Camino Real<br>5 Palo Alto Square, 10th Floor |
| 10 | Palo Alto, CA 94306<br>Telephone: + 1 (650) 632-4700 |
| 11 | Facsimile: +1 (650) 632-4800<br>Email: ehenn@cov.com |
| 12 | Ashley M. Simonsen (State Bar. No. 275203) |
| 13 | COVINGTON & BURLING LLP<br>1999 Avenue of the Stars |
| 14 | Los Angeles, CA 90067<br>Telephone: + 1 (424) 332-4800 |
| 15 | Facsimile: +1 (424) 332-4749<br>Email: asimonsen@cov.com |
| 16 | Isaac D. Chaput (State Bar. No. 326923) |
| 17 | COVINGTON & BURLING LLP<br>Salesforce Tower |
| 18 | 415 Mission Street, Suite 5400<br>San Francisco, CA 94105 |
| 19 | Telephone: + 1 (415) 591-6000<br>Facsimile: +1 (415) 591-6091 |
| 20 | Email: ichaput@cov.com |
| 21 | Gregory L. Halperin, *pro hac vice*<br>COVINGTON & BURLING LLP |
| 22 | 620 Eighth Avenue<br>New York, NY 10018 |
| 23 | Telephone: + 1 (212) 841-1000<br>Facsimile: +1 (212) 841-1010 |
| 24 | Email: ghalperin@cov.com |
| 25 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
| 26 | *Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;* |
| 27 | *Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg* |
| 28 | **KING & SPALDING LLP** |

|   |                                                                 |
|---|-----------------------------------------------------------------|
| 1 |      */s/ Geofrey M. Drake* |

       */s/ Geofrey M. Drake*
Geoffrey M. Drake
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100
Email: gdrake@kslaw.com

**FAEGRE DRINKER LLP**

      */s/ Andrea Roberts Pieron*
Andrea Roberts Pierson
Faegre Drinker LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

      */s/ Lauren Gallo White*
Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**WILLIAMS & CONNOLLY LLP**

|   |   |
|---|---|
| 1 | /s/ Joseph G. Petrosinelli |
| 2 | Joseph G. Petrosinelli, *pro hac vice* |
|   | jpetrosinelli@wc.com |
| 3 | Ashley W. Hardin, *pro hac vice* |
|   | ahardin@wc.com |
| 4 | 680 Maine Avenue, SW |
|   | Washington, DC 20024 |
| 5 | Tel.: 202-434-5000 |

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**MUNGER, TOLLES & OLSON LLP**

/s/ Jonathan H. Blavin
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**IT IS SO ORDERED.**

DATE: _____        _____
                                Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: January 25, 2024

    */s/ Jennie Lee Anderson*
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*