| | |
|---|---|
| 1 | CHRISTIAN J. PISTILLI, *pro hac vice* |
| 2 | cpistilli@cov.com<br>COVINGTON & BURLING LLP |
| 3 | One CityCenter |
| 4 | 850 Tenth Street, NW<br>Washington, DC 20001 |
| 5 | Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291 |
| 6 | |
| 7 | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook* |
| 8 | *Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC;* |
| 9 | *Siculus, Inc.; and Mark Elliot Zuckerberg* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | ) Case No. 4:22-md-03047-YGR<br>)<br>) Judge Yvonne Gonzalez Rogers<br>)<br>) **NOTICE OF APPEARANCE OF**<br>) **CHRISTIAN J. PISTILLI**<br>)<br>) |

# NOTICE OF APPEARANCE OF

# CHRISTIAN J. PISTILLI AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Christian J. Pistilli of the law firm Covington & Burling LLP, located at One CityCenter, 850 Tenth St., N.W., Washington, DC 20001-4956, telephone number (202) 662-6000, facsimile number (202) 662-6291, email address cpistilli@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Mr. Pistilli hereby requests to be added to the docket and the electronic service list in this matter.

DATED: February 6, 2024

COVINGTON & BURLING, LLP

By: /s/ Christian J. Pistilli
Christian J. Pistilli

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*