| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | **TRANSCRIPT ORDER** **Please use one form per court reporter.** *CJA counsel please use Form CJA24* Please read instructions on next page. | COURT USE ONLY **DUE DATE:** |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Mark Shuttlesworth | 2a. CONTACT PHONE NUMBER (424) 303-6651 | 3. CONTACT EMAIL ADDRESS mshuttlesworth@cov.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Ashley Simonsen | 2b. ATTORNEY PHONE NUMBER (424) 332-4782 | 3. ATTORNEY EMAIL ADDRESS asimonsen@cov.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Covington & Burling, LLP 1999 Avenue of the Stars, Suite 3500 Los Angeles, CA 90067 | 5. CASE NAME In re Social Media Adolescent Addiction | 6. CASE NUMBER 4:22-md-3047 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR Raynee Mercado | 8. THIS TRANSCRIPT ORDER IS FOR: ☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) ☐ NON-APPEAL  ☑ CIVIL   CJA: Do not use this form; use Form CJA24. | |

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)   b. SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)   c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/23/2024 | YGR | CMC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◑ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

| 10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC: |
|---|
| |

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). | 12. DATE |
|---|---|
| 11. SIGNATURE  /s/ Ashley Simonsen | 02/23/2024 |

| Clear Form | Save as new PDF |
|---|---|