JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089

ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
LAURA M. LOPEZ (State Bar No. 313450)
laura.lopez@mto.com
ARIEL TESHUVA (State Bar No. 324238)
ariel.teshuva@mto.com
FAYE PAUL TELLER (State Bar No.343506)
faye.teller@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

LAUREN BELL, (*pro hac vice*)
lauren.bell@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, D.C. 20001-5369
Telephone:     (202) 220-1100
Facsimile:     (202) 220-2300

Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>ALL ACTIONS | Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**NOTICE OF APPEARANCE OF FAYE PAUL TELLER FOR DEFENDANT SNAP INC.** |

Case No. 4:22-md-03047-YGR

NOTICE OF APPEARANCE OF FAYE PAUL TELLER FOR DEFENDANT SNAP INC.

1     **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS
2 OF RECORD**:

3     **PLEASE TAKE NOTICE** that Faye Paul Teller of the law firm of Munger, Tolles &
4 Olson, LLP hereby enters an appearance in this matter on behalf of Defendant SNAP INC.  Ms.
5 Teller hereby requests to be added to the docket and the electronic service list in this matter.

6     FAYE PAUL TELLER (SBN 343506)
    MUNGER, TOLLES & OLSON LLP
7     350 South Grand Avenue, 50th Floor
    Los Angeles, California 90071
8     Email: faye.teller@mto.com
9     Telephone:   (213) 683-9100
    Facsimile:    (213) 687-3702

10

11 DATED:  March 7, 2024          MUNGER, TOLLES & OLSON LLP

12

13          By:   */s/ Faye Paul Teller*
14                  Faye Paul Teller
                Attorney for Defendant SNAP INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28