AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION LITIGATION | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) Case No. 4:22-md-03047-YGR |
|  | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Alphabet Inc., Google LLC and YouTube, LLC                    .

Date:   03/14/2024

/s Matthew K. Donohue
*Attorney's signature*

Matthew K. Donohue (302144)
*Printed name and bar number*

Wilson Sonsini Goodrich & Rosati, P.C.
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
*Address*

mdonohue@wsgr.com
*E-mail address*

(323) 210-2900
*Telephone number*

(866) 974-7329
*FAX number*