AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:22-md-03047-YGR |
| ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of California                                                                                       .

Date:   03/14/2024                                         /s/ Nayha Arora
                                                    *Attorney's signature*

                                                    Nayha Arora (SBN 350467)
                                                    *Printed name and bar number*

                                                    California Department of Justice
                                                    455 Golden Gate Ave., 11th Floor
                                                    San Francisco, CA 94102
                                                    *Address*

                                                    nayha.arora@doj.ca.gov
                                                    *E-mail address*

                                                    (415) 510-3773
                                                    *Telephone number*

                                                    (415) 703-5480
                                                    *FAX number*