1 | JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
2 | SKYLAR B. GROVE (State Bar No. 310707)
skylar.grove@mto.com
3 | MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
4 | San Francisco, CA  94105-3089
Telephone:     (415) 512-4000
5 | Facsimile:     (415) 512-4077

6 | ROSE LEDA EHLER (State Bar No. 296523)
rose.ehler@mto.com
7 | VICTORIA A, DEGTYAREVA (State Bar No. 284199)
victoria.degtyareva@mto.com
8 | FAYE PAUL TELLER (State Bar No.343506)
faye.teller@mto.com
9 | LAURA M. LOPEZ (State Bar No. 313450)
laura.lopez@mto.com
10 | ROWLEY J. RICE (State Bar No. 313737)
rowley.rice@mto.com
11 | ARIEL TESHUVA (State Bar No. 324238)
ariel.teshuva@mto.com
12 | MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
13 | Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
14 | Facsimile:     (213) 687-3702

15 | LAUREN BELL, (*pro hac vice*)
lauren.bell@mto.com
16 | MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
17 | Washington, D.C.  20001-5369
Telephone:     (202) 220-1100
18 | Facsimile:     (202) 220-2300

19 | Attorneys for SNAP INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
|---|---|
| | Judge Yvonne Gonzalez Rogers |
| ALL ACTIONS | **NOTICE OF APPEARANCE OF SKYLAR B. GROVE FOR DEFENDANT SNAP INC.** |

Case No. 4:22-md-03047-YGR

NOTICE OF APPEARANCE OF SKYLAR B. GROVE FOR DEFENDANT SNAP INC.

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Skylar B. Grove of the law firm of Munger, Tolles & Olson, LLP hereby enters an appearance in this matter on behalf of Defendant SNAP INC. Ms. Grove hereby requests to be added to the docket and the electronic service list in this matter.

> SKYLAR B. GROVE (State Bar No. 310707)
> skylar.grove@mto.com
> MUNGER, TOLLES & OLSON LLP
> 560 Mission Street, 27th Floor
> San Francisco, CA  94105-3089
> Telephone:     (415) 512-4000
> Facsimile:      (415) 512-4077

DATED:  March 28, 2024              MUNGER, TOLLES & OLSON LLP

By:     */s/ SKYLAR B. GROVE*
           SKYLAR B. GROVE
       Attorney for Defendant SNAP INC.