Wallace K. Lightsey, *Pro Hac Vice*
James E. Cox, Jr., *Pro Hac Vice*
Meliah Bowers Jefferson, *Pro Hac Vice*
WYCHE, P.A.
200 East Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: (864) 242-8212
Facsimile:  (864) 295-3940
Email: wlightsey@wyche.com
Email: jcox@wyche.com
Email: mjefferson@wyche.com

*Attorneys for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | Case No.: 4:22-md-3047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT META PLATFORMS, INC.** |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2), with consent of its client, Wyche, P.A., and its attorneys, including the above-captioned attorneys, hereby withdraw as counsel for Defendant Meta Platforms Inc. in this Action.  All pleadings, orders, notices, and other papers should henceforth be served upon the following counsel for the aforementioned Defendant:

COVINGTON AND BURLING LLP
Ashley Margaret Simonsen
Email: asimonsen@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067
Tel: (424) 332-4800
Fax: (424) 332-4749

COVINGTON AND BURLING LLP
Emily Johnson Henn
Email: ehenn@cov.com
3000 El Camino Real
5 Palo Alto Square
Palo Alto, CA 94306
Tel: 650-632-4700

COVINGTON AND BURLING LLP
Paul William Schmidt
Email: pschmidt@cov.com
Phyllis Alene Jones
Email: pajones@cov.com
One City Center
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5868
Fax: (202) 778-5868

DATED:  April 2, 2024

By:  */s/ James E. Cox, Jr.*
Wallace K. Lightsey (D.S.C. Bar No. 1037)
James E. Cox, Jr. (D.S.C. Bar No. 13054)
Meliah Bowers Jefferson (D.S.C. Bar No. 10018)
200 East Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: (864) 242-8200
Facsimile:  (864) 235-8900
E-mail: wlightsey@wyche.com
        jcox@wyche.com
        mjefferson@wyche.com

**PROOF OF SERVICE**

I, James E. Cox Jr., declare as follows:

I am employed in the County of Greenville, State of South Carolina, I am over the age of eighteen years and am not a party to this action; my business address is 200 East Broad Street, Suite 400, Greenville, SC 2960, in said County and State. On March 25, 2024, I served the following document(s):

**NOTICE OF WITHDRAWAL OF COUNSEL**

*Please see service list, continued on the following page.*

☑    **BY USPS FIRST CLASS MAIL:** On this date, I caused to be served a true and correct copy of the above-listed document(s) to parties listed below in this matter by mailing a copy of the same by United States Mail with first class postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 2, 2024

/s/ James E. Cox Jr.
James E. Cox Jr.

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT META PLATFORMS, INC.

## SERVICE LIST

| | |
|---|---|
| Mt. Lebanon School District<br>7 Horsman Drive<br>Pittsburgh, PA 15228 | Palisades School District<br>4710 Durham Road<br>Kintnersville, PA 18930 |
| Adam Anaya<br>4457 Golden Eagle Loop NE<br>Rio Rancho, NM 87144 | Alan Pickert<br>Terrell Hogan Yegelwel, P.A.<br>233 East Bay Street, 8th Floor<br>Jacksonville, FL 32202 |
| Alberto Silva<br>RON AUSTIN LAW<br>400 Manhattan Blvd.<br>Harvey, LA 70058 | Andrew L. Campbell<br>Faegre Drinker Biddle & Reath LLP<br>300 N. Meridian Street<br>Suite 2500<br>Indianapolis, IN 46204 |
| Arthur Bryant<br>Bailey & Glasser, LLP<br>1999 Harrison Street<br>Suite 660<br>Oakland, CA 94612 | Office of the Attorney General<br>Austin Knudsen<br>215 N Sanders Street<br>Helena, MT 59601 |
| Benjamin Taylor<br>Taylor & Gomez Law<br>2600 N. 44th. Street, B-101<br>Phoenix, AZ 85008 | Christopher Chiou<br>Wilson Sonsini Goodrich & Rosati<br>633 West Fifth Street<br>Los Angeles, CA 90071-2048 |
| Dean Kawamoto<br>Keller Rohrback LLP - Seattle, WA<br>1201 3rd Ave., Ste. 3200<br>Seattle, WA 98101-3276 | Emily Jeffcott<br>Morgan & Morgan<br>220 W. Garden St.<br>9th Floor<br>Pensacola, FL 32502 |
| Gianna Blaudeau Mandich<br>Southern Med Law<br>2762 BM Montgomery Street<br>Suite 101<br>Birmingham, AL 35209 | James Frantz<br>Frantz Law Group, APLC<br>71 Stevenson Street<br>Suite 400<br>San Francisco, CA 94105 |

4

| | |
|---|---|
| Joshua Civin<br>Baltimore City Public Schools<br>200 E. North Avenue,<br>Suite 208<br>Baltimore, MD 21202 | Marc J. Mandich<br>Southern Med Law<br>2762 BM Mongomery St., Ste. 101<br>Birmingham, AL 35209 |
| Michael D Fitzgerald<br>1 Industrial Way W<br>Building B<br>Eatontown, NJ 07724 | Michael W. Kirk<br>Cooper & Kirk, PLLC<br>1523 New Hampshire Avenue, NW<br>Washington, DC 20036 |
| Peter J. Flowers<br>Foote Meyers Mielke & Flowers<br>3 North Second Street<br>Suite 300<br>St. Charles, IL 60174 | Seth Harding<br>Beasley Allen Crow Methvin Portis & Miles LLC<br>234 Commerce Street<br>Montgomery, AL 36103 |
| Tiffany L. Delery<br>Ron Austin Law<br>400 Manhattan Boulevard<br>Harvey, LA 70058 | Wayne Hogan<br>Terrel Hogan Yegelwel, PA.<br>233 East Bay Street, 8th Floor<br>Jacksonville, FL 32202 |

NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT META PLATFORMS, INC.