# Exhibit 2

                                                          **Pages 1 - 95**

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Peter H. Kang, Magistrate Judge

IN RE:   SOCIAL MEDIA              )
ADOLESCENT ADDICTION/PERSONAL      )
INJURY PRODUCTS LIABILITY          )
LITIGATION,                        )
                                   )   **NO. 22-MD-03047-YGR (PHK)**
                                   )
_____)

                                       San Francisco, California
                                       Thursday, February 22, 2024

<u>APPEARANCES</u>:

For Plaintiffs:
                    ANDRUS ANDERSON LLP
                    155 Montgomery Street - Suite 900
                    San Francisco, California  94104
               **BY: JENNIE LEE ANDERSON
                    ATTORNEY AT LAW**

                    SEEGER WEISS LLP
                    55 Challenger Road - 6th Floor
                    Ridgefield Park, New Jersey  07660
               **BY: CHRISTOPHER AYERS, ATTORNEY AT LAW**

                    LIEFF CABRASER HEIMANN & BERNSTEIN LLP
                    275 Battery Street - 29th Floor
                    San Francisco, California 94111
               **BY: LEXI JOY HAZAM, ATTORNEY AT LAW
                    MICHAEL LEVIN-GESUNDHEIT
                    ATTORNEY AT LAW**

                    LIEFF CABRASER HEIMANN & BERNSTEIN LLP
                    250 Hudson Street - 8th Floor
                    New York, New York 10013
               **BY: KELLY KRISTINE McNABB, ATTORNEY AT LAW**


       (APPEARANCES CONTINUED ON FOLLOWING PAGE)

Reported By:  Jennifer Coulthard, RMR, CRR, CRC
              Official Reporter, CSR No. 14457

**JENNIFER COULTHARD, CSR, RMR, CRR                (530)537-9312
     OFFICIAL UNITED STATES DISTRICT COURT STENOGRAPHER**

1   previously ordered on a significantly shortened timeframe.
2           If each minor plaintiff can fill out 43-page PFSs with
3   over a hundred questions by April 1st and if plaintiffs can
4   conduct 170 depositions of plaintiff's witnesses collectively
5   by the discovery cutoff -- which is, in fact, what we are
6   proposing -- then defendants can certainly do the same number
7   of depositions total because plaintiffs are seeking 152,
8   approximately; whereas, we are offering over 170.  But, in any
9   event, the total hours are actually very disparate between what
10  we're seeking as plaintiffs and what defendants are seeking.
11  Defendants are seeking far more.  So the rationale of there's
12  not enough time is not well taken.
13          **MS. O'NEILL:**  Your Honor, if I may add --
14          **MS. SIMONSEN:**  Your Honor, those numbers are --
15          **MS. O'NEILL:**  If I may just add --
16          **THE COURT:**  Sure.
17          **MS. O'NEILL:**  -- a bit on the additional request from
18  the AGs for depositions on Meta --
19          **THE CLERK:**  What's your name?
20          **MS. O'NEILL:**  Excuse me.  Meghan O'Neill for the State
21  AGs.
22          We think that these additional depositions are
23  warranted for a few reasons, including the specific nature of
24  the AG's action, the case's complexity, and Meta's role in this
25  case.