# Exhibit 6

| | |
|---|---|
| **From:** | owner-defendants-mdl3047jccp5255@skaddenlists.com on behalf of Halperin, Gregory |
| **To:** | Hazam, Lexi J.; Simonsen, Ashley M; Warren, Previn |
| **Cc:** | MDL 3047 Co-Lead Firms; Defendants-MDL3047JCCP5255@skaddenlists.com; SM.MDLAGLeads@coag.gov; EXT - Jennifer Scullion; jennie.anderson |
| **Subject:** | RE: [EXT] RE: MDL 3047 - Plaintiff Fact Sheet Deficiencies |
| **Date:** | Friday, April 5, 2024 5:38:46 PM |
| **Attachments:** | image005.png<br>image001.png |

**CAUTION:** **MAIL FROM OUTSIDE THE FIRM**

Lexi,

Below is a list of the PI Plaintiffs for which Defendants have no record of receiving a PFS. If you believe a PFS has been submitted for any of these Plaintiffs, please let us know promptly.

Thanks,
Greg

\*          \*          \*

| ND Cal Case No. | MDL-Centrality ID Number |
|---|---|
| 22-cv-04709 | 1743 |
| 22-cv-04710 | 1730 |
| 22-cv-04712 | 1755 |
| 22-cv-04937 | 1740 |
| 22-cv-05546 | 1708 |
| 22-cv-05886 | 1568 |
| 22-cv-05888 | 1563 |
| 22-cv-06138 | 1558 |
| 22-cv-06162 | 1539 |
| 22-cv-06167 | 1291 |
| 22-cv-06193 | 1300 |
| 22-cv-06205 | 1725 |
| 22-cv-06209 | 1529 |
| 22-cv-06214 | 1549 |
| 22-cv-06263 | |
| 22-cv-06279 | 1282 |
| 22-cv-06296 | 1560 |

| Case Number | Number |
|---|---|
| 22-cv-06428 | 1544 |
| 22-cv-06436 | 1555 |
| 22-cv-06455 | 1732 |
| 22-cv-06692 | 1533 |
| 22-cv-06812 | 1543 |
| 22-cv-07347 | 1720 |
| 23-cv-01465 | 1742 |
| 23-cv-01585 | 1741 |
| 23-cv-01588 (New case number for existing plaintiff, original case number is 22-cv-04710) | 1731 |
| 23-cv-02630 | 1745 |
| 23-cv-02644 | 1705 |
| 23-cv-03498 | 1722 |
| 23-cv-03638 | 1694 |
| 23-cv-03800 | 1682 |
| 23-cv-03801 | 1697 |
| 23-cv-03978 | 1744 |
| 23-cv-04226 | 1348 |
| 23-cv-05073 | 1386 |
| 23-cv-06128 | 1679 |
| 24-cv-00221 | 2121 |
| 24-cv-00794 | 1616 |
| 24-cv-01266 |  |
| 24-cv-01268 |  |
| 24-cv-01326 | 1951 |
| 24-cv-01527 | 2049 |
| 24-cv-01777 | 2036 |
| 24-cv-01817 | 2118 |
| 24-cv-01954 | 2024 |

**Gregory L. Halperin**
Pronouns: He/Him/His

Covington & Burling LLP
The New York Times Building, 620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1166 | ghalperin@cov.com
www.cov.com

This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** owner-defendants-mdl3047jccp5255@skaddenlists.com <owner-defendants-mdl3047jccp5255@skaddenlists.com> **On Behalf Of** Hazam, Lexi J.
**Sent:** Friday, April 5, 2024 2:00 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>; Warren, Previn <pwarren@motleyrice.com>
**Cc:** MDL 3047 Co-Lead Firms <MDL3047COLEADFIRMS@listserv.motleyrice.com>; Defendants-MDL3047JCCP5255@skaddenlists.com; SM.MDLAGLeads@coag.gov; Jennifer Scullion <JScullion@seegerweiss.com>; jennie.anderson <jennie.anderson@andrusanderson.com>
**Subject:** RE: [EXT] RE: MDL 3047 - Plaintiff Fact Sheet Deficiencies

[EXTERNAL]

Ashley,

We continue to disagree with many of the assertions in Defendants' letter. We will not rehash the arguments here, but we should have clarity as to the universe of PI Plaintiffs at issue. To that end please send us forthwith the list of 45 PI Plaintiffs who Defendants allege have not submitted PFSs, and the 37 of those Defendants allege filed complaints prior to 1/29/24.

