1  Lexi J. Hazam (SBN 224457)
   lhazam@lchb.com
2  LIEFF CABRASER HEIMAN
   & BERNSTEIN, LLP
3  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
4  Telephone: (415) 956-1000
   Facsimile: (415) 956-100
5

6  Previn Warren (*pro hac vice*)
   pwarren@motleyrice.com
7  MOTLEY RICE, LLC
   401 9th Street NW, Suite 630
8  Washington, DC 20004
   Telephone: (202) 386-9610
9  Facsimile: (202) 232-5513

10 *Plaintiffs' Co-Lead Counsel*

11 [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR APRIL 19, 2024, MAY 9, 2024, JUNE 21, 2024, AND JULY 19, 2024, CASE MANAGEMENT CONFERENCES** |

Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to all individual and public entity plaintiffs in this Multidistrict Litigation.

the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, the Court has scheduled upcoming case management conferences to take place on the following dates in the Northern District of California, Oakland Division, Courtroom 1, Fourth Floor:

- April 19, 2024 at 9:30 a.m.
- May 9, 2024 at 10:30 a.m.
- June 21, 2024 at 2:30 p.m.
- July 19, 2024 at 2:30 p.m.

WHEREAS, the Court previously advised that it will allow video access to proceedings before Judge Yvonne Gonzalez Rogers for the general public if the parties submit a joint request for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which would limit remote access to in-court proceedings to audio only;

WHEREAS, significant resources will be saved if some out-of-town counsel are able to view the upcoming April 19, 2024, May 9, 2024, June 21, 2024, and July 19, 2024 case management conferences remotely, rather than traveling to appear in person;

WHEREAS, some Parties prefer to observe the upcoming case management conferences remotely by video if given the option; and

WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the following:

1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the April 19, 2024, May 9, 2024, June 21, 2024, and July 19, 2024, case management conferences, public video access will be permitted for the proceeding using the webinar link found on the Court's webpage; and

2. If the Ninth Circuit does rescind its pandemic-era policy prior to the April 19, 2024, May 9, 2024, June 21, 2024, and July 19, 2024, case management conferences, there will be audio remote access only for the hearing.

| | | |
|---|---|---|
| 1 | Dated: April 18, 2024 | Respectfully submitted, |
| 2 | | **ANDRUS ANDERSON LLP** |
| 3 | | */s/ Jennie Lee Anderson* |
| 4 | | Jennie Lee Anderson (SBN 203586)<br>jennie@andrusanderson.com<br>**ANDRUS ANDERSON LLP** |
| 5 | | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 6 | | Telephone: (415) 986-1400 |
| 7 | | ***Plaintiffs' Liaison Counsel*** |
| 8 | | Lexi J. Hazam (SBN 224457)<br>lhazam@lchb.com |
| 9 | | **LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP** |
| 10 | | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 11 | | Telephone: (415) 956-1000<br>Facsimile: (415) 956-100 |
| 12 | | |
| 13 | | Previn Warren (pro hac vice)<br>pwarren@motleyrice.com |
| 14 | | **MOTLEY RICE LLC**<br>401 9th Street NW, Suite 630<br>Washington, DC 20004 |
| 15 | | Telephone: (202) 386-9610<br>Facsimile: (202) 232-5513 |
| 16 | | |
| 17 | | ***Plaintiffs' Co-Lead Counsel*** |
| 18 | | Christopher A. Seeger (pro hac vice)<br>cseeger@seegerweiss.com |
| 19 | | **SEEGER WEISS, LLP**<br>55 Challenger Road, 6th Floor |
| 20 | | Ridgefield Park, NJ 07660<br>Telephone: (973) 639-9100 |
| 21 | | Facsimile: (973) 679-8656 |
| 22 | | ***Counsel to the Co-Lead Counsel and Settlement Counsel*** |
| 23 | | Joseph G. Vanzandt |
| 24 | | **BEASLEY ALLEN CROW METHVIN<br>PORTIS & MILES, P.C.** |
| 25 | | 234 Commerce Street<br>Montgomery, AL 36103 |
| 26 | | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 27 | | Emily C. Jeffcott |
| 28 | | **MORGAN & MORGAN**<br>220 W. Garden Street, 9th Floor |

Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaisons*

Matthew Bergman
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

Jayne Conroy
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

Andre Mura
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

James J. Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

*Plaintiffs' Steering Committee Leadership*

| | |
|---|---|
| 1 | Ron Austin |
| | **RON AUSTIN LAW** |
| 2 | 400 Manhattan Blvd. |
| | Harvey LA, 70058 |
| 3 | Telephone: + 1 (504) 227–8100 |
| | Email: raustin@ronaustinlaw.com |
| 4 | |
| | Paige Boldt |
| 5 | **WATTS GUERRA LLP** |
| | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 6 | San Antonio, TX 78257 |
| | Telephone: 210-448-0500 |
| 7 | PBoldt@WattsGuerra.com |
| | |
| 8 | Carrie Goldberg |
| | **C.A. GOLDBERG, PLLC** |
| 9 | 16 Court St. |
| | Brooklyn, NY 11241 |
| 10 | Telephone: (646) 666-8908 |
| | carrie@cagoldberglaw.com |
| 11 | |
| | Sin-Tiny Mary Liu |
| 12 | **AYLSTOCK WITKIN KREIS &** |
| | **OVERHOLTZ, PLLC** |
| 13 | 17 East Main Street, Suite 200 |
| | Pensacola, FL 32502 |
| 14 | Telephone:  510-698-9566 |
| | mliu@awkolaw.com |
| 15 | |
| | Emmie Paulos |
| 16 | **LEVIN PAPANTONIO RAFFERTY** |
| | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 17 | PENSACOLA, FL 32502 |
| | Telephone:  850-435-7107 |
| 18 | epaulos@levinlaw.com |
| | |
| 19 | Roland Tellis |
| | **BARON & BUDD, P.C.** |
| 20 | 15910 Ventura Boulevard, Suite 1600 |
| | Encino, CA 91436 |
| 21 | Telephone: (818) 839-2333 |
| | rtellis@baronbudd.com |
| 22 | |
| | Diandra "Fu" Debrosse Zimmermann |
| 23 | **DICELLO LEVITT** |
| | 505 20th St North |
| 24 | Suite 1500 |
| | Birmingham, Alabama 35203 |
| 25 | Telephone:  205.855.5700 |
| | fu@dicellolevitt.com |
| 26 | |
| | Hillary Nappi |
| 27 | **HACH & ROSE LLP** |
| | 112 Madison Avenue, 10th Floor |
| 28 | New York, New York 10016 |

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

| | |
|---|---|
| 1 | Telephone: 212.213.8311<br>hnappi@hrsclaw.com |
| 2 | |
| 3 | James Marsh<br>**MARSH LAW FIRM PLLC** |
| 4 | 31 Hudson Yards, 11th Floor<br>New York, NY 10001-2170<br>Telephone: 212-372-3030 |
| 5 | jamesmarsh@marshlaw.com |
| 6 | Ruth Rizkalla<br>**CARLSON LAW FIRM** |
| 7 | 100 E. Central Texas Expy<br>Killeen, TX 76541 |
| 8 | Telephone: (254) 526-5688<br>RRizkalla@carlsonattorneys.com |
| 9 | |
| 10 | *Plaintiffs' Steering Committee Membership* |
| 11 | **ROB BONTA** |
| 12 | Attorney General<br>State of California |
| 13 | */s/ Megan O'Neill* |
| 14 | Megan O'Neill (CA SBN 343535)<br>Deputy Attorney General |
| 15 | California Department of Justice<br>Office of the Attorney General |
| 16 | 455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004 |
| 17 | Phone: (415) 510-4400<br>Fax: (415) 703-5480 |
| 18 | Megan.ONeill@doj.ca.gov |
| 19 | *Attorney for the People of the State of California* |
| 20 | **DANIEL J. CAMERON**<br>Attorney General |
| 21 | Commonwealth of Kentucky |
| 22 | */s/ J. Christian Lewis*<br>J. Christian Lewis (KY Bar No. 87109), *Pro hac vice* |
| 23 | Philip Heleringer (KY Bar No. 96748), *Pro hac vice* |
| 24 | Gregory B. Ladd (KY Bar No. 95886), *Pro hac vice* |
| 25 | Zachary Richards (KY Bar No. 99209), *Pro hac vice app. forthcoming* |
| 26 | Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice app. forthcoming* |
| 27 | Assistant Attorneys General<br>1024 Capital Center Drive |
| 28 | Suite 200 |

| | |
|---|---|
| 1 | Frankfort, KY 40601 |
| 2 | Christian.Lewis@ky.gov<br>Philip.Heleringer@ky.gov |
| 3 | Greg.Ladd@ky.gov<br>Zach.Richards@ky.gov |
| 4 | Daniel.Keiser@ky.gov<br>Phone: (502) 696-5300<br>Fax: (502) 564-2698 |

