[*Parties and Counsel Listed on Signature Pages*]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| ------------------------------------------------------ | Case Nos.: 4-22-md-03047-YGR-PHK |
| This Notice Relates to: | 4:23-cv-05448-YGR |
| | 4:23-cv-05885-YGR |
| *People of the State of California, et al. v Meta Platforms, Inc., et al.* | 4:24-cv-00805-YGR |
| *State of Florida, et al. v. Meta Platforms, Inc.* | **AMENDMENT TO THE STATE ATTORNEYS GENERAL'S NOTICE OF REQUEST FOR ORAL ARGUMENT ON THE ISSUE OF STATE AGENCY DISCOVERY** |
| *State of Montana, ex. rel. Austin Knudsen v. Meta Platforms, Inc.* | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

1

AMENDMENT TO THE STATE ATTORNEYS GENERAL'S NOTICE OF REQUEST FOR ORAL ARGUMENT ON THE ISSUE OF STATE
AGENCY DISCOVERY
4-22-md-03047-YGR-PHK

On April 1, 2024, State Attorneys General ("State AGs") and Meta (collectively, "Parties") filed a Joint Supplemental Letter Brief on the issue of state agency discovery (ECF 738). The Parties submitted to the Court in their Joint Status Report (ECF 750) that they would await the Court's guidance whether additional oral argument would be needed.

At the April 22, 2024 Discovery Management Conference ("DMC"), the Court questioned the Parties whether there was a need for further oral argument on the issue of state agency discovery. The State AGs represented that additional argument could be useful for some Attorneys General given the complexity of the issue and the short briefing allowed. Therefore, the Court ordered the State AGs to file a notice stating which State AGs requested additional oral argument by April 24, 2024.

Accordingly, the State AGs filed a Notice of Request for Oral Argument on the Issue of State Agency Discovery (ECF 787) on April 24, 2024, per the instruction of the Court. On April 25, 2024, the Court issued its Discovery Management Order ("DMO") No. 5 (ECF 789) and set a hearing on the issue for May 6, 2024 (ECF 790). In light of those orders (ECF 789, 790), the State AGs have reconsidered their position and respectfully amend their request for additional argument on the state agency discovery issue. In addition to the representatives of Attorneys General who were listed in the State AGs' initial Notice (ECF 787) (Arizona, California, New Jersey, and Pennsylvania), a representative from the Connecticut Office of the Attorney General will also appear before the Court on May 6, 2024 for further oral argument on their own behalf. The remainder of the State AGs will not participate in any further argument and will instead rest on the pleadings and prior oral argument. The State AGs will provide the Court with a list of attorneys participating in the May 6th Discovery Hearing by May 3, 2024 as ordered by the Court in ECF 790.

| | |
|---|---|
| DATED: May 2, 2024 | Respectfully submitted, |
| | **PHILIP J. WEISER**<br>Attorney General<br>State of Colorado |
| | _/s/ Bianca E. Miyata_<br>Bianca E. Miyata, CO Reg. No. 42012,<br>*pro hac vice* |

2

Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
bianca.miyata@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*

**ROB BONTA**
Attorney General
State of California

 */s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Supervising Deputy Attorney General
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer
(CA SBN 336428)
Marissa Roy (CA SBN 318773)
Nayha Arora (CA SBN 350467)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice app. forthcoming*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Kashif T. Chand*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),
*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,

Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Division of Consumer Affairs*

AMENDMENT TO THE STATE ATTORNEYS GENERAL'S NOTICE OF REQUEST FOR ORAL ARGUMENT ON THE ISSUE OF STATE AGENCY DISCOVERY
4-22-md-03047-YGR-PHK

## **ATTESTATION**

I, J. Christian Lewis, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: May 2, 2024

*J. Christian Lewis*

J. CHRISTIAN LEWIS
Division Chief