[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-03047-YGR |
| This Document Relates to: | **JOINT STIPULATION MODIFYING TEMPORARY SEALING PROCEDURE DEADLINE** |
| ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers |

1   Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations,
LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby submit this Joint Stipulation Modifying Temporary Sealing Procedure Deadline.

On April 15, 2024 the Parties each submitted their respective Briefs in Support of Bellwether Discovery Pool Selections. *See* ECF Nos. 754 and 755.  Each Party also submitted a Temporary Sealing Motion pertaining to those briefs, and subsequently filed their briefs under seal on April 15, 2024.  *See* ECF Nos. 756; 756-1; 757; 757-1.

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties hereby stipulate to extend the time to file the Omnibus Sealing Stipulation to 21 days after the briefing was filed, May 6, 2024.

DATED: May 3, 2024                    Respectfully submitted,

By: */s/ Previn Warren*

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

Co-Lead Counsel

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to personal injury and school district Plaintiffs.

| | |
|---|---|
| 1 | CHRISTOPHER A. SEEGER |
|   | **SEEGER WEISS, LLP** |
| 2 | 55 CHALLENGER ROAD, 6TH FLOOR |
|   | RIDGEFIELD PARK, NJ 07660 |
| 3 | Telephone: 973-639-9100 |
| 4 | cseeger@seegerweiss.com |
| 5 | Counsel to Co-Lead Counsel |
| 6 | JENNIE LEE ANDERSON |
| 7 | **ANDRUS ANDERSON, LLP** |
|   | 155 MONTGOMERY STREET, SUITE 900 |
| 8 | SAN FRANCISCO, CA 94104 |
|   | Telephone: 415-986-1400 |
| 9 | jennie@andrusanderson.com |
| 10 | Liaison Counsel |
| 11 | |
|    | EMILY C. JEFFCOTT |
| 12 | **MORGAN & MORGAN** |
|    | 633 WEST FIFTH STREET, SUITE 2652 |
| 13 | LOS ANGELES, CA 90071 |
| 14 | Telephone: 213-787-8590 |
|    | ejeffcott@forthepeople.com |
| 15 | |
|    | JOSEPH VANZANDT |
| 16 | **BEASLEY ALLEN** |
|    | 234 COMMERCE STREET |
| 17 | MONTGOMERY, LA 36103 |
| 18 | Telephone: 334-269-2343 |
|    | joseph.vanzandt@beasleyallen.com |
| 19 | |
|    | Federal/State Liaisons |
| 20 | |
|    | MATTHEW BERGMAN |
| 21 | GLENN DRAPER |
|    | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 22 | 821 SECOND AVENUE, SUITE 2100 |
| 23 | SEATTLE, WA 98104 |
|    | Telephone: 206-741-4862 |
| 24 | matt@socialmediavictims.org |
|    | glenn@socialmediavictims.org |
| 25 | |
|    | JAMES J. BILSBORROW |
| 26 | **WEITZ & LUXENBERG, PC** |
| 27 | 700 BROADWAY |
|    | NEW YORK, NY 10003 |
| 28 | Telephone: 212-558-5500 |

| | |
|---|---|
| 1 | jbilsborrow@weitzlux.com |
| 2 | |
| 3 | JAYNE CONROY<br>**SIMMONS HANLY CONROY, LLC** |
| 4 | 112 MADISON AVE, 7TH FLOOR<br>NEW YORK, NY 10016 |
| 5 | Telephone: 917-882-5522<br>jconroy@simmonsfirm.com |
| 6 | |
| 7 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP** |
| 8 | 1111 BROADWAY, SUITE 2100<br>OAKLAND, CA 94607 |
| 9 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 10 | |
| 11 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 12 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036 |
| 13 | Telephone: 202-780-3014<br>awalsh@alexwalshlaw.com |
| 14 | |
| 15 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 16 | 510 WALNUT STREET<br>SUITE 500 |
| 17 | PHILADELPHIA, PA 19106<br>Telephone: 215-592-1500 |
| 18 | mweinkowitz@lfsbalw.com |
| 19 | Plaintiffs' Steering Committee Leadership |
| 20 | RON AUSTIN |
| 21 | **RON AUSTIN LAW**<br>400 MANHATTAN BLVD. |
| 22 | HARVEY, LA 70058<br>Telephone: 504-227–8100 |
| 23 | raustin@ronaustinlaw.com |
| 24 | PAIGE BOLDT |
| 25 | **WALSH LAW**<br>4 Dominion Drive, Bldg. 3, Suite 100 |
| 26 | San Antonio, TX 78257<br>Telephone: 210-448-0500 |
| 27 | PBoldt@alexwalshlaw.com |
| 28 | THOMAS P. CARTMELL |

