1  J. ANDREW KEYES
   akeyes@wc.com
2  WILLIAMS & CONNOLLY LLP
   680 Maine Avenue SW
3  Washington, DC 20024
   Telephone: (202) 434-5584
4

5  *Attorney for Defendants YouTube, LLC
   and Google, LLC*
6

7

8

9

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                              SAN FRANCISCO DIVISION

14  | IN RE: SOCIAL MEDIA ADOLESCENT | ) Case No. 4:22-md-03047-YGR |
    | ADDICTION/PERSONAL INJURY PRODUCTS | ) |
15  | LIABILITY LITIGATION | ) Judge Yvonne Gonzalez Rogers |
    | | ) |
16  | | ) **NOTICE OF APPEARANCE OF** |
    | ALL ACTIONS | ) **J. ANDREW KEYES** |
17  | | ) |
    | | ) |
18

19

20

21

22

23

24

25

26

27

28

# NOTICE OF APPEARANCE OF
# J. ANDREW KEYES AS COUNSEL FOR YOUTUBE, LLC ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that J. Andrew Keyes of the law firm Williams & Connolly LLP, located at 680 Maine Avenue SW, Washington, DC 20024, telephone number (202) 434-5584, email address akeyes@wc.com, hereby enters an appearance in this matter on behalf of Defendants YouTube, LLC and Google, LLC.  Mr. Keyes hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  May 9, 2024                                        WILLIAMS & CONNOLLY LLP

                                                    By: */s/ J. Andrew Keyes*
                                                        J. Andrew Keyes

                                                        *Attorney for Defendants YouTube, LLC and Google, LLC*