Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862
Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Alilah Fernandez, <br><br> Plaintiff, <br><br> vs. <br><br> Meta Platforms, Inc., et al. <br><br> Defendants. | CASE NO. 4:23-cv-06128-YGR <br><br> MDL NO. 4:22-md-03047 <br><br> **PLAINTIFF ALILAH FERNANDEZ'S NOTICE OF *LEXECON* OBJECTION** |

NOTICE IS HEREBY GIVEN THAT, in accordance with Case Management Order No. 13 (MDL 3047, ECF No. 780), plaintiff Alilah Fernandez ("Plaintiff") hereby asserts her right with respect to the jurisdiction of this Court for purposes of trial and objects to such jurisdiction pursuant to Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998). As stated in Plaintiff's complaint, the complaint is deemed to have been filed in the United States District Court for the Eastern District of New York. See Case No. 4:23-cv-06128, ECF No. 1; see also CMO 4, § II.D (MDL 3047, ECF No. 119) ("At the completion

of all pretrial proceedings … this Court shall transfer such cases to the federal district court identified by the Plaintiff….").

DATED this 13th day of May, 2024.

SOCIAL MEDIA VICTIMS LAW CENTER PLLC

By: */s/ Laura Marquez-Garrett*
 Laura Marquez-Garrett

Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
Matthew P. Bergman
matt@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
**SOCIAL MEDIA VICTIMS LAW CENTER**
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

Christopher A. Seeger
cseeger@seegerweiss.com
Christopher Ayers
cayers@seegerweiss.com
Jennifer Scullion
jscullion@seegerweiss.com
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656

Robert H. Klonoff
klonoff@usa.net
**ROBERT KLONOFF, LLC**
2425 S.W. 76th Ave.
Portland, Oregon 97225
Telephone: (503) 702-0218
Facsimile: (503) 768-6671

Attorneys for Plaintiff