1 Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
2 Glenn S. Draper
glenn@socialmediavictims.org
3 SOCIAL MEDIA VICTIMS LAW CENTER
600 1st Ave, Ste 102 - PMB 2383
4 Seattle, WA 98104
5 Telephone: (206) 741-4862
Attorneys for Plaintiffs
6
7 [Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| B.R. and K.R., | CASE NO. 4:23-cv-04100-YGR |
| Plaintiffs, | MDL NO. 4:22-md-03047 |
| vs. | **PLAINTIFFS B.R. AND K.R.'S NOTICE OF *LEXECON* OBJECTION** |
| META PLATFORMS, INC., et al. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT, in accordance with Case Management Order No. 13 (MDL 3047, ECF No. 780), plaintiffs B.R. and K.R. ("Plaintiffs") hereby assert their right with respect to the jurisdiction of this Court for purposes of trial and objects to such jurisdiction pursuant to Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach, 523 U.S. 26 (1998). As stated in Plaintiffs' complaint, the complaint is deemed to have been filed in the United States District Court for the District of Colorado. See Case No. 4:23-cv-04100, ECF No. 1; see also CMO 4, § II.D (MDL 3047, ECF No. 119) ("At the completion of all pretrial proceedings … this Court shall transfer such cases to the federal district court identified by the Plaintiff.…").

DATED this 13th day of May, 2024.

SOCIAL MEDIA VICTIMS LAW CENTER PLLC

By: */s/ Laura Marquez-Garrett*
    Laura Marquez-Garrett

Laura Marquez-Garrett (SBN 221542)
Laura@socialmediavictims.org
Glenn S. Draper
glenn@socialmediavictims.org
**SOCIAL MEDIA VICTIMS LAW CENTER**
600 1st Ave, Ste 102 - PMB 2383
Seattle, WA 98104
Telephone: (206) 741-4862

Christopher A. Seeger
cseeger@seegerweiss.com
Christopher Ayers
cayers@seegerweiss.com
Jennifer Scullion
jscullion@seegerweiss.com
**SEEGER WEISS LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656

Robert H. Klonoff
klonoff@usa.net
**ROBERT KLONOFF, LLC**
2425 S.W. 76th Ave.
Portland, Oregon 97225
Telephone: (503) 702-0218
Facsimile: (503) 768-6671

Attorneys for Plaintiffs