| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | **TRANSCRIPT ORDER**<br>*Please use one form per court reporter.*<br>*CJA counsel please use Form CJA24*<br>*Please read instructions on next page.* | COURT USE ONLY<br>**DUE DATE:** |

| 1a. CONTACT PERSON FOR THIS ORDER<br>Raphael Sepulveda | 2a. CONTACT PHONE NUMBER<br>(213) 683-9560 | 3. CONTACT EMAIL ADDRESS<br>raphael.sepulveda@mto.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different)<br>Jonathan H. Blavin | 2b. ATTORNEY PHONE NUMBER<br>(415) 512-5079 | 3. ATTORNEY EMAIL ADDRESS<br>jonathan.blavin@mto.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Munger, Tolles & Oson LLP, 560 Mission Street, 27th Floor,<br>San Francisco, CA 94105 | 5. CASE NAME<br>In re: Social Media Adolescent Addiction | 6. CASE NUMBER<br>4:22-md-3047 |
|---|---|---|
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Ana Dub | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL       ☐ CRIMINAL       ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL   ☑ CIVIL          CJA: Do not use this form; use Form CJA24. | |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)    b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*    c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE<br>(initials) | TYPE<br>(e.g. CMC) | PORTION<br>If requesting less than full hearing, specify portion (e.g. witness or time) | PDF<br>(email) | TEXT/ASCII<br>(email) | PAPER | CONDENSED<br>(email) | ECF ACCESS<br>(web) | ORDINARY<br>(30-day) | 14-Day | EXPEDITED<br>(7-day) | 3-DAY | DAILY<br>(Next day) | HOURLY<br>(2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/16/2024 | PHK | DMC | | ● | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE   /s/ Jonathan H. Blavin | 12. DATE<br>05/16/2024 |
|---|---|

Clear Form                                                                                                 Save as new PDF