Thomas P. Cartmell (*pro hac vice*)*
Jonathan P. Kieffer (*pro hac vice*)*
Austin Brane, SBN 286227
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Tel: (816) 701-1100
Email: tcartmell@wcllp.com
Email: jpkieffer@wcllp.com
Email: abrane@wcllp.com

*Attorneys for Plaintiff* (additional counsel on signature page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WASHOE COUNTY SCHOOL DISTRICT, | CASE NO. 4:23-cv-5729 |
| Plaintiff, | MDL NO. 4:22-md-03047 |
| v. | **NOTICE OF LEXECON OBJECTION** |
| META PLATFORMS, INC.; FACEBOOK HOLDINGS, LLC; FACEBOOK PAYMENTS, INC.; FACEBOOK OPERATIONS, LLC; INSTAGRAM, LLC; SICULUS, INC.; META PAYMENTS, INC.; SNAP INC.; TIKTOK, INC.; BYTEDANCE, INC.; BYTEDANCE LTD.; TIKTOK LTD.; TIKTOK LLC; GOOGLE LLC; and YOUTUBE LLC, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN THAT, in accordance with Case Management Order No. 13 (MDL 3047, ECF No. 780), plaintiff Washoe County School District ("Plaintiff") hereby asserts its rights with respect to the jurisdiction of this Court for purposes of trial and objects to such jurisdiction pursuant to *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998). As stated in Plaintiff's complaint, the complaint is deemed to have been filed in the United States District Court for the District of Nevada. *See* Case No. 4:23-cv-5729, ECF Nos. 1, 11; *see also* CMO 4, § II.D (MDL 3047, ECF No. 119) ("At the completion of all pretrial proceedings … this Court shall transfer such cases to the federal district court identified by the Plaintiff….").

DATED: May 17, 2024                    **WAGSTAFF & CARTMELL LLP**

/s/ *Austin Brane*

Thomas P. Cartmell (*pro hac vice*)
Jonathan P. Kieffer (*pro hac vice*)
Austin P. Brane, State Bar No. 286227
**Wagstaff & Cartmell LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Tel. (816) 701-1100; Fax (816) 531-2372
tcartmell@wcllp.com
jpkieffer@wcllp.com
abrane@wcllp.com

Joseph G. VanZandt (pro hac vice)*
Davis Vaughn (pro hac vice)*
Jennifer Emmel (pro hac vice)*
Clinton Richardson (pro hac vice)*
Seth Harding (pro hac vice)*
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, LLC**
234 Commerce Street Montgomery, AL 36103
Tel: (334) 269-2343
Email: Joseph.VanZandt@BeasleyAllen.com
Email: Davis.Vaughn@BeasleyAllen.com
Email: Jennifer.Emmel@BeasleyAllen.com
Email: Clinton.Richardson@BeasleyAllen.com
Email: Seth.Harding@BeasleyAllen.com

Kirk J. Goza (pro hac vice)*
Bradley D. Honnold (pro hac vice)*
**GOZA & HONNOLD LLC**
9500 Nall Avenue, Suite 400 Overland Park, KS 66207

Tel: (913) 451-3433
Email: kgoza@gohonlaw.com
Email: bhonnold@gohonlaw.com

**Attorneys for Plaintiff Washoe County School District**

# **PROOF OF SERVICE**

STATE OF MISSOURI, COUNTY OF JACKSON

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Jackson, State of Missouri. My business address is 4740 Grand Avenue, Suite 300, Kansas City, MO 64112.

On May 17, 2024, I served true copies of the following document(s) described below on the interested parties in this action as follows: **NOTICE OF LEXECON OBJECTION** using the Court's electronic filing system, thereby sending notice of the filing to all counsel of record in this matter.

I declare under penalty of injury under the laws of the State of Missouri that the foregoing is true and correct.

Executed on May 17, 2024, at Kansas City, Missouri.


*/s/ Peggy Bradshaw*
Peggy Bradshaw