Ron A. Austin, LSBA No. 23630
Alberto Silva, LSBA No. 39676
400 Manhattan Boulevard
Harvey, LA 70058
Telephone: (504) 227-8100
Facsimile: (504) 227-8122
*ATTORNEYS FOR PLAINTIFF*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION § § § § § § § § § § § § § | No. 4:22-md003047-YGR<br><br>MDL No. 3047<br><br>**PLAINTIFF DELANEY BROWN ON BEHALF OF HER MINOR CHILD ROWAN PAUL HARDY'S NOTICE OF *LEXECON* OBJECTION** |
| This Document Relates to:<br><br>*Delaney Brown on behalf of her Minor Child Rowan Paul Hardy*<br><br>Member Case No.:<br><br>4:23-cv-02823 | |

**PLAINTIFF DELANEY BROWN ON BEHALF OF HER MINOR CHILD ROWAN PAUL HARDY'S LEXECON OBJECTION**

NOTICE IS HEREBY GIVEN THAT, Plaintiff **PLAINTIFF DELANEY BROWN ON BEHALF OF HER MINOR CHILD ROWAN PAUL HARDY'S** ("Plaintiffs") hereby asserts their rights with respect to the jurisdiction of this Court for purposes of trial and objects to such jurisdiction pursuant to *Lexecon, Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

Specifically, Plaintiffs will not waive the right to have their case remanded to the

United States District Court for the Eastern District of Louisiana, where they would have originally filed their Complaint, at or before the conclusion of pretrial proceedings pursuant to 28 U.S.C. §1407(a).

Dated: May 17, 2024.

                                Respectfully submitted:

                                RON AUSTIN LAW

                                  */s/ Ron A. Austin*
                                _____

                                Ron A. Austin, LSBA No. 23630
                                Alberto Silva, LSBA No. 39676
                                400 Manhattan Boulevard
                                Harvey, LA 70058
                                Telephone: (504) 227-8100
                                Facsimile: (504) 227-8122
                                *ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                */s/Ron A. Austin*
                                _____