UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br><br> ALL PERSONAL INJURY ACTIONS | Case No. 4:22-md-03047-YGR <br><br> MDL No. 3047 <br><br> **CASE MANAGEMENT ORDER NO. 13A GOVERNING AMENDMENTS TO SHORT-FORM COMPLAINTS FOR FILED CASES** |

**I.     APPLICABILITY AND SCOPE OF ORDER**

1.     This Order Governing Amendments to Short-Form Complaints for Filed Cases ("Order") applies to all short-form complaints ("SFCs") in the above-captioned litigation. It implements the Court's guidance in Case Management Order No. 13 (Dkt. No. 780) regarding the Court's review of proposed amendments to SFCs.

2.     "Existing defendants" refers to defendants already named in a short-form complaint for which plaintiffs seek amendment. "Proposed defendants" refers to any defendants which plaintiff seeks amendment to add to a short-form complaint.

**II.    AMENDMENTS TO SHORT-FORM COMPLAINTS**

3.     Plaintiffs shall provide at least five days written notice of any proposed amendment to an SFC to all defendants in the MDL, as well as a short statement of the basis for seeking such amendment (e.g., to supplement information regarding the age of first use or platform usage or to add a defendant).

**A.     Amendments by Consent**

4.     If plaintiffs obtain consent from all existing and proposed defendants, then plaintiffs shall file a joint stipulation of consent to amend in the member-case docket, attaching the amended SFC to the joint stipulation. Upon filing of the joint stipulation of consent to amend, the

amended SFC will be deemed operative.

### B. Amendments by Consolidated Motion

5. If plaintiffs fail to obtain consent of all existing and proposed defendants, then plaintiffs shall follow the process outlined herein to file a *consolidated* motion for leave to amend the short-form complaint pursuant to Federal Rule of Civil Procedure 15(a)(2).

    a. Plaintiffs shall serve, but not file, a motion to amend which shall be no longer than four pages double spaced and must separately attach a proposed form of order. The motion shall indicate which, if any, of the defendants consent to the amendment.

    b. Within three business days, defendants shall serve, but not file, an opposition to plaintiffs' motion to amend. Defendants' opposition shall be no longer than four pages double spaced.

    c. Within two business days of service, plaintiffs shall then file, *in one docket entry*, the motion, attaching the opposition, and may attach a reply not to exceed two pages, double spaced.

    d. The motion should be set for hearing at the next case management conference on the schedule but will likely be addressed on the papers.

## III. PARTIES' RIGHTS RESERVED

6. The parties reserve all rights and defenses with respect to any claims asserted through a proposed amendment to an SFC.

**IT IS SO ORDERED.**

Dated: May 20, 2024

                                          **YVONNE GONZALEZ ROGERS**
                                          **UNITED STATES DISTRICT JUDGE**