Erica Villanueva (State Bar No. 233148)
evillanueva@fbm.com
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant
SNAP INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR-TSH<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>Honorable Yvonne Gonzalez Rogers |

41653\16852014.1

NOTICE OF APPEARANCE OF COUNSEL

**NOTICE OF APPEARANCE OF ERICA VILLANUEVA FOR SNAP INC.**

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Erica Villanueva of the law firm Farella Braun + Martel LLP, located at One Bush Street, Suite 900, San Francisco, California 94104, telephone number (415) 954-4400, facsimile number (415) 954-4480, email address evillanueva@fbm.com, hereby enters an appearance in this matter as additional counsel for Snap Inc. Ms. Villanueva hereby requests to be added to the electronic service list in this action.

Dated: May 24, 2024                    FARELLA BRAUN + MARTEL LLP

                                       By:    */s/ Erica Villanueva*
                                              Erica Villanueva

                                       Attorneys for Defendant
                                       SNAP INC.

Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400

41653\16852014.1

2

NOTICE OF APPEARANCE OF COUNSEL