[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**DEFENDANTS' AMENDED NOTICE OF REPLACEMENT PERSONAL INJURY BELLWETHER DISCOVERY POOL SELECTIONS**<br><br>[REDACTED – FILED UNDER SEAL] |

[text redacted]





1  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

| | |
|---|---|
| Dated: May 28, 2024 | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| | |
| | */s/ Andrea R. Pierson* |
| | Andrea Roberts Pierson, *pro hac vice* |
| | andrea.pierson@faegredrinker.com |
| | Amy Fiterman, *pro hac vice* |
| | amy.fiterman@faegredrinker.com |
| | Faegre Drinker LLP |
| | 300 N. Meridian Street, Suite 2500 |
| | Indianapolis, IN 46204 |
| | Telephone: + 1 (317) 237-0300 |
| | Facsimile: +1 (317) 237-1000 |
| | |
| | **KING & SPALDING LLP** |
| | |
| | */s/ Geoffrey M. Drake* |
| | Geoffrey M. Drake, *pro hac vice* |
| | gdrake@kslaw.com |
| | David Mattern, *pro hac vice* |
| | dmattern@kslaw.com |
| | King & Spalding LLP |
| | 1180 Peachtree Street, NE, Suite 1600 |
| | Atlanta, GA 30309 |
| | Telephone: + 1 (404) 572-4600 |
| | Facsimile: + 1 (404) 572-5100 |
| | |
| | *Attorneys for Defendants TikTok Inc., ByteDance Inc., ByteDance Ltd., TikTok Ltd., and TikTok, LLC* |
| | |
| | **COVINGTON & BURLING LLP** |
| | |
| | */s/ Mark W. Mosier* |
| | Mark W. Mosier, *pro hac vice* |
| | mmosier@cov.com |
| | Paul W. Schmidt, *pro hac vice* |
| | pschmidt@cov.com |
| | Phyllis A. Jones, *pro hac vice* |
| | pajones@cov.com |
| | COVINGTON & BURLING LLP |
| | One CityCenter |
| | 850 Tenth Street, NW |
| | Washington, DC 20001-4956 |
| | Telephone: + 1 (202) 662-6000 |
| | Facsimile: + 1 (202) 662-6291 |
| | |
| | Emily Johnson Henn (State Bar No. 269482) |

|     |                                                                                                                                                                                                          |
| --- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 1   | ehenn@cov.com                                                                                                                                                                                            |
| 2   | COVINGTON & BURLING LLP<br>3000 El Camino Real                                                                                                                                                           |
| 3   | 5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306                                                                                                                                                    |
| 4   | Telephone: + 1 (650) 632-4700<br>Facsimile: +1 (650) 632-4800                                                                                                                                            |
| 5   |                                                                                                                                                                                                          |
| 6   | *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC;*                                                                                                            |
| 7   | *Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram,*                                                                                                              |
| 8   | *LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*                                                                                                                                                         |
| 9   | **MUNGER, TOLLES & OLSEN LLP**                                                                                                                                                                           |
| 10  | */s/ Jonathan H. Blavin*                                                                                                                                                                                 |
| 11  | Jonathan H. Blavin (State Bar No. 230269)<br>Jonathan.Blavin@mto.com                                                                                                                                     |
| 12  | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor                                                                                                                                             |
| 13  | San Francisco, CA 94105-3089<br>Telephone: (415) 512-4000                                                                                                                                                |
| 14  | Facsimile: (415) 512-4077                                                                                                                                                                                |
| 15  |                                                                                                                                                                                                          |
| 16  | Rose L. Ehler (State Bar No. 296523)<br>Rose.Ehler@mto.com                                                                                                                                               |
| 17  | Victoria A. Degtyareva (State Bar No. 284199)<br>Victoria.Degtyareva@mto.com                                                                                                                             |
| 18  | Ariel T. Teshuva (State Bar No. 324238)<br>Ariel.Teshuva@mto.com                                                                                                                                         |
| 19  | MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor                                                                                                                                         |
| 20  | Los Angeles, CA 90071-3426<br>Telephone: (213) 683-9100                                                                                                                                                  |
| 21  | Facsimile: (213) 687-3702                                                                                                                                                                                |
| 22  | Lauren A. Bell, *pro hac vice*                                                                                                                                                                           |
| 23  | Lauren.Bell@mto.com<br>MUNGER, TOLLES & OLSON LLP                                                                                                                                                        |
| 24  | 601 Massachusetts Ave., NW,<br>Suite 500 E                                                                                                                                                               |
| 25  | Washington, D.C. 20001-5369<br>Telephone: (202) 220-1100                                                                                                                                                 |
| 26  | Facsimile: (202) 220-2300                                                                                                                                                                                |
| 27  | *Attorneys for Defendant Snap Inc.*                                                                                                                                                                      |
| 28  |                                                                                                                                                                                                          |

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**WILSON SONSINI GOODRICH & ROSATI**
**Professional Corporation**
*/s/ Brian M. Willen*
Brian M. Willen, *pro hac vice*
Wilson Sonsini Goodrich & Rosati
bwillen@wsgr.com
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Lauren Gallo White (State Bar No. 309075)
Wilson Sonsini Goodrich & Rosati
lwhite@wsgr.com
Andrew Kramer (State Bar No. 321574)
akramer@wsgr.com
Carmen Sobczak (State Bar No. 342569)
csobczak@wsgr.com
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099

Christopher Chiou (State Bar No. 233587)
Wilson Sonsini Goodrich & Rosati
cchiou@wsgr.com
Matthew K. Donohue (State Bar No. 302144)
mdonohue@wsgr.com
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ / Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
yardena.zwang-weissman@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238

Brian Ercole (*pro hac vice*)
brian.ercole@morganlewis.com
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Stephanie Schuster (*pro hac vice*)

stephanie.schuster@morganlewis.com
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com
Ashley W. Hardin
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

**ATTESTATION**

- 8 -

CASE NO. 4:22-MD-03047-YGR

1 | I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: May 28, 2024  */s/ Andrea R. Pierson*_____
Andrea R. Pierson

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 9 -

CASE NO. 4:22-MD-03047-YGR