1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | No. 4:22-MD-3047<br><br>MDL No. 3047<br><br>[PROPOSED] **ORDER ON THE OMNIBUS SEALING STIPULATION REGARDING JOINT LETTER BRIEF REGARDING THE SCOPE OF DISCOVERY ABOUT THE "TIKTOK PLATFORM"** |
|---|---|

Pursuant to Civil Local Rules 7-11 and 79-5 and this Court's Order Setting Sealing Procedures (ECF No. 341), the Court rules as follows on Plaintiffs' and Defendants TikTok, Ltd., TikTok, LLC, TikTok, Inc., ByteDance Ltd., and ByteDance Inc.'s (collectively referred to in this submission as "TikTok Defendants," and with Plaintiffs as the "Parties") Omnibus Sealing Stipulation Regarding Joint Letter Brief Regarding the Scope of Discovery About the "TikTok Platform":

| Docket No. | Language to Be Redacted | Action to be Taken | Court's Order |
|---|---|---|---|
| ECF Nos. 800/801-1 | First redaction in page 1, paragraph 1: beginning after "And TikTok documents show that" and ending before "The U.S. version of its platform." | Redact specified portion | |
| ECF Nos. 800/801-1 | Second redaction in page 1, paragraph 1: beginning after "usage to 'just 40 minutes per day');" and extending through the end of the paragraph. | Redact specified portion | |
| ECF Nos. 800/801-1 | Only redaction in the first full paragraph of page 2: beginning after "strategies are often global. *E.g.*," and extending through the end of the paragraph. | Redact specified portion | |
| ECF Nos. 800/801-1 | Redaction in page 3, line 2: beginning after "how to make TikTok safer. *E.g.*," and ending before "Thus, what ByteDance has done." | Redact specified portion | |
| ECF Nos. 800/801-1 | Redaction in the first full paragraph of page 3: beginning after "For example," and ending before "would not have been produced." | Redact specified portion | |
| ECF Nos. 800/801-1 | Redaction beginning on page 4 and extending into page 5: beginning after "As another example, Plaintiffs cite to" on page | Redact specified portion | |

| | 4 and ending before "(*Id.* at 2) " on page 5. | | |
|---|---|---|---|

**IT IS SO ORDERED.**

Dated: May 30, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge