1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11

IN RE: SOCIAL MEDIA ADOLESCENT
ADDICTION/PERSONAL INJURY
PRODUCTS LIABILITY LITIGATION

12

13

14

THIS DOCUMENT RELATES TO:
ALL ACTIONS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

) MDL No. 3047
) Case No. 4:22-03047-YGR
) Honorable Yvonne Gonzalez Rogers
) Honorable Peter H. Kang
)
)
)
) **OMNIBUS SEALING STIPULATION**
) **AND [PROPOSED] ORDER**
) **REGARDING DKT. NOS. 848, 849**
) **(JOINT LETTER BRIEF RE:**
) **YOUTUBE'S CUSTODIANS)**
)
)
)
)

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively, "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with their Joint Letter Brief on Whether YouTube Must Designate Additional Custodians (the "Joint Letter Brief") and its exhibit filed on May 15, 2024.  ECF Nos. 848-849.

The Parties have met and conferred regarding the proposed sealing designations. At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following charts.

## I.    UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS

| Dkt. No. | Description | Requested Action | Designating Party | YouTube's Basis for Sealing | Previously Sealed |
|---|---|---|---|---|---|
| 848 | Joint Letter Brief on Whether YouTube Must Designate Additional Custodians | Maintain redactions at 1, 2, 3. | YouTube | YouTube seeks to redact personal identifying information such as job titles, job descriptions, and direct quotes of YouTube employees proposed or designated to be document custodians in this case. Disclosure of YouTube employees' identities violates their privacy interests and could cause them to receive threatening contact from the public.  Indeed, YouTube employees have previously been identified, doxxed, harassed, and threatened due to their mere connection to YouTube's public | No. |

| Dkt. No. | Description | Requested Action | Designating Party | YouTube's Basis for Sealing | Previously Sealed |
|---|---|---|---|---|---|
| | | | | filings in litigation. Chiou Decl. ¶ 4. | |
| 849 | Exhibit A to Joint Letter Brief | Maintain under seal | YouTube | Exhibit A to the Joint Letter Brief contains substantial personal identifying information for 69 YouTube employees who have been proposed or designated to be document custodians in this case.

Exhibit A contains descriptive information—including direct quotes from the employees, job titles and descriptions, and other personally identifiable information—that could reveal the private identities of YouTube's employees.

All this information is also presented in a single, easily accessible chart with explicit reference to the present litigation that may serve as a roadmap for potential bad actors to identify, doxx, harass, and threaten YouTube's employees as they have historically done. Chiou Decl. ¶ 4. | No. |

The Parties therefore agree that the above information may be sealed in connection with the Joint Letter Brief.

**IT IS SO STIPULATED AND AGREED.**

1

2

Respectfully submitted,

3  DATED:        May 29, 2024

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

4

5

By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

6

7

8

9

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

10

11

12

13

14

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone:  (323) 210-2900
Facsimile:  (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

15

16

17

18

19

*Attorneys for Defendants YouTube, LLC and Google LLC*

20

21  DATED:        May 29, 2024

By:  */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

22

23

24

25

26

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

27

28

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel and Settlement
Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN
PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

1

2
JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016

3
Telephone: 917-882-5522
jconroy@simmonsfirm.com

4

5
ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607

6
Telephone: 510-350-9717
amm@classlawgroup.com

7

8
ALEXANDRA WALSH
**WALSH LAW**

9
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036

10
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

11

12
MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500

13
Philadelphia, PA 19106
Telephone: 215-592-1500

14
mweinkowitz@lfsbalw.com

15
Plaintiffs' Steering Committee Leadership

16
RON AUSTIN
**RON AUSTIN LAW**

17
400 MANHATTAN BLVD
HARVEY, LA 70058

18
Telephone: 504-227–8100
raustin@ronaustinlaw.com

19

20
PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100

21
San Antonio, TX 78257
Telephone: 210-448-0500

22
PBoldt@WattsGuerra.com

23
THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**

24
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

25
Telephone: 816-701 1100
tcartmell@wcllp.com

26

27
SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive

28
Ft. Mitchell, KY 41017
Telephone: 888-606-5297

Omnibus Sealing Stipulation and [Proposed]   -5-   Case No.: 4:22-03047-YGR
order re: YouTube's Custodians

semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

1

## ATTESTATION

2    I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the

3    concurrence to the filing of this document has been obtained from each signatory hereto.

4

5    Dated: May 29, 2024

6    By: /s/  Christopher Chiou
     Christopher Chiou

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11    IN RE: SOCIAL MEDIA ADOLESCENT        )    MDL No. 3047
      ADDICTION/PERSONAL INJURY             )
12    PRODUCTS LIABILITY LITIGATION         )    CASE NO.:  4:22-md-03047-YGR
                                            )
13                                          )
                                            )
14    THIS DOCUMENT RELATES TO:             )    ~~[PROPOSED]~~ **ORDER ON**
      ALL ACTIONS                           )    **DEFENDANTS YOUTUBE, LLC AND**
15                                          )    **GOOGLE LLC'S OMNIBUS MOTION**
                                            )    **TO SEAL**
16                                          )
                                            )
17                                          )    Honorable Yvonne Gonzalez Rogers
                                            )    Honorable Peter H. Kang
18                                          )
                                            )
19    _____ )

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), and after consideration of the moving, opposition, and reply papers, supporting declarations, the arguments of counsel, and all other matters presented to the Court, the Court rules that good cause exists to seal portions of the following documents relating to Joint Letter Brief on Whether YouTube Must Designate Additional Custodians:

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 848 | Joint Letter Brief on Whether YouTube Must Designate Additional Custodians | Maintain redactions at 1, 2, 3. | Granted __x____<br><br>Denied _____ |
| 849 | Exhibit A to Joint Letter Brief on Whether YouTube Must Designate Additional Custodians. | Seal in entirety. | Granted _x____<br><br>Denied _____ |

**IT IS SO ORDERED.**

DATED: May 30, 2024     _____

HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE