[*Submitting Counsel on signature page*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-03047-YGR<br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL TIME FOR DISCUSSION AND BRIEFING OF YOUTUBE SEARCH TERMS** |

1    Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants Google, LLC and YouTube, LLC (together, "YouTube" or "Defendants") to finalize search term negotiations from May 31, 2024 to June 7, 2024, with any necessary letter briefing to be submitted five business days thereafter (and no later than June 14). The parties declare in support of this request:

1. Plaintiffs and YouTube are engaged in ongoing search term negotiations relating to Plaintiffs' already served Requests for Production.

2. Plaintiffs and YouTube mutually agree that they would benefit from more time to continue their conferrals and attempt to narrow disputes regarding search terms.

3. Plaintiffs and YouTube believe that an extension until June 7 to finalize negotiations will afford adequate time for such negotiations.

4. Extending this deadline will not affect any other deadline affixed by the Court.

5. This is the second request to extend this deadline.[1]

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for Plaintiffs and YouTube to finalize search term negotiations to June 7, with any necessary letter briefing to be submitted five business days after the parties complete those discussions (no later than June 14).

**IT IS SO ORDERED,**

DATED: _____

PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

**IT IS SO STIPULATED AND AGREED.**

---

[1] Pursuant to DMC Order No. 6 (ECF 875), the Court originally ordered that search term discussions *and briefing* be concluded by May 31, 2024. On May 23, 2024, the parties requested, and the Court granted on the record, a modification to the order that discussions be concluded by May 31, 2024 but that briefing would be concluded by June 7, 2024. *See* May 23, 2024 Hr'g Tr.

1  Respectfully submitted,

2  DATED:     May 31, 2024           **WILSON SONSINI GOODRICH & ROSATI**
                                     Professional Corporation
3

4                                    By: */s/ Christopher Chiou*
                                     Christopher Chiou (State Bar No. 233587)
5                                    Matthew K. Donohue (State Bar No. 302144)
                                     WILSON SONSINI GOODRICH & ROSATI PC
6                                    953 East Third Street, Suite 100
                                     Los Angeles, CA 90013
7                                    Telephone:  (323) 210-2900
                                     Facsimile:  (866) 974-7329
8                                    Email: cchiou@wsgr.com
                                     Email: mdonohue@wsgr.com
9
                                     Brian M. Willen (*pro hac vice*)
10                                   WILSON SONSINI GOODRICH & ROSATI PC
                                     1301 Avenue of the Americas, 40th Floor
11                                   New York, New York 10019
                                     Telephone: (212) 999-5800
12                                   Facsimile: (212) 999-5899
                                     Email: bwillen@wsgr.com
13
                                     Lauren Gallo White (State Bar No. 309075)
14                                   Samantha A. Machock (State Bar No. 298852)
                                     WILSON SONSINI GOODRICH & ROSATI PC
15                                   One Market Plaza, Spear Tower, Suite 3300
                                     San Francisco, CA 94105
16                                   Telephone:  (415) 947-2000
                                     Facsimile:  (415) 947-2099
17                                   Email: lwhite@wsgr.com
                                     Email: smachock@wsgr.com
18
                                     *Attorneys for Defendants YouTube, LLC and*
19                                   *Google LLC*

20 DATED:     May 31, 2024           By: */s/ Lexi J. Hazam*
                                     LEXI J. HAZAM
21                                   **LIEFF CABRASER HEIMANN &**
                                     **BERNSTEIN, LLP**
22                                   275 Battery Street, 29th Floor
                                     San Francisco, CA 94111-3339
23                                   Telephone: 415-956-1000
                                     lhazam@lchb.com
24
                                     PREVIN WARREN
25                                   **MOTLEY RICE LLC**
                                     401 9th Street NW Suite 630
26                                   Washington DC 20004
                                     Telephone: 202-386-9610
27                                   pwarren@motleyrice.com

28                                   Co-Lead Counsel

| | |
|---|---|
| 1 | CHRISTOPHER A. SEEGER |
| | **SEEGER WEISS, LLP** |
| 2 | 55 Challenger Road, 6th floor |
| | Ridgefield Park, NJ 07660 |
| 3 | Telephone: 973-639-9100 |
| | Facsimile: 973-679-8656 |
| 4 | cseeger@seegerweiss.com |

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016

| | |
|---|---|
| 1 | Telephone: 917-882-5522 |
| | jconroy@simmonsfirm.com |
| 2 | |
| | ANDRE MURA |
| 3 | **GIBBS LAW GROUP, LLP** |
| | 1111 Broadway, Suite 2100 |
| 4 | Oakland, CA 94607 |
| | Telephone: 510-350-9717 |
| 5 | amm@classlawgroup.com |
| 6 | ALEXANDRA WALSH |
| | **WALSH LAW** |
| 7 | 1050 Connecticut Ave, NW, Suite 500 |
| | Washington D.C. 20036 |
| 8 | Telephone: 202-780-3014 |
| | awalsh@alexwalshlaw.com |
| 9 | |
| | MICHAEL M. WEINKOWITZ |
| 10 | **LEVIN SEDRAN & BERMAN, LLP** |
| | 510 Walnut Street Suite 500 |
| 11 | Philadelphia, PA 19106 |
| | Telephone: 215-592-1500 |
| 12 | mweinkowitz@lfsbalw.com |
| 13 | Plaintiffs' Steering Committee Leadership |
| 14 | RON AUSTIN |
| | **RON AUSTIN LAW** |
| 15 | 400 MANHATTAN BLVD |
| | HARVEY, LA 70058 |
| 16 | Telephone: 504-227–8100 |
| | raustin@ronaustinlaw.com |
| 17 | |
| | PAIGE BOLDT |
| 18 | **WATTS GUERRA LLP** |
| | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 19 | San Antonio, TX 78257 |
| | Telephone: 210-448-0500 |
| 20 | PBoldt@WattsGuerra.com |
| 21 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 22 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 23 | Telephone: 816-701 1100 |
| | tcartmell@wcllp.com |
| 24 | |
| | SARAH EMERY |
| 25 | **HENDY JOHNSON VAUGHN EMERY, PSC** |
| | 2380 Grandview Drive |
| 26 | Ft. Mitchell, KY 41017 |
| | Telephone: 888-606-5297 |
| 27 | semery@justicestartshere.com |
| 28 | CARRIE GOLDBERG |
| | **C.A. GOLDBERG, PLLC** |

16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698

rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

### **ATTESTATION**

I, Audrey Siegel, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: May 31, 2024

          By: */s/ Audrey Siegel*
              Audrey Siegel