AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/ PERSONAL INJURY PRODUCTS LIABILITY LITIGATION ) *Plaintiff* ) v. ) *Defendant* ) ) | Case No. 4:22-md-03047-YGR |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The People of the State of California.

Date: 06/07/2024

/s/ Brendan Ruddy
*Attorney's signature*

Brendan Ruddy (SBN 297896)
*Printed name and bar number*

California Department of Justice
455 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
*Address*

brendan.ruddy@doj.ca.gov
*E-mail address*

(415) 510-3854
*Telephone number*

(415) 703-5480
*FAX number*