1    *[Submitting Counsel on Signature Page]*

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION           Case No. 4:22-03047-YGR

13   _____        **OMNIBUS SEALING STIPULATION
                                             PURSUANT TO THE ORDER GRANTING**
14   This Document Relates to:              **MOTION TO FILE UNDER SEAL;
                                             SETTING SEALING PROCEDURES**
15   ALL ACTIONS                            **FOR ECF 904**

16

17   _____

18            Pursuant to the Court's Order Granting Motion to File Under Seal; Setting Sealing

19   Procedures ("Sealing Procedures Order") (ECF 341), the Parties, through their undersigned

20   counsel, hereby submit this Omnibus Sealing Stipulation.

21            The Parties declare in support of this Stipulation:

22            1.      In accordance with Section II of the Sealing Procedures Order, entitled Post-

23   Briefing Omnibus Sealing Procedures, the Parties have met and conferred regarding the Parties'

24   proposed sealing and redactions in the Defendants' Amended Notice of Replacement Personal

25   Injury Bellwether Discovery Pool Selections (ECF 904) filed on May 28, 2024.

26            2.      In accordance with the Sealing Procedures Order, the Parties have created the

27   attached Chart listing the portion of the Defendants' Notice of Replacement Personal Injury

28

1    Bellwether Discovery Pool Selections (ECF 899) and Defendants' Amended Notice of

2    Replacement Personal Injury Bellwether Discovery Pool Selections (ECF 904) to be redacted.

3          3.      The Parties have limited proposed redactions to Protected Health Information as

4    defined by the Parties' Stipulated Second Modified Protective Order. (ECF 665).

5          4.      In addition, the Parties have limited proposed redactions to materials that are not

6    currently on the public docket.

7          5.      Plaintiffs state the following:

8          a.      Protected Health Information ("PHI"): "has the meaning set forth in 45

9    C.F.R. §§ 160.103 and 164.501…and includes but is not limited to individually identifiable health

10   information, including demographic information, relating to either (a) the past, present, or future

11   physical or mental condition of an individual; (b) the provision of health care to an individual…"

12   Stipulated Second Modified Protective Order. ECF No. 665.

13         b.      In *A.C. v. City of Santa Clara*, No. 13-CV-03276-HSG, 2015 WL 4076364,

14   at *2 (N.D. Cal. July 2, 2015), Judge Gilliam found that when it comes to medical records,

15   "compelling confidentiality concerns outweigh the presumption of public access to court

16   records." *See Dalton v. Cnty. of San Diego*, No. 3:21-CV-2143 W (WVG), 2024 WL 1319719, at

17   *1 (S.D. Cal. Mar. 27, 2024) (to the extent the exhibits identify a minor and implicate her

18   criminal and mental health history, the documents may be sealed.); *San Ramon Reg'l Med. Ctr.,

19   Inc. v. Principal Life Ins. Co.*, No. 10–cv–02258–SBA, 2011 WL 89931, at *1 n.1 (N.D.Cal. Jan.

20   10, 2011) (finding that confidentiality of medical records under the Health Insurance Portability

21   and Accountability Act of 1996 outweighed *Kamakana* presumption in favor of public access to

22   court records); *Ballou v. McElvain*, No. 3:19-CV-05002-DGE, 2023 WL 8236530, at *2 (W.D.

23   Wash. Nov. 28, 2023) (concluding that there is great need to protect sensitive medical

24   information from public disclosure such as plaintiff's mental state, including mental health

25   symptoms). *See also Liaw v. United Airlines, Inc.*, No. 19-CV-00396-WHA, 2019 WL 6251204,

26   at *10 (N.D. Cal. Nov. 22, 2019) (private medical records sealed under higher 'compelling

27   reason' standard); *Pratt v. Gamboa*, No. 17-CV-04375-LHK, 2020 WL 8992141, at *2 (N.D. Cal.

28   May 22, 2020). ('compelling reasons' justify sealing Plaintiff's medical records which are deemed

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

confidential under the Health Insurance Portability and Accountability Act of 1996); *Bruce v. Azar*, 389 F. Supp. 3d 716, 727 (N.D. Cal. 2019), aff'd, 826 F. App'x 643 (9th Cir. 2020) (courts have found under 'compelling reason' standard that a party's privacy interests in medical records and private information outweigh the public's interest in access.); *Woods v. City of Hayward*, No. 19-CV-01350-JCS, 2021 WL 4061657, at *20 (N.D. Cal. Sept. 7, 2021) (to the extent proposed redactions are based on medical privacy, privacy interests related to juvenile correctional records, or the privacy protections of Rule 5.2, plaintiff has shown 'compelling reasons' to maintain material under seal and his requests are narrowly tailored). *See also In re Flint Water Cases*, No. 517CV10164JELMKM, 2021 WL 2254064, at *2 (E.D. Mich. May 20, 2021) (private medical information of the bellwether plaintiffs, identifying information of minors, and addresses of minor plaintiffs, all is appropriate to redact and/or seal).

c.      PHI, which is already subject to the Stipulated Second Modified Protective Order, should remain sealed in the Defendants' Amended Notice of Replacement Personal Injury Bellwether Discovery Pool Selections, including the statistical analysis and narratives detailing specific "past, present, or future physical or mental conditions" and "the provision of health care" such as hospitalizations. *See* ECF No. 665. The bellwether plaintiffs, all of whom were injured as minors, should be protected from any potential embarrassment resulting from having their PHI linked to their identities as recognized by this Court and well-established Ninth Circuit precedent.

