JAMES R. MARSH
MARSH LAW FIRM PLLC
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: 212–372–3030
Email: jamesmarsh@marsh.law
On Behalf of the Plaintiffs' Steering Committee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22–03047–YGR |
| This Document Relates to:<br><br>ALL ACTIONS | **PROOF OF SERVICE OF PLAINTIFFS' OMNIBUS SEALING STIPULATION WITH DECLARATION AND RELATED DOCUMENTS** |

Honorable Yvonne Gonzalez Rogers
Honorable Peter H. Kang

## **PROOF OF SERVICE**

I, James R. Marsh, declare under penalty of perjury that the foregoing is true and correct:

I am over the age of 18 years, employed in the County of New York, State of New York, and not a party to the above-entitled cause.

On June 8, 2024, I served a true copy of the following documents:

1. ECF 931 – Omnibus Sealing Stipulation Pursuant to the Order Granting Motion to File Under Seal; Setting Sealing Procedures for ECF 904

2. ECF 932 – Plaintiffs' Administrative Motion to File Under Seal

3. ECF 932-1 – Sealed Chart [UNREDACTED]

4. ECF 932-2 – Redacted Defendant's Amended Notice of Replacement Personal Injury Bellwether Discovery Pool Selections

5. Omnibus Order Chart – Submitted to Chambers

By sending them to the email addresses listed below:

**Parties' Counsel**

PSCServiceMDL3047@motleyrice.com
MetaNoticeofService@cov.com
SnapNoticeofService@mto.com
TikTokNoticeofService@faegredrinker.com
youtubeserviceconfidentialdocs@wsgr.com

**Honorable Yvonne Gonzalez Rogers**

*Omnibus Order Chart Only*

ygrpo@cand.uscourts.gov

Executed on June 8, 2024

_____
James R. Marsh