Nathan E. Shafroth, SBN 232505
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: + 1 (415) 591-6000
Facsimile: +1 (415) 591-6091
Email: nshafroth@cov.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| *Office of the Attorney General, State of Florida, Department of Legal Affairs*<br>　　v.<br>*Meta Platforms, Inc., Instagram LLC, and Meta Payments, Inc.* | MDL No. 3047<br><br>Case No. 4:23-cv-05885-YGR<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers |
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF STIPULATION SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS FLORIDA ATTORNEY GENERAL AMENDED COMPLAINT** |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2024, Plaintiff Florida Attorney General and Defendants Meta Platforms, Inc., Instagram, LLC, and Meta Payments, Inc. filed a joint stipulation and proposed order setting the briefing schedule for Defendants' Motion to Dismiss Plaintiff's Amended Complaint in Case No. 4:23-cv-05885-YGR.

DATED: June 10, 2024　　　　　　　　　　　COVINGTON & BURLING, LLP

By: */s/ Nathan E. Shafroth*
　　Nathan E. Shafroth

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*