1  MICAH L. HOBBS
2  mhobbs@shb.com
   **SHOOK, HARDY & BACON L.L.P.**
3  2555 Grand Boulevard
   Kansas City, MO 64108
4  Telephone: 816-474-6550
   Facsimile: 816-421-5547
5

6  Attorneys for Defendants
   Meta Platforms, Inc. f/k/a
7  Facebook, Inc.; Facebook Holdings, LLC; Facebook
   Operations, LLC; Facebook Payments, Inc.;
8  Facebook Technologies, LLC; Instagram, LLC;
   Siculus, Inc.; and Mark Elliot Zuckerberg
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 | IN RE: SOCIAL MEDIA ADOLESCENT | Case No. 4:22-md-03047-YGR
   | ADDICTION/PERSONAL INJURY
15 | PRODUCTS LIABILITY LITIGATION  | Judge Yvonne Gonzalez Rogers

16                                  | **NOTICE OF APPEARANCE OF MICAH L. HOBBS**
17

18

19 | ALL ACTIONS

20

...

NOTICE OF APPEARANCE OF MICAH L. HOBBS
4858-9167-8661

# NOTICE OF APPEARANCE OF MICAH L. HOBBS AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Micah L. Hobbs of the law firm Shook, Hardy & Bacon L.L.P., located at 2555 Grand Boulevard, Kansas City, MO, 64108-2613, telephone number (816) 474-6550, facsimile number (816) 421-5547, email address mhobbs@shb.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Ms. Hobbs hereby requests to be added to the docket and the electronic service list in this matter.

Dated: June 18, 2024               SHOOK, HARDY & BACON L.L.P.

                                   By: */s/ Micah L. Hobbs*
                                   Micah L. Hobbs

                                   Attorneys for Defendants
                                   Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg

4858-9167-8661