JOHN C. VAGLIO
jvaglio@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

Attorneys for Defendants
Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | Judge Yvonne Gonzalez Rogers |
| | **NOTICE OF APPEARANCE OF JOHN C. VAGLIO** |
| ALL ACTIONS | |

1

2

## <u>NOTICE OF APPEARANCE OF JOHN C. VAGLIO AS COUNSEL FOR</u>
## <u>META PLATFORMS, INC. ET AL.</u>

3    TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR

4 ATTORNEYS OF RECORD:

5    PLEASE TAKE NOTICE that John C. Vaglio of the law firm Shook, Hardy

6 & Bacon L.L.P., located at 2555 Grand Boulevard, Kansas City, MO, 64108-2613,

7 telephone number (816) 474-6550, facsimile number (816) 421-5547, email address

8 jvaglio@shb.com, hereby enters an appearance in this matter on behalf of Defendants

9 Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook

10 Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC;

11 Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Mr. Vaglio hereby

12 requests to be added to the docket and the electronic service list in this matter.

13

14 Dated:  June 18, 2024                    SHOOK, HARDY & BACON L.L.P.

15

16

17                                          By: */s/John C. Vaglio*
                                                John C. Vaglio
18

19                                          Attorneys for Defendants
                                            Meta Platforms, Inc. f/k/a Facebook, Inc.;
20                                          Facebook   Holdings,   LLC;   Facebook
                                            Operations, LLC; Facebook Payments, Inc.;
21                                          Facebook Technologies, LLC; Instagram,
                                            LLC; Siculus, Inc.; and Mark Elliot
22                                          Zuckerberg

23

24

25

26

27

28
                                        1                    Case No. 4:22-md-03047-YGR
                        NOTICE OF APPEARANCE OF JOHN C. VAGLIO