GABRIEL P. EGLI
gegli@shb.com
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

Attorneys for Defendants
Meta Platforms, Inc. f/k/a
Facebook, Inc.; Facebook Holdings, LLC; Facebook
Operations, LLC; Facebook Payments, Inc.;
Facebook Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-md-03047-YGR |
| | Judge Yvonne Gonzalez Rogers |
| | **NOTICE OF APPEARANCE OF TERRI L. PARKER** |
| ALL ACTIONS | |

NOTICE OF APPEARANCE OF TERRI L. PARKER

4881-1891-6549

## NOTICE OF APPEARANCE OF TERRI L. PARKER AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Terri L. Parker of the law firm Shook, Hardy & Bacon L.L.P., located at 100 N. Tampa Street, Tampa, FL, 33602, telephone number (813) 202-7100, facsimile number (813) 221-8837, email address tparker@shb.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Ms. Parker hereby requests to be added to the docket and the electronic service list in this matter.

Dated:  June 18, 2024                          SHOOK, HARDY & BACON L.L.P.


                                               By: */s/ Terri L. Parker*
                                                   Terri L. Parker

                                               Attorneys for Defendants
                                               Meta Platforms, Inc. f/k/a Facebook, Inc.;
                                               Facebook Holdings, LLC; Facebook
                                               Operations, LLC; Facebook Payments, Inc.;
                                               Facebook Technologies, LLC; Instagram,
                                               LLC; Siculus, Inc.; and Mark Elliot
                                               Zuckerberg

4881-1891-6549