| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>CAND 435<br>(CAND Rev. 08/2018) | TRANSCRIPT ORDER<br>Please use one form per court reporter.<br>CJA counsel please use Form CJA24<br>Please read instructions on next page. || COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER<br>Liz S. Whitelegg | 2a. CONTACT PHONE NUMBER<br>(317) 237-1205 || 3. CONTACT EMAIL ADDRESS<br>liz.whitelegg@faegredrinker.com |
| 1b. ATTORNEY NAME (if different)<br>Patrick H. Reilly | 2b. ATTORNEY PHONE NUMBER<br>(317) 237-1087 || 3. ATTORNEY EMAIL ADDRESS<br>patrick.reilly@faegredrinker.com |
| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Faegre Drinker Biddle & Reath LLP<br>300 N. Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204 | 5. CASE NAME<br>In re: Social Media Adolescent Addiction || 6. CASE NUMBER<br>4:22-md-3047 |
| 7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR<br>Ruth Levine Ekhaus | 8. THIS TRANSCRIPT ORDER IS FOR:<br>☐ APPEAL    ☐ CRIMINAL    ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)<br>☐ NON-APPEAL  ☒ CIVIL     CJA: Do not use this form; use Form CJA24. |||

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)  c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/20/2024 | PHK | DISC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

Please email invoices and transcripts to Liz Whitelegg at liz.whitelegg@faegredrinker.com

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).<br>11. SIGNATURE    /s/Patrick H. Reilly | 12. DATE<br>0620/2024 |
|---|---|

Clear Form        Save as new PDF