CARMEN SOBCZAK (SBN 342569)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: csobczak@wsgr.com

*Attorneys for Defendant Roblox Corporation*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No.: 3047<br>Case No.: 4:22-md-03047-YGR<br>Honorable Yvonne Gonzalez Rogers |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **NOTICE OF CHANGE IN COUNSEL** |

1  PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 5-1(c)(2)(C) that Carmen Sobczak of Wilson Sonsini Goodrich & Rosati, P.C. ceased to be involved as counsel of record for Defendant Roblox Corporation ("Roblox") in this Action. All pleadings, orders, notices, and other papers should be served upon the following counsel who has appeared in the case for Defendant Roblox:

> MAYER BROWN LLP
> Anthony J Weibell
> Email:  aweibell@mayerbrown.com
> Two Palo Alto Square
> Suite 300
> Palo Alto, CA 94306
> Telephone:  (650) 331-2000

Respectfully submitted,

Dated:  June 26, 2024

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____ */s/ Carmen Sobczak* _____
　　　Carmen Sobczak
　　　csobczak@wsgr.com

Attorneys for Defendant
Roblox Corporation

-1-
NOTICE OF CHANGE IN COUNSEL
MDL NO.: 3047 / CASE NO.:  4:22-MD-03047-YGR