*[Submitting Counsel on signature page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No 4:22-MD-03047-YGR<br>Honorable Yvonne Gonzalez Rogers<br>Honorable Peter H. Kang<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING RELIEF FROM DECLARATIONS REQUIRED BY ORDER RESOLVING DISCOVERY DISPUTE REGARDING PLAINTIFFS' REQUESTS FOR PRODUCTION NOS. 103-104 TO SNAP [ECF NO. 983]** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court relieve the parties of filing the declarations required by the Court's Order Resolving Discovery Dispute Regarding Plaintiffs' Requests for Production Nos. 103-104 to Snap (ECF No. 983). The parties declare in support of this request:

1. Plaintiffs and Defendant Snap Inc. ("Snap") filed the Joint Letter Brief Regarding Plaintiffs' Requests for Production 103-104 to Snap Inc. (ECF No. 981) on June 26, 2024.

2. On June 28, 2024, the Court issued an Order Resolving Discovery Dispute Regarding Plaintiffs' Requests for Production Nos. 103-104 to Snap (ECF No. 983). The Court's Order requires Snap to file an initial declaration providing specified information relating to the dispute by July 3, 2024, requires Plaintiffs to file a responsive declaration providing specified information within three business days of the filing of Snap's initial declaration, and requires Snap to file a declaration providing additional specified information by July 10, 2024. ECF No. 983 at 4-6.

3. The parties continued to meet and confer following the Court's Order and were able to reach a compromise regarding the dispute.

4. Accordingly, the dispute set forth in the joint letter brief has been resolved and is now moot.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court relieve them from filing the declarations required by the Court's Order Resolving Discovery Dispute Regarding Plaintiffs' Requests for Production Nos. 103-104 to Snap (ECF No. 983).

**IT IS SO ORDERED,**

DATED: July 2, 2024

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

**IT IS SO STIPULATED AND AGREED.**

DATED: July 2, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP


　　　　　　　　　　　　　　　　　By:　　　　*/s/ Victoria A. Degtyareva*
　　　　　　　　　　　　　　　　　　　Victoria A. Degtyareva (State Bar No. 284199)
　　　　　　　　　　　　　　　　　　　Rose Leda Ehler (State Bar No. 296523)
　　　　　　　　　　　　　　　　　　　Laura M. Lopez (State Bar No. 313450)
　　　　　　　　　　　　　　　　　　　Rowley J. Rice (State Bar No. 313737)
　　　　　　　　　　　　　　　　　　　Ariel Teshuva (State Bar No. 324238)
　　　　　　　　　　　　　　　　　　　Faye P. Teller (State Bar No. 343506)
　　　　　　　　　　　　　　　　　　　**MUNGER, TOLLES & OLSON LLP**
　　　　　　　　　　　　　　　　　　　350 South Grand Avenue, 50th Floor
　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071-3426
　　　　　　　　　　　　　　　　　　　Telephone:　(213) 683-9100
　　　　　　　　　　　　　　　　　　　Facsimile:　(213) 687-3702
　　　　　　　　　　　　　　　　　　　Email: rose.ehler@mto.com
　　　　　　　　　　　　　　　　　　　Email: victoria.degtyareva@mto.com
　　　　　　　　　　　　　　　　　　　Email: laura.lopez@mto.com
　　　　　　　　　　　　　　　　　　　Email: rowley.rice@mto.com
　　　　　　　　　　　　　　　　　　　Email: ariel.teshuva@mto.com
　　　　　　　　　　　　　　　　　　　Email: faye.teller@mto.com

　　　　　　　　　　　　　　　　　　　Jonathan H. Blavin (State Bar No. 230269)
　　　　　　　　　　　　　　　　　　　Natalie Moyce (State Bar No. 341326)
　　　　　　　　　　　　　　　　　　　**MUNGER, TOLLES & OLSON LLP**
　　　　　　　　　　　　　　　　　　　560 Mission Street, 27th Floor
　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105-3089
　　　　　　　　　　　　　　　　　　　Telephone: (415) 512-4000
　　　　　　　　　　　　　　　　　　　Email: jonathan.blavin@mto.com
　　　　　　　　　　　　　　　　　　　Email: natalie.moyce@mto.com

　　　　　　　　　　　　　　　　　　　Lauren Bell (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　**MUNGER, TOLLES & OLSON LLP**
　　　　　　　　　　　　　　　　　　　601 Massachusetts Avenue NW, Suite 500 E
　　　　　　　　　　　　　　　　　　　Washington D.C., 2000
　　　　　　　　　　　　　　　　　　　Telephone: (202) 220-1125
　　　　　　　　　　　　　　　　　　　Email: lauren.bell@mto.com

　　　　　　　　　　　　　　　　　　　Attorneys for SNAP INC.

