1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
| | MDL No. 3047 |
| This Document Relates to: | Honorable Yvonne Gonzalez Rogers |
| ALL ACTIONS | Honorable Peter H. Kang |
| | **OMNIBUS SEALING STIPULATION AND [PROPOSED] ORDER REGARDING DKT. NOS. 890, 891 (JOINT LETTER BRIEF RE: THE APPROPRIATE NUMBER OF CUSTODIANS AS TO SNAP INC.)** |

Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting Sealing Procedures (Dkt. No. 341), Defendant Snap Inc. and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation in connection with their Joint Letter Brief Regarding The Appropriate Number of Custodians As To Snap Inc. (the "Joint Letter Brief") and its exhibit filed on May 23, 2024. ECF 890, 891.

The Parties have met and conferred regarding the proposed sealing designations. At this time, Plaintiffs do not oppose the sealing request and reserve all rights to challenge designations and sealing in the future. Accordingly, the Parties stipulate to the following chart.

Case No. 4:22-MD-03047-YGR

OMNIBUS SEALING STIPULATION AND [PROPOSED]
ORDER RE: SNAP'S CUSTODIANS

1

**UNDISPUTED REQUEST TO MAINTAIN A DOCUMENT UNDER SEAL**

2

| Dkt. No. | Description | Requested Action | Designating Party | Designating Party's Basis for Sealing | Previously Sealed? |
|---|---|---|---|---|---|
| 891-2 | Appendix A to Joint Letter Brief | Maintain under seal. | Snap | Appendix A to the Joint Letter Brief contains substantial personal identifying information for more than 50 current and former Snap employees who have been proposed as or designated to be document custodians in this case. Appendix A contains descriptive information—including direct quotes from the employees, job titles and descriptions, and other personal identifying information—that could reveal the private identities of Snap's employees. All this information is also presented in a single, accessible chart with explicit reference to the present litigation that may serve as a roadmap for potential bad actors to identify, doxx, harass, and threaten Snap's employees, as they have historically done to other defendants. *See* Dkt. No. 910-2 (declaration of YouTube). | No. |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Dated:  July 9, 2024                    Respectfully submitted,

2                                            /s/ Lexi J. Hazam
                                             LEXI J. HAZAM
3                                            **LIEFF CABRASER HEIMANN &**
                                             **BERNSTEIN, LLP**
4                                            275 Battery Street, 29th Floor
                                             San Francisco, CA 94111-339
5                                            Telephone: 415-956-1000

6                                            PREVIN WARREN
                                             **MOTLEY RICE LLC**
7                                            401 9th Street NW Suite 630
                                             Washington DC 20004
8                                            Telephone: 202-386-9610
                                             pwarren@motleyrice.com
9
                                             Co-Lead Counsel
10
                                             CHRISTOPHER A. SEEGER
11                                           **SEEGER WEISS, LLP**
                                             55 Challenger Road, 6th floor
12                                           Ridgefield Park, NJ 07660
                                             Telephone: 973-639-9100
13                                           Facsimile: 973-679-8656
                                             cseeger@seegerweiss.com
14
                                             Counsel to Co-Lead Counsel and Settlement
15                                           Counsel

16                                           JENNIE LEE ANDERSON
                                             **ANDRUS ANDERSON, LLP**
17                                           155 Montgomery Street, Suite 900
                                             San Francisco, CA 94104
18                                           Telephone: 415-986-1400
                                             jenni@andrusanderson.com
19
                                             Liaison Counsel
20
                                             JOSEPH G. VANZANDT
21                                           **BEASLEY ALLEN CROW METHVIN**
                                             **PORTIS & MILES, P.C.**
22                                           234 Commerce Street
                                             Montgomery, AL 36103
23                                           Telephone: 334-269-2343
                                             joseph.vanzandt@beasleyallen.com
24
                                             EMILY C. JEFFCOTT
25                                           **MORGAN & MORGAN**
                                             220 W. Garden Street, 9th Floor
26                                           Pensacola, FL 32502
                                             Telephone: 850-316-9100
27                                           ejeffcott@forthepeople.com

