1  EMILY M. WEISSENBERGER (SBN 248898)
   emily.weissenberger@faegredrinker.com
2  FAEGRE DRINKER BIDDLE & REATH LLP
   Four Embarcadero Center, 27th Floor
3  San Francisco, California  94111
   Telephone:    +1 415 591 7500
4  Facsimile:    +1 415 591 7510

5  Attorneys for Defendants
   TIKTOK INC. and BYTEDANCE INC.
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        OAKLAND DIVISION
9

10  IN RE: SOCIAL MEDIA ADOLESCENT          Case No. 4:22-md-03047-YGR
    ADDICTION/PERSONAL INJURY
    PRODUCTS LIABILITY LITIGATION           Hon. Yvonne Gonzalez Rogers
11
    THIS DOCUMENT RELATES TO                **NOTICE OF APPEARANCE OF**
12  ALL CASES                               **EMILY M. WEISSENBERGER**

13                                          Action Filed: October 6, 2022
                                            Trial Date: None Set
14

15  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

16        PLEASE TAKE NOTICE that Emily M. Weissenberger of the law firm of Faegre Drinker

17  Biddle & Reath LLP, located at Four Embarcadero Center, 27th Floor, San Francisco, California

18  94111, telephone number (415) 591-7500, facsimile number (415) 591-7510, and email address

19  emily.weissenberger@faegredrinker.com, hereby enters an appearance in this matter on behalf of

20  Defendants TikTok Inc. and ByteDance Inc.  Ms. Weissenberger hereby requests to be added to

21  the docket and the electronic service list in this matter.

22  Dated: July 25, 2024               **FAEGRE DRINKER BIDDLE & REATH LLP**

23

24                                     By: */s/ Emily M. Weissenberger*
                                           Emily M. Weissenberger
25
                                       Attorneys for Defendants,
26  DMS_US.364915904.1                 TIKTOK INC. and BYTEDANCE INC.

27

28