UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>Plaintiff(s),<br><br>v.<br><br>TIKTOK INC. and BYTEDANCE INC. ,<br><br>Defendant(s). | Case No. 4:22-md-03047-YGR<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, <u>Kip S.M. McDonald</u>, an active member in good standing of the bar of <u>The State of Indiana</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>TikTok Inc. and ByteDance Inc.</u> in the above-entitled action. My local co-counsel in this case is <u>Emily M. Weissenberger</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>248898</u>.

| | |
|---|---|
| 300 N. Meridian St., Suite 2500<br>Indianapolis, IN 46204<br>MY ADDRESS OF RECORD | Four Embarcadero Center, 27th Floor<br>San Francisco, CA 94111<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (317) 237-1485<br>MY TELEPHONE # OF RECORD | (415) 591-7505<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kip.mcdonald@faegredrinker.com<br>MY EMAIL ADDRESS OF RECORD | emily.weissenberger@faegredrinker.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>29370-49</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2024

APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# United States District Court
## For the Southern District of Indiana



# CERTIFICATE OF GOOD STANDING

I, Roger A. G. Sharpe, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## KIP S.M. MCDONALD

was duly admitted and qualified as an Attorney and Counselor of said Court on the 15th Day of October A.D., 2010, and is in good standing as a member of the bar of said Court.

Furthermore, no pending disciplinary action is on record.

*Roger A.G. Sharpe*
_____
Clerk of the United States District Court

By: _____
Deputy Clerk

**Issued:** September 22, 2023