1  LINDSEY C. BARNHART
2  lbarnhart@cov.com
   COVINGTON & BURLING LLP
3  3000 El Camino Real
   5 Palo Alto Square
4  Palo Alto, CA 94306-2112
   Telephone: (650) 632-4700
5  Facsimile: (650) 632-4830

6  *Attorneys for Defendants Meta Platforms, Inc. f/k/a*
7  *Facebook, Inc.; Facebook Holdings, LLC; Facebook*
   *Operations, LLC; Facebook Payments, Inc.;*
8  *Facebook Technologies, LLC; Instagram, LLC;*
   *Siculus, Inc.; and Mark Elliot Zuckerberg*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 4:22-md-03047-YGR Judge Yvonne Gonzalez Rogers |
|---|---|---|
| ALL ACTIONS | ) ) ) ) ) | **NOTICE OF APPEARANCE OF LINDSEY C. BARNHART** |

# NOTICE OF APPEARANCE OF

# LINDSEY C. BARNHART AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Lindsey C. Barnhart of the law firm of Covington & Burling LLP, located at 3000 El Camino Real, 5 Palo Alto Square, Palo Alto, CA 94306-2112, telephone (650) 632-4700, facsimile (650) 632-4830, email address lbarnhart@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg.  Ms. Barnhart hereby requests to be added to the docket and the electronic service list in this matter.

DATED:  August 5, 2024                                    COVINGTON & BURLING, LLP


By:  */s/ Lindsey C. Barnhart*
Lindsey C. Barnhart

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*