1  E. KATE PATCHEN (SBN 349142)
2  kpatchen@cov.com
   COVINGTON & BURLING LLP
3  Salesforce Tower
   415 Mission Street, Suite 5400
4  San Francisco, CA 94105-2533
   Telephone: (415) 591-6000
5  Facsimile: (415) 591-6091

6  *Attorneys for Defendants Meta Platforms, Inc. f/k/a
   Facebook, Inc.; Facebook Holdings, LLC; Facebook
7  Operations, LLC; Facebook Payments, Inc.;
   Facebook Technologies, LLC; Instagram, LLC;
8  Siculus, Inc.; and Mark Elliot Zuckerberg*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 4:22-md-03047-YGR

Judge Yvonne Gonzalez Rogers |
|---|---|---|
| ALL ACTIONS | ) ) ) ) ) | **NOTICE OF APPEARANCE OF E. KATE PATCHEN** |

# NOTICE OF APPEARANCE OF

# E. KATE PATCHEN AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that E. Kate Patchen of the law firm of Covington & Burling LLP, located at Salesforce Tower, 415 Mission Street, Suite 5400, San Francisco, CA 94105-2533, telephone: (415) 591-6000, facsimile: (415) 591-6091, email address kpatchen@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Ms. Patchen hereby requests to be added to the docket and the electronic service list in this matter.

DATED: August 7, 2024                     COVINGTON & BURLING, LLP

                                          By:  /s/ E. Kate Patchen
                                               E. Kate Patchen

                                          *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*