1  JOHN J. DeBOY (*Pro Hac Vice*)
2     jdeboy@cov.com
   COVINGTON & BURLING LLP
3  One CityCenter
   850 Tenth Street, NW
4  Washington, DC 20001
   Telephone: (202) 662-6000
5

6  *Attorneys for Defendants Meta Platforms, Inc. f/k/a
   Facebook, Inc.; Facebook Holdings, LLC; Facebook
7  Operations, LLC; Facebook Payments, Inc.;
   Facebook Technologies, LLC; Instagram, LLC;
8  Siculus, Inc.; and Mark Elliot Zuckerberg*

9

10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                              **OAKLAND DIVISION**

15

16

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | ) MDL No. 3047 ) ) Case No. 4:22-md-03047-YGR-TSH ) |
| ALL ACTIONS | ) Judge Yvonne Gonzalez Rogers ) ) **NOTICE OF APPEARANCE OF** ) **JOHN J. DeBOY** ) ) ) |

# NOTICE OF APPEARANCE OF
# JOHN J. DeBOY AS COUNSEL FOR META PLATFORMS, INC. ET AL.

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that John J. DeBoy of the law firm Covington & Burling LLP, located at 850 Tenth Street, NW, Washington, District of Columbia 20001, telephone number (202) 662-5156, facsimile number (202) 778-5156, email address jdeboy@cov.com, hereby enters an appearance in this matter on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg. Mr. DeBoy hereby requests to be added to the docket and the electronic service list in this matter.

DATED: August 8, 2024               COVINGTON & BURLING, LLP

                                    By: /s/ John J. DeBoy
                                        John J. DeBoy

                                        *Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*