[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-03047-YGR |
| This Document Relates to: | **JOINT STIPULATION MODIFYING TEMPORARY SEALING PROCEDURE DEADLINE** |
| ALL ACTIONS | Judge: Hon. Yvonne Gonzalez Rogers |

Plaintiffs[1] and Meta Platforms, Inc. f/k/a Facebook, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc., and Mark Elliot Zuckerberg ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby submit this Joint Stipulation Modifying Temporary Sealing Procedure Deadline.

On August 6, 2024, the Parties submitted a Joint Letter Brief Regarding Plaintiffs' Responses and Defendants' Requests for Production. *See* ECF No. 1051. The Parties also jointly submitted a Temporary Sealing Motion pertaining to that brief, and subsequently filed the unredacted brief under seal on August 6, 2024. *See* ECF No. 1052.

Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), the Parties hereby stipulate to extend the time to file the Omnibus Sealing Stipulation to 21 days after the briefing was filed, i.e., until August 27, 2024.

DATED: August 21, 2024                    Respectfully submitted,

By: */s/ Previn Warren*
PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to personal injury Plaintiffs.

| | |
|---|---|
| 1 | Telephone: 973-639-9100 |
| 2 | cseeger@seegerweiss.com |

*Counsel to Co-Lead Counsel*

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaisons*

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**

112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100

|   |   |
|---|---|
| 1 | tcartmell@wcllp.com |
| 2 | |
| | SARAH EMERY |
| 3 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| | 600 WEST MAIN STREET, SUITE 100 |
| 4 | LOUISVILLE, KT 40202 |
| | Telephone: 859-600-6725 |
| 5 | semery@justicestartshere.com |
| 6 | |
| | CARRIE GOLDBERG |
| 7 | **C.A. GOLDBERG, PLLC** |
| | 16 Court St. |
| 8 | Brooklyn, NY 11241 |
| | Telephone: 646-666-8908 |
| 9 | carrie@cagoldberglaw.com |
| 10 | |
| | RONALD E. JOHNSON, JR. |
| 11 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| | 600 WEST MAIN STREET, SUITE 100 |
| 12 | LOUISVILLE, KT 40202 |
| | Telephone: 859-578-4444 |
| 13 | rjohnson@justicestartshere.com |
| 14 | |
| | SIN-TING MARY LIU |
| 15 | **AYLSTOCK WITKIN KREIS &** |
| | **OVERHOLTZ, PLLC** |
| 16 | 17 EAST MAIN STREET, SUITE 200 |
| | PENSACOLA, FL 32502 |
| 17 | Telephone: 510-698-9566 |
| | mliu@awkolaw.com |
| 18 | |
| | JAMES MARSH |
| 19 | **MARSH LAW FIRM PLLC** |
| | 31 HUDSON YARDS, 11TH FLOOR |
| 20 | NEW YORK, NY 10001-2170 |
| 21 | Telephone: 212-372-3030 |
| | jamesmarsh@marshlaw.com |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

|   |   |
|---|---|
| 1 | MELISSA YEATES |
| 2 | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3 | 280 KING OF PRUSSIA ROAD |
|   | RADNOR, PA 19087 |
| 4 | Telephone: 610-667-7706 |
|   | myeates@ktmc.com |
| 5 |   |
| 6 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 7 | **DICELLO LEVITT** |
|   | 505 20th St North |
| 8 | Suite 1500 |
|   | Birmingham, Alabama 35203 |
| 9 | Telephone: 205-855-5700 |
|   | fu@dicellolevitt.com |
| 10 |   |
| 11 | *Plaintiffs' Steering Committee Membership* |
| 12 | *Attorneys for Individual Plaintiffs* |

                              COVINGTON & BURLING LLP

                         By: */s/ Gregory L. Halperin*
                              Gregory L. Halperin, *pro hac vice*
                              COVINGTON & BURLING LLP
                              The New York Times Building
                              620 Eighth Avenue
                              New York, NY 10018-1405
                              Telephone: (212) 841-1166
                              Facsimile: (212) 841-1010
                              Email: ghalperin@cov.com

                              Ashley M. Simonsen, SBN 275203
                              COVINGTON & BURLING LLP
                              1999 Avenue of the Stars
                              Los Angeles, CA 90067
                              Telephone: (424) 332-4800
                              Facsimile: + 1 (424) 332-4749
                              Email: asimonsen@cov.com

                              Phyllis A. Jones, *pro hac vice*
                              Paul W. Schmidt, *pro hac vice*
                              COVINGTON & BURLING LLP
                              One City Center
                              850 Tenth Street, NW
                              Washington, DC 20001-4956

Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP

By: */s/ Andrea Roberts Pierson*
    Andrea Roberts Pierson, *pro hac vice*
    FAEGRE DRINKER LLP
    300 N. Meridian Street, Suite 2500
    Indianapolis, IN 46204
    Telephone: + 1 (317) 237-0300
    Facsimile: + 1 (317) 237-1000
    Email: andrea.pierson@faegredrinker.com
    Email: amy.fiterman @faegredrinker.com

