[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL TIME FOR DISCUSSION AND BRIEFING OF PARTIES' SEARCH TERMS FOR PLAINTIFFS' DATA**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Personal Injury Plaintiffs and Defendants to finalize negotiations over case-specific search terms to be run across the bellwether personal injury plaintiffs' data sources from August 23, 2024, to August 30, 2024, with any necessary letter briefing to be submitted by September 6, 2024.

The parties declare in support of this request:

1. Plaintiffs and Defendants have reached agreement on general search terms to be run across bellwether personal injury plaintiffs' data sources.

2. Plaintiffs and Defendants mutually agree that they have made good progress on negotiating agreement to most case-specific terms, and that they would benefit from more time to continue their conferrals and attempt to narrow disputes regarding a small number of remaining case-specific search terms.

3. Plaintiffs and Defendants believe that an extension until August 30, 2024, to finalize negotiations will afford adequate time for such negotiations.

4. Plaintiffs agree to run agreed-upon terms (general and case-specific) and continue making rolling productions of documents while the parties continue negotiations on the other case-specific terms.

5. Extending this deadline will not affect any other deadline affixed by the Court.

6. This is the second request to extend this deadline.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants to finalize case-specific search term negotiations to August 30 with any necessary letter briefing to be submitted by September 6.

Respectfully submitted,

Dated: August 23, 2024

/s/ Lexi J. Hazam
LEXI J. HAZAM
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
Motley Rice LLC
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
Seeger Weiss, LLP
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*Counsel to Co-Lead Counsel and Settlement Counsel*

JENNIE LEE ANDERSON
Andrus Anderson, LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

JOSEPH G. VANZANDT
Beasley Allen Crow Methvin Portis & Miles, P.C.
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343

joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
Morgan & Morgan
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaison Counsel*

MATTHEW BERGMAN
GLENN DRAPER
Social Media Victims Law Center
600 1st Avenue, Suite 102-PMB 2383
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
Simmons Hanly Conroy, LLC
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
Gibbs Law Group, LLP
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
Walsh Law
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014

awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
Levin Sedran & Berman, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
Ron Austin Law
400 Manhattan Blvd.
Harvey, LA 70058
Telephone: (504) 227-8100
raustin@ronaustinlaw.com

PAIGE BOLDT
Watts Guerra LLP
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
RONALD E. JOHNSON, JR.
Hendy Johnson Vaughn Emery PSC
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com
rjohnson@justicestartshere.com

CARRIE GOLDBERG
C.A. Goldberg, PLLC
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

5

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME

4:22-md-03047-YGR

SIN-TING MARY LIU
Aylstock Witkin Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
Marsh Law Firm PLLC
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTZER
MELISSA YEATES
Kessler Topaz Meltzer & Check LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com
myeates@ktmc.com

HILLARY NAPPI
Hach & Rose LLP
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
Levin Papantonio Rafferty
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
The Carlson LawFirm, PC
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES

Baron & Budd, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
Dicello Levitt
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

*Attorneys for Individual Plaintiffs*

COVINGTON & BURLING LLP
By: */s/ Gregory L. Halperin*
Gregory L. Halperin, *pro hac vice*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1166
Facsimile: (212) 841-1010
Email: ghalperin@cov.com

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000

7

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME

4:22-md-03047-YGR

Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

FAEGRE DRINKER LLP
By: */s/ Andrea Roberts Pierson*
Andrea Roberts Pierson, *pro hac vice*
Amy Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

GEOFFREY DRAKE, *pro hac vice*
David Mattern, *pro ha vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)

|   |   |
|---|---|
| 1 | Ariel T. Teshuva (SBN 324238) |
|   | MUNGER, TOLLES & OLSON LLP |
| 2 | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA 90071-3426 |
| 3 | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |
| 4 | Email: rose.ehler@mto.com |
|   | Email: victoria.degtyareva@mto.com |
| 5 | Email: Ariel.Teshuva@mto.com |

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
By: <u>/s/ Jessica Davidson</u>
Jessica Davidson, pro hac vice
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
One Manhattan West
New York, New York 10001
Phone: (212) 735-3222
Fax: (917) 777-3222
jessica.davidson@skadden.com

Nina R. Rose, pro hac vice
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 661-0525
nina.rose@skadden.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME

4:22-md-03047-YGR

|   |   |
|---|---|
| 1 | By: */s/ Brian M. Willen* |
|   | Brian M. Willen |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
|   | 1301 Avenue of the Americas, 40th Floor |
| 3 | New York, New York 10019 |
|   | Telephone: (212) 999-5800 |
| 4 | Facsimile: (212) 999-5899 |
| 5 | Email: bwillen@wsgr.com |
|   |   |
| 6 | Christopher Chiou |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 7 | 633 West Fifth Street |
|   | Los Angeles, CA 90071-2048 |
| 8 | Telephone: (323) 210-2900 |
|   | Facsimile: (866) 974-7329 |
| 9 | Email: cchiou@wsgr.com |
| 10 |   |
|   | *Attorneys for Defendants YouTube, LLC, Google LLC* |
| 11 |   |
|   | WILLIAMS & CONNOLLY LLP |
| 12 | By: */s/ Joseph G. Petrosinelli* |
| 13 | Joseph G. Petrosinelli |
|   | jpetrosinelli@wc.com |
| 14 | Ashley W. Hardin |
|   | ahardin@wc.com |
| 15 | 680 Maine Avenue, SW |
|   | Washington, DC 20024 |
| 16 | Telephone.: 202-434-5000 |
| 17 | Fax: 202-434-5029 |
|   |   |
| 18 | *Attorneys for Defendants YouTube, LLC, Google LLC* |
| 19 | MORGAN LEWIS & BOCKIUS, LLP |
| 20 |   |
|   | By: /s/ Brian Ercole |
| 21 | Brian Ercole (pro hac vice) |
|   | brian.ercole@morganlewis.com |
| 22 | Morgan Lewis & Bockius, LLP |
|   | 600 Brickell Avenue, Suite 1600 |
| 23 | Miami, FL 33131-3075 |
| 24 | Tel.: 305.415.3416 |
|   |   |
| 25 | Yardena R. Zwang-Weissman (SBN 247111) |
|   | yardena.zwang-weissman@morganlewis.com |
| 26 | Morgan Lewis & Bockius, LLP |
|   | 300 South Grand Avenue, 22nd Floor |
| 27 | Los Angeles, CA 90071-3132 |
| 28 |   |

Tel.: 213.612.7238

*Attorneys for Defendants YouTube, LLC, Google LLC*

**IT IS SO ORDERED** that the foregoing Stipulation is approved.

DATED: August 23, 2024

_____
HONORABLE PETER H. KANG
United States Magistrate Judge

## ATTESTATION

I, Gregory L. Halperin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 23, 2024

By: /s/ *Gregory L. Halperin*