UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. Plaintiff has filed a statement of non-opposition to the motion to relate. As the judge assigned to case

   22-md-03047-YGR

   In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 24-cv-04723-JSC | Abraham v. Meta Platforms Inc. | YGR | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case is vacated. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 according to the schedules set forth by the Case and Discovery Management Orders in the MDL docket (No. 22-md-3047). Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Plaintiff's counsel in Abraham v. Meta Platforms, Inc. (No. 24-cv-04723) is advised that the next MDL case management conference is in-person on September 13, 2024 at 9:00 a.m. before the undersigned.

Dated: August 27, 2024

By: /s/ Yvonne Gonzalez Rogers
Yvonne Gonzalez Rogers
United States District Judge