Lexi J. Hazam (SBN 224457)
lhazam@lchb.com
LIEFF CABRASER HEIMAN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-100

Previn Warren (*pro hac vice*)
pwarren@motleyrice.com
MOTLEY RICE, LLC
401 9th Street NW, Suite 630
Washington, DC 20004
Telephone: (202) 386-9610
Facsimile: (202) 232-5513

*Plaintiffs' Co-Lead Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING VIDEO ACCESS FOR THE SEPTEMBER 13, 2024, CASE MANAGEMENT CONFERENCE AND ASSOCIATED HEARINGS** |

1    Plaintiffs[1] and Meta Platforms, Inc., Facebook Holdings, LLC, Facebook Operations, LLC, Facebook Payments, Inc., Facebook Technologies, LLC, Instagram LLC, and Siculus Inc. ("Meta Entities"); Snap Inc.; TikTok Inc. and ByteDance Inc. ("TikTok Entities"); and YouTube, LLC, Alphabet Inc., and Google LLC ("Google Entities") (collectively "Defendants") (together the "Parties") by and through their counsel of record hereby stipulate as follows:

WHEREAS, the Court has scheduled an upcoming case management conference and associated hearings to take place on September 13, 2024, at 2:00 p.m., in the Northern District of California, Oakland Division, Courtroom 1, Fourth Floor:

WHEREAS, the Court previously advised that it will allow video access to proceedings before Judge Yvonne Gonzalez Rogers for the general public if the parties submit a joint request for the same, and as long as the Ninth Circuit has not rescinded its pandemic-era policy, which would limit remote access to in-court proceedings to audio only;

WHEREAS, significant resources will be saved if some out-of-town counsel are able to view the upcoming September 13, 2024 case management conference and associated hearings remotely, rather than traveling to appear in person;

WHEREAS, some Parties prefer to observe the upcoming case management conference and associated hearings remotely by video if given the option; and

WHEREAS, the Parties have conferred, agree, and jointly seek Court approval, for the following:

1. If the Ninth Circuit has not rescinded its pandemic-era policy prior to the September 13, 2024, case management conference and associated hearings, public video access will be permitted for the proceeding using the webinar link found on the Court's webpage; and

2. If the Ninth Circuit does rescind its pandemic-era policy prior to the September 13, 2024, case management conference and associated hearings, there will be audio remote access only for the hearing.

---

[1] For the purposes of this stipulation, "Plaintiffs" refers to all individual and public entity plaintiffs in this Multidistrict Litigation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 13, 2024 | Respectfully submitted, |
| 3 | | **ANDRUS ANDERSON LLP** |
| 4 | | */s/ Jennie Lee Anderson*<br>Jennie Lee Anderson (SBN 203586)<br>jennie@andrusanderson.com |
| 5 | | **ANDRUS ANDERSON LLP**<br>155 Montgomery Street, Suite 900 |
| 6 | | San Francisco, CA  94104<br>Telephone: (415) 986-1400 |
| 7 | | |
| 8 | | ***Plaintiffs' Liaison Counsel*** |
| 9 | | Lexi J. Hazam (SBN 224457)<br>lhazam@lchb.com |
| 10 | | **LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP** |
| 11 | | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 12 | | Telephone: (415) 956-1000<br>Facsimile: (415) 956-100 |
| 13 | | Previn Warren (pro hac vice) |
| 14 | | pwarren@motleyrice.com<br>**MOTLEY RICE LLC** |
| 15 | | 401 9th Street NW, Suite 630<br>Washington, DC 20004 |
| 16 | | Telephone: (202) 386-9610<br>Facsimile: (202) 232-5513 |
| 17 | | ***Plaintiffs' Co-Lead Counsel*** |
| 18 | | Christopher A. Seeger (pro hac vice)<br>cseeger@seegerweiss.com |
| 19 | | **SEEGER WEISS, LLP**<br>55 Challenger Road, 6th Floor |
| 20 | | Ridgefield Park, NJ 07660<br>Telephone: (973) 639-9100 |
| 21 | | Facsimile: (973) 679-8656 |
| 22 | | ***Counsel to the Co-Lead Counsel and Settlement Counsel*** |
| 23 | | |
| 24 | | Joseph G. Vanzandt<br>**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 25 | | 234 Commerce Street<br>Montgomery, AL 36103 |
| 26 | | Telephone:  334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 27 | | |
| 28 | | Emily C. Jeffcott<br>**MORGAN & MORGAN** |

