[*Counsel Listed on Signature Pages*]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Adrianna Farrell<br><br>MEMBER CASE NO.: 4:24-CV-02676 | Case No. 4:22-MD-03047-YGR MDL No. 3047<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

To:     The Clerk of Court and All Parties of Record

Pursuant to FED.R.CIV.P. Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Adrianna Farrell, hereby filed this Notice of Voluntary Dismissal without Prejudice and voluntarily withdraws from this action without prejudice, without costs to any party.

Dated: September 17, 2024                    Respectfully submitted,

**PLAINTIFF COUNSEL**

*/s/ Ruth Rizkalla*
Ruth Rizkalla (CA Bar #224973)*
The Carlson Law Firm, P.C.
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, CA 90266
(254) 526-5688
rrizkalla@carlsonattorneys.com
**Admitted Pro Hac Vice*

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2024, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all counsel of record registered in the CM/ECF system.

*/s/ Ruth Rizkalla*
Ruth Rizkalla

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE