1    [*Parties and Counsel Listed on Signature Pages*]

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: SOCIAL MEDIA                    MDL No. 3047
     ADOLESCENT
9    ADDICTION/PERSONAL INJURY            Case No. 4:22-md-03047-YGR (PHK)
     PRODUCTS LIABILITY LITIGATION
10
                                          **STIPULATION AND [PROPOSED]**
11   This Document Relates To:            **ORDER REQUESTING ADDITIONAL**
                                          **TIME FOR STATUS REPORT ON**
12   *Baltimore County Board of Education* **SCHOOL DISTRICT BELLWETHER**
     *v. Meta, et al., Case No. 24-cv-01561* **SEARCH TERMS**
13   *Board of Education Harford County v.*
     *Meta, et al., Case No. 23-cv-03065*   Judge: Hon. Yvonne Gonzalez Rogers
14
     *Board of Education of Jordan School*  Magistrate Judge: Hon. Peter H. Kang
15   *District v. Meta, et al., Case No. 24-cv-*
     *01377*
16   *Breathitt County Board of Education v.*
     *Meta, et al., Case No. 23-cv-01804*
17
     *Charleston County School District v.*
18   *Meta, et al., Case No. 23-cv-04659*
19   *Dekalb County School District v. Meta,*
     *et al.,  Case No. 23-cv-05733*
20   *Irvington Public Schools v. Meta, et al.,*
     *Case No. 23-cv-01467*
21   *Saint Charles Parish Public Schools v.*
     *Meta, et al., Case No. 24-cv-01098*
22
     *School District of the Chathams v.*
23   *Meta, et al., Case No. 23-cv-01466*
24   *Spartanburg 6 School District v. Meta,*
     *et al.,  Case No. 24-cv-00106*
25   *The School Board of Hillsborough*
     *County, Florida v. Meta, et al., Case*
26   *No. 24-cv-01573*
27   *Tucson Unified School District v. Meta,*
     *et al., Case No. 24-cv-01382*
28

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants to finalize search term negotiations and submit a status report from September 19, 2024 to September 25, 2024. *See* Discovery Management Order No. 10 (ECF 1157) (setting September 19, 2024 deadline).

The Parties declare in support of this request:

1.     Plaintiffs and Defendants are engaged in ongoing search term negotiations relating to Defendants' Requests for Production.

2.     Plaintiffs and Defendants are also engaged in discussions related to Plaintiffs' obligations under the Family Educational Rights and Privacy Act ("FERPA").

3.     Plaintiffs and Defendants mutually agree that they would benefit from more time to continue their conferrals regarding FERPA and attempt to narrow disputes regarding search terms.

4.     Plaintiffs and Defendants believe that an extension until September 25 to finalize negotiations will afford adequate time for such negotiations.

5.     Extending this deadline will not affect any other deadline affixed by the Court.

6.     This is the first request to extend this deadline.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants to finalize search term negotiations and submission of the status report regarding same to September 25, 2024.

**IT IS SO ORDERED.**

DATED: _____    _____
                                   PETER H. KANG
                                   UNITED STATES MAGISTRATE JUDGE

1     **IT IS SO STIPULATED AND AGREED**.

2     DATED:  September 19, 2024          Respectfully submitted,

3                                        */s/Lexi J. Hazam*
                                         LEXI J. HAZAM
4                                        **LIEFF CABRASER HEIMANN &**
                                         **BERNSTEIN, LLP**
5                                        275 BATTERY STREET, 29TH FLOOR
                                         SAN FRANCISCO, CA 94111-3339
6                                        Telephone: 415-956-1000
                                         lhazam@lchb.com
7
                                         PREVIN WARREN
8                                        **MOTLEY RICE LLC**
                                         401 9th Street NW Suite 630
9                                        Washington DC 20004
                                         Telephone: 202-386-9610
10                                       pwarren@motleyrice.com

