1  [*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*Baltimore County Board of Education v. Meta, et al., Case No. 24-cv-01561*<br><br>*Board of Education Harford County v. Meta, et al., Case No. 23-cv-03065*<br><br>*Board of Education of Jordan School District v. Meta, et al., Case No. 24-cv-01377*<br><br>*Breathitt County Board of Education v. Meta, et al., Case No. 23-cv-01804*<br><br>*Charleston County School District v. Meta, et al., Case No. 23-cv-04659*<br><br>*Dekalb County School District v. Meta, et al., Case No. 23-cv-05733*<br><br>*Irvington Public Schools v. Meta, et al., Case No. 23-cv-01467*<br><br>*Saint Charles Parish Public Schools v. Meta, et al., Case No. 24-cv-01098*<br><br>*School District of the Chathams v. Meta, et al., Case No. 23-cv-01466*<br><br>*Spartanburg 6 School District v. Meta, et al., Case No. 24-cv-00106*<br><br>*The School Board of Hillsborough County, Florida v. Meta, et al., Case No. 24-cv-01573*<br><br>*Tucson Unified School District v. Meta, et al., Case No. 24-cv-01382* | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**STIPULATION AND [PROPOSED] ORDER REQUESTING ADDITIONAL TIME FOR STATUS REPORT ON SCHOOL DISTRICT BELLWETHER SEARCH TERMS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1   Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants to finalize search term negotiations and submit a status report from September 19, 2024 to September 25, 2024. *See* Discovery Management Order No. 10 (ECF 1157) (setting September 19, 2024 deadline).

The Parties declare in support of this request:

1. Plaintiffs and Defendants are engaged in ongoing search term negotiations relating to Defendants' Requests for Production.

2. Plaintiffs and Defendants are also engaged in discussions related to Plaintiffs' obligations under the Family Educational Rights and Privacy Act ("FERPA").

3. Plaintiffs and Defendants mutually agree that they would benefit from more time to continue their conferrals regarding FERPA and attempt to narrow disputes regarding search terms.

4. Plaintiffs and Defendants believe that an extension until September 25 to finalize negotiations will afford adequate time for such negotiations.

5. Extending this deadline will not affect any other deadline affixed by the Court.

6. This is the first request to extend this deadline.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants to finalize search term negotiations and submission of the status report regarding same to September 25, 2024.

**IT IS SO ORDERED.**

DATED: September 19, 2024

                                  PETER H. KANG
                                  UNITED STATES MAGISTRATE JUDGE

1      **IT IS SO STIPULATED AND AGREED**.

2      DATED: September 19, 2024      Respectfully submitted,

/s/Lexi J. Hazam
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

| | |
|---|---|
| 1 | JOSEPH VANZANDT |
| | **BEASLEY ALLEN** |
| 2 | 234 COMMERCE STREET |
| | MONTGOMERY, LA 36103 |
| 3 | Telephone: 334-269-2343 |
| | joseph.vanzandt@beasleyallen.com |
| 4 | |
| | Federal/State Liaisons |
| 5 | |
| | MATTHEW BERGMAN |
| 6 | GLENN DRAPER |
| | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| 7 | 821 SECOND AVENUE, SUITE 2100 |
| | SEATTLE, WA 98104 |
| 8 | Telephone: 206-741-4862 |
| | matt@socialmediavictims.org |
| 9 | glenn@socialmediavictims.org |
| 10 | |
| | JAMES J. BILSBORROW |
| | **WEITZ & LUXENBERG, PC** |
| 11 | 700 BROADWAY |
| | NEW YORK, NY 10003 |
| 12 | Telephone: 212-558-5500 |
| | jbilsborrow@weitzlux.com |
| 13 | |
| | JAYNE CONROY |
| 14 | **SIMMONS HANLY CONROY, LLC** |
| | 112 MADISON AVE, 7TH FLOOR |
| 15 | NEW YORK, NY 10016 |
| | Telephone: 917-882-5522 |
| 16 | jconroy@simmonsfirm.com |
| 17 | |
| | ANDRE MURA |
| | **GIBBS LAW GROUP, LLP** |
| 18 | 1111 BROADWAY, SUITE 2100 |
| | OAKLAND, CA 94607 |
| 19 | Telephone: 510-350-9717 |
| | amm@classlawgroup.com |
| 20 | |
| | ALEXANDRA WALSH |
| 21 | **WALSH LAW** |
| | 1050 Connecticut Ave, NW, Suite 500 |
| 22 | Washington D.C. 20036 |
| | Telephone: 202-780-3014 |
| 23 | awalsh@alexwalshlaw.com |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | MICHAEL M. WEINKOWITZ |
| | **LEVIN SEDRAN & BERMAN, LLP** |
| 2 | 510 WALNUT STREET |
| | SUITE 500 |
| 3 | PHILADELPHIA, PA 19106 |
| | Telephone: 215-592-1500 |
| 4 | mweinkowitz@lfsbalw.com |
| 5 | Plaintiffs' Steering Committee Leadership |
| 6 | RON AUSTIN |
| | **RON AUSTIN LAW** |
| 7 | 400 MANHATTAN BLVD. |
| | HARVEY, LA 70058 |
| 8 | Telephone: 504-227–8100 |
| | raustin@ronaustinlaw.com |
| 9 | |
| | PAIGE BOLDT |
| 10 | **WALSH LAW** |
| | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 11 | San Antonio, TX 78257 |
| | Telephone: 210-448-0500 |
| 12 | PBoldt@alexwalshlaw.com |
| 13 | THOMAS P. CARTMELL |
| | **WAGSTAFF & CARTMELL LLP** |
| 14 | 4740 Grand Avenue, Suite 300 |
| | Kansas City, MO 64112 |
| 15 | Telephone: 816-701-1100 |
| | tcartmell@wcllp.com |
| 16 | |
| | SARAH EMERY |
| 17 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| | 600 WEST MAIN STREET, SUITE 100 |
| 18 | LOUISVILLE, KY 40202 |
| | Telephone: 859-600-6725 |
| 19 | semery@justicestartshere.com |
| 20 | CARRIE GOLDBERG |
| | **C.A. GOLDBERG, PLLC** |
| 21 | 16 Court St. |
| | Brooklyn, NY 11241 |
| 22 | Telephone: 646-666-8908 |
| | carrie@cagoldberglaw.com |
| 23 | |
| | RONALD E. JOHNSON, JR. |
| 24 | **HENDY JOHNSON VAUGHN EMERY PSC** |
| | 600 WEST MAIN STREET, SUITE 100 |
| 25 | LOUISVILLE, KY 40202 |
| | Telephone: 859-578-4444 |
| 26 | rjohnson@justicestartshere.com |
| 27 | |
| 28 | |

