1  [*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **JOINT STATUS REPORT ON BELLWETHER SCHOOL DISTRICT SEARCH TERMS** |
| *Baltimore County Board of Education v. Meta, et al., Case No. 24-cv-01561* | |
| *Board of Education Harford County v. Meta, et al., Case No. 23-cv-03065* | Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |
| *Board of Education of Jordan School District v. Meta, et al., Case No. 24-cv-01377* | |
| *Breathitt County Board of Education v. Meta, et al., Case No. 23-cv-01804* | |
| *Charleston County School District v. Meta, et al., Case No. 23-cv-04659* | |
| *Dekalb County School District v. Meta, et al., Case No. 23-cv-05733* | |
| *Irvington Public Schools v. Meta, et al., Case No. 23-cv-01467* | |
| *Saint Charles Parish Public Schools v. Meta, et al., Case No. 24-cv-01098* | |
| *School District of the Chathams v. Meta, et al., Case No. 23-cv-01466* | |
| *Spartanburg 6 School District v. Meta, et al., Case No. 24-cv-00106* | |
| *The School Board of Hillsborough County, Florida v. Meta, et al., Case No. 24-cv-01573* | |
| *Tucson Unified School District v. Meta, et al., Case No. 24-cv-01382* | |

1  Pursuant to the Discovery Management Order No.10 (Dkt. 1157), as extended by
2  stipulation and order entered on September 19, 2024 (Dkt. 1163), the Bellwether School District
3  Plaintiffs ("SD Plaintiffs") and Defendants (collectively, "the Parties") jointly submit this status
4  report on search term negotiations and Plaintiffs' obligations under the Family Educational Rights
5  and Privacy Act ("FERPA").

6  Consistent with the Court's instruction, the Parties continue to meet and confer regarding
7  search terms and have made substantial progress toward narrowing and eliminating disputes,
8  including mutually agreeing to the use of responsiveness sampling for specific key search terms.
9  With respect to Plaintiffs' obligations under FERPA, the Parties have exchanged drafts and are
10 continuing to negotiate a joint stipulation and proposed modification to the Stipulated Second
11 Modified Protective Order (Dkt. No. 665).  The Parties agree that additional time is necessary to
12 finalize the parties' negotiations, and will continue to meet and confer regarding search terms and
13 FERPA.

14 With the Court's permission and unless the Court directs otherwise, the Parties will
15 provide a Supplemental Status Report to the Court on October 2, 2024.  Should the Parties be
16 unable to reach resolution by October 2, the Parties will include their proposed schedule for letter
17 briefing on the remaining disputes in the October 2 submission.  SD Plaintiffs reserve their right
18 to seek a commensurate extension of time to the November 5, 2024, substantial completion of
19 document production for those documents that hit on any additional terms.

|   |   |   |
|---|---|---|
| 1 | DATED: September 25, 2024 | Respectfully submitted, |

*/s/Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

3102152.2 — 3 — JOINT STATUS REPORT ON BELLWETHER SCHOOL DISTRICT SEARCH TERMS CASE NO. 4:22-MD-03047-YGR (PHK)

| | |
|---|---|
| 1 | MATTHEW BERGMAN |
| | GLENN DRAPER |
| 2 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| | 821 SECOND AVENUE, SUITE 2100 |
| 3 | SEATTLE, WA 98104 |
| | Telephone: 206-741-4862 |
| 4 | matt@socialmediavictims.org |
| | glenn@socialmediavictims.org |
| 5 | |
| | JAMES J. BILSBORROW |
| 6 | **WEITZ & LUXENBERG, PC** |
| | 700 BROADWAY |
| 7 | NEW YORK, NY 10003 |
| | Telephone: 212-558-5500 |
| 8 | jbilsborrow@weitzlux.com |
| 9 | JAYNE CONROY |
| | **SIMMONS HANLY CONROY, LLC** |
| 10 | 112 MADISON AVE, 7TH FLOOR |
| | NEW YORK, NY 10016 |
| 11 | Telephone: 917-882-5522 |
| | jconroy@simmonsfirm.com |
| 12 | |
| | ANDRE MURA |
| 13 | **GIBBS LAW GROUP, LLP** |
| | 1111 BROADWAY, SUITE 2100 |
| 14 | OAKLAND, CA 94607 |
| | Telephone: 510-350-9717 |
| 15 | amm@classlawgroup.com |
| 16 | ALEXANDRA WALSH |
| | **WALSH LAW** |
| 17 | 1050 Connecticut Ave, NW, Suite 500 |
| | Washington D.C. 20036 |
| 18 | Telephone: 202-780-3014 |
| | awalsh@alexwalshlaw.com |
| 19 | |
| | MICHAEL M. WEINKOWITZ |
| 20 | **LEVIN SEDRAN & BERMAN, LLP** |
| | 510 WALNUT STREET |
| 21 | SUITE 500 |
| | PHILADELPHIA, PA 19106 |
| 22 | Telephone: 215-592-1500 |
| | mweinkowitz@lfsbalw.com |
| 23 | |
| | Plaintiffs' Steering Committee Leadership |
| 24 | |
| | RON AUSTIN |
| 25 | **RON AUSTIN LAW** |
| | 400 MANHATTAN BLVD. |
| 26 | HARVEY, LA 70058 |
| | Telephone: 504-227–8100 |
| 27 | raustin@ronaustinlaw.com |
| 28 | |

