[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To:<br>B.S. filed on behalf of minor, J.D.<br>Member Case No.: 4:22-CV-05987 | **JOINT STATUS REPORT ON FORENSIC IMAGING AND DEVICE FOR B.S. ON BEHALF OF MINOR, J.D.** |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to the Discovery Management Conference of September 12, 2024 and Discovery Management Order No. 10, Plaintiff J.D. and Defendants YouTube, LLC and Google LLC (collectively, the "Parties") jointly provide this status report on forensic imaging of Plaintiff's school-issued HP Laptop (the "Device").

**I.      Discovery Management Order No. 10**

On September 12, 2024, the Court heard argument regarding the relevance of the Device. On September 17, 2024, the Court ordered Plaintiff's counsel to contact the Alabama Virtual Academy to determine its ability to provide J.D. a temporary laptop while a third-party vendor imaged the Device. The Parties were ordered to file a Joint Status Report as soon as possible, no later than September 27, 2024.

## II. Status of Device Imaging

The Parties report their progress as follows:

1. Plaintiff has coordinated with the Alabama Virtual Academy to ensure a temporary device would be made available to J.D. while the Device was imaged.

2. A temporary loaner laptop was delivered to J.D. on Thursday, September 19, 2024. This ensures J.D. is equipped for schoolwork without interruption.

3. The Device was sent to a neutral third-party vendor, Computer Forensic Services on Friday, September 20, 2024.

4. The Device was received by Computer Forensic Services on Monday, September 23, 2024.

5. The Device was imaged by Computer Forensic Services on the same day, Monday, September 23, 2024.

6. The Device is en route to J.D. for delivery by Wednesday, September 25, 2024.

7. As directed, the Parties will continue to confer regarding ESI and keyword searches of the Device's files.

8. The Parties will provide a Supplemental Status Report to the Court if and as directed.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

2

JOINT STATUS REPORT ON FORENSIC
IMAGING AND DEVICE FOR B.S. ON
BEHALF OF MINOR, J.D.
4:22-CV-05987

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED:  September 26, 2024 | By: */s/ Yardena R. Zwang-Weissman*<br>YARDENA R. ZWANG-WEISSMAN, SBN 247111<br>**MORGAN LEWIS BOCKIUS LLP**<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>Tel.: 213.612.7238<br>yardena.zwang-weissman@morganlewis.com<br><br>BRIAN ERCOLE (*pro hac vice*)<br>**MORGAN LEWIS BOCKIUS LLP**<br>600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075<br>Tel.: 305.415.3416<br>brian.ercole@morganlewis.com<br><br>STEPHANIE SCHUSTER (*pro hac vice*)<br>**MORGAN LEWIS BOCKIUS LLP**<br>1111 Pennsylvania Avenue NW<br>Washington, DC 20004-2541<br>Tel.: 202.373.6595<br>stephanie.schuster@morganlewis.com<br><br>*Attorneys for Defendants YouTube, LLC, Google LLC, Alphabet Inc.* |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

3

JOINT STATUS REPORT ON FORENSIC
IMAGING AND DEVICE FOR B.S. ON
BEHALF OF MINOR, J.D.
4:22-CV-05987

| | |
|---|---|
| DATED: September 26, 2024 | By: */s/ William L. Bross*<br>WILLIAM L. BROSS<br>W. LEWIS GARRISON<br>**HENINGER GARRISON DAVIS, LLC**<br>2224 1st Avenue North<br>Birmingham, AL  35203<br>Telephone: 205-326-3336<br>Fax: 206-380-8072<br>william@hgdlawfirm.com<br><br>MARC MANDICH<br>FRANCOIS M. BLAUDEAU<br>EVAN T. ROSEMORE<br>**SOUTHERN MED LAW**<br>2762 B M Montgomery Street, Suite 101<br>Homewood, AL  35209<br>Telephone: 205-564-2741<br>Fax: 205-649-6386<br>marc@southernmedlaw.com<br>francois@southernmedlaw.com<br>evan@southernmedlaw.com<br><br>*Attorneys for Plaintiff B.S. filed on behalf of minor, J.D.* |