1    *[Submitting Counsel on Signature Page]*

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
     ADDICTION/PERSONAL INJURY
12   PRODUCTS LIABILITY LITIGATION           Case No. 4:22-MD-03047-YGR

13
                                             **JOINT STIPULATION AND [PROPOSED]**
14                                           **ORDER REQUESTING ADDITIONAL**
                                             **TIME TO FILE A JOINT STATUS REPORT**
15                                           **REGARDING FORENSIC IMAGING AND**
     This Document Relates to:              **DEVICE DATA**
16
     ALL ACTIONS                             Hon. Yvonne Gonzalez Rogers
17                                           Hon.  Peter H. Kang

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 6-1(b) and 6-2, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants  provide the Court a joint status report on forensic imaging and device data from Plaintiffs' devices. The parties declare in support of this request:

1.      On September 19, the Parties had an initial meeting with their respective third-party vendors to discuss the categories and location of data sought from Main Devices, and the requested format for production of the agreed upon data.

2.      On September 20, 2024 the Parties submitted a Joint Status Report Regarding Forensic Imaging and Device Data to the Court.  In that report, the Parties stated they would provide a supplemental report to the Court on September 27, 2024 unless the Court directs otherwise.

3.      Since September 19, the Parties have continued to discuss the categories and location of data sought from Main Devices, and the requested format for production of the agreed upon data.

4.      The Parties mutually agree that they would benefit from more time to continue their discussions before providing a joint status report to the Court.

5.      The Parties anticipate that  extension until October 2 to submit Joint Status Report Regarding Forensic Imaging and Device Data afford adequate time for such discussions.

6.      Extending this deadline will not affect any other deadline affixed by the Court.

7.      This is the first request to extend this deadline.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for the parties to submit a Joint Status Report Regarding Forensic Imaging and Device Data to October 2, 2024.

**IT IS SO ORDERED,**

Dated:

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

- 1 -

1  **IT IS SO STIPULATED AND AGREED.**

2

3  Dated:  September 27, 2024                    Respectfully submitted,

4                                                                     /s/ Lexi J. Hazam

5                                                                     LEXI J. HAZAM
                                                                      **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
6                                                                     275 Battery Street, 29th Floor
                                                                      San Francisco, CA 94111-3339
7                                                                     Telephone: 415-956-1000
                                                                      lhazam@lchb.com
8
                                                                      PREVIN WARREN
9                                                                     **MOTLEY RICE LLC**
                                                                      401 9th Street NW Suite 630
10                                                                    Washington DC 20004
                                                                      Telephone: 202-386-9610
11                                                                    pwarren@motleyrice.com

12                                                                    Co-Lead Counsel

13                                                                    CHRISTOPHER A. SEEGER
                                                                      **SEEGER WEISS, LLP**
14                                                                    55 Challenger Road, 6th floor
                                                                      Ridgefield Park, NJ 07660
15                                                                    Telephone: 973-639-9100
                                                                      Facsimile: 973-679-8656
16                                                                    cseeger@seegerweiss.com

17                                                                    Counsel to Co-Lead Counsel and Settlement Counsel

18                                                                    JENNIE LEE ANDERSON
                                                                      **ANDRUS ANDERSON, LLP**
19                                                                    155 Montgomery Street, Suite 900
                                                                      San Francisco, CA 94104
20                                                                    Telephone: 415-986-1400
                                                                      jennie@andrusanderson.com

21                                                                    Liaison Counsel

22                                                                    JOSEPH G. VANZANDT
                                                                      **BEASLEY ALLEN CROW METHVIN PORTIS**
23                                                                    **& MILES, P.C.**
                                                                      234 Commerce Street
24                                                                    Montgomery, AL 36103
                                                                      Telephone: 334-269-2343
25                                                                    joseph.vanzandt@beasleyallen.com

26                                                                    EMILY C. JEFFCOTT
                                                                      **MORGAN & MORGAN**
27                                                                    220 W. Garden Street, 9th Floor
                                                                      Pensacola, FL 32502
28

Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

- 3 -

1
2  RONALD E. JOHNSON, JR.
   **HENDY JOHNSON VAUGHN EMERY, PSC**
3  600 West Main Street, Suite 100
   Louisville, KY 40202
   Telephone: 859-578-4444
4  rjohnson@justicestartshere.com

5  SIN-TING MARY LIU
   **AYLSTOCK WITKIN KREIS & OVERHOLTZ,**
6      **PLLC**
   17 East Main Street, Suite 200
7  Pensacola, FL 32502
   Telephone: 510-698-9566
8  mliu@awkolaw.com

9  JAMES MARSH
   **MARSH LAW FIRM PLLC**
10 31 Hudson Yards, 11th floor
   New York, NY 10001-2170
11 Telephone: 212-372-3030
   jamesmarsh@marshlaw.com
12
   ANDRE MURA
13 **GIBBS LAW GROUP, LLP**
   1111 Broadway, Suite 2100
14 Oakland, CA 94607
   Telephone: 510-350-9717
15 amm@classlawgroup.com

16 HILLARY NAPPI
   **HACH & ROSE LLP**
17 112 Madison Avenue, 10th Floor
   New York, New York 10016
18 Telephone: 212.213.8311
   hnappi@hrsclaw.com
19
   EMMIE PAULOS
20 **LEVIN PAPANTONIO RAFFERTY**
   316 South Baylen Street, Suite 600
21 Pensacola, FL 32502
   Telephone: 850-435-7107
22 epaulos@levinlaw.com

23 RUTH THI RIZKALLA
   **THE CARLSON LAW FIRM, P.C.**
24 1500 Rosecrans Ave., Ste. 500
   Manhattan Beach, CA 90266
25 Telephone: 415-308-1915
   rrizkalla@carlsonattorneys.com
26
   ROLAND TELLIS
27 DAVID FERNANDES
   **BARON & BUDD, P.C.**
28

- 4 -

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North, Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

*Attorneys for Plaintiffs*

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Andrea R. Pierson
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

- 5 -

1

**KING & SPALDING LLP**

2

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*

3

gdrake@kslaw.com
David Mattern, *pro hac vice*

4

dmattern@kslaw.com
King & Spalding LLP

5

1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309

6

Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

7

8

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC., BYTEDANCE
LTD., TIKTOK LTD., and TIKTOK, LLC

9

10

**ATTESTATION**

11

    I, Andrea Roberts Pierson, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

12

concurrence to the filing of this document has been obtained from each signatory hereto.

13

Dated: September 27, 2024

14

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson

15

16

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC.,
BYTEDANCE LTD., TIKTOK LTD., and
TIKTOK, LLC

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -