1   *[Submitting Counsel on Signature Page]*

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
    ADDICTION/PERSONAL INJURY
12  PRODUCTS LIABILITY LITIGATION           Case No. 4:22-MD-03047-YGR

13                                          **JOINT STIPULATION AND [PROPOSED]**
14                                          **ORDER REQUESTING ADDITIONAL**
                                            **TIME TO FILE A JOINT STATUS REPORT**
15                                          **REGARDING FORENSIC IMAGING AND**
    This Document Relates to:              **DEVICE DATA**
16
    ALL ACTIONS                            Hon. Yvonne Gonzalez Rogers
17                                          Hon.  Peter H. Kang

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 6-1(b) and 6-2, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court extend the deadline for Plaintiffs and Defendants  provide the Court a joint status report on forensic imaging and device data from Plaintiffs' devices. The parties declare in support of this request:

1.      On September 19, the Parties had an initial meeting with their respective third-party vendors to discuss the categories and location of data sought from Main Devices, and the requested format for production of the agreed upon data.

2.      On September 20, 2024 the Parties submitted a Joint Status Report Regarding Forensic Imaging and Device Data to the Court.  In that report, the Parties stated they would provide a supplemental report to the Court on September 27, 2024 unless the Court directs otherwise.

3.      Since September 19, the Parties have continued to discuss the categories and location of data sought from Main Devices, and the requested format for production of the agreed upon data.

4.      The Parties mutually agree that they would benefit from more time to continue their discussions before providing a joint status report to the Court.

5.      The Parties anticipate that  extension until October 2 to submit Joint Status Report Regarding Forensic Imaging and Device Data afford adequate time for such discussions.

6.      Extending this deadline will not affect any other deadline affixed by the Court.

7.      This is the first request to extend this deadline.

THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the parties stipulate and respectfully request that the Court extend the deadline for the parties to submit a Joint Status Report Regarding Forensic Imaging and Device Data to October 2, 2024.

**IT IS SO ORDERED,**

Dated:  September 30, 2024

PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

- 1 -

1    **IT IS SO STIPULATED AND AGREED.**

2

3    Dated:  September 27, 2024                 Respectfully submitted,

4                                              */s/ Lexi J. Hazam*

5                                              LEXI J. HAZAM
                                              **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
6                                              275 Battery Street, 29th Floor
                                              San Francisco, CA 94111-3339
7                                              Telephone: 415-956-1000
                                              lhazam@lchb.com

8                                              PREVIN WARREN
                                              **MOTLEY RICE LLC**
9                                              401 9th Street NW Suite 630
                                              Washington DC 20004
10                                             Telephone: 202-386-9610
                                              pwarren@motleyrice.com

11
                                              Co-Lead Counsel
12
                                              CHRISTOPHER A. SEEGER
13                                             **SEEGER WEISS, LLP**
                                              55 Challenger Road, 6th floor
14                                             Ridgefield Park, NJ 07660
                                              Telephone: 973-639-9100
15                                             Facsimile: 973-679-8656
                                              cseeger@seegerweiss.com
16
                                              Counsel to Co-Lead Counsel and Settlement Counsel
17
                                              JENNIE LEE ANDERSON
18                                             **ANDRUS ANDERSON, LLP**
                                              155 Montgomery Street, Suite 900
19                                             San Francisco, CA 94104
                                              Telephone: 415-986-1400
20                                             jennie@andrusanderson.com

21                                             Liaison Counsel

22                                             JOSEPH G. VANZANDT
                                              **BEASLEY ALLEN CROW METHVIN PORTIS
23                                                 & MILES, P.C.**
                                              234 Commerce Street
24                                             Montgomery, AL 36103
                                              Telephone: 334-269-2343
25                                             joseph.vanzandt@beasleyallen.com

26                                             EMILY C. JEFFCOTT
                                              **MORGAN & MORGAN**
27                                             220 W. Garden Street, 9th Floor
                                              Pensacola, FL 32502
28

Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

- 3 -

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ,
    PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

- 4 -

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North, Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

*Attorneys for Plaintiffs*

**FAEGRE DRINKER BIDDLE & REATH LLP**

/s/ Andrea R. Pierson
Andrea Roberts Pierson, *pro hac vice*
andrea.pierson@faegredrinker.com
Amy Fiterman, *pro hac vice*
amy.fiterman@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: +1 (317) 237-1000

- 5 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**KING & SPALDING LLP**

*/s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
gdrake@kslaw.com
David Mattern, *pro hac vice*
dmattern@kslaw.com
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: + 1 (404) 572-4600
Facsimile: + 1 (404) 572-5100

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC., BYTEDANCE
LTD., TIKTOK LTD., and TIKTOK, LLC

## ATTESTATION

I, Andrea Roberts Pierson, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  September 27, 2024

*/s/ Andrea R. Pierson*
Andrea Roberts Pierson

Attorneys for Defendants
TIKTOK INC., BYTEDANCE INC.,
BYTEDANCE LTD., TIKTOK LTD., and
TIKTOK, LLC

- 6 -