LAURA BERNESCU, *pro hac vice*
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
320 S. Canal St.
Chicago, IL 60606
Telephone: (312) 407-0709
Facsimile: (312) 827-9421
Email: laura.bernescu@skadden.com

*Attorney for Snap Inc.*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**JOINT NOTICE OF WITHDRAWAL OF JOINT LETTER BRIEF**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |
| This Document Relates to:<br><br>*Baltimore County Board of Education v. Meta, et al.*, Case No. 24-cv-01561<br>*Board of Education Harford County v. Meta, et al.*, Case No. 23-cv-03065<br>*Board of Education of Jordan School District v. Meta, et al.*, Case No. 24-cv-01377<br>*Breathitt County Board of Education v. Meta, et al.*, Case No. 23-cv-01804<br>*Charleston County School District v. Meta, et al.*, Case No. 23-cv-04659<br>*Dekalb County School District v. Meta, et al.*, Case No. 23-cv-05733<br>*Irvington Public Schools v. Meta, et al.*, Case No. 23-cv-01467<br>*Saint Charles Parish Public Schools v. Meta, et al.*, Case No. 24-cv-01098<br>*School District of the Chathams v. Meta, et al.*, Case No. 23-cv-01466<br>*Spartanburg 6 School District v. Meta, et al.*, Case No. 24-cv-00106<br>*The School Board of Hillsborough County, Florida v. Meta, et al.*, Case No. 24-cv-01573 | |

1  *Tucson Unified School District v. Meta, et al.,*
   *Case No. 24-cv-01382*
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Parties respectfully give notice of withdrawal of Document No. 1175, Joint Letter Brief Regarding Bellwether School District Plaintiffs' Objections to Defendants' Requests for Production of Documents (Set One), filed on September 25, 2024 (the "RFP Letter Brief"). Through continued negotiations, the Parties have successfully resolved all the issues raised in the RFP Letter Brief and therefore withdraw it.

Dated: October 8, 2024                                Respectfully Submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Laura Bernescu*

Laura Bernescu (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
320 S. Canal St.
Ste 47th Floor
Chicago, IL 60606-5707
Telephone: (312) 407-0700
Email: laura.bernescu@skadden.com

Jessica Davidson (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, NY 10001
Telephone: (212) 735-2588
Email: Jessica.Davidson@skadden.com

**MUNGER, TOLLES & OLSON LLP**

*/s/ Jonathan H. Blavin*

Jonathan H. Blavin, SBN 230269
**MUNGER, TOLLES & OLSON LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426

Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
**COVINGTON & BURLING LLP**
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

**FAEGRE DRINKER LLP**

*/s/ Andrea Roberts Pierson*

Andrea Roberts Pierson, *pro hac vice*
**FAEGRE DRINKER LLP**
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300

| | |
|---|---|
| 1 | Facsimile: + 1 (317) 237-1000 |
| 2 | Email: andrea.pierson@faegredrinker.com<br>Email: amy.fiterman @faegredrinker.com |
| 3 | Amy R. Fiterman, *pro hac vice* |
| 4 | **FAEGRE DRINKER LLP**<br>2200 Wells Fargo Center |
| 5 | 90 South Seventh Street<br>Minneapolis, MN 55402 |
| 6 | Telephone: +1 (612) 766-7768<br>Facsimile: +1 (612) 766-1600 |
| 7 | Email: amy.fiterman@faegredrinker.com |
| 8 | Geoffrey Drake, *pro hac vice*<br>**KING & SPALDING LLP** |
| 9 | 1180 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309 |
| 10 | Tel.: 404-572-4600<br>Email: gdrake@kslaw.com |
| 11 | Email: dmattern@kslaw.com |
| 12 | David Mattern, *pro hac vice*<br>**KING & SPALDING LLP** |
| 13 | 1700 Pennsylvania Avenue, NW, Suite 900<br>Washington, D.C. 20006 |
| 14 | Telephone: +1 (202) 626-2946<br>Email: dmattern@kslaw.com |
| 15 | *Attorneys for Defendants TikTok Inc. and ByteDance Inc.* |
| 16 | |
| 17 | **WILSON SONSINI GOODRICH & ROSATI**<br>Professional Corporation |
| 18 | */s/ Brian M. Willen* |
| 19 | Brian M. Willen (*pro hac vice*) |
| 20 | **WILSON SONSINI GOODRICH & ROSATI**<br>1301 Avenue of the Americas, 40th Floor |
| 21 | New York, New York 10019<br>Telephone: (212) 999-5800 |
| 22 | Facsimile: (212) 999-5899<br>Email: bwillen@wsgr.com |
| 23 | Lauren Gallo White (SBN 309075) |
| 24 | Samantha A. Machock (SBN 298852)<br>**WILSON SONSINI GOODRICH & ROSATI** |
| 25 | One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 26 | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 27 | Email: lwhite@wsgr.com<br>Email: smachock@wsgr.com |
| 28 | Christopher Chiou (SBN 233587)<br>Matthew K. Donohue (SBN 302144) |

**WILSON SONSINI GOODRICH & ROSATI**
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**WILLIAMS & CONNOLLY LLP**

*/s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Yardena R. Zwang-Weissman*

Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

*/s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership
Co-Chair Plaintiffs' Local Government Entity Committee

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Co-Chair Plaintiffs' Local Government Entity Committee

Plaintiffs' Steering Committee Membership

*Attorneys for Individual Plaintiffs*