| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|
| 1a. CONTACT PERSON FOR THIS ORDER: Liz S. Whitelegg | 2a. CONTACT PHONE NUMBER: (317) 237-1205 | 3. CONTACT EMAIL ADDRESS: liz.whitelegg@faegredrinker.com |
| 1b. ATTORNEY NAME (if different): Patrick H. Reilly | 2b. ATTORNEY PHONE NUMBER: (317) 237-1087 | 3. ATTORNEY EMAIL ADDRESS: patrick.reilly@faegredrinker.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204

5. CASE NAME: In re: Social Media Adolescent Addiction

6. CASE NUMBER: 4:22-md-3047

7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR
Kelly Shainline

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL        ☐ CRIMINAL        ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☐ NON-APPEAL    ☒ CIVIL           CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | PHK | DISC | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

Please email invoices and transcripts to Liz Whitelegg at liz.whitelegg@faegredrinker.com

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE: /s/Patrick H. Reilly

12. DATE: 10/16/2024