**Pages 1 - 4**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable Peter H. Kang, Magistrate Judge

IN RE SOCIAL MEDIA ADOLESCENT    )
ADDICTION/PERSONAL INJURY        )
PRODUCTS LIABILITY LITIGATION.   )
                                 )    **NO. 4:22-md-03047-YGR (PHK)**
                                 )
_____  )

San Francisco, California
Wednesday, October 16, 2024

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES**:

For Plaintiffs:

       LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP
       250 Hudson Street - 8th Floor
       New York, New York 10013
  BY:  **KELLY K. McNABB**
       **ATTORNEY AT LAW**

For Defendants:

       WILLIAMS & CONNOLLY LLP
       680 Maine Avenue, SW
       Washington, DC  20024
  BY:  **CHALOEA M. WILLIAMS**
       **ATTORNEY AT LAW**

STENOGRAPHICALLY REPORTED BY:
Kelly L. Shainline
CSR No. 13476, RPR, CRR
Official Reporter

| | |
|---|---|
| 1 | **Wednesday - October 16, 2024**                    **11:28 a.m.** |
| 2 | **P R O C E E D I N G S** |
| 3 | **---oOo---** |
| 4 | **THE CLERK:**  We're here in the matter of 4:22-md-3047, |
| 5 | In Re:  Social Media Adolescent Addiction/Personal Injury |
| 6 | Products Liability Litigation. |
| 7 | Appearances, please, starting with the plaintiff and then |
| 8 | defendant. |
| 9 | **MS. McNABB:**  Good morning, Your Honor.  Kelly McNabb |
| 10 | with Lieff Cabraser for the plaintiffs. |
| 11 | **THE COURT:**  You are at the wrong podiums, but okay. |
| 12 | Good morning. |
| 13 | **MS. WILLIAMS:**  Apologies.  Good morning, Your Honor. |
| 14 | Chaloea Williams from Williams & Connolly on behalf of YouTube |
| 15 | defendants and defendants generally. |
| 16 | **THE COURT:**  Good morning. |
| 17 | Okay.  I understand the parties actually resolved the |
| 18 | dispute in Docket 1203, the discovery dispute about search |
| 19 | terms for the school districts. |
| 20 | **MS. WILLIAMS:**  Yes, that's correct, Your Honor.  The |
| 21 | parties reached an agreement in principle on the search-term |
| 22 | dispute.  This is still subject to our clients' approval |
| 23 | because we were able to work out some parameters early this |
| 24 | morning, but we believe that we -- the agreement in principle |
| 25 | should resolve the dispute; and if there are any remaining |

1  issues, we could tee those up in sufficient time before the

2  upcoming DMC.   Although, we don't anticipate there being

3  issues.

4          **MS. McNABB:**   That is correct, Your Honor.   And I'd be

5  happy to relay what the terms are if Your Honor --

6          **THE COURT:**   Are you going to submit a proposed order

7  or is it just going to be done by lawyers agreement?

8          **MS. McNABB:**   We were intending on submitting a

9  stipulation to the effect of what we've agreed to.   So we can

10  go ahead and submit that as a stipulated proposed order for

11  Your Honor's approval.

12          **THE COURT:**   Why don't we do that.   In which case

13  there's no need to summarize it, is there?

14          **MS. McNABB:**   No, Your Honor.

15          **MS. WILLIAMS:**   No, Your Honor.

16          **THE COURT:**   But I do thank the parties for working

17  this out.   I wish you'd done it before I read all the briefing,

18  but that's fine.   I encourage -- as you know from the DMCs, I

19  encourage parties to work out disputes as much as possible.

20      So great.   When do you think you'll get me the stipulation

21  proposed order?

22          **MS. WILLIAMS:**   We just need to get a little bit of

23  time to get client approval, but it should be in advance --

24  well in advance of the DMC, Your Honor.

25          **THE COURT:**   Okay.   All right.   Well, any other issues

1 | you want to discuss with me while you're here?

2 |       **MS. McNABB:**  Nothing today, Your Honor, for the

3 | plaintiffs.

4 |       **MS. WILLIAMS:**  Nothing else, Your Honor, for the

5 | defendants.

6 |       **THE COURT:**  Okay.  Well, congratulations on working it

7 | out.  Thank you for your efforts, and I encourage you to keep

8 | doing that.  So thank you.

9 |       **MS. McNABB:**  Thank you, Your Honor.

10 |       **MS. WILLIAMS:**  Thank you.

11 |       **THE COURT:**  We're adjourned until the next hearing in

12 | this matter.

13 |            (Proceedings adjourned at 11:31 a.m.)

14 |                  ---oOo---

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

1

2

3                      **CERTIFICATE OF REPORTER**

4          I certify that the foregoing is a correct transcript

5    from the record of proceedings in the above-entitled matter.

6

7    DATE:    Thursday, October 17, 2024

8

9

10

11    _____

12        Kelly Shainline, CSR No. 13476, RPR, CRR
                   U.S. Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25