1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11   IN RE: SOCIAL MEDIA ADOLESCENT

12   ADDICTION/PERSONAL INJURY
     PRODUCTS LIABILITY LITIGATION

13

14   THIS DOCUMENT RELATES TO:
     ALL ACTIONS

15

16

17

18

MDL No. 3047

Case Nos.:  4:22-md-03047-YGR-PHK

**OMNIBUS SEALING STIPULATION
AND [PROPOSED] ORDER
REGARDING DKT. NOS. 1197-1198
(JOINT LETTER BRIEF RE
PLAINTIFFS' RFP NOS. 16 AND 18)**

Judge: Hon. Yvonne Gonzalez Rogers
Magistrate Judge: Hon. Peter H. Kang

19          Pursuant to Civil Local Rules 7-11 and 79-5, the Court's May 22, 2023 Protective Order

20   (Dkt. No. 290), and the August 1, 2023 Order Granting Motion To File Under Seal; Setting

21   Sealing Procedures (Dkt. No. 341), Defendants YouTube, LLC and Google LLC (collectively,

22   "YouTube") and Plaintiffs (collectively, the "Parties") submit this Omnibus Sealing Stipulation

23   in connection with the Parties' Joint Letter Brief re Plaintiffs' RFP Nos. 16 and 18 and its exhibit

24   filed on October 7, 2024. Dkt. Nos. 1197-1198.

25          At this time, Plaintiffs do not oppose the sealing request and reserve all rights to

26   challenge designations and sealing in the future. Accordingly, the Parties stipulate to the

27   following chart.

28

## I.      UNDISPUTED REQUESTS TO MAINTAIN A DOCUMENT UNDER SEAL OR PROVISIONAL REDACTIONS

| Dkt. No. | Description | Requested Action | Designating Party | Basis for Sealing | Whether Previously Sealed |
|---|---|---|---|---|---|
| 1197 | Joint Letter Brief | Maintain redactions at 2, 4 | YouTube | Good cause exists to seal sensitive and confidential information about YouTube's internal research and marketing and business strategies. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Declaration of Christopher Chiou ("Chiou Decl.") at 2. | A party has not previously sought to seal the same information. |
| 1197 | Joint Letter Brief | Maintain redactions at 1 | YouTube | Good cause exists to seal sensitive and confidential information about YouTube's confidential platform design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to | A party has not previously sought to seal the same information. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | YouTube. *See* Chiou Decl. at 2. | |
| 1198-3 | Exhibit A to Joint Letter Brief | Maintain redactions at 16:9-10, 16-17 | YouTube | Good cause exists to seal sensitive and confidential information about YouTube's confidential platform design. Disclosure of the information would provide competitors with insights into YouTube's business they would not otherwise have, include trade secrets and competitive information, and thereby cause competitive harm to YouTube. *See* Chiou Decl. at 2. | A party has not previously sought to seal the same information. |

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

DATED:        October 21, 2024        **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Christopher Chiou*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

1    Christopher Chiou (State Bar No. 233587)
      Matthew K. Donohue (State Bar No. 302144)
2    WILSON SONSINI GOODRICH & ROSATI PC
      953 East Third Street, Suite 100
3    Los Angeles, CA 90013
      Telephone:  (323) 210-2900
4    Facsimile:  (866) 974-7329
      Email: cchiou@wsgr.com
5    Email: mdonohue@wsgr.com

6    *Attorneys for Defendants YouTube, LLC and*
      *Google LLC*
7

8    DATED:        October 21, 2024        By: */s/ Lexi J. Hazam*
      LEXI J. HAZAM
9    **LIEFF CABRASER HEIMANN &**
      **BERNSTEIN, LLP**
10   275 Battery Street, 29th Floor
      San Francisco, CA 94111-3339
11   Telephone: 415-956-1000
      lhazam@lchb.com
12
      PREVIN WARREN
13   **MOTLEY RICE LLC**
      401 9th Street NW Suite 630
14   Washington DC 20004
      Telephone: 202-386-9610
15   pwarren@motleyrice.com

