1    *[Parties and Counsel Listed on Signature Pages]*

2

3

4

5

6            UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: SOCIAL MEDIA                    MDL No. 3047
     ADOLESCENT
9    ADDICTION/PERSONAL INJURY              Case No. 4:22-md-03047-YGR (PHK)
     PRODUCTS LIABILITY LITIGATION
10                                          **STIPULATION AND [PROPOSED]**
11   This Document Relates To:             **ORDER REGARDING SCHOOL**
                                           **DISTRICT BELLWETHER SEARCH**
12   *Baltimore County Board of Education*  **TERMS**
     *v. Meta, et al., Case No. 24-cv-01561*
13   *Board of Education Harford County v.* Judge: Hon. Yvonne Gonzalez Rogers
     *Meta, et al., Case No. 23-cv-03065*
14                                          Magistrate Judge: Hon. Peter H. Kang
     *Board of Education of Jordan School*
15   *District v. Meta, et al., Case No. 24-cv-*
     *01377*
16
     *Breathitt County Board of Education v.*
17   *Meta, et al., Case No. 23-cv-01804*

18   *Charleston County School District v.*
     *Meta, et al., Case No. 23-cv-04659*
19
     *Dekalb County School District v. Meta,*
     *et al.,  Case No. 23-cv-05733*
20
     *Irvington Public Schools v. Meta, et al.,*
21   *Case No. 23-cv-01467*

22   *Saint Charles Parish Public Schools v.*
     *Meta, et al., Case No. 24-cv-01098*
23
     *School District of the Chathams v.*
     *Meta, et al., Case No. 23-cv-01466*
24
     *Spartanburg 6 School District v. Meta,*
25   *et al.,  Case No. 24-cv-00106*

26   *The School Board of Hillsborough*
     *County, Florida v. Meta, et al., Case*
27   *No. 24-cv-01573*
     *Tucson Unified School District v. Meta,*
     *et al., Case No. 24-cv-01382*
28

1    Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their undersigned

2    counsel, hereby stipulate to the below provisions regarding the search terms to be applied to the

3    School District Bellwether Plaintiffs' ("SD Plaintiffs") collections. Through lengthy negotiations,

4    both Parties made meaningful compromises since the September 12, 2024 Discovery

5    Management Conference to reach agreement on the search terms.  *See* ECF 1120 (Joint status

6    report, at 23-27); ECF 1132 (Joint letter brief regarding disputes); ECF 1157 (Discovery

7    Management Order No. 10, at 9-11, ordering additional meet and confer); ECF 1163 (Stipulated

8    order granting additional time for status report); ECF 1176 (Status report); ECF 1192 (Status

9    report); ECF 1203 (Joint letter brief regarding unresolved disputes). This stipulation resolves all

10    disputes with respect to the SD Plaintiffs' common search terms.

11    The Parties hereby stipulate:

12    1.    The SD Plaintiffs will apply the agreed search terms to their collections in

13    accordance with the responses and objections to Defendants' requests for production of

14    documents.

15    2.    The deadline for the SD Plaintiffs to substantially complete their production of

16    documents in response to Defendants' requests for production will be extended 45 days from

17    November 5, 2024, to December 20, 2024. The Parties will discuss a production schedule for

18    priority custodians' interim production dates.

19    3.    The deadline for Defendants to take the depositions of the SD Plaintiffs' fact

20    witnesses will be extended until May 15, 2025, with the understanding that the Parties will

21    endeavor and use best efforts to conduct the SD Plaintiffs' fact witnesses' depositions prior to

22    May 10, 2025.

23    4.    Extending these deadlines will not affect any other deadline ordered by the Court.

24    THEREFORE, pursuant to Local Rules 6-1(b) and 6-2, the Parties stipulate and

25    respectfully request that the Court extend the above deadlines.

26    **IT IS SO ORDERED.**

27    DATED: _____    _____

28    PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

STIP AND [PROP] ORDER RE
SD BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

1    **IT IS SO STIPULATED AND AGREED**.

2    DATED:  October 22, 2024         Respectfully submitted,

3                                     */s/Lexi J. Hazam*
                                      LEXI J. HAZAM
4                                     **LIEFF CABRASER HEIMANN &**
                                      **BERNSTEIN, LLP**
5                                     275 BATTERY STREET, 29TH FLOOR
                                      SAN FRANCISCO, CA 94111-3339
6                                     Telephone: 415-956-1000
                                      lhazam@lchb.com
7
                                      PREVIN WARREN
8                                     **MOTLEY RICE LLC**
                                      401 9th Street NW Suite 630
9                                     Washington DC 20004
                                      Telephone: 202-386-9610
10                                    pwarren@motleyrice.com

