# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**STATUS UPDATE, STIPULATION, AND [PROPOSED ORDER] REGARDING PLAINTIFFS' AND YOUTUBE'S DMCS RIPE DISPUTES ISSUES 2 AND 3**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Defendants YouTube, LLC and Google, LLC (together, "Defendants"), and PI/SD Plaintiffs (collectively, the "Parties"), respectfully submit this update and stipulation to the Court:

WHEREAS, a Discovery Case Management Conference is scheduled before this Court on October 24, 2024.

WHEREAS, on October 18, 2024, the Parties filed a Discovery Case Management Statement, providing the Court with discovery updates, including ripe discovery disputes. With respect to Defendants YouTube and Google, the Parties raised, among other things, Ripe Dispute No. 2 [*YouTube's Amended Responses or Confirmation in Writing of Agreements Reached by Parties*], and Ripe Dispute No. 3 [*YouTube's Search of Non-Custodial Sources Identified by PI/SD Plaintiffs*]. The Parties provided their substantive positions on Ripe Dispute No. 2 in the Discovery Case Management Statement and reported that they intended to file a joint letter brief on Ripe Dispute No. 3 by October 22, 2024, so that both issues could be considered by the Court at the October 24, 2024, conference.

WHEREAS, the Parties have continued their discussions on both issues and have reached an agreement that they believe will resolve those issues or inform the scope of any remaining disputes on those issues.

NOW AND THEREFORE, the Parties respectfully request that the Court defer decision on Ripe Dispute No. 2 so that the Parties can engage in further meet and confers, and that the Court adopts the following schedule to ensure timely and efficient briefing of this issues:

   a. No later than October 25, 2024, by 5PM PT, Defendants will provide to Plaintiffs, in writing, agreed upon information regarding its search of non-custodial sources;

   b. No later than October 29, 2024, the Parties will hold a meet and confer on Ripe Dispute Nos. 2 and 3;

   c. No later than November 1, 2024, by 5PM PT, Plaintiffs will identify to Defendants, in writing, any remaining issues as to Ripe Disputes Nos. 2 and 3;

   d. No Later than November 6, 2024, by 5PM PT, Defendants will provide to Plaintiffs, in writing, substantive responses to remaining issues on Ripe Dispute Nos. 2 and 3;

e.  No later than November 8, 2024, the Parties will hold an H(2) on any remaining issues on Ripe Dispute Nos. 2 and 3; and,

f.  No later than November 15, 2024, the Parties will file joint letter briefs as to any remaining issues on Ripe Dispute Nos. 2 and 3, so that the Court may consider the briefs at the next Discovery Case Management Conference.

g.  The Parties agree to meet and confer in good faith at Plaintiffs' reasonable request for information regarding YouTube's search and production from non-custodial sources newly identified by Plaintiffs in YouTube's document production that appear likely to contain relevant information or in response to an identified deficiency. Plaintiffs agree that they will be reasonable and judicious in making any such requests.

IT IS SO STIPULATED AND AGREED,

DATED:   October 22, 2024            **WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: */s/ Lauren Gallo White*
Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100

|   |   |   |
|---|---|---|
| 1 |  | Los Angeles, CA 90013 |
| 2 |  | Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329 |
|   |  | Email: cchiou@wsgr.com |
| 3 |  | Email: mdonohue@wsgr.com |
| 4 |  | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 5 |  |  |
| 6 | DATED:     October 22, 2024 | By: */s/ Lexi J. Hazam* |
| 7 |  | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN &** |
| 8 |  | **BERNSTEIN, LLP**<br>275 Battery Street, 29th Floor |
| 9 |  | San Francisco, CA 94111-3339<br>Telephone: 415-956-1000 |
| 10 |  | lhazam@lchb.com |
| 11 |  | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 12 |  | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 13 |  | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 14 |  | Co-Lead Counsel |
| 15 |  | CHRISTOPHER A. SEEGER |
| 16 |  | **SEEGER WEISS, LLP**<br>55 Challenger Road, 6th floor |
| 17 |  | Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100 |
| 18 |  | Facsimile: 973-679-8656<br>cseeger@seegerweiss.com |
| 19 |  | Counsel to Co-Lead Counsel and Settlement |
| 20 |  | Counsel |
| 21 |  | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 22 |  | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 23 |  | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 24 |  | Liaison Counsel |
| 25 |  | JOSEPH G. VANZANDT |
| 26 |  | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 27 |  | 234 Commerce Street<br>Montgomery, AL 36103 |
| 28 |  | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |

