[*Submitting Counsel on Signature Page*]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>MDL3047 PERSONAL INJURY PLAINTIFFS | Case No. 22-md-03047-YGR (PHK)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang<br><br>~~PROPOSED~~ ORDER RE: NON-BELLWETHER DEVICE IMAGING AND PRESEERVATION OBLIGATIONS |

Upon consideration of the Parties Joint Letter Brief Regarding MDL Bellwether Plaintiffs' Lost Devices and the Preservation of Non-Bellwether Main Devices, ECF No. 1237, and after a hearing thereon held on October 24, 2024, for the reasons stated on the record at the October 24, 2024 hearing, it is hereby ORDERED that the relief sought by Defendants is DENIED in part and GRANTED in part as follows:

1. Defendants' motion to compel forensic imaging of non-bellwether Plaintiffs' devices is denied.

2. Defendants' motion to compel informatin concerning efforts to preserve information by non-bellwether plaintiffs is denied, except (1) counsel for every non-bellwether Plaintiff that has filed a complaint as of the date of this Order (whether in the MDL or the JCCP) is hereby ordered to inform the MDL and JCCP Co-Lead Counsel (using a Word table in the format attached to this Order) of the date on which each of the non-bellwether Plaintiffs they represent was first directed by counsel to preserve relevant information for this litigation, and (2) the MDL and JCCP Co-Lead counsel shall compile the above tables and transmit to the Defendants on or before December 31, 2024 a combined report of the tables received from non-

bellwether Plaintiffs' counsel.

3. Plaintiffs' counsel is ordered to remind their clients not to sell, dispose, transfer, or factory reset their devices during the pendency of this litigation.

**IT IS SO ORDERED,**

Dated: October 29, 2024

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

DATED: October 29, 2024

Respectfully submitted,
By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

Counsel to Co-Lead Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

Liaison Counsel

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaisons

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

~~PROPOSED~~ ORDER RE: NON-BELLWETHER DEVICE
IMAGING AND PRESEERVATION OBLIGATIONS
MDL NO. 3047

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**

|   |   |
|---|---|
| 1 | 600 WEST MAIN STREET, SUITE 100 |
| 2 | LOUISVILLE, KT 40202 |
|   | Telephone: 859-600-6725 |
| 3 | semery@justicestartshere.com |
| 4 | CARRIE GOLDBERG |
|   | **C.A. GOLDBERG, PLLC** |
| 5 | 16 Court St. |
|   | Brooklyn, NY 11241 |
| 6 | Telephone: 646-666-8908 |
| 7 | carrie@cagoldberglaw.com |
| 8 | RONALD E. JOHNSON, JR. |
|   | **HENDY JOHNSON VAUGHN EMERY PSC** |
| 9 | 600 WEST MAIN STREET, SUITE 100 |
|   | LOUISVILLE, KT 40202 |
| 10 | Telephone: 859-578-4444 |
| 11 | rjohnson@justicestartshere.com |
| 12 | SIN-TING MARY LIU |
|   | **AYLSTOCK WITKIN KREIS &** |
| 13 | **OVERHOLTZ, PLLC** |
| 14 | 17 EAST MAIN STREET, SUITE 200 |
|   | PENSACOLA, FL 32502 |
| 15 | Telephone: 510-698-9566 |
|   | mliu@awkolaw.com |
| 16 |   |
| 17 | JAMES MARSH |
|   | **MARSH LAW FIRM PLLC** |
| 18 | 31 HUDSON YARDS, 11TH FLOOR |
|   | NEW YORK, NY 10001-2170 |
| 19 | Telephone: 212-372-3030 |
|   | jamesmarsh@marshlaw.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

|    |    |
|----|----|
| 1  | MELISSA YEATES |
| 2  | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 3  | 280 KING OF PRUSSIA ROAD |
|    | RADNOR, PA 19087 |
| 4  | Telephone: 610-667-7706 |
|    | myeates@ktmc.com |
| 5  |    |
| 6  | DIANDRA "FU" DEBROSSE ZIMMERMANN |
| 7  | **DICELLO LEVITT** |
|    | 505 20th St North |
| 8  | Suite 1500 |
|    | Birmingham, Alabama 35203 |
| 9  | Telephone: 205-855-5700 |
|    | fu@dicellolevitt.com |
| 10 |    |
| 11 | Plaintiffs' Steering Committee Membership |
| 12 | *Attorneys for Individual Plaintiffs* |

