# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>[P̶R̶O̶P̶O̶S̶E̶D̶] **ORDER RE JOINT DISCOVERY LETTER BRIEF ON PLAINTIFFS' RFP NOS. 16 AND 18 TO GOOGLE LLC AND YOUTUBE, LLC (DKT. NO. 1197)**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

The Court hereby ORDERS the following regarding PI/SD Plaintiffs' Requests for Production ("RFP") Nos. 16 and 18 to Defendants YouTube, LLC and Google, LLC (together, "Defendants"), pursuant to the Court's Discovery Management Conference on October 24, 2024.

    a)    With regard to RFP No. 16, which seeks "[d]ocuments sufficient to show all features, classifiers, data sets, dimensions, and/or demographics that [Defendants] use to categorize users of, or accounts on, [the YouTube Platform] [,]" Plaintiffs have agreed to limit this RFP to three categories (user research, advertising, and growth teams) and YouTube claims lack of relevance and undue burden. Accordingly, the Parties are directed to meet and confer on the following:

        i)    Plaintiffs are directed to identify to Defendants the existing document custodians within the above three categories (user research, advertising, growth) who Plaintiffs believe are likely to possess documents responsive to RFP 16.

        ii)    The Parties will meet and confer in the event that Defendants object to Plaintiffs' list of identified document custodians, to reach agreement on the custodians that YouTube will consult pursuant to section (iii) below. To the extent any dispute remains, the Parties will update the Court in the November Discovery Management Conference Statement.

        iii)    YouTube, in turn, will consult with each agreed upon or Court-ordered identified custodian regarding the existence of non-privileged schemas, protos, software architecture documents (excluding source code), demographic surveys, user questionnaires, or other like documents that identify or describe all, or a substantial number, of the categories used by YouTube to categorize users for purposes of user research, advertising, and/or engagement.

        iv)    YouTube shall produce, subject to section (v) below, any non-privileged unproduced documents that the consulted custodians identify, are responsive to Plaintiffs' RFP 16, and can be located.

      v)    To the extent that Defendants cannot locate a responsive non-privileged unproduced document that a consulted custodian identified or otherwise object to production of such a document as unduly burdensome or disproportional, the Parties will meet and confer to reach agreement on the scope of production of documents responsive to RFP No. 16. To the extent any dispute remains, the Parties will update the Court in the November Discovery Management Conference Statement.

      vi)    YouTube shall not limit production of responsive documents, in particular user surveys and questionnaires, to only those that relate to "minors".

b)    With regard to RFP No. 18, which seeks documents that "constitute, identify, describe, or discuss any analysis of the demographics of users of [the YouTube Platform] [,]" the Parties have reached agreement as to this RFP with respect to production of responsive documents relating to age and gender, but have not reached agreement as to production of race/ethnicity demographics. Accordingly, the Parties are directed to meet and confer as follows regarding production of responsive documents pertaining to race/ethnicity:

      i)    Plaintiffs are directed to identify to Defendants (1) the types of documents regarding analyses of race and/or ethnicity that they are seeking through this Request; and (2) the existing document custodians who Plaintiffs believe are likely to possess those types of documents responsive to RFP 18, as it relates to race/ethnicity.

      ii)    The Parties will meet and confer in the event that Defendants object to Plaintiffs' identification of document types and/or list of identified document custodians, including based on burden or proportionality, to reach agreement on the scope of a search of documents responsive to RFP No. 18. To the extent any dispute remains, the Parties will update the Court in the November Discovery Management Conference Statement.

      iii) YouTube, in turn, will consult with each agreed upon or Court-ordered identified custodian regarding the existence of non-privileged responsive documents regarding race/ethnicity demographic analysis conducted by YouTube.

      iv) YouTube shall produce, subject to any limitations agreed to in (ii) above and subject to section (v) below, any non-privileged documents that the consulted custodians identify, that are responsive to Plaintiffs' RFP 18 concerning analyses of race and/or ethnicity, and can be located.

      v) To the extent that Defendants cannot locate a responsive non-privileged unproduced document that a consulted custodian identified or otherwise object to production of such a document as unduly burdensome or disproportional, the Parties will meet and confer to reach agreement on the scope of production of documents responsive to RFP No. 18. To the extent any dispute remains, the Parties will update the Court in the November Discovery Management Conference Statement.

c) With respect to both RFP 16 and 18, to the extent YouTube has found through its reasonable search and collection in this case any documents that are responsive to either Request but have not been produced because they did not fall within the scope of YouTube's prior agreement to produce, it should produce them.

d) The Parties will provide an update regarding RFP Nos. 16 and 18 in the November Discovery Management Statement.

