# TRANSCRIPT ORDER

Please use one form per court reporter.
CJA counsel please use Form CJA24
Please read instructions on next page.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

COURT USE ONLY
DUE DATE:

**1a. CONTACT PERSON FOR THIS ORDER:** Emily Couture
**1b. ATTORNEY NAME (if different):**
**2a. CONTACT PHONE NUMBER:** (737) 667-6100
**2b. ATTORNEY PHONE NUMBER:**
**3. CONTACT EMAIL ADDRESS:** emilycouture@quinnemanuel.com
**3. ATTORNEY EMAIL ADDRESS:**

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE):**
Quinn Emanuel Urquhart & Sullivan, LLP
300 West 6th St, Suite 2010 Austin, TX 78701

**5. CASE NAME:** IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/
**6. CASE NUMBER:** 4:22-md-03047-Y

**8. THIS TRANSCRIPT ORDER IS FOR:**
☐ APPEAL  ☐ CRIMINAL  ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
☒ NON-APPEAL  ☐ CIVIL  CJA: Do not use this form; use Form CJA24.

**7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→** ☐ FTR
Ana Dub

**9. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/24/2024 | PHK |   |   | ● | ○ | ○ | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ |
|   |   |   |   | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|   |   |   |   | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|   |   |   |   | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|   |   |   |   | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
|   |   |   |   | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

**10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:**
Looking for the transcript of the proceedings held before Magistrate Judge Peter H. Kang on October 24, 2024, ECF No. 1302.

**ORDER & CERTIFIC** igning below, I certify that I will pay all charges (deposit plus additional).
**11. SIGNATURE:** /s/ emilycouture
**12. DATE:** 11/05/2024