| | |
|---|---|
| 1 | JASON D. RUSSELL (SBN 169219) |
| 2 | jason.russell@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 3 | 2000 Avenue of the Stars, Suite 200N<br>Los Angeles, CA  90067 |
| 4 | Telephone: (213) 687-5000<br>Facsimile:  (213) 687-5600 |
| 5 | JOHN H. BEISNER (SBN 81571) |
| 6 | john.beisner@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 7 | 1440 New York Avenue, N.W.<br>Washington, D.C. 20005 |
| 8 | Telephone: (202) 371-7410<br>Facsimile:  (202) 661-0525 |
| 9 | Attorneys for Plaintiff |
| 10 | SNAP INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>ALL ACTIONS | CASE NO.: 4:22-MD-03047-YGR<br><br>**NOTICE OF CHANGE OF FIRM ADDRESS** |

NOTICE OF CHANGE OF FIRM ADDRESS          Case No. 4:22-MD-03047-YGR

Please take notice that effective November 4, 2024, the address of the Los Angeles office of Skadden Arps Slate Meagher & Flom LLP and Jason D. Russell, counsel for Snap Inc., changed as follows:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

2000 Avenue of the Stars, Suite 200N

Los Angeles, CA  90067

The Firm and attorneys' phone numbers, facsimile numbers, and e-mail addresses have not been affected by this change.  Please update your service lists accordingly for this matter.

DATED:  November 7, 2024          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____/s/ *Jason D. Russell*_____
    JASON D. RUSSELL
    *Attorneys for Snap Inc.*