| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| 12 | | Case Nos.: 4:22-md-03047-YGR-PHK |
| 13 | | **STIPULATION AND [PROPOSED] ORDER STAYING ALL CLAIMS AND PROCEEDINGS AGAINST DISCORD INC. AND ROBLOX CORPORATION** |
| 14 | THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| 15 | | |
| 16 | | Judge: Hon. Yvonne Gonzalez Rogers |
| 17 | | Magistrate Judge: Hon. Peter H. Kang |

1    Personal Injury Plaintiffs in the cases below, School District and Local
2    Government Plaintiffs in the cases below, Discord Inc. ("Discord"), and Roblox Corporation
3    ("Roblox"), through their undersigned counsel, hereby stipulate and respectfully request that the
4    Court enter the proposed order staying all claims and proceedings against Discord and/or Roblox
5    in the cases listed below and in any future cases that may be filed by undersigned Plaintiffs'
6    counsel against Discord and/or Roblox in these proceedings or that are transferred to these
7    proceedings.

| Case | SFC Filing Date | Discord and/or Roblox |
|---|---|---|
| *C.U. v. Snap Inc.*, 4:22-cv-07347 (N.D. Cal.) | April 3, 2023 | Discord and Roblox |
| *Guillot v. Meta Platforms, Inc.*, 4:23-cv-03453 (N.D. Cal.) | July 11, 2023 | Discord and Roblox |
| *Broward County School Board v. Meta Platforms, Inc.*, 4:23-cv-01061 (N.D. Cal.) | March 14, 2024 | Discord |
| *Bucks County et al v. Meta Platforms, Inc.*, 4:23-cv-01149 (N.D. Cal.) | March 14, 2024 | Discord |
| *Carroll v. TikTok Inc.*, 4:23-cv-02089 (N.D. Cal.) | March 14, 2024 | Discord |
| *Miami-Dade County Public Schools District v. Meta Platforms, Inc.*, 4:23-cv-05257 (N.D. Cal.) | March 14, 2024 | Discord |
| *S.L. v. Snap Inc.*, 4:24-cv-01868 (N.D. Cal.) | March 26, 2024 | Discord |
| *County of Oakland, Michigan v. Meta Platforms Inc.*, 4:24-cv-02554 (N.D. Cal.) | April 29, 2024 | Discord |
| *M.S. v. Google LLC*, 4:24-cv-03646 (N.D. Cal.) | June 17, 2024 | Discord and Roblox |
| *K.G. and N.F. v. Snap Inc.*, 4:24-cv-04086 (N.D. Cal.) | July 5, 2024 | Discord and Roblox |

    Neither Discord nor Roblox have been named in any Master Complaint, participated in briefing of any of the motions to dismiss any Master Complaint, or participated in discovery in these proceedings to date. Additionally, none of the above-referenced cases have been selected as bellwether cases in these proceedings. *See* Dkt. 1023. Accordingly, the requested stay will further the interests of judicial economy and efficiency.

    This stipulation and requested stay are without prejudice to the right of any parties in any bellwether cases to seek third-party discovery from Discord or Roblox in connection with the bellwether plaintiffs' use of their services. This stipulation is further without prejudice to any

1  Discord or Roblox objections or requests for relief related to any discovery that may be sought
2  from Discord or Roblox in such proceedings.
3      This stipulation is further without prejudice to Discord or Roblox moving to sever the
4  claims against one or both of them in any cases brought against them in these proceedings or
5  Plaintiffs' right to oppose such motion.
6      This stipulation is further without prejudice to Discord, Roblox or undersigned counsel for
7  the Plaintiffs requesting that the stay herein be lifted, in full or in part, should circumstances
8  require.
9      THEREFORE, Personal Injury Plaintiffs and School District and Local Government
10 Plaintiffs in the cases above, Discord, and Roblox, through their undersigned counsel, stipulate
11 and respectfully request that the Court stay all claims and proceedings against Discord and/or
12 Roblox in the cases listed above and in any future cases filed by undersigned Plaintiffs' counsel
13 against Discord and/or Roblox in these proceedings or that are transferred to these proceedings
14 pending further order of this Court.   Personal Injury Plaintiffs and School District and Local
15 Government Plaintiffs in the cases above, Discord, and Roblox, through their undersigned
16 counsel, further stipulate and respectfully request that the stay shall remain in effect until such
17 time as any one or all of the affected parties successfully petition the Court to lift the stay.

19      **IT IS SO ORDERED.**
20 Dated: November 15, 2024

                                                    _____
                                                    THE HONORABLE DISTRICT JUDGE
                                                    YVONNE GONZALEZ ROGERS

1  **IT IS SO STIPULATED AND AGREED.**

DATED: November 15, 2024         **SOCIAL MEDIA VICTIMS LAW CENTER**

By: <u>*/s/ Laura Marquez-Garrett*</u>
Laura Marquez-Garrett

LAURA MARQUEZ-GARRETT (SBN 221542)
laura@socialmediavictims.org
MATTHEW P. BERGMAN
matt@socialmediavictims.org
GLENN S. DRAPER
glenn@socialmediavictims.org
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206.741.4862

*Attorneys for Select Personal Injury Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: November 15, 2024 | **ROBBINS GELLER RUDMAN & DOWD LLP** |

By: */s/ Aelish M. Baig*
Aelish M. Baig

AELISH M. BAIG (SBN 201279)
aelishb@rgrdlaw.com
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415.288.4545

*Attorneys for Select Local Government and School District Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: November 15, 2024 | **MORRISON & FOERSTER LLP** |

By: *J. Alexander Lawrence*
     J. Alexander Lawrence

J. ALEXANDER LAWRENCE (SBN 208715)
alawrence@mofo.com
250 West 55th Street
New York, New York 10019 9601
Telephone: 212.468.8000

*Attorneys for Defendant Discord Inc.*

| | | |
|---|---|---|
| DATED: November 15, 2024 | | **MAYER BROWN LLP** |
| | By: | */s/ Anthony J. Weibell* |
| | | Anthony J. Weibell |

ANTHONY J. WEIBELL (SBN 238850)
aweibell@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: 650.331.2030

*Attorneys for Defendant Roblox Corporation*

# **ATTESTATION**

I, Laura Marquez-Garrett, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory.

Dated: November 15, 2024

By: */s/ Laura Marquez-Garrett*
Laura Marquez-Garrett