You indicate Defendants intend to raise this matter with the Court. Please advise as to how and when Defendants intend to do so.





**Lexi J. Hazam**
lhazam@lchb.com
t 415.956.1000
f 415.956.1008
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** owner-mdl3047coleadfirms@listserv.motleyrice.com <owner-mdl3047coleadfirms@listserv.motleyrice.com> **On Behalf Of** Simonsen, Ashley M

**Sent:** Friday, April 5, 2024 9:30 AM
**To:** Warren, Previn <pwarren@motleyrice.com>
**Cc:** MDL 3047 Co-Lead Firms <MDL3047COLEADFIRMS@listserv.motleyrice.com>; Defendants-MDL3047JCCP5255@skaddenlists.com; SM.MDLAGLeads@coag.gov; Jennifer Scullion <JScullion@seegerweiss.com>; jennie.anderson <jennie.anderson@andrusanderson.com>
**Subject:** [EXT] RE: MDL 3047 - Plaintiff Fact Sheet Deficiencies

Counsel,

Please see attached.

**From:** Warren, Previn <pwarren@motleyrice.com>
**Sent:** Wednesday, April 3, 2024 2:10 PM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** MDL 3047 Co-Lead Firms <MDL3047COLEADFIRMS@listserv.motleyrice.com>; Defendants-MDL3047JCCP5255@skaddenlists.com; SM.MDLAGLeads@coag.gov; Jennifer Scullion <JScullion@seegerweiss.com>; jennie.anderson <jennie.anderson@andrusanderson.com>
**Subject:** RE: MDL 3047 - Plaintiff Fact Sheet Deficiencies

[EXTERNAL]

Ashley,

Please see the attached correspondence from the PI/SD Plaintiffs.

Best,
Previn



**Previn Warren** (he / him)
**Attorney at Law**

401 9th St. NW, Suite 630, Washington, DC 20004
**o.** 202.386.9610  **c.** 202.578.6281
pwarren@motleyrice.com

**From:** Warren, Previn
**Sent:** Wednesday, April 3, 2024 8:06 AM
**To:** Simonsen, Ashley M <asimonsen@cov.com>
**Cc:** MDL 3047 Co-Lead Firms <MDL3047COLEADFIRMS@listserv.motleyrice.com>; Defendants-MDL3047JCCP5255@skaddenlists.com; SM.MDLAGLeads@coag.gov; Jennifer Scullion <JScullion@seegerweiss.com>
**Subject:** Re: MDL 3047 - Plaintiff Fact Sheet Deficiencies

Ashley,

We will endeavor to respond to your letter by 5pm EST today. Thanks.

Previn

> On Apr 2, 2024, at 7:54 PM, Simonsen, Ashley M <asimonsen@cov.com> wrote:
>
> CAUTION:EXTERNAL
>
> Counsel,
>
> Please see attached correspondence from Defendants.
>
> **Ashley Simonsen**
> Pronouns: She/Her/Hers
>
> Covington & Burling LLP
> 1999 Avenue of the Stars
> Los Angeles, CA 90067-4643
> T +1 424 332 4782 | asimonsen@cov.com
> www.cov.com

---

To unsubscribe from the MDL3047COLEADFIRMS list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=MDL3047COLEADFIRMS&A=1

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.

---

To unsubscribe from the MDL3047COLEADFIRMS list, click the following link:
https://LISTSERV.MOTLEYRICE.COM/scripts/wa-MOTLEYRICE.exe?SUBED1=MDL3047COLEADFIRMS&A=1

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.