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**PHILIP J. WEISER**
Attorney General
State of Colorado
*/s/ Bianca E. Miyata*
Bianca E. Miyata, CO Reg. No. 42012, *pro hac vice*
Senior Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorney for Plaintiff State of Colorado, ex rel. Philip Weiser, Attorney General*

***On Behalf of the Attorneys General***

**COVINGTON & BURLING LLP**

      */s/Phyllis A. Jones*
Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

|     |                                                                                                                                                                                                                                                        |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   |                                                                                                                                                                                                                                                        |
| 2   | Ashley M. Simonsen (State Bar. No. 275203)<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars                                                                                                                                                       |
| 3   | Los Angeles, CA 90067<br>Telephone: + 1 (424) 332-4800                                                                                                                                                                                                  |
| 4   | Facsimile: +1 (424) 332-4749<br>Email: asimonsen@cov.com                                                                                                                                                                                                |
| 5   |                                                                                                                                                                                                                                                        |
| 6   | Isaac D. Chaput (State Bar. No. 326923)<br>COVINGTON & BURLING LLP<br>Salesforce Tower                                                                                                                                                                  |
| 7   | 415 Mission Street, Suite 5400<br>San Francisco, CA 94105                                                                                                                                                                                               |
| 8   | Telephone: + 1 (415) 591-6000<br>Facsimile: +1 (415) 591-6091                                                                                                                                                                                           |
| 9   | Email: ichaput@cov.com                                                                                                                                                                                                                                  |
| 10  | Gregory L. Halperin, *pro hac vice*<br>COVINGTON & BURLING LLP                                                                                                                                                                                          |
| 11  | 620 Eighth Avenue<br>New York, NY 10018                                                                                                                                                                                                                 |
| 12  | Telephone: + 1 (212) 841-1000<br>Facsimile: +1 (212) 841-1010                                                                                                                                                                                           |
| 13  | Email: ghalperin@cov.com                                                                                                                                                                                                                                |
| 14  | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;*                                                                                                                                                            |
| 15  | *Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;*                                                                                                                                                                        |
| 16  | *Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*                                                                                                                                                                                             |
| 17  |                                                                                                                                                                                                                                                        |
| 18  | **KING & SPALDING LLP**                                                                                                                                                                                                                                 |
| 19  |    */s/ Geofrey M. Drake*<br>Geoffrey M. Drake<br>King & Spalding LLP                                                                                                                                                                    |
| 20  | 1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309                                                                                                                                                                                              |
| 21  | Telephone: + 1 (404) 572-4600<br>Facsimile: + 1 (404) 572-5100                                                                                                                                                                                          |
| 22  | Email: gdrake@kslaw.com                                                                                                                                                                                                                                 |
| 23  | **FAEGRE DRINKER LLP**                                                                                                                                                                                                                                  |
| 24  |    */s/ Andrea Roberts Pieron*<br>Andrea Roberts Pierson                                                                                                                                                                                 |
| 25  | Faegre Drinker LLP<br>300 N. Meridian Street, Suite 2500                                                                                                                                                                                                |
| 26  | Indianapolis, IN 46204<br>Telephone: + 1 (317) 237-0300                                                                                                                                                                                                 |
| 27  | Facsimile: + 1 (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com                                                                                                                                                                                |
| 28  |                                                                                                                                                                                                                                                        |

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**

    */s/ Lauren Gallo White*
Lauren Gallo White
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Samantha A. Machock
smachock@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA  94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Brian M. Willen
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Christopher Chiou
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli, *pro hac vice*
jpetrosinelli@wc.com
Ashley W. Hardin, *pro hac vice*
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Tel.: 202-434-5000

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**MUNGER, TOLLES & OLSON LLP**

    */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089

|   |   |
|---|---|
| 1 | Telephone: (415) 512-4000 |
| 2 | Facsimile: (415) 512-4077 |
| 3 | Rose L. Ehler (SBN 29652) |
|   | Victoria A. Degtyareva (SBN 284199) |
| 4 | Ariel T. Teshuva (SBN 324238) |
|   | MUNGER, TOLLES & OLSON LLP |
| 5 | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA 90071-3426 |
| 6 | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**IT IS SO ORDERED.**

DATE: _____

_____
Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: April 18, 2024

*/s/ Jennie Lee Anderson*
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*