|   |   |
|---|---|
| 1 | **WAGSTAFF & CARTMELL LLP** |
| 2 | 4740 Grand Avenue, Suite 300 |
|   | Kansas City, MO 64112 |
| 3 | Telephone: 816-701-1100 |
|   | tcartmell@wcllp.com |
| 4 | |
| 5 | SARAH EMERY |
|   | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 6 | 600 WEST MAIN STREET, SUITE 100 |
|   | LOUISVILLE, KT 40202 |
| 7 | Telephone: 859-600-6725 |
|   | semery@justicestartshere.com |
| 8 | |
| 9 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 10 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 11 | Telephone: 646-666-8908 |
|   | carrie@cagoldberglaw.com |
| 12 | |
| 13 | RONALD E. JOHNSON, JR. |
|   | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 14 | 600 WEST MAIN STREET, SUITE 100 |
|   | LOUISVILLE, KT 40202 |
| 15 | Telephone: 859-578-4444 |
|   | rjohnson@justicestartshere.com |
| 16 | |
| 17 | SIN-TING MARY LIU |
|   | **AYLSTOCK WITKIN KREIS &** |
| 18 | **OVERHOLTZ, PLLC** |
|   | 17 EAST MAIN STREET, SUITE 200 |
| 19 | PENSACOLA, FL 32502 |
|   | Telephone: 510-698-9566 |
| 20 | mliu@awkolaw.com |
| 21 | |
|   | JAMES MARSH |
| 22 | **MARSH LAW FIRM PLLC** |
|   | 31 HUDSON YARDS, 11TH FLOOR |
| 23 | NEW YORK, NY 10001-2170 |
|   | Telephone: 212-372-3030 |
| 24 | jamesmarsh@marshlaw.com |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | JOSEPH E. MELTER |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3 | 280 KING OF PRUSSIA ROAD |
|   | RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706 |
|   | jmeltzer@ktmc.com |
| 5 | |
| 6 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 7 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 8 | Telephone: 212-213-8311 |
|   | hnappi@hrsclaw.com |
| 9 | |
| 10 | EMMIE PAULOS |
|    | **LEVIN PAPANTONIO RAFFERTY** |
| 11 | 316 SOUTH BAYLEN STREET, SUITE 600 |
|    | PENSACOLA, FL 32502 |
| 12 | Telephone: 850-435-7107 |
|    | epaulos@levinlaw.com |
| 13 | |
| 14 | RUTH THI RIZKALLA |
|    | **THE CARLSON LAW FIRM, PC** |
| 15 | 1500 ROSECRANS AVE., STE. 500 |
|    | MANHATTAN BEACH, CA 90266 |
| 16 | Telephone: 415-308-1915 |
|    | rrizkalla@carlsonattorneys.com |
| 17 | |
| 18 | ROLAND TELLIS |
|    | DAVID FERNANDES |
| 19 | **BARON & BUDD, P.C.** |
|    | 15910 Ventura Boulevard, Suite 1600 |
| 20 | Encino, CA 91436 |
|    | Telephone: 818-839-2333 |
| 21 | rtellis@baronbudd.com |
|    | dfernandes@baronbudd.com |
| 22 | |