6.      Defendants' position is that Plaintiffs' medical histories are not subject to absolute protection, given that Plaintiffs have put those medical histories at issue by filing these lawsuits. *See, e.g.*, *Howard v. Cox*, 2021 WL 4487603, at *2 (D. Nev. Sept. 30, 2021) (sealing medical records but declining to "require the parties to redact the parts of those records that they quote or paraphrase in their briefs because those points are relevant to [plaintiff's] claims in this action"); *Cole v. Janssen Pharms., Inc.*, No. 15-CV-57, 2017 WL 2929523, at *3 (E.D. Wis. July 10, 2017) ("To the extent that the information from the medical records is incorporated into other documents filed by the parties or orders issued by this court, that information is relevant to the issues raised in the case and should be available to the public."). Nonetheless, to obviate the need for the Court to address a sealing dispute, Defendants agree to seal certain material from these

1   briefs without prejudice to their ability to argue that such material should be unsealed in

2   subsequent filings.

3        THEREFORE, in accordance with the Sealing Procedures Order, the Parties stipulate and

4   respectfully request that the Court accept their undisputed requests to maintain the redactions in

5   the Defendants' Amended Notice of Replacement Personal Injury Bellwether Discovery Pool

6   Selections (ECF 899) and Defendants' Amended Notice of Replacement Personal Injury

7   Bellwether Discovery Pool Selections (ECF 904), as set forth in attached Chart and the duly

8   submitted Proposed Order Addressing All Undisputed Sealing Requests emailed to the Court's

9   proposed order inbox.

10       **IT IS SO STIPULATED AND AGREED**

11   DATED: June 7, 2024                    Respectfully submitted,

12

13                                         By:  */s/ Lexi J. Hazam*
                                           LEXI J. HAZAM
14                                         **LIEFF CABRASER HEIMANN &**
                                           **BERNSTEIN, LLP**
15                                         275 BATTERY STREET, 29TH FLOOR
                                           SAN FRANCISCO, CA 94111-3339
16                                         Telephone: 415-956-1000
                                           lhazam@lchb.com
17

18                                         PREVIN WARREN
                                           **MOTLEY RICE LLC**
19                                         401 9th Street NW Suite 630
                                           Washington DC 20004
20                                         Telephone: 202-386-9610
                                           pwarren@motleyrice.com
21

22                                         Co-Lead Counsel

23                                         CHRISTOPHER A. SEEGER
                                           **SEEGER WEISS, LLP**
24                                         55 CHALLENGER ROAD, 6TH FLOOR
                                           RIDGEFIELD PARK, NJ 07660
25                                         Telephone: 973-639-9100
                                           cseeger@seegerweiss.com
26

27                                         Counsel to Co-Lead Counsel

28

1

2     JENNIE LEE ANDERSON
      **ANDRUS ANDERSON, LLP**
3     155 MONTGOMERY STREET, SUITE 900
      SAN FRANCISCO, CA 94104
4     Telephone: 415-986-1400
      jennie@andrusanderson.com
5
      Liaison Counsel
6
      EMILY C. JEFFCOTT
7     **MORGAN & MORGAN**
      633 WEST FIFTH STREET, SUITE 2652
8     LOS ANGELES, CA 90071
      Telephone: 213-787-8590
9     ejeffcott@forthepeople.com
10
      JOSEPH VANZANDT
11    **BEASLEY ALLEN**
      234 COMMERCE STREET
12    MONTGOMERY, LA 36103
      Telephone: 334-269-2343
13    joseph.vanzandt@beasleyallen.com
14
      Federal/State Liaisons
15
      MATTHEW BERGMAN
16    GLENN DRAPER
      **SOCIAL MEDIA VICTIMS LAW CENTER**
17    821 SECOND AVENUE, SUITE 2100
      SEATTLE, WA 98104
18    Telephone: 206-741-4862
      matt@socialmediavictims.org
19    glenn@socialmediavictims.org
20
      JAMES J. BILSBORROW
21    **WEITZ & LUXENBERG, PC**
      700 BROADWAY
22    NEW YORK, NY 10003
      Telephone: 212-558-5500
23    jbilsborrow@weitzlux.com
24
      JAYNE CONROY
25    **SIMMONS HANLY CONROY, LLC**
      112 MADISON AVE, 7TH FLOOR
26    NEW YORK, NY 10016
      Telephone: 917-882-5522
27    jconroy@simmonsfirm.com
28