| | | |
|---|---|---|
| 1 | DATED: July 2, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Lexi J. Hazam* |
| 4 | | LEXI J. HAZAM |
| 5 | | **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 6 | | 275 BATTERY STREET, 29TH FLOOR SAN FRANCISCO, CA 94111-3339 |
| 7 | | Telephone: 415-956-1000 lhazam@lchb.com |
| 8 | | |
| 9 | | PREVIN WARREN **MOTLEY RICE LLC** |
| 10 | | 401 9th Street NW Suite 630 Washington DC 20004 |
| 11 | | Telephone: 202-386-9610 pwarren@motleyrice.com |
| 12 | | |
| 13 | | Co-Lead Counsel |
| 14 | | CHRISTOPHER A. SEEGER **SEEGER WEISS, LLP** |
| 15 | | 55 CHALLENGER ROAD, 6TH FLOOR RIDGEFIELD PARK, NJ 07660 |
| 16 | | Telephone: 973-639-9100 cseeger@seegerweiss.com |
| 17 | | |
| 18 | | Counsel to Co-Lead Counsel |
| 19 | | JENNIE LEE ANDERSON **ANDRUS ANDERSON, LLP** |
| 20 | | 155 MONTGOMERY STREET, SUITE 900 SAN FRANCISCO, CA 94104 |
| 21 | | Telephone: 415-986-1400 jennie@andrusanderson.com |
| 22 | | |
| 23 | | Liaison Counsel |
| 24 | | EMILY C. JEFFCOTT **MORGAN & MORGAN** |
| 25 | | 633 WEST FIFTH STREET, SUITE 2652 LOS ANGELES, CA 90071 |
| 26 | | Telephone: 213-787-8590 ejeffcott@forthepeople.com |
| 27 | | |

28  STIPULATION AND [PROPOSED] ORDER REQUESTING RELIEF FROM REQUIRED DECLARATIONS     -3-     Case No. 4:22-03047-YGR-PHK

| | |
|---|---|
| 1 | JOSEPH VANZANDT |
| | **BEASLEY ALLEN** |
| 2 | 234 COMMERCE STREET |
| | MONTGOMERY, LA 36103 |
| 3 | Telephone: 334-269-2343 |
| | joseph.vanzandt@beasleyallen.com |
| 4 | |
| | Federal/State Liaisons |
| 5 | |
| 6 | MATTHEW BERGMAN |
| | GLENN DRAPER |
| 7 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| | 821 SECOND AVENUE, SUITE 2100 |
| 8 | SEATTLE, WA 98104 |
| | Telephone: 206-741-4862 |
| 9 | matt@socialmediavictims.org |
| 10 | glenn@socialmediavictims.org |
| 11 | JAMES J. BILSBORROW |
| | **WEITZ & LUXENBERG, PC** |
| 12 | 700 BROADWAY |
| | NEW YORK, NY 10003 |
| 13 | Telephone: 212-558-5500 |
| 14 | jbilsborrow@weitzlux.com |
| 15 | JAYNE CONROY |
| | **SIMMONS HANLY CONROY, LLC** |
| 16 | 112 MADISON AVE, 7TH FLOOR |
| | NEW YORK, NY 10016 |
| 17 | Telephone: 917-882-5522 |
| 18 | jconroy@simmonsfirm.com |
| 19 | ANDRE MURA |
| | **GIBBS LAW GROUP, LLP** |
| 20 | 1111 BROADWAY, SUITE 2100 |
| | OAKLAND, CA 94607 |
| 21 | Telephone: 510-350-9717 |
| 22 | amm@classlawgroup.com |
| 23 | ALEXANDRA WALSH |
| | **WALSH LAW** |
| 24 | 1050 Connecticut Ave, NW, Suite 500 |
| | Washington D.C. 20036 |
| 25 | Telephone: 202-780-3014 |
| 26 | awalsh@alexwalshlaw.com |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER REQUESTING RELIEF FROM REQUIRED DECLARATIONS     -4-     Case No. 4:22-03047-YGR-PHK

|   |   |
|---|---|
| 1 | MICHAEL M. WEINKOWITZ |
| 2 | **LEVIN SEDRAN & BERMAN, LLP**<br>510 WALNUT STREET<br>SUITE 500 |
| 3 | PHILADELPHIA, PA 19106<br>Telephone: 215-592-1500 |
| 4 | mweinkowitz@lfsbalw.com |

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

|   |   |
|---|---|
| 1 | RONALD E. JOHNSON, JR. |
|   | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 2 | 600 WEST MAIN STREET, SUITE 100 |
| 3 | LOUISVILLE, KT 40202 |
|   | Telephone: 859-578-4444 |
| 4 | rjohnson@justicestartshere.com |
| 5 |   |
|   | SIN-TING MARY LIU |
| 6 | **AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC** |
| 7 | 17 EAST MAIN STREET, SUITE 200 |
|   | PENSACOLA, FL 32502 |
| 8 | Telephone: 510-698-9566 |
| 9 | mliu@awkolaw.com |
| 10 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 11 | 31 HUDSON YARDS, 11TH FLOOR |
| 12 | NEW YORK, NY 10001-2170 |
|   | Telephone: 212-372-3030 |
| 13 | jamesmarsh@marshlaw.com |
| 14 | JOSEPH E. MELTER |
|   | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 15 | 280 KING OF PRUSSIA ROAD |
| 16 | RADNOR, PA 19087 |
| 17 | Telephone: 610-667-7706 |
|   | jmeltzer@ktmc.com |
| 18 |   |
| 19 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 20 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 21 | Telephone: 212-213-8311 |
|   | hnappi@hrsclaw.com |
| 22 |   |
| 23 | EMMIE PAULOS |
|   | **LEVIN PAPANTONIO RAFFERTY** |
| 24 | 316 SOUTH BAYLEN STREET, SUITE 600 |
|   | PENSACOLA, FL 32502 |
| 25 | Telephone: 850-435-7107 |
|   | epaulos@levinlaw.com |
| 26 |   |
| 27 |   |
| 28 |   |

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REQUESTING RELIEF FROM REQUIRED DECLARATIONS
-7-
Case No. 4:22-03047-YGR-PHK

## ATTESTATION

I, Victoria A. Degtyareva, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 2, 2024                               By:   *Victoria A. Degtyareva*
                                                              Victoria A. Degtyareva