28
                                      - 3 –

OMNIBUS SEALING STIPULATION AND [PROPOSED]                    Case No. 4:22-MD-03047-YGR
ORDER RE: SNAP'S CUSTODIANS

1

Federal/State Liaison Counsel

2

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**

3

821 Second Avenue, Suite 2100
Seattle, WA 98104

4

Telephone: 206-741-4862
matt@socialmediavictims.org

5

6

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**

7

700 Broadway
New York, NY 10003
Telephone: 212-558-5500

8

Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

9

10

PAIGE BOLDT
**WATTS GUERRA LLP**

11

4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500

12

PBoldt@WattsGuerra.com

13

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**

14

4740 Grand Avenue, Suite 300
Kansas City, MO 64112

15

Telephone: 816-701 1100
tcartmell@wcllp.com

16

17

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor

18

New York, NY 10016
Telephone: 917-882-5522

19

jconroy@simmonsfirm.com

20

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY,**

21

**PSC**
2380 Grandview Drive

22

Ft. Mitchell, KY 41017
Telephone: 888-606-5297

23

semery@justicestartshere.com

24

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**

25

16 Court St.
Brooklyn, NY 11241

26

Telephone: (646) 666-8908
carrie@cagoldberglaw.com

27

28

- 4 –

1   RONALD E. JOHNSON, JR.
    **HENDY JOHNSON VAUGHN EMERY,**
2   **PSC**
    600 West Main Street, Suite 100
3   Louisville, KY 40202
    Telephone: 859-578-4444
4   rjohnson@justicestartshere.com

5   SIN-TING MARY LIU
    **AYLSTOCK WITKIN KREIS &**
6   **OVERHOLTZ, PLLC**
    17 East Main Street, Suite 200
7   Pensacola, FL 32502
    Telephone: 510-698-9566
8   mliu@awkolaw.com

9   JAMES MARSH
    **MARSH LAW FIRM PLLC**
10  31 Hudson Yards, 11th floor
    New York, NY 10001-2170
11  Telephone: 212-372-3030
    jamesmarsh@marshlaw.com
12
    ANDRE MURA
13  **GIBBS LAW GROUP, LLP**
    1111 Broadway, Suite 2100
14  Oakland, CA 94607
    Telephone: 510-350-9717
15  amm@classlawgroup.com

16  HILLARY NAPPI
    **HACH & ROSE LLP**
17  112 Madison Avenue, 10th Floor
    New York, New York 10016
18  Telephone: 212.213.8311
    hnappi@hrsclaw.com
19
    EMMIE PAULOS
20  **LEVIN PAPANTONIO RAFFERTY**
    316 South Baylen Street, Suite 600
21  Pensacola, FL 32502
    Telephone: 850-435-7107
22  epaulos@levinlaw.com

23  RUTH THI RIZKALLA
    **THE CARLSON LAW FIRM, P.C.**
24  1500 Rosecrans Ave., Ste. 500
    Manhattan Beach, CA 90266
25  Telephone: 415-308-1915
    rrizkalla@carlsonattorneys.com
26
    ROLAND TELLIS
27  DAVID FERNANDES
    **BARON & BUDD, P.C.**
28
                          - 5 –

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Attorneys for Plaintiffs


*/s/ Jonathan H. Blavin*
Jonathan H. Blavin (SBN 230269)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

- 6 –

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

- 7 –

**ATTESTATION**

     I, Jonathan H. Blavin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: July 9, 2024                                      */s/ Jonathan H. Blavin*
                                                   Jonathan H. Blavin

- 8 –

1

2

3

4

5

6

7                           **UNITED STATES DISTRICT COURT**

8                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

9

10   IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-MD-03047-YGR
     ADDICTION/PERSONAL INJURY
     PRODUCTS LIABILITY LITIGATION,          MDL No. 3047

11

12   This Document Relates to:               Honorable Yvonne Gonzalez Rogers

     ALL ACTIONS                             Honorable Peter H. Kang

13

14                                           **OMNIBUS SEALING STIPULATION
                                             AND [PROPOSED] ORDER
                                             REGARDING DKT. NOS. 890, 891**

15                                           **(JOINT LETTER BRIEF RE: THE
                                             APPROPRIATE NUMBER OF**

16                                           **CUSTODIANS AS TO SNAP INC.)**

17

18

19         Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order

20   (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting

21   Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers and all other

22   matters presented to the Court, the Court rules that good cause exists to seal portions of the

23   following documents related to the Joint Letter Brief Regarding The Appropriate Number of

24
     Custodians As To Snap Inc.
25

26

27

28
                                            - 9 –

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 891-2 | Appendix A to Joint Letter Brief Regarding the Appropriate Number of Custodians As To Snap Inc. | Seal in entirety. | Granted _____ <br> Denied _____ |

**IT IS SO ORDERED.**

DATED: _____    _____

HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

- 10 –