    Amy R. Fiterman, *pro hac vice*
    FAEGRE DRINKER LLP
    2200 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, MN 55402
    Telephone: +1 (612) 766-7768
    Facsimile: +1 (612) 766-1600
    Email: amy.fiterman@faegredrinker.com

    Geoffrey Drake, *pro hac vice*
    KING & SPALDING LLP
    1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309
    Tel.: 404-572-4600
    Email: gdrake@kslaw.com
    Email: dmattern@kslaw.com

    David Mattern, *pro ha vice*
    KING & SPALDING LLP
    1700 Pennsylvania Avenue, NW, Suite 900
    Washington, D.C. 20006
    Telephone: +1 (202) 626-2946
    Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and*

|     | |
| --- | --- |
| 1   | *ByteDance Inc.* |
| 2   | MUNGER, TOLLES & OLSEN LLP |
| 3   | By: */s/ Jonathan H. Blavin* |
| 4   | Jonathan H. Blavin, SBN 230269 |
|     | MUNGER, TOLLES & OLSON LLP |
| 5   | 560 Mission Street, 27th Floor |
|     | San Francisco, CA 94105-3089 |
| 6   | Telephone: (415) 512-4000 |
| 7   | Facsimile: (415) 512-4077 |
|     | Email: jonathan.blavin@mto.com |
| 8   | |
|     | Rose L. Ehler (SBN 29652) |
| 9   | Victoria A. Degtyareva (SBN 284199) |
|     | Laura M. Lopez, (SBN 313450) |
| 10  | Ariel T. Teshuva (SBN 324238) |
| 11  | MUNGER, TOLLES & OLSON LLP |
|     | 350 South Grand Avenue, 50th Floor |
| 12  | Los Angeles, CA 90071-3426 |
|     | Telephone: (213) 683-9100 |
| 13  | Facsimile: (213) 687-3702 |
| 14  | Email: rose.ehler@mto.com |
|     | Email: victoria.degtyareva@mto.com |
| 15  | Email: Ariel.Teshuva@mto.com |
| 16  | Lauren A. Bell (*pro hac vice forthcoming*) |
|     | MUNGER, TOLLES & OLSON LLP |
| 17  | 601 Massachusetts Ave., NW St., |
|     | Suite 500 E |
| 18  | Washington, D.C. 20001-5369 |
| 19  | Telephone: (202) 220-1100 |
|     | Facsimile: (202) 220-2300 |
| 20  | Email: lauren.bell@mto.com |
| 21  | *Attorneys for Defendant Snap Inc.* |
| 22  | |
|     | SKADDEN, ARPS, SLATE, MEAGHER & |
| 23  | FLOM LLP |
| 24  | By: */s/ Jessica Davidson* |
|     | Jessica Davidson, pro hac vice |
| 25  | SKADDEN, ARPS, SLATE, MEAGHER & |
| 26  | FLOM LLP |
|     | One Manhattan West |
| 27  | New York, New York 10001 |
|     | Phone: (212) 735-3222 |
| 28  | Fax: (917) 777-3222 |

|   |   |
|---|---|
| 1 | jessica.davidson@skadden.com |
| 2 | |
|   | Nina R. Rose, pro hac vice |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 4 | 1440 New York Avenue, N.W. |
|   | Washington, D.C. 20005 |
| 5 | Telephone: (202) 371-7000 |
|   | Facsimile: (202) 661-0525 |
| 6 | nina.rose@skadden.com |
| 7 | |
|   | *Attorneys for Defendant Snap Inc.* |
| 8 | |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 9 | Professional Corporation |
| 10 | |
|   | By:  */s/ Brian M. Willen* |
| 11 | Brian M. Willen |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 12 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 13 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 14 | Email: bwillen@wsgr.com |
| 15 | |
|   | Lauren Gallo White |
| 16 | Samantha A. Machock |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 17 | One Market Plaza, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 18 | Telephone: (415) 947-2000 |
|   | Facsimile: (415) 947-2099 |
| 19 | Email: lwhite@wsgr.com |
| 20 | Email: smachock@wsgr.com |
| 21 | |
|   | Christopher Chiou |
| 22 | WILSON SONSINI GOODRICH & ROSATI |
|   | 633 West Fifth Street |
| 23 | Los Angeles, CA 90071-2048 |
|   | Telephone: (323) 210-2900 |
| 24 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |
| 25 | |
| 26 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 27 | |
|   | WILLIAMS & CONNOLLY LLP |
| 28 | |

|   |   |
|---|---|
| 1 | By: */s/ Joseph G. Petrosinelli* |
| 2 | Joseph G. Petrosinelli |
|   | jpetrosinelli@wc.com |
| 3 | Ashley W. Hardin |
|   | ahardin@wc.com |
| 4 | 680 Maine Avenue, SW |
| 5 | Washington, DC 20024 |
|   | Telephone.: 202-434-5000 |
| 6 | Fax: 202-434-5029 |

*Attorneys for Defendants YouTube, LLC and Google LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Brian M. Ercole*
Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
brian.ercole@morganlewis.com

Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
yardena.zwang-weissman@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
Washington, DC 20004-2541
Tel.: 202.373.6595
stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**ATTESTATION**

I, Previn Warren, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** August 21, 2024

*/s/ Previn Warren*
Previn Warren
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com