220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaisons*

Matthew Bergman
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

Jayne Conroy
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

Andre Mura
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

James J. Bilsborrow
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

*Plaintiffs' Steering Committee Leadership*

|    |                                                       |
|----|-------------------------------------------------------|
| 1  | Ron Austin                                            |
| 2  | **RON AUSTIN LAW**                                    |
|    | 400 Manhattan Blvd.                                   |
| 3  | Harvey LA, 70058                                      |
|    | Telephone: + 1 (504) 227–8100                         |
| 4  | Email: raustin@ronaustinlaw.com                       |
|    |                                                       |
| 5  | Paige Boldt                                           |
|    | **WATTS GUERRA LLP**                                  |
| 6  | 4 Dominion Drive, Bldg. 3, Suite 100                  |
|    | San Antonio, TX 78257                                 |
| 7  | Telephone: 210-448-0500                               |
|    | PBoldt@WattsGuerra.com                                |
| 8  | Carrie Goldberg                                       |
|    | **C.A. GOLDBERG, PLLC**                               |
| 9  | 16 Court St.                                          |
|    | Brooklyn, NY 11241                                    |
| 10 | Telephone: (646) 666-8908                             |
|    | carrie@cagoldberglaw.com                              |
| 11 |                                                       |
|    | Sin-Tiny Mary Liu                                     |
| 12 | **AYLSTOCK WITKIN KREIS &**                           |
|    | **OVERHOLTZ, PLLC**                                   |
| 13 | 17 East Main Street, Suite 200                        |
|    | Pensacola, FL 32502                                   |
| 14 | Telephone:  510-698-9566                              |
|    | mliu@awkolaw.com                                      |
| 15 |                                                       |
|    | Emmie Paulos                                          |
| 16 | **LEVIN PAPANTONIO RAFFERTY**                         |
|    | 316 SOUTH BAYLEN STREET, SUITE 600                    |
| 17 | PENSACOLA, FL 32502                                   |
|    | Telephone:  850-435-7107                              |
| 18 | epaulos@levinlaw.com                                  |
|    |                                                       |
| 19 | Roland Tellis                                         |
|    | **BARON & BUDD, P.C.**                                |
| 20 | 15910 Ventura Boulevard, Suite 1600                   |
|    | Encino, CA 91436                                      |
| 21 | Telephone: (818) 839-2333                             |
|    | rtellis@baronbudd.com                                 |
| 22 |                                                       |
|    | Diandra "Fu" Debrosse Zimmermann                      |
| 23 | **DICELLO LEVITT**                                    |
|    | 505 20th St North                                     |
| 24 | Suite 1500                                            |
|    | Birmingham, Alabama 35203                             |
| 25 | Telephone:  205.855.5700                              |
|    | fu@dicellolevitt.com                                  |
| 26 |                                                       |
|    | Hillary Nappi                                         |
| 27 | **HACH & ROSE LLP**                                   |
|    | 112 Madison Avenue, 10th Floor                        |
| 28 | New York, New York 10016                              |

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | Telephone: 212.213.8311 |
| 2 | hnappi@hrsclaw.com |

James Marsh
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

Ruth Rizkalla
**CARLSON LAW FIRM**
100 E. Central Texas Expy
Killeen, TX 76541
Telephone: (254) 526-5688
RRizkalla@carlsonattorneys.com