11                                       Co-Lead Counsel

12                                       CHRISTOPHER A. SEEGER
                                         **SEEGER WEISS, LLP**
13                                       55 CHALLENGER ROAD, 6TH FLOOR
                                         RIDGEFIELD PARK, NJ 07660
14                                       Telephone: 973-639-9100
                                         cseeger@seegerweiss.com
15
                                         Counsel to Co-Lead Counsel
16
                                         JENNIE LEE ANDERSON
17                                       **ANDRUS ANDERSON, LLP**
                                         155 MONTGOMERY STREET, SUITE 900
18                                       SAN FRANCISCO, CA 94104
                                         Telephone: 415-986-1400
19                                       jennie@andrusanderson.com

20                                       Liaison Counsel

21                                       EMILY C. JEFFCOTT
                                         **MORGAN & MORGAN**
22                                       633 WEST FIFTH STREET, SUITE 2652
                                         LOS ANGELES, CA 90071
23                                       Telephone: 213-787-8590
                                         ejeffcott@forthepeople.com
24

25

26

27

28

3098869.2

1     JOSEPH VANZANDT
      **BEASLEY ALLEN**
2     234 COMMERCE STREET
      MONTGOMERY, LA 36103
3     Telephone: 334-269-2343
      joseph.vanzandt@beasleyallen.com
4
      Federal/State Liaisons
5
      MATTHEW BERGMAN
6     GLENN DRAPER
      **SOCIAL MEDIA VICTIMS LAW CENTER**
7     821 SECOND AVENUE, SUITE 2100
      SEATTLE, WA 98104
8     Telephone: 206-741-4862
      matt@socialmediavictims.org
9     glenn@socialmediavictims.org

10    JAMES J. BILSBORROW
      **WEITZ & LUXENBERG, PC**
11    700 BROADWAY
      NEW YORK, NY 10003
12    Telephone: 212-558-5500
      jbilsborrow@weitzlux.com
13
      JAYNE CONROY
14    **SIMMONS HANLY CONROY, LLC**
      112 MADISON AVE, 7TH FLOOR
15    NEW YORK, NY 10016
      Telephone: 917-882-5522
16    jconroy@simmonsfirm.com

17    ANDRE MURA
      **GIBBS LAW GROUP, LLP**
18    1111 BROADWAY, SUITE 2100
      OAKLAND, CA 94607
19    Telephone: 510-350-9717
      amm@classlawgroup.com
20
      ALEXANDRA WALSH
21    **WALSH LAW**
      1050 Connecticut Ave, NW, Suite 500
22    Washington D.C. 20036
      Telephone: 202-780-3014
23    awalsh@alexwalshlaw.com

24

25

26

27

28

3098869.2

- 4 -

1
2
3
4

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalaw.com

5

Plaintiffs' Steering Committee Leadership

6
7
8
9

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

10
11
12

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

13
14
15
16

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

17
18
19

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-600-6725
semery@justicestartshere.com

20
21
22
23

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

24
25
26

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

27

28

3098869.2

- 5 -

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

1    MELISSA YEATES
     **KESSLER TOPAZ MELTZER & CHECK LLP**
2    280 KING OF PRUSSIA ROAD
     RADNOR, PA 19087
3    Telephone: 610-667-7706
     myeates@ktmc.com
4
     DIANDRA "FU" DEBROSSE ZIMMERMANN
5    **DICELLO LEVITT**
     505 20th St North
6    Suite 1500
     Birmingham, Alabama 35203
7    Telephone: 205-855-5700
     fu@dicellolevitt.com
8
     Plaintiffs' Steering Committee Membership
9
     *Attorneys for Individual Plaintiffs*
10

11

12    COVINGTON & BURLING LLP

13    */s/ Ashley M. Simonsen*
      _____

14    Ashley M. Simonsen, SBN 275203
      COVINGTON & BURLING LLP
15    1999 Avenue of the Stars
      Los Angeles, CA 90067
16    Telephone: (424) 332-4800
      Facsimile: + 1 (424) 332-4749
17    Email: asimonsen@cov.com