1   SIN-TING MARY LIU
    **AYLSTOCK WITKIN KREIS &**
2   **OVERHOLTZ, PLLC**
    17 EAST MAIN STREET, SUITE 200
3   PENSACOLA, FL 32502
    Telephone: 510-698-9566
4   mliu@awkolaw.com

5   JAMES MARSH
    **MARSH LAW FIRM PLLC**
6   31 HUDSON YARDS, 11TH FLOOR
    NEW YORK, NY 10001-2170
7   Telephone: 212-372-3030
    jamesmarsh@marshlaw.com
8
    JOSEPH E. MELTER
9   **KESSLER TOPAZ MELTZER & CHECK LLP**
    280 KING OF PRUSSIA ROAD
10  RADNOR, PA 19087
    Telephone: 610-667-7706
11  jmeltzer@ktmc.com

12  HILLARY NAPPI
    **HACH & ROSE LLP**
13  112 Madison Avenue, 10th Floor
    New York, New York 10016
14  Telephone: 212-213-8311
    hnappi@hrsclaw.com
15
    EMMIE PAULOS
16  **LEVIN PAPANTONIO RAFFERTY**
    316 SOUTH BAYLEN STREET, SUITE 600
17  PENSACOLA, FL 32502
    Telephone: 850-435-7107
18  epaulos@levinlaw.com

19  RUTH THI RIZKALLA
    **THE CARLSON LAW FIRM, PC**
20  1500 ROSECRANS AVE., STE. 500
    MANHATTAN BEACH, CA 90266
21  Telephone: 415-308-1915
    rrizkalla@carlsonattorneys.com
22
    ROLAND TELLIS
23  DAVID FERNANDES
    **BARON & BUDD, P.C.**
24  15910 Ventura Boulevard, Suite 1600
    Encino, CA 91436
25  Telephone: 818-839-2333
    rtellis@baronbudd.com
26  dfernandes@baronbudd.com

27

28

| | |
|---|---|
| 1 | MELISSA YEATES |
| | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 2 | 280 KING OF PRUSSIA ROAD |
| | RADNOR, PA 19087 |
| 3 | Telephone: 610-667-7706 |
| | myeates@ktmc.com |
| 4 | |
| | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 5 | **DICELLO LEVITT** |
| | 505 20th St North |
| 6 | Suite 1500 |
| | Birmingham, Alabama 35203 |
| 7 | Telephone: 205-855-5700 |
| | fu@dicellolevitt.com |
| 8 | |
| | Plaintiffs' Steering Committee Membership |
| 9 | |
| | *Attorneys for Individual Plaintiffs* |