| | |
|---|---|
| 1 | PAIGE BOLDT |
| | **WALSH LAW** |
| 2 | 4 Dominion Drive, Bldg. 3, Suite 100 |
| | San Antonio, TX 78257 |
| 3 | Telephone: 210-448-0500 |
| | PBoldt@alexwalshlaw.com |
| 4 | |
| | THOMAS P. CARTMELL |
| 5 | **WAGSTAFF & CARTMELL LLP** |
| | 4740 Grand Avenue, Suite 300 |
| 6 | Kansas City, MO 64112 |
| | Telephone: 816-701-1100 |
| 7 | tcartmell@wcllp.com |
| 8 | SARAH EMERY |
| | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 9 | 600 WEST MAIN STREET, SUITE 100 |
| | LOUISVILLE, KY 40202 |
| 10 | Telephone: 859-600-6725 |
| | semery@justicestartshere.com |
| 11 | |
| | CARRIE GOLDBERG |
| 12 | **C.A. GOLDBERG, PLLC** |
| | 16 Court St. |
| 13 | Brooklyn, NY 11241 |
| | Telephone: 646-666-8908 |
| 14 | carrie@cagoldberglaw.com |
| 15 | RONALD E. JOHNSON, JR. |
| | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 16 | 600 WEST MAIN STREET, SUITE 100 |
| | LOUISVILLE, KY 40202 |
| 17 | Telephone: 859-578-4444 |
| | rjohnson@justicestartshere.com |
| 18 | |
| | SIN-TING MARY LIU |
| 19 | **AYLSTOCK WITKIN KREIS &** |
| | **OVERHOLTZ, PLLC** |
| 20 | 17 EAST MAIN STREET, SUITE 200 |
| | PENSACOLA, FL 32502 |
| 21 | Telephone: 510-698-9566 |
| | mliu@awkolaw.com |
| 22 | |
| | JAMES MARSH |
| 23 | **MARSH LAW FIRM PLLC** |
| | 31 HUDSON YARDS, 11TH FLOOR |
| 24 | NEW YORK, NY 10001-2170 |
| | Telephone: 212-372-3030 |
| 25 | jamesmarsh@marshlaw.com |
| 26 | |
| 27 | |
| 28 | |

1  JOSEPH E. MELTER
   **KESSLER TOPAZ MELTZER & CHECK LLP**
2  280 KING OF PRUSSIA ROAD
   RADNOR, PA 19087
3  Telephone: 610-667-7706
   jmeltzer@ktmc.com
4
   HILLARY NAPPI
5  **HACH & ROSE LLP**
   112 Madison Avenue, 10th Floor
6  New York, New York 10016
   Telephone: 212-213-8311
7  hnappi@hrsclaw.com

8  EMMIE PAULOS
   **LEVIN PAPANTONIO RAFFERTY**
9  316 SOUTH BAYLEN STREET, SUITE 600
   PENSACOLA, FL 32502
10 Telephone: 850-435-7107
   epaulos@levinlaw.com
11
   RUTH THI RIZKALLA
12 **THE CARLSON LAW FIRM, PC**
   1500 ROSECRANS AVE., STE. 500
13 MANHATTAN BEACH, CA 90266
   Telephone: 415-308-1915
14 rrizkalla@carlsonattorneys.com

15 ROLAND TELLIS
   DAVID FERNANDES
16 **BARON & BUDD, P.C.**
   15910 Ventura Boulevard, Suite 1600
17 Encino, CA 91436
   Telephone: 818-839-2333
18 rtellis@baronbudd.com
   dfernandes@baronbudd.com
19
   MELISSA YEATES
20 **KESSLER TOPAZ MELTZER & CHECK LLP**
   280 KING OF PRUSSIA ROAD
21 RADNOR, PA 19087
   Telephone: 610-667-7706
22 myeates@ktmc.com

23

24

25

26

27

28

| | |
|---|---|
| 1 | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| | **DICELLO LEVITT** |
| 2 | 505 20th St North |
| | Suite 1500 |
| 3 | Birmingham, Alabama 35203 |
| | Telephone: 205-855-5700 |
| 4 | fu@dicellolevitt.com |
| 5 | Plaintiffs' Steering Committee Membership |
| 6 | *Attorneys for Individual Plaintiffs* |

COVINGTON & BURLING LLP

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

|   |   |
|---|---|
| 1 | FAEGRE DRINKER LLP |
| 2 | */s/ Andrea Roberts Pierson* |
| 3 | Andrea Roberts Pierson, *pro hac vice* <br> FAEGRE DRINKER LLP <br> 300 N. Meridian Street, Suite 2500 <br> Indianapolis, IN 46204 <br> Telephone: + 1 (317) 237-0300 <br> Facsimile: + 1 (317) 237-1000 <br> Email: andrea.pierson@faegredrinker.com |