16   Co-Lead Counsel

17   CHRISTOPHER A. SEEGER
      **SEEGER WEISS, LLP**
18   55 Challenger Road, 6th floor
      Ridgefield Park, NJ 07660
19   Telephone: 973-639-9100
      Facsimile: 973-679-8656
20   cseeger@seegerweiss.com

21   Counsel to Co-Lead Counsel and Settlement
      Counsel
22
      JENNIE LEE ANDERSON
23   **ANDRUS ANDERSON, LLP**
      155 Montgomery Street, Suite 900
24   San Francisco, CA 94104
      Telephone: 415-986-1400
25   jennie@andrusanderson.com

26   Liaison Counsel

27   JOSEPH G. VANZANDT
      **BEASLEY ALLEN CROW METHVIN**
28   **PORTIS & MILES, P.C.**
      234 Commerce Street

1  Montgomery, AL 36103
   Telephone: 334-269-2343
2  joseph.vanzandt@beasleyallen.com

3  EMILY C. JEFFCOTT
   **MORGAN & MORGAN**
4  220 W. Garden Street, 9th Floor
   Pensacola, FL 32502
5  Telephone: 850-316-9100
   ejeffcott@forthepeople.com
6
   Federal/State Liaison Counsel
7
8  MATTHEW BERGMAN
   **SOCIAL MEDIA VICTIMS LAW CENTER**
9  821 Second Avenue, Suite 2100
   Seattle, WA 98104
10 Telephone: 206-741-4862
   matt@socialmediavictims.org

11 JAMES J. BILSBORROW
   **WEITZ & LUXENBERG, PC**
12 700 Broadway
   New York, NY 10003
13 Telephone: 212-558-5500
   Facsimile: 212-344-5461
14 jbilsborrow@weitzlux.com

15 JAYNE CONROY
   **SIMMONS HANLY CONROY, LLC**
16 112 Madison Ave, 7th Floor
   New York, NY 10016
17 Telephone: 917-882-5522
   jconroy@simmonsfirm.com
18
   ANDRE MURA
19 **GIBBS LAW GROUP, LLP**
   1111 Broadway, Suite 2100
20 Oakland, CA 94607
   Telephone: 510-350-9717
21 amm@classlawgroup.com

22 ALEXANDRA WALSH
   **WALSH LAW**
23 1050 Connecticut Ave, NW, Suite 500
   Washington D.C. 20036
24 Telephone: 202-780-3014
   awalsh@alexwalshlaw.com
25
   MICHAEL M. WEINKOWITZ
26 **LEVIN SEDRAN & BERMAN, LLP**
   510 Walnut Street Suite 500
27 Philadelphia, PA 19106
   Telephone: 215-592-1500
28 mweinkowitz@lfsbalw.com

1      Plaintiffs' Steering Committee Leadership

2      RON AUSTIN
       **RON AUSTIN LAW**
3      400 MANHATTAN BLVD
       HARVEY, LA 70058
4      Telephone: 504-227–8100
       raustin@ronaustinlaw.com
5
       PAIGE BOLDT
6      **WATTS GUERRA LLP**
       4 Dominion Drive, Bldg. 3, Suite 100
7      San Antonio, TX 78257
       Telephone: 210-448-0500
8      PBoldt@WattsGuerra.com

9      THOMAS P. CARTMELL
       **WAGSTAFF & CARTMELL LLP**
10     4740 Grand Avenue, Suite 300
       Kansas City, MO 64112
11     Telephone: 816-701 1100
       tcartmell@wcllp.com
12
       SARAH EMERY
13     **HENDY JOHNSON VAUGHN EMERY, PSC**
       2380 Grandview Drive
14     Ft. Mitchell, KY 41017
       Telephone: 888-606-5297
15     semery@justicestartshere.com