11                                    Co-Lead Counsel

12                                    CHRISTOPHER A. SEEGER
                                      **SEEGER WEISS, LLP**
13                                    55 CHALLENGER ROAD, 6TH FLOOR
                                      RIDGEFIELD PARK, NJ 07660
14                                    Telephone: 973-639-9100
                                      cseeger@seegerweiss.com
15
16                                    Counsel to Co-Lead Counsel

17                                    JENNIE LEE ANDERSON
                                      **ANDRUS ANDERSON, LLP**
18                                    155 MONTGOMERY STREET, SUITE 900
                                      SAN FRANCISCO, CA 94104
19                                    Telephone: 415-986-1400
                                      jennie@andrusanderson.com
20
                                      Liaison Counsel
21
                                      EMILY C. JEFFCOTT
22                                    **MORGAN & MORGAN**
                                      633 WEST FIFTH STREET, SUITE 2652
23                                    LOS ANGELES, CA 90071
                                      Telephone: 213-787-8590
24                                    ejeffcott@forthepeople.com

25

26

27

28

STIP AND [PROP] ORDER RE
                                      SD  BELLWETHER SEARCH TERMS
                                      CASE NO. 4:22-MD-03047-YGR (PHK)

1    JOSEPH VANZANDT
     **BEASLEY ALLEN**
2    234 COMMERCE STREET
     MONTGOMERY, LA 36103
3    Telephone: 334-269-2343
     joseph.vanzandt@beasleyallen.com
4
     Federal/State Liaisons
5
     MATTHEW BERGMAN
6    GLENN DRAPER
     **SOCIAL MEDIA VICTIMS LAW CENTER**
7    821 SECOND AVENUE, SUITE 2100
     SEATTLE, WA 98104
8    Telephone: 206-741-4862
     matt@socialmediavictims.org
9    glenn@socialmediavictims.org

10   JAMES J. BILSBORROW
     **WEITZ & LUXENBERG, PC**
11   700 BROADWAY
     NEW YORK, NY 10003
12   Telephone: 212-558-5500
     jbilsborrow@weitzlux.com
13
     JAYNE CONROY
14   **SIMMONS HANLY CONROY, LLC**
     112 MADISON AVE, 7TH FLOOR
15   NEW YORK, NY 10016
     Telephone: 917-882-5522
16   jconroy@simmonsfirm.com

17   ANDRE MURA
     **GIBBS LAW GROUP, LLP**
18   1111 BROADWAY, SUITE 2100
     OAKLAND, CA 94607
19   Telephone: 510-350-9717
     amm@classlawgroup.com
20
     ALEXANDRA WALSH
21   **WALSH LAW**
     1050 Connecticut Ave, NW, Suite 500
22   Washington D.C. 20036
     Telephone: 202-780-3014
23   awalsh@alexwalshlaw.com

24

25

26

27

28

1   MICHAEL M. WEINKOWITZ
    **LEVIN SEDRAN & BERMAN, LLP**
2   510 WALNUT STREET
    SUITE 500
3   PHILADELPHIA, PA 19106
    Telephone: 215-592-1500
4   mweinkowitz@lfsbalw.com

5   Plaintiffs' Steering Committee Leadership

6   RON AUSTIN
    **RON AUSTIN LAW**
7   400 MANHATTAN BLVD.
    HARVEY, LA 70058
8   Telephone: 504-227–8100
    raustin@ronaustinlaw.com

9
    PAIGE BOLDT
10  **WALSH LAW**
    4 Dominion Drive, Bldg. 3, Suite 100
11  San Antonio, TX 78257
    Telephone: 210-448-0500
12  PBoldt@alexwalshlaw.com

13  THOMAS P. CARTMELL
    **WAGSTAFF & CARTMELL LLP**
14  4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
15  Telephone: 816-701-1100
    tcartmell@wcllp.com

16
    SARAH EMERY
17  **HENDY JOHNSON VAUGHN EMERY PSC**
    600 WEST MAIN STREET, SUITE 100
18  LOUISVILLE, KY 40202
    Telephone: 859-600-6725
19  semery@justicestartshere.com

20  CARRIE GOLDBERG
    **C.A. GOLDBERG, PLLC**
21  16 Court St.
    Brooklyn, NY 11241
22  Telephone: 646-666-8908
    carrie@cagoldberglaw.com

23
    RONALD E. JOHNSON, JR.
24  **HENDY JOHNSON VAUGHN EMERY PSC**
    600 WEST MAIN STREET, SUITE 100
25  LOUISVILLE, KY 40202
    Telephone: 859-578-4444
26  rjohnson@justicestartshere.com

27

28

STIP AND [PROP] ORDER RE
SD BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