| | |
|---|---|
| 1 | EMILY C. JEFFCOTT |
| 2 | **MORGAN & MORGAN**<br>220 W. Garden Street, 9th Floor |
| 3 | Pensacola, FL 32502<br>Telephone: 850-316-9100 |
| 4 | ejeffcott@forthepeople.com |
| 5 | Federal/State Liaison Counsel |
| 6 | MATTHEW BERGMAN<br>**SOCIAL MEDIA VICTIMS LAW CENTER** |
| 7 | 821 Second Avenue, Suite 2100<br>Seattle, WA 98104 |
| 8 | Telephone: 206-741-4862<br>matt@socialmediavictims.org |
| 9 | JAMES J. BILSBORROW |
| 10 | **WEITZ & LUXENBERG, PC**<br>700 Broadway |
| 11 | New York, NY 10003<br>Telephone: 212-558-5500 |
| 12 | Facsimile: 212-344-5461<br>jbilsborrow@weitzlux.com |
| 13 | JAYNE CONROY |
| 14 | **SIMMONS HANLY CONROY, LLC**<br>112 Madison Ave, 7th Floor |
| 15 | New York, NY 10016<br>Telephone: 917-882-5522 |
| 16 | jconroy@simmonsfirm.com |
| 17 | ANDRE MURA<br>**GIBBS LAW GROUP, LLP** |
| 18 | 1111 Broadway, Suite 2100<br>Oakland, CA 94607 |
| 19 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 20 | ALEXANDRA WALSH |
| 21 | **WALSH LAW**<br>1050 Connecticut Ave, NW, Suite 500 |
| 22 | Washington D.C. 20036<br>Telephone: 202-780-3014 |
| 23 | awalsh@alexwalshlaw.com |
| 24 | MICHAEL M. WEINKOWITZ<br>**LEVIN SEDRAN & BERMAN, LLP** |
| 25 | 510 Walnut Street Suite 500<br>Philadelphia, PA 19106 |
| 26 | Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com |
| 27 | Plaintiffs' Steering Committee Leadership |
| 28 | |

|   |   |
|---|---|
| 1 | RON AUSTIN |
|   | **RON AUSTIN LAW** |
| 2 | 400 MANHATTAN BLVD |
|   | HARVEY, LA 70058 |
| 3 | Telephone: 504-227–8100 |
|   | raustin@ronaustinlaw.com |
| 4 |   |
|   | PAIGE BOLDT |
| 5 | **WATTS GUERRA LLP** |
|   | 4 Dominion Drive, Bldg. 3, Suite 100 |
| 6 | San Antonio, TX 78257 |
|   | Telephone: 210-448-0500 |
| 7 | PBoldt@WattsGuerra.com |

1   RON AUSTIN
    **RON AUSTIN LAW**
2   400 MANHATTAN BLVD
    HARVEY, LA 70058
3   Telephone: 504-227–8100
    raustin@ronaustinlaw.com
4
    PAIGE BOLDT
5   **WATTS GUERRA LLP**
    4 Dominion Drive, Bldg. 3, Suite 100
6   San Antonio, TX 78257
    Telephone: 210-448-0500
7   PBoldt@WattsGuerra.com

8   THOMAS P. CARTMELL
    **WAGSTAFF & CARTMELL LLP**
9   4740 Grand Avenue, Suite 300
    Kansas City, MO 64112
10  Telephone: 816-701 1100
    tcartmell@wcllp.com
11
    SARAH EMERY
12  **HENDY JOHNSON VAUGHN EMERY, PSC**
    2380 Grandview Drive
13  Ft. Mitchell, KY 41017
    Telephone: 888-606-5297
14  semery@justicestartshere.com

15  CARRIE GOLDBERG
    **C.A. GOLDBERG, PLLC**
16  16 Court St.
    Brooklyn, NY 11241
17  Telephone: (646) 666-8908
    carrie@cagoldberglaw.com
18
    RONALD E. JOHNSON, JR.
19  **HENDY JOHNSON VAUGHN EMERY, PSC**
    600 West Main Street, Suite 100
20  Louisville, KY 40202
    Telephone: 859-578-4444
21  rjohnson@justicestartshere.com

22  SIN-TING MARY LIU
    **AYLSTOCK WITKIN KREIS &**
23  **OVERHOLTZ, PLLC**
    17 East Main Street, Suite 200
24  Pensacola, FL 32502
    Telephone: 510-698-9566
25  mliu@awkolaw.com

26  JAMES MARSH
    **MARSH LAW FIRM PLLC**
27  31 Hudson Yards, 11th floor
    New York, NY 10001-2170
28  Telephone: 212-372-3030
    jamesmarsh@marshlaw.com

|   |   |
|---|---|
| 1 |   |
| 2 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 3 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 4 | Telephone: 212.213.8311 |
|   | hnappi@hrsclaw.com |

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

**ATTESTATION**

I, Lauren Gallo White, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 22, 2024

By: */s/ Lauren Gallo White*
Lauren Gallo White

**ORDER**

IT IS SO ORDERED that the foregoing Stipulation is approved:

DATED: October 23, 2024

Hon. Peter H. Kang
United States Magistrate Judge