|   |   |
|---|---|
| 1 | COVINGTON & BURLING LLP |
| 2 | By: */s/ Gregory L. Halperin* |
| 3 | Gregory L. Halperin, *pro hac vice*<br>COVINGTON & BURLING LLP |
| 4 | 620 Eighth Avenue<br>New York, NY 10018 |
| 5 | Telephone: (212) 841-1000 |
| 6 | Email: ghalperin@cov.com |
| 7 | Ashley M. Simonsen, SBN 275203<br>COVINGTON & BURLING LLP |
| 8 | 1999 Avenue of the Stars<br>Los Angeles, CA 90067 |
| 9 | Telephone: (424) 332-4800 |
| 10 | Facsimile: + 1 (424) 332-4749<br>Email: asimonsen@cov.com |
| 11 |  |
| 12 | Phyllis A. Jones, *pro hac vice*<br>Paul W. Schmidt, *pro hac vice* |
| 13 | COVINGTON & BURLING LLP<br>One City Center |
| 14 | 850 Tenth Street, NW<br>Washington, DC 20001-4956 |
| 15 | Telephone: + 1 (202) 662-6000 |
| 16 | Facsimile: + 1 (202) 662-6291<br>Email: pajones@cov.com |
| 17 | *Attorney for Defendants Meta Platforms, Inc.* |
| 18 | *f/k/a Facebook, Inc.; Facebook Holdings,*<br>*LLC; Facebook Operations, LLC; Facebook* |
| 19 | *Payments, Inc.; Facebook Technologies, LLC;*<br>*Instagram, LLC; Siculus, Inc.; and Mark Elliot* |
| 20 | *Zuckerberg* |
| 21 | FAEGRE DRINKER LLP |
| 22 | By: */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson, *pro hac vice* |
| 23 | FAEGRE DRINKER LLP<br>300 N. Meridian Street, Suite 2500 |
| 24 | Indianapolis, IN 46204 |
| 25 | Telephone: + 1 (317) 237-0300<br>Facsimile: + 1 (317) 237-1000 |
| 26 | Email: andrea.pierson@faegredrinker.com<br>Email: amy.fiterman @faegredrinker.com |
| 27 |  |
| 28 | Amy R. Fiterman, *pro hac vice*<br>FAEGRE DRINKER LLP |

|   |   |
|---|---|
| 1 | 2200 Wells Fargo Center |
| 2 | 90 South Seventh Street |
|   | Minneapolis, MN 55402 |
| 3 | Telephone: +1 (612) 766-7768 |
|   | Facsimile: +1 (612) 766-1600 |
| 4 | Email: amy.fiterman@faegredrinker.com |

Geoffrey Drake, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

MUNGER, TOLLES & OLSEN LLP
By: <u>*/s/ Jonathan H. Blavin*</u>
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com


Lauren Gallo White
Samantha A. Machock
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou
WILSON SONSINI GOODRICH & ROSATI
633 West Fifth Street
Los Angeles, CA 90071-2048
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com

*Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli
jpetrosinelli@wc.com

PROPOSED ORDER RE: NON-BELLWETHER DEVICE
IMAGING AND PRESEERVATION OBLIGATIONS
MDL NO. 3047

|   |   |
|---|---|
| 1 | Ashley W. Hardin |
| 2 | ahardin@wc.com |
|   | 680 Maine Avenue, SW |
| 3 | Washington, DC 20024 |
|   | Telephone.: 202-434-5000 |
| 4 | Fax: 202-434-5029 |
| 5 | *Attorneys for Defendants YouTube, LLC, Google LLC, and Alphabet Inc.* |

## ATTESTATION

I, Gregory L. Halperin, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

**DATED:** October 29, 2024          <u>*/s/ Gregory L. Halperin*</u>

|   | PLAINTIFF | CASE NO. | DATE OF INITIAL PRESERVATION NOTICE |
|---|---|---|---|
| 1 |   |   |   |
| 2 |   |   |   |
| 3 |   |   |   |
| 4 |   |   |   |
| 5 |   |   |   |