**IT IS SO ORDERED**

DATE: October 31, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge

| | | | |
|---|---|---|---|
| 1 | DATED: | October 30, 2024 | By: */s/ Lauren Gallo White* |

Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Brian M. Willen (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED:    October 30, 2024    By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor

Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

*Counsel to Co-Lead Counsel and Settlement Counsel*

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

*Federal/State Liaison Counsel*

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

| | |
|---|---|
| 1 | ANDRE MURA |
| 2 | **GIBBS LAW GROUP, LLP**<br>1111 Broadway, Suite 2100<br>Oakland, CA 94607 |
| 3 | Telephone: 510-350-9717<br>amm@classlawgroup.com |
| 4 | |
| 5 | ALEXANDRA WALSH<br>**WALSH LAW** |
| 6 | 1050 Connecticut Ave, NW, Suite 500<br>Washington D.C. 20036<br>Telephone: 202-780-3014 |
| 7 | awalsh@alexwalshlaw.com |
| 8 | MICHAEL M. WEINKOWITZ |
| 9 | **LEVIN SEDRAN & BERMAN, LLP**<br>510 Walnut Street Suite 500<br>Philadelphia, PA 19106 |
| 10 | Telephone: 215-592-1500<br>mweinkowitz@lfsbalw.com |
| 11 | Plaintiffs' Steering Committee Leadership |
| 12 | RON AUSTIN |
| 13 | **RON AUSTIN LAW**<br>400 MANHATTAN BLVD<br>HARVEY, LA 70058 |
| 14 | Telephone: 504-227–8100<br>raustin@ronaustinlaw.com |
| 15 | |
| 16 | PAIGE BOLDT<br>**WATTS GUERRA LLP** |
| 17 | 4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257<br>Telephone: 210-448-0500 |
| 18 | PBoldt@WattsGuerra.com |
| 19 | THOMAS P. CARTMELL |
| 20 | **WAGSTAFF & CARTMELL LLP**<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112 |
| 21 | Telephone: 816-701 1100<br>tcartmell@wcllp.com |
| 22 | |
| 23 | SARAH EMERY<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 24 | 2380 Grandview Drive<br>Ft. Mitchell, KY 41017<br>Telephone: 888-606-5297 |
| 25 | semery@justicestartshere.com |
| 26 | CARRIE GOLDBERG |
| 27 | **C.A. GOLDBERG, PLLC**<br>16 Court St.<br>Brooklyn, NY 11241 |
| 28 | Telephone: (646) 666-8908<br>carrie@cagoldberglaw.com |

| | |
|---|---|
| 1 | |
| 2 | RONALD E. JOHNSON, JR.<br>**HENDY JOHNSON VAUGHN EMERY, PSC** |
| 3 | 600 West Main Street, Suite 100<br>Louisville, KY 40202<br>Telephone: 859-578-4444 |
| 4 | rjohnson@justicestartshere.com |
| 5 | SIN-TING MARY LIU |
| 6 | **AYLSTOCK WITKIN KREIS &<br>OVERHOLTZ, PLLC** |
| 7 | 17 East Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 510-698-9566 |
| 8 | mliu@awkolaw.com |
| 9 | JAMES MARSH |
| 10 | **MARSH LAW FIRM PLLC**<br>31 Hudson Yards, 11th floor<br>New York, NY 10001-2170 |
| 11 | Telephone: 212-372-3030<br>jamesmarsh@marshlaw.com |
| 12 | |
| 13 | HILLARY NAPPI<br>**HACH & ROSE LLP** |
| 14 | 112 Madison Avenue, 10th Floor<br>New York, New York 10016<br>Telephone: 212.213.8311 |
| 15 | hnappi@hrsclaw.com |
| 16 | EMMIE PAULOS |
| 17 | **LEVIN PAPANTONIO RAFFERTY**<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 |
| 18 | Telephone: 850-435-7107<br>epaulos@levinlaw.com |
| 19 | |
| 20 | RUTH THI RIZKALLA<br>**THE CARLSON LAW FIRM, P.C.** |
| 21 | 1500 Rosecrans Ave., Ste. 500<br>Manhattan Beach, CA 90266<br>Telephone: 415-308-1915 |
| 22 | rrizkalla@carlsonattorneys.com |
| 23 | ROLAND TELLIS<br>DAVID FERNANDES |
| 24 | **BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600 |
| 25 | Encino, CA 91436<br>Telephone: (818) 839-2333 |
| 26 | Facsimile: (818) 986-9698<br>rtellis@baronbudd.com |
| 27 | dfernandes@baronbudd.com |
| 28 | MELISSA YEATES<br>JOSEPH E. MELTZER |

| | |
|---|---|
| 1 | **KESSLER TOPAZ MELTZER & CHECK, LLP** |
| 2 | 280 King of Prussia Road<br>Radnor, PA 19087 |
| 3 | Telephone: 610-667-7706<br>myeates@ktmc.com |
| 4 | jmeltzer@ktmc.com |

KESSLER TOPAZ MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## ATTESTATION

I, Lauren Gallo White, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 30, 2024                    By: */s/ Lauren Gallo White*
                                                    Lauren Gallo White