|   |   |
|---|---|
| 1 | MELISSA YEATES |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3 | 280 KING OF PRUSSIA ROAD |
|   | RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706 |
|   | myeates@ktmc.com |
| 5 |   |
| 6 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 7 | **DICELLO LEVITT** |
|   | 505 20th St North |
| 8 | Suite 1500 |
|   | Birmingham, Alabama 35203 |
| 9 | Telephone: 205-855-5700 |
|   | fu@dicellolevitt.com |
| 10 |   |
| 11 | Plaintiffs' Steering Committee Membership |
| 12 | *Attorneys for Individual Plaintiffs* |
| 13 |   |
| 14 | COVINGTON & BURLING LLP |
| 15 | By: */s/ Ashley M. Simonsen* |
|   | Ashley M. Simonsen, SBN 275203 |
| 16 | COVINGTON & BURLING LLP |
|   | 1999 Avenue of the Stars |
| 17 | Los Angeles, CA 90067 |
|   | Telephone: (424) 332-4800 |
| 18 | Facsimile: + 1 (424) 332-4749 |
| 19 | Email: asimonsen@cov.com |
| 20 | Phyllis A. Jones, *pro hac vice* |
|   | Paul W. Schmidt, *pro hac vice* |
| 21 | COVINGTON & BURLING LLP |
| 22 | One City Center |
|   | 850 Tenth Street, NW |
| 23 | Washington, DC 20001-4956 |
|   | Telephone: + 1 (202) 662-6000 |
| 24 | Facsimile: + 1 (202) 662-6291 |
|   | Email: pajones@cov.com |
| 25 |   |
| 26 | *Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings,* |
| 27 | *LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;* |
| 28 | *Instagram, LLC; Siculus, Inc.; and Mark Elliot* |

|   |   |
|---|---|
| 1 | *Zuckerberg* |
| 2 | FAEGRE DRINKER LLP |
| 3 | By: */s/ Andrea Roberts Pierson* |
|   | Andrea Roberts Pierson, *pro hac vice* |
| 4 | FAEGRE DRINKER LLP |
|   | 300 N. Meridian Street, Suite 2500 |
| 5 | Indianapolis, IN 46204 |
|   | Telephone: + 1 (317) 237-0300 |
| 6 | Facsimile: + 1 (317) 237-1000 |
| 7 | Email: andrea.pierson@faegredrinker.com |
|   | Email: amy.fiterman @faegredrinker.com |
| 8 |   |
|   | Amy R. Fiterman, *pro hac vice* |
| 9 | FAEGRE DRINKER LLP |
|   | 2200 Wells Fargo Center |
| 10 | 90 South Seventh Street |
| 11 | Minneapolis, MN 55402 |
|   | Telephone: +1 (612) 766-7768 |
| 12 | Facsimile: +1 (612) 766-1600 |
|   | Email: amy.fiterman@faegredrinker.com |
| 13 |   |
| 14 | Geoffrey Drake, *pro hac vice* |
|   | KING & SPALDING LLP |
| 15 | 1180 Peachtree Street, NE, Suite 1600 |
|   | Atlanta, GA 30309 |
| 16 | Tel.: 404-572-4600 |
|   | Email: gdrake@kslaw.com |
| 17 | Email: dmattern@kslaw.com |
| 18 |   |
|   | David Mattern, *pro ha vice* |
| 19 | KING & SPALDING LLP |
|   | 1700 Pennsylvania Avenue, NW, Suite 900 |
| 20 | Washington, D.C. 20006 |
|   | Telephone: +1 (202) 626-2946 |
| 21 | Email: dmattern@kslaw.com |
| 22 |   |
|   | *Attorneys for Defendants TikTok Inc. and* |
| 23 | *ByteDance Inc.* |
| 24 | MUNGER, TOLLES & OLSEN LLP |
|   | By: */s/ Jonathan H. Blavin* |
| 25 | Jonathan H. Blavin, SBN 230269 |
|   | MUNGER, TOLLES & OLSON LLP |
| 26 | 560 Mission Street, 27th Floor |
| 27 | San Francisco, CA 94105-3089 |
|   | Telephone: (415) 512-4000 |
| 28 | Facsimile: (415) 512-4077 |

Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com


Lauren Gallo White
Samantha A. Machock
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

|   |   |
|---|---|
| 1 | Christopher Chiou |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
|   | 633 West Fifth Street |
| 3 | Los Angeles, CA 90071-2048 |
|   | Telephone: (323) 210-2900 |
| 4 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

|   |   |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the |
| 3 | filing of this document has been obtained from each signatory hereto. |
| 4 | **DATED:** May 3, 2024    _/s/ Previn Warren_ |
| 5 |    Previn Warren |