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1

2 ANDRE MURA
 **GIBBS LAW GROUP, LLP**
3 1111 BROADWAY, SUITE 2100
 OAKLAND, CA 94607
4 Telephone: 510-350-9717
 amm@classlawgroup.com
5

6 ALEXANDRA WALSH
 **WALSH LAW**
7 1050 Connecticut Ave, NW, Suite 500
 Washington D.C. 20036
8 Telephone: 202-780-3014
 awalsh@alexwalshlaw.com
9

10 MICHAEL M. WEINKOWITZ
 **LEVIN SEDRAN & BERMAN, LLP**
11 510 WALNUT STREET
 SUITE 500
12 PHILADELPHIA, PA 19106
 Telephone: 215-592-1500
13 mweinkowitz@lfsbalw.com

14 Plaintiffs' Steering Committee Leadership

15

16 RON AUSTIN
 **RON AUSTIN LAW**
17 400 MANHATTAN BLVD.
 HARVEY, LA 70058
18 Telephone: 504-227–8100
 raustin@ronaustinlaw.com
19

20 PAIGE BOLDT
 **WALSH LAW**
21 4 Dominion Drive, Bldg. 3, Suite 100
 San Antonio, TX 78257
22 Telephone: 210-448-0500
 PBoldt@alexwalshlaw.com
23

24 THOMAS P. CARTMELL
 **WAGSTAFF & CARTMELL LLP**
25 4740 Grand Avenue, Suite 300
 Kansas City, MO 64112
26 Telephone: 816-701-1100
 tcartmell@wcllp.com

27

28

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES R. MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marsh.law

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK
LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmelter@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

COVINGTON & BURLING LLP

By:  */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

FAEGRE DRINKER LLP
By: /s/ Andrea Roberts Pierson
Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

Geoffrey Drake, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP
By: /s/ Jonathan H. Blavin
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1

2   Rose L. Ehler (SBN 29652)
    Victoria A. Degtyareva (SBN 284199)
3   Laura M. Lopez, (SBN 313450)
    Ariel T. Teshuva (SBN 324238)
4   MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, 50th Floor
5   Los Angeles, CA 90071-3426
    Telephone: (213) 683-9100
6   Facsimile: (213) 687-3702
    Email: rose.ehler@mto.com
7   Email: victoria.degtyareva@mto.com
8   Email: Ariel.Teshuva@mto.com

9   Lauren A. Bell (*pro hac vice forthcoming*)
    MUNGER, TOLLES & OLSON LLP
10  601 Massachusetts Ave., NW St.,
    Suite 500 E
11  Washington, D.C. 20001-5369
    Telephone: (202) 220-1100
12  Facsimile: (202) 220-2300
    Email: lauren.bell@mto.com
13

14  *Attorneys for Defendant Snap Inc.*

15  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
16  By: */s/ Brian M. Willen*
    Brian M. Willen
17  WILSON SONSINI GOODRICH & ROSATI
18  1301 Avenue of the Americas, 40th Floor
    New York, New York 10019
19  Telephone: (212) 999-5800
    Facsimile: (212) 999-5899
20  Email: bwillen@wsgr.com
21

22  Lauren Gallo White
    Samantha A. Machock
23  WILSON SONSINI GOODRICH & ROSATI
    One Market Plaza, Spear Tower, Suite 3300
24  San Francisco, CA 94105
    Telephone: (415) 947-2000
25  Facsimile: (415) 947-2099
    Email: lwhite@wsgr.com
26  Email: smachock@wsgr.com

27

28

- 11 -

1  Christopher Chiou
   WILSON SONSINI GOODRICH & ROSATI
2  633 West Fifth Street
   Los Angeles, CA 90071-2048
3  Telephone: (323) 210-2900
   Facsimile: (866) 974-7329
4  Email: cchiou@wsgr.com

5
   *Attorneys for Defendants YouTube, LLC,*
6  *Google LLC, and Alphabet Inc.*

7  WILLIAMS & CONNOLLY LLP
8  By: */s/ Joseph G. Petrosinelli*
   Joseph G. Petrosinelli
9  jpetrosinelli@wc.com
   Ashley W. Hardin
10 ahardin@wc.com
   680 Maine Avenue, SW
11 Washington, DC 20024
   Telephone.: 202-434-5000
12 Fax: 202-434-5029

13
   *Attorneys for Defendants YouTube, LLC, Google*
14 *LLC, and Alphabet Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION MODIFYING TEMPORARY SEALING
PROCEDURE DEADLINE
MDL NO. 3047

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3    Dated_____    _____

4                                              Hon. Yvonne Gonzalez Rogers

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28