*Plaintiffs' Steering Committee Membership*


**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Megan O'Neill (CA SBN 343535)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorney for the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ J. Christian Lewis*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

STIPULATION AND [PROPOSED] ORDER REGARDING
VIDEO ACCESS FOR IN-COURT PROCEEDINGS
NO. 4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | CHRISTIAN.LEWIS@KY.GOV |
|   | PHILIP.HELERINGER@KY.GOV |
| 2 | ZACH.RICHARDS@KY.GOV |
|   | DANIEL.KEISER@KY.GOV |
| 3 | MATTHEW.COCANOUGHER@KY.GOV |

```
 1                                    CHRISTIAN.LEWIS@KY.GOV
                                      PHILIP.HELERINGER@KY.GOV
 2                                    ZACH.RICHARDS@KY.GOV
                                      DANIEL.KEISER@KY.GOV
 3                                    MATTHEW.COCANOUGHER@KY.GOV
                                      Phone: (502) 696-5300
 4                                    Fax: (502) 564-2698

 5                                    Attorneys for Plaintiff the Commonwealth of
                                      Kentucky
 6
                                      PHILIP J. WEISER
 7                                    Attorney General
                                      State of Colorado
 8                                    /s/ Bianca E. Miyata
                                      Bianca E. Miyata, CO Reg. No. 42012,
 9                                    pro hac vice
                                      Senior Assistant Attorney General
10                                    Colorado Department of Law
                                      Ralph L. Carr Judicial Center
11                                    Consumer Protection Section
                                      1300 Broadway, 7th Floor
12                                    Denver, CO 80203
                                      Phone: (720) 508-6651
13                                    bianca.miyata@coag.gov

14                                    Attorney for Plaintiff State of Colorado, ex rel.
                                      Philip Weiser, Attorney General
15
                                      On Behalf of the Attorneys General
16

17                                    COVINGTON & BURLING LLP

18                                        /s/Phyllis A. Jones
                                      Phyllis A. Jones, pro hac vice
19                                    Paul W. Schmidt, pro hac vice
                                      COVINGTON & BURLING LLP
20                                    One CityCenter
                                      850 Tenth Street, NW
21                                    Washington, DC 20001-4956
                                      Telephone: + 1 (202) 662-6000
22                                    Facsimile: + 1 (202) 662-6291
                                      Email: pajones@cov.com
23                                    Email: pschmidt@cov.com

24                                    Emily Johnson Henn (State Bar. No. 269482)
                                      COVINGTON & BURLING LLP
25                                    3000 El Camino Real
                                      5 Palo Alto Square, 10th Floor
26                                    Palo Alto, CA 94306
                                      Telephone: + 1 (650) 632-4700
27                                    Facsimile: +1 (650) 632-4800
                                      Email: ehenn@cov.com
28
```