18    Phyllis A. Jones, *pro hac vice*
      Paul W. Schmidt, *pro hac vice*
19    COVINGTON & BURLING LLP
      One City Center
20    850 Tenth Street, NW
      Washington, DC 20001-4956
21    Telephone: + 1 (202) 662-6000
      Facsimile: + 1 (202) 662-6291
22    Email: pajones@cov.com
      Email: pschmidt@cov.com
23
      *Attorney for Defendants Meta Platforms, Inc.*
24    *f/k/a Facebook, Inc.; Facebook Holdings,*
      *LLC; Facebook Operations, LLC; Facebook*
25    *Payments, Inc.; Facebook Technologies, LLC;*
      *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
26    *Zuckerberg*

27

28

3098869.2                          - 7 -

1                 FAEGRE DRINKER LLP

2                 */s/ Andrea Roberts Pierson*

3                 Andrea Roberts Pierson, *pro hac vice*
                   FAEGRE DRINKER LLP
4                 300 N. Meridian Street, Suite 2500
                   Indianapolis, IN 46204
5                 Telephone: + 1 (317) 237-0300
                   Facsimile: + 1 (317) 237-1000
6                 Email: andrea.pierson@faegredrinker.com
                   Email: amy.fiterman @faegredrinker.com
7

8                 Amy R. Fiterman, *pro hac vice*
                   FAEGRE DRINKER LLP
9                 2200 Wells Fargo Center
                   90 South Seventh Street
10                Minneapolis, MN 55402
                  Telephone: +1 (612) 766-7768
                  Facsimile: +1 (612) 766-1600
11               Email: amy.fiterman@faegredrinker.com

12               Geoffrey Drake, *pro hac vice*
                  KING & SPALDING LLP
13               1180 Peachtree Street, NE, Suite 1600
                  Atlanta, GA 30309
14               Tel.: 404-572-4600
                  Email: gdrake@kslaw.com
15               Email: dmattern@kslaw.com

16               David Mattern, *pro ha vice*
                  KING & SPALDING LLP
17               1700 Pennsylvania Avenue, NW, Suite 900
                  Washington, D.C. 20006
18               Telephone: +1 (202) 626-2946
                  Email: dmattern@kslaw.com
19

20               *Attorneys for Defendants TikTok Inc. and ByteDance*
                   *Inc.*

21               MUNGER, TOLLES & OLSON LLP

22               */s/ Jonathan H. Blavin*

23               Jonathan H. Blavin, SBN 230269
                  MUNGER, TOLLES & OLSON LLP
24               560 Mission Street, 27th Floor
                  San Francisco, CA 94105-3089
25               Telephone: (415) 512-4000
                  Facsimile: (415) 512-4077
26               Email: jonathan.blavin@mto.com