COVINGTON & BURLING LLP

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

| | |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice* |
| | FAEGRE DRINKER LLP |
| 4 | 300 N. Meridian Street, Suite 2500 |
| | Indianapolis, IN 46204 |
| 5 | Telephone: + 1 (317) 237-0300 |
| | Facsimile: + 1 (317) 237-1000 |
| 6 | Email: andrea.pierson@faegredrinker.com |
| | Email: amy.fiterman @faegredrinker.com |
| 7 | |
| | Amy R. Fiterman, *pro hac vice* |
| 8 | FAEGRE DRINKER LLP |
| | 2200 Wells Fargo Center |
| 9 | 90 South Seventh Street |
| | Minneapolis, MN 55402 |
| 10 | Telephone: +1 (612) 766-7768 |
| | Facsimile: +1 (612) 766-1600 |
| 11 | Email: amy.fiterman@faegredrinker.com |
| 12 | Geoffrey Drake, *pro hac vice* |
| | KING & SPALDING LLP |
| 13 | 1180 Peachtree Street, NE, Suite 1600 |
| | Atlanta, GA 30309 |
| 14 | Tel.: 404-572-4600 |
| | Email: gdrake@kslaw.com |
| 15 | Email: dmattern@kslaw.com |
| 16 | David Mattern, *pro ha vice* |
| | KING & SPALDING LLP |
| 17 | 1700 Pennsylvania Avenue, NW, Suite 900 |
| | Washington, D.C. 20006 |
| 18 | Telephone: +1 (202) 626-2946 |
| | Email: dmattern@kslaw.com |
| 19 | |
| | *Attorneys for Defendants TikTok Inc. and ByteDance* |
| 20 | *Inc.* |
| 21 | MUNGER, TOLLES & OLSON LLP |
| 22 | */s/ Jonathan H. Blavin* |
| 23 | Jonathan H. Blavin, SBN 230269 |
| | MUNGER, TOLLES & OLSON LLP |
| 24 | 560 Mission Street, 27th Floor |
| | San Francisco, CA 94105-3089 |
| 25 | Telephone: (415) 512-4000 |
| | Facsimile: (415) 512-4077 |
| 26 | Email: jonathan.blavin@mto.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Rose L. Ehler (SBN 29652) |
| 2 | Victoria A. Degtyareva (SBN 284199) |
|   | Laura M. Lopez, (SBN 313450) |
| 3 | Ariel T. Teshuva (SBN 324238) |
|   | MUNGER, TOLLES & OLSON LLP |
| 4 | 350 South Grand Avenue, 50th Floor |
|   | Los Angeles, CA 90071-3426 |
| 5 | Telephone: (213) 683-9100 |
|   | Facsimile: (213) 687-3702 |
| 6 | Email: rose.ehler@mto.com |
|   | Email: victoria.degtyareva@mto.com |
| 7 | Email: Ariel.Teshuva@mto.com |

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

John H. Beisner (State Bar No. 81571)
Nina R. Rose (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.,
Washington, DC 20005
Telephone: (202) 371-7000
Email: John.Beisner@skadden.com
Email: nina.rose@skadden.com

Jessica Davidson (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Email: Jessica.Davidson@skadden.com

Jason David Russell (SBN 169219)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5328
Email: jason.russell@skadden.com

Laura Bernescu (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
320 S. Canal St.

| | |
|---|---|
| 1 | Ste 47th Floor |
| 2 | Chicago, IL 60606-5707 |
| | Telephone: (312) 407-0700 |
| 3 | Email: laura.bernescu@skadden.com |
| 4 | Catherine Mullaley (*pro hac vice*) |
| | SKADDEN, ARPS, SLATE, |
| 5 | MEAGHER & FLOM LLP |
| | 500 Boylston Street |

Ste 47th Floor
Chicago, IL 60606-5707
Telephone: (312) 407-0700
Email: laura.bernescu@skadden.com

Catherine Mullaley (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 573-4851
Email: catherine.mullaley@skadden.com

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Brian M. Willen*

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli (*pro hac vice*) |
| | jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin (*pro hac vice*) |
| | ahardin@wc.com |
| 5 | J. Andrew Keyes (*pro hac vice*) |
| | akeyes@wc.com |
| 6 | Annie Showalter (*pro hac vice*) |
| | ashowalter@wc.com |
| 7 | Chaloea Williams (*pro hac vice*) |
| | cwilliams@wc.com |
| 8 | 680 Maine Avenue, SW |
| | Washington, DC 20024 |
| 9 | Telephone.: 202-434-5000 |
| | Fax: 202-434-5029 |
| 10 | |
| 11 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | */s/ Yardena R. Zwang-Weissman* |
| 14 | Yardena R. Zwang-Weissman (SBN 247111) |
| | 300 South Grand Avenue, 22nd Floor |
| 15 | Los Angeles, CA 90071-3132 |
| | Tel.: 213.612.7238 |
| 16 | Email: yardena.zwang-weissman@morganlewis.com |
| 17 | Brian Ercole (*pro hac vice*) |
| | 600 Brickell Avenue, Suite 1600 |
| 18 | Miami, FL 33131-3075 |
| | Tel.: 305.415.3416 |
| 19 | Email: brian.ercole@morganlewis.com |
| 20 | Stephanie Schuster (*pro hac vice*) |
| | 1111 Pennsylvania Avenue NW |
| 21 | NW Washington, DC 20004-2541 |
| | Tel.: 202.373.6595 |
| 22 | Email: stephanie.schuster@morganlewis.com |
| 23 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 19, 2024         By:   */s/Lexi J. Hazam*

                                        Lexi J. Hazam