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

Geoffrey Drake, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSON LLP

*/s/ Jonathan H. Blavin*

Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

|   |   |
|---|---|
| 1 | Rose L. Ehler (SBN 29652) |
| 2 | Victoria A. Degtyareva (SBN 284199) |
|   | Laura M. Lopez, (SBN 313450) |
|   | Ariel T. Teshuva (SBN 324238) |
| 3 | MUNGER, TOLLES & OLSON LLP |
|   | 350 South Grand Avenue, 50th Floor |
| 4 | Los Angeles, CA 90071-3426 |
|   | Telephone: (213) 683-9100 |
| 5 | Facsimile: (213) 687-3702 |
|   | Email: rose.ehler@mto.com |
| 6 | Email: victoria.degtyareva@mto.com |
|   | Email: Ariel.Teshuva@mto.com |

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

John H. Beisner (State Bar No. 81571)
Nina R. Rose (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.,
Washington, DC 20005
Telephone: (202) 371-7000
Email: John.Beisner@skadden.com
Email: nina.rose@skadden.com

Jessica Davidson (*pro hac vice*)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Email: Jessica.Davidson@skadden.com

Jason David Russell (SBN 169219)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
300 South Grand Avenue
Suite 3400
Los Angeles, CA 90071-3144
Telephone: (213) 687-5328
Email: jason.russell@skadden.com

|   |   |
|---|---|
| 1 | Laura Bernescu (*pro hac vice*) |
|   | SKADDEN, ARPS, SLATE, |
| 2 | MEAGHER & FLOM LLP |
|   | 320 S. Canal St. |
| 3 | Ste 47th Floor |
|   | Chicago, IL 60606-5707 |
| 4 | Telephone: (312) 407-0700 |
|   | Email: laura.bernescu@skadden.com |
| 5 |   |
|   | Catherine Mullaley (*pro hac vice*) |
| 6 | SKADDEN, ARPS, SLATE, |
|   | MEAGHER & FLOM LLP |
| 7 | 500 Boylston Street |
|   | Boston, MA 02116 |
| 8 | Telephone: (617) 573-4851 |
|   | Email: catherine.mullaley@skadden.com |
| 9 |   |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 10 | Professional Corporation |
| 11 | */s/ Brian M. Willen* |
| 12 | Brian M. Willen (*pro hac vice*) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 13 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 14 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 15 | Email: bwillen@wsgr.com |
| 16 | Lauren Gallo White (SBN 309075) |
|   | Samantha A. Machock (SBN 298852) |
| 17 | WILSON SONSINI GOODRICH & ROSATI |
|   | One Market Plaza, Spear Tower, Suite 3300 |
| 18 | San Francisco, CA 94105 |
|   | Telephone: (415) 947-2000 |
| 19 | Facsimile: (415) 947-2099 |
|   | Email: lwhite@wsgr.com |
| 20 | Email: smachock@wsgr.com |
| 21 | Christopher Chiou (SBN 233587) |
|   | Matthew K. Donohue (SBN 302144) |
| 22 | WILSON SONSINI GOODRICH & ROSATI |
|   | 953 East Third Street, Suite 100 |
| 23 | Los Angeles, CA 90013 |
|   | Telephone: (323) 210-2900 |
| 24 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |
| 25 | Email: mdonohue@wsgr.com |
| 26 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 27 |   |
| 28 |   |

| | |
|---|---|
| 1 | WILLIAMS & CONNOLLY LLP |
| 2 | */s/ Joseph G. Petrosinelli* |
| 3 | Joseph G. Petrosinelli (*pro hac vice*) jpetrosinelli@wc.com |
| 4 | Ashley W. Hardin (*pro hac vice*) ahardin@wc.com |
| 5 | J. Andrew Keyes (*pro hac vice*) akeyes@wc.com |
| 6 | Annie Showalter (*pro hac vice*) ashowalter@wc.com |
| 7 | Chaloea Williams (*pro hac vice*) cwilliams@wc.com |
| 8 | 680 Maine Avenue, SW Washington, DC 20024 |
| 9 | Telephone.: 202-434-5000 Fax: 202-434-5029 |
| 10 | |
| 11 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |
| 13 | */s/ Yardena R. Zwang-Weissman* |
| 14 | Yardena R. Zwang-Weissman (SBN 247111) 300 South Grand Avenue, 22nd Floor |
| 15 | Los Angeles, CA 90071-3132 Tel.: 213.612.7238 |
| 16 | Email: yardena.zwang-weissman@morganlewis.com |
| 17 | Brian Ercole (*pro hac vice*) 600 Brickell Avenue, Suite 1600 |
| 18 | Miami, FL 33131-3075 Tel.: 305.415.3416 |
| 19 | Email: brian.ercole@morganlewis.com |
| 20 | Stephanie Schuster (*pro hac vice*) 1111 Pennsylvania Avenue NW |
| 21 | NW Washington, DC 20004-2541 Tel.: 202.373.6595 |
| 22 | Email: stephanie.schuster@morganlewis.com |
| 23 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## ATTESTATION

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  September 25, 2024         By:     */s/Lexi J. Hazam*

                                                    Lexi J. Hazam