16     CARRIE GOLDBERG
       **C.A. GOLDBERG, PLLC**
17     16 Court St.
       Brooklyn, NY 11241
18     Telephone: (646) 666-8908
       carrie@cagoldberglaw.com
19
       RONALD E. JOHNSON, JR.
20     **HENDY JOHNSON VAUGHN EMERY, PSC**
       600 West Main Street, Suite 100
21     Louisville, KY 40202
       Telephone: 859-578-4444
22     rjohnson@justicestartshere.com

23     SIN-TING MARY LIU
       **AYLSTOCK WITKIN KREIS &**
24     **OVERHOLTZ, PLLC**
       17 East Main Street, Suite 200
25     Pensacola, FL 32502
       Telephone: 510-698-9566
26     mliu@awkolaw.com

27     JAMES MARSH
       **MARSH LAW FIRM PLLC**
28     31 Hudson Yards, 11th floor
       New York, NY 10001-2170

---

1                                Telephone: 212-372-3030
jamesmarsh@marshlaw.com

2

3                                HILLARY NAPPI
**HACH & ROSE LLP**

4                                112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311

5                                hnappi@hrsclaw.com

6                                EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**

7                                316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107

8                                epaulos@levinlaw.com

9

10                              RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**

11                            1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915

12                            rrizkalla@carlsonattorneys.com

13                            ROLAND TELLIS
DAVID FERNANDES

14                            **BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600

15                            Encino, CA 91436
Telephone: (818) 839-2333

16                            Facsimile: (818) 986-9698
rtellis@baronbudd.com

17                            dfernandes@baronbudd.com

18                            MELISSA YEATES
JOSEPH E. MELTZER

19                            **KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road

20                            Radnor, PA 19087
Telephone: 610-667-7706

21                            myeates@ktmc.com
jmeltzer@ktmc.com

22

23                            DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**

24                            505 20th St North Suite 1500
Birmingham, Alabama 35203

25                            Telephone: 205.855.5700
fu@dicellolevitt.com

26

27                            Plaintiffs' Steering Committee Membership

28                            *Attorneys for Plaintiffs*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **ATTESTATION**

I, Christopher Chiou, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 21, 2024

By: */s/ Christopher Chiou*
Christopher Chiou

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11    IN RE: SOCIAL MEDIA ADOLESCENT          MDL No. 3047
      ADDICTION/PERSONAL INJURY
12    PRODUCTS LIABILITY LITIGATION           Case Nos.:  4:22-md-03047-YGR-PHK

13                                            ~~[PROPOSED]~~ ORDER ON OMNIBUS
                                              SEALING STIPULATION
14    THIS DOCUMENT RELATES TO:               REGARDING DKT. NOS. 1197-1198
      ALL ACTIONS                             (JOINT LETTER BRIEF RE
15                                            PLAINTIFFS' RFP NOS. 16 AND 18)

16                                            Judge: Hon. Yvonne Gonzalez Rogers
                                              Magistrate Judge: Hon. Peter H. Kang
17

18

19            Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective

20    Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting

21    Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting

22    declaration, the arguments of counsel, and all other matters presented to the Court, the Court

23    rules that good cause exists to seal portions of the following documents relating to Joint Letter

24    Brief re Plaintiffs' RFP Nos. 16 and 18:

25

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1197 | Joint Letter Brief | Maintain redactions at 2, 4 | Granted ___x___<br><br>Denied _____ |

28

| Dkt. No. | Description | Requested Action | Court's Ruling |
|----------|-------------|------------------|----------------|
| 1197 | Joint Letter Brief | Maintain redactions at 1 | Granted ___x___<br><br>Denied _____ |
| 1198-3 | Exhibit A to Joint Letter Brief | Maintain redactions at 16:9-10, 16-17 | Granted ___x___<br><br>Denied _____ |

**IT IS SO ORDERED.**

DATE:    October 22, 2024

_____

Hon. Peter H. Kang
United States Magistrate Judge