1   MELISSA YEATES
    **KESSLER TOPAZ MELTZER & CHECK LLP**
2   280 KING OF PRUSSIA ROAD
    RADNOR, PA 19087
3   Telephone: 610-667-7706
    myeates@ktmc.com
4
    DIANDRA "FU" DEBROSSE ZIMMERMANN
5   **DICELLO LEVITT**
    505 20th St North
6   Suite 1500
    Birmingham, Alabama 35203
7   Telephone: 205-855-5700
    fu@dicellolevitt.com
8
    Plaintiffs' Steering Committee Membership
9
    *Attorneys for Individual Plaintiffs*
10

11

12  COVINGTON & BURLING LLP

13  */s/ Ashley M. Simonsen*

14  Ashley M. Simonsen, SBN 275203
    COVINGTON & BURLING LLP
15  1999 Avenue of the Stars
    Los Angeles, CA 90067
16  Telephone: (424) 332-4800
    Facsimile: + 1 (424) 332-4749
17  Email: asimonsen@cov.com

18  Phyllis A. Jones, *pro hac vice*
    Paul W. Schmidt, *pro hac vice*
19  COVINGTON & BURLING LLP
    One City Center
20  850 Tenth Street, NW
    Washington, DC 20001-4956
21  Telephone: + 1 (202) 662-6000
    Facsimile: + 1 (202) 662-6291
22  Email: pajones@cov.com
    Email: pschmidt@cov.com
23
    *Attorney for Defendants Meta Platforms, Inc.*
24  *f/k/a Facebook, Inc.; Facebook Holdings,*
    *LLC; Facebook Operations, LLC; Facebook*
25  *Payments, Inc.; Facebook Technologies, LLC;*
    *Instagram, LLC; Siculus, Inc.; and Mark Elliot*
26  *Zuckerberg*

27

28

STIP AND [PROP] ORDER RE
SD BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

1    FAEGRE DRINKER LLP

2    */s/ Andrea Roberts Pierson*
    _____

3    Andrea Roberts Pierson, *pro hac vice*
    FAEGRE DRINKER LLP
4    300 N. Meridian Street, Suite 2500
    Indianapolis, IN 46204
5    Telephone: + 1 (317) 237-0300
    Facsimile: + 1 (317) 237-1000
6    Email: andrea.pierson@faegredrinker.com
    Email: amy.fiterman @faegredrinker.com

7
    Amy R. Fiterman, *pro hac vice*
8    FAEGRE DRINKER LLP
    2200 Wells Fargo Center
9    90 South Seventh Street
    Minneapolis, MN 55402
10    Telephone: +1 (612) 766-7768
    Facsimile: +1 (612) 766-1600
11    Email: amy.fiterman@faegredrinker.com

12    Geoffrey Drake, *pro hac vice*
    KING & SPALDING LLP
13    1180 Peachtree Street, NE, Suite 1600
    Atlanta, GA 30309
14    Tel.: 404-572-4600
    Email: gdrake@kslaw.com
15    Email: dmattern@kslaw.com

16    David Mattern, *pro ha vice*
    KING & SPALDING LLP
17    1700 Pennsylvania Avenue, NW, Suite 900
    Washington, D.C. 20006
18    Telephone: +1 (202) 626-2946
    Email: dmattern@kslaw.com

19
    *Attorneys for Defendants TikTok Inc. and ByteDance*
20    *Inc.*

21    MUNGER, TOLLES & OLSON LLP

22    */s/ Jonathan H. Blavin*
    _____

23    Jonathan H. Blavin, SBN 230269
    MUNGER, TOLLES & OLSON LLP
24    560 Mission Street, 27th Floor
    San Francisco, CA 94105-3089
25    Telephone: (415) 512-4000
    Facsimile: (415) 512-4077
26    Email: jonathan.blavin@mto.com

27

28

1     Rose L. Ehler (SBN 29652)
      Victoria A. Degtyareva (SBN 284199)
2     Laura M. Lopez, (SBN 313450)
      Ariel T. Teshuva (SBN 324238)
3     MUNGER, TOLLES & OLSON LLP
      350 South Grand Avenue, 50th Floor
4     Los Angeles, CA 90071-3426
      Telephone: (213) 683-9100
5     Facsimile: (213) 687-3702
      Email: rose.ehler@mto.com
6     Email: victoria.degtyareva@mto.com
      Email: Ariel.Teshuva@mto.com
7
      Lauren A. Bell (*pro hac vice*)
8     MUNGER, TOLLES & OLSON LLP
      601 Massachusetts Ave., NW St.,
9     Suite 500 E
      Washington, D.C. 20001-5369
10    Telephone: (202) 220-1100
      Facsimile: (202) 220-2300
11    Email: lauren.bell@mto.com

12    *Attorneys for Defendant Snap Inc.*

13    John H. Beisner (State Bar No. 81571)
      Nina R. Rose (*pro hac vice*)
14    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
15    1440 New York Avenue, N.W.,
      Washington, DC 20005
16    Telephone: (202) 371-7000
      Email: John.Beisner@skadden.com
17    Email: nina.rose@skadden.com