|   |   |
|---|---|
| 1 | Ashley M. Simonsen (State Bar. No. 275203) |
|   | COVINGTON & BURLING LLP |
| 2 | 1999 Avenue of the Stars |
|   | Los Angeles, CA 90067 |
| 3 | Telephone: + 1 (424) 332-4800 |
|   | Facsimile: +1 (424) 332-4749 |
| 4 | Email: asimonsen@cov.com |
| 5 | Isaac D. Chaput (State Bar. No. 326923) |
|   | COVINGTON & BURLING LLP |
| 6 | Salesforce Tower |
|   | 415 Mission Street, Suite 5400 |
| 7 | San Francisco, CA 94105 |
|   | Telephone: + 1 (415) 591-6000 |
| 8 | Facsimile: +1 (415) 591-6091 |
|   | Email: ichaput@cov.com |
| 9 |   |
|   | Gregory L. Halperin, *pro hac vice* |
| 10 | COVINGTON & BURLING LLP |
|   | 620 Eighth Avenue |
| 11 | New York, NY 10018 |
|   | Telephone: + 1 (212) 841-1000 |
| 12 | Facsimile: +1 (212) 841-1010 |
|   | Email: ghalperin@cov.com |
| 13 |   |
|   | *Attorney for Defendants Meta Platforms, Inc.* |
| 14 | *f/k/a Facebook, Inc.; Facebook Holdings, LLC;* |
|   | *Facebook Operations, LLC; Facebook* |
| 15 | *Payments, Inc.; Facebook Technologies, LLC;* |
|   | *Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 16 | *Zuckerberg* |
| 17 | **KING & SPALDING LLP** |
| 18 |      /s/ Geoffrey M. Drake |
|   | Geoffrey M. Drake |
| 19 | King & Spalding LLP |
|   | 1180 Peachtree Street, NE, Suite 1600 |
| 20 | Atlanta, GA 30309 |
|   | Telephone: + 1 (404) 572-4600 |
| 21 | Facsimile: + 1 (404) 572-5100 |
|   | Email: gdrake@kslaw.com |
| 22 |   |
|   | **FAEGRE DRINKER LLP** |
| 23 |   |
|   |      /s/ Andrea Roberts Pierson |
| 24 | Andrea Roberts Pierson |
|   | Faegre Drinker LLP |
| 25 | 300 N. Meridian Street, Suite 2500 |
|   | Indianapolis, IN 46204 |
| 26 | Telephone: + 1 (317) 237-0300 |
|   | Facsimile: + 1 (317) 237-1000 |
| 27 | Email: andrea.pierson@faegredrinker.com |
| 28 | *Attorneys for Defendants TikTok Inc. and* |

| | |
|---|---|
| 1 | *ByteDance Inc.* |
| 2 | **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation |
| 3 | |
| 4 | _____*/s/ Lauren Gallo White*_____<br>Lauren Gallo White |
| 5 | Wilson Sonsini Goodrich & Rosati<br>lwhite@wsgr.com |
| 6 | Samantha A. Machock<br>smachock@wsgr.com |
| 7 | One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA  94105 |
| 8 | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 9 | Brian M. Willen |
| 10 | Wilson Sonsini Goodrich & Rosati<br>bwillen@wsgr.com |
| 11 | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 12 | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 13 | Christopher Chiou |
| 14 | Wilson Sonsini Goodrich & Rosati<br>cchiou@wsgr.com |
| 15 | 633 West Fifth Street<br>Los Angeles, CA 90071-2048 |
| 16 | Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329 |
| 17 | **WILLIAMS & CONNOLLY LLP** |
| 18 | /*s/ Joseph G. Petrosinelli*_____ |
| 19 | Joseph G. Petrosinelli, *pro hac vice*<br>jpetrosinelli@wc.com |
| 20 | Ashley W. Hardin, *pro hac vice*<br>ahardin@wc.com |
| 21 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 22 | Tel.: 202-434-5000 |
| 23 | *Attorneys for Defendants YouTube, LLC,<br>Google LLC, and Alphabet Inc.* |
| 24 | |
| 25 | **MUNGER, TOLLES & OLSON LLP** |
| 26 | _____*/s/ Jonathan H. Blavin*_____<br>Jonathan H. Blavin, SBN 230269 |
| 27 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 28 | San Francisco, CA 94105-3089<br>Telephone: (415) 512-4000 |

Facsimile: (415) 512-4077

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Lauren A. Bell, *pro hac vice*
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

*Attorneys for Defendant Snap Inc.*

**IT IS SO ORDERED.**

DATE: _____    _____
                                                              Hon. Yvonne Gonzalez Rogers

**SIGNATURE CERTIFICATION**

Pursuant to Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

Dated: September 13, 2024    */s/ Jennie Lee Anderson*
JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: + 1 (415) 986-1400
Email: jennie@andrusanderson.com

*Liaison Counsel for Plaintiffs*