27

28

STIP AND [PROP] ORDER REQUESTING ADDITIONAL
TIME FOR SD  BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

| | |
|---|---|
| 1 | Rose L. Ehler (SBN 29652) |
| | Victoria A. Degtyareva (SBN 284199) |
| 2 | Laura M. Lopez, (SBN 313450) |
| | Ariel T. Teshuva (SBN 324238) |
| 3 | MUNGER, TOLLES & OLSON LLP |
| | 350 South Grand Avenue, 50th Floor |
| 4 | Los Angeles, CA 90071-3426 |
| | Telephone: (213) 683-9100 |
| 5 | Facsimile: (213) 687-3702 |
| | Email: rose.ehler@mto.com |
| 6 | Email: victoria.degtyareva@mto.com |
| | Email: Ariel.Teshuva@mto.com |
| 7 | |
| | Lauren A. Bell (*pro hac vice*) |
| 8 | MUNGER, TOLLES & OLSON LLP |
| | 601 Massachusetts Ave., NW St., |
| 9 | Suite 500 E |
| | Washington, D.C. 20001-5369 |
| 10 | Telephone: (202) 220-1100 |
| | Facsimile: (202) 220-2300 |
| 11 | Email: lauren.bell@mto.com |
| 12 | *Attorneys for Defendant Snap Inc.* |
| 13 | John H. Beisner (State Bar No. 81571) |
| | Nina R. Rose (*pro hac vice*) |
| 14 | SKADDEN, ARPS, SLATE, |
| | MEAGHER & FLOM LLP |
| 15 | 1440 New York Avenue, N.W., |
| | Washington, DC 20005 |
| 16 | Telephone: (202) 371-7000 |
| | Email: John.Beisner@skadden.com |
| 17 | Email: nina.rose@skadden.com |
| 18 | Jessica Davidson (*pro hac vice*) |
| | SKADDEN, ARPS, SLATE, |
| 19 | MEAGHER & FLOM LLP |
| | One Manhattan West |
| 20 | New York, NY 10001 |
| | Telephone: (212) 735-2588 |
| 21 | Email: Jessica.Davidson@skadden.com |
| 22 | Jason David Russell (SBN 169219) |
| | SKADDEN, ARPS, SLATE, |
| 23 | MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 24 | Suite 3400 |
| | Los Angeles, CA 90071-3144 |
| 25 | Telephone: (213) 687-5328 |
| | Email: jason.russell@skadden.com |
| 26 | |
| | Laura Bernescu (*pro hac vice*) |
| 27 | SKADDEN, ARPS, SLATE, |
| | MEAGHER & FLOM LLP |
| 28 | 320 S. Canal St. |

Ste 47th Floor
Chicago, IL 60606-5707
Telephone: (312) 407-0700
Email: laura.bernescu@skadden.com

Catherine Mullaley (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4851
Email: catherine.mullaley@skadden.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Brian M. Willen*

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

- 10 -

STIP AND [PROP] ORDER REQUESTING ADDITIONAL
TIME FOR SD BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

1     WILLIAMS & CONNOLLY LLP

2     */s/ Joseph G. Petrosinelli*
      _____

3     Joseph G. Petrosinelli (*pro hac vice*)
      jpetrosinelli@wc.com
4     Ashley W. Hardin (*pro hac vice*)
      ahardin@wc.com
5     J. Andrew Keyes (*pro hac vice*)
      akeyes@wc.com
6     Annie Showalter (*pro hac vice*)
      ashowalter@wc.com
7     Chaloea Williams (*pro hac vice*)
      cwilliams@wc.com
8     680 Maine Avenue, SW
      Washington, DC 20024
9     Telephone.: 202-434-5000
      Fax: 202-434-5029
10

      *Attorneys for Defendants YouTube, LLC and Google*
11    *LLC*

12    MORGAN, LEWIS & BOCKIUS LLP

13    */s/ Yardena R. Zwang-Weissman*
      _____

14    Yardena R. Zwang-Weissman (SBN 247111)
      300 South Grand Avenue, 22nd Floor
15    Los Angeles, CA 90071-3132
      Tel.: 213.612.7238
16    Email: yardena.zwang-weissman@morganlewis.com

17    Brian Ercole (*pro hac vice*)
      600 Brickell Avenue, Suite 1600
18    Miami, FL 33131-3075
      Tel.: 305.415.3416
19    Email: brian.ercole@morganlewis.com

20    Stephanie Schuster (*pro hac vice*)
      1111 Pennsylvania Avenue NW
21    NW Washington, DC 20004-2541
      Tel.: 202.373.6595
22    Email: stephanie.schuster@morganlewis.com

23    *Attorneys for Defendants YouTube, LLC and Google*
      *LLC*
24

25

26

27

28

3098869.2

STIP AND [PROP] ORDER REQUESTING ADDITIONAL
TIME FOR SD  BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

1

## **ATTESTATION**

2

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

3

concurrence to the filing of this document has been obtained from each signatory hereto.

4

5

Dated:  September 19, 2024                              By:      */s/Lexi J. Hazam*

6

Lexi J. Hazam

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3098869.2

STIP AND [PROP] ORDER REQUESTING ADDITIONAL
TIME FOR SD  BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)