18    Jessica Davidson (*pro hac vice*)
      SKADDEN, ARPS, SLATE,
19    MEAGHER & FLOM LLP
      One Manhattan West
20    New York, NY 10001
      Telephone: (212) 735-2588
21    Email: Jessica.Davidson@skadden.com

22    Jason David Russell (SBN 169219)
      SKADDEN, ARPS, SLATE,
23    MEAGHER & FLOM LLP
      300 South Grand Avenue
24    Suite 3400
      Los Angeles, CA 90071-3144
25    Telephone: (213) 687-5328
      Email: jason.russell@skadden.com
26
      Laura Bernescu (*pro hac vice*)
27    SKADDEN, ARPS, SLATE,
      MEAGHER & FLOM LLP
28    320 S. Canal St.

1    Ste 47th Floor
     Chicago, IL 60606-5707
2    Telephone: (312) 407-0700
     Email: laura.bernescu@skadden.com
3
     Catherine Mullaley (*pro hac vice*)
4    SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
5    500 Boylston Street
     Boston, MA 02116
6    Telephone: (617) 573-4851
     Email: catherine.mullaley@skadden.com
7
     WILSON SONSINI GOODRICH & ROSATI
8    Professional Corporation

9    */s/ Brian M. Willen*

10   Brian M. Willen (*pro hac vice*)
     WILSON SONSINI GOODRICH & ROSATI
11   1301 Avenue of the Americas, 40th Floor
     New York, New York 10019
12   Telephone: (212) 999-5800
     Facsimile: (212) 999-5899
13   Email: bwillen@wsgr.com

14   Lauren Gallo White (SBN 309075)
     Samantha A. Machock (SBN 298852)
15   WILSON SONSINI GOODRICH & ROSATI
     One Market Plaza, Spear Tower, Suite 3300
16   San Francisco, CA 94105
     Telephone: (415) 947-2000
17   Facsimile: (415) 947-2099
     Email: lwhite@wsgr.com
18   Email: smachock@wsgr.com

19   Christopher Chiou (SBN 233587)
     Matthew K. Donohue (SBN 302144)
20   WILSON SONSINI GOODRICH & ROSATI
     953 East Third Street, Suite 100
21   Los Angeles, CA 90013
     Telephone: (323) 210-2900
22   Facsimile: (866) 974-7329
     Email: cchiou@wsgr.com
23   Email: mdonohue@wsgr.com

24   *Attorneys for Defendants YouTube, LLC and Google
     LLC*
25

26

27

28

STIP AND [PROP] ORDER RE
SD BELLWETHER SEARCH TERMS
CASE NO. 4:22-MD-03047-YGR (PHK)

1                      WILLIAMS & CONNOLLY LLP

2                      */s/ Joseph G. Petrosinelli*

3                      Joseph G. Petrosinelli (*pro hac vice*)
                     jpetrosinelli@wc.com

4                      Ashley W. Hardin (*pro hac vice*)
                     ahardin@wc.com

5                      J. Andrew Keyes (*pro hac vice*)
                     akeyes@wc.com

6                      Annie Showalter (*pro hac vice*)
                     ashowalter@wc.com

7                      Chaloea Williams (*pro hac vice*)
                     cwilliams@wc.com

8                      680 Maine Avenue, SW
                     Washington, DC 20024

9                      Telephone.: 202-434-5000
                     Fax: 202-434-5029

10

11                      *Attorneys for Defendants YouTube, LLC and Google LLC*

12                      MORGAN, LEWIS & BOCKIUS LLP

13                      */s/ Yardena R. Zwang-Weissman*

14                      Yardena R. Zwang-Weissman (SBN 247111)
                     300 South Grand Avenue, 22nd Floor

15                      Los Angeles, CA 90071-3132
                     Tel.: 213.612.7238

16                      Email: yardena.zwang-weissman@morganlewis.com

17                      Brian Ercole (*pro hac vice*)
                     600 Brickell Avenue, Suite 1600

18                      Miami, FL 33131-3075
                     Tel.: 305.415.3416

19                      Email: brian.ercole@morganlewis.com

20                      Stephanie Schuster (*pro hac vice*)
                     1111 Pennsylvania Avenue NW

21                      NW Washington, DC 20004-2541
                     Tel.: 202.373.6595

22                      Email: stephanie.schuster@morganlewis.com

23                      *Attorneys for Defendants YouTube, LLC and Google LLC*

24

25

26

27

28

1

## <u>ATTESTATION</u>

2

I, Chaloea Williams, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

3

concurrence to the filing of this document has been obtained from each signatory hereto.

4

5

Dated:  October 22, 2024                    By:    */s/Chaloea Williams*_____

6

Chaloea Williams

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28