Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
      tharris@kslaw.com

*Attorneys for Defendants
TikTok Inc., ByteDance Inc., TikTok Ltd.,
ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR (PHK) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 - DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 4, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court amend Case Management Order No. 4 – Direct Filing Order regarding service of process on the TikTok Defendants.  The parties declare in support of this request:

1.      On December 19, 2022, this Court entered Case Management Order No. 4 – Direct Filing Order ("CMO No. 4") which sets forth service of process and waiver of formal service of summons pursuant to Federal Rule of Civil Procedure 4.  *See* CMO No. 4, Dkt. 119, ¶ II.G.  CMO No. 4 also identifies the email addresses for service of process on all Defendants.  *Id*.

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

2.      The TikTok Defendants respectfully request that CMO No. 4 be amended to reflect a new email address for service of process on the TikTok Defendants as follows:

**TikTok Inc.; ByteDance Inc.; TikTok Ltd.; ByteDance Ltd.; TikTok LLC**
TikTokSOP@kslaw.com

3.      The new email address for service of process on the TikTok Defendants is in compliance with the requirements set forth in Paragraph II.G of CMO No. 4.  *Id.*

THEREFORE, pursuant to Federal Rule of Civil Procedure 4, the Parties stipulate and respectfully request that the Court amend Case Management Order No. 4 – Direct Filing Order regarding service of process on the TikTok Defendants as set forth above.


**IT IS SO ORDERED**,

Dated: _____

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**



**IT IS SO STIPULATED AND AGREED.**

Dated: November 15, 2024                    Respectfully submitted,

**KING & SPALDING LLP**


By: */s/ Geoffrey M. Drake*
_____
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
          tharris@kslaw.com

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING
ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS
- 2 -                                                        4:22-MD-03047-YGR

Kristen R. Fournier, *pro hac vice*
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

**FAEGRE DRINKER BIDDLE & REATH
LLP**

By:  */s/ Andrea R. Pierson*
Andrea R. Pierson, *pro hac vice*
Andrea.pierson@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: +1 (317) 237-0300
Facsimile: +1 (317) 237-1000

Tarifa B. Laddon, SBN 240419
Tarifa.laddon@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: +1 (310) 203-4000
Facsimile: +1 (310) 229-1285

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING
ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 3 -                                                                    4:22-MD-03047-YGR

Amy R. Fiterman, *pro hac vice*
Amy.fiterman@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
90 S. 7th Street, Unit 2200
Minneapolis, MN 55402
Telephone: +1 (612) 766-7000
Facsimile: +1 (612) 766-1600

*Attorneys for Defendants
TikTok Inc., ByteDance Inc., TikTok Ltd.,
ByteDance Ltd., and TikTok LLC*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms,
Inc. f/k/a Facebook, Inc.; Facebook
Holdings, LLC; Facebook Operations, LLC;
Facebook Payments, Inc.; Facebook
Technologies, LLC; Instagram, LLC;
Siculus, Inc.; and Mark Elliot Zuckerberg*

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING
ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 4 -                                                      4:22-MD-03047-YGR

MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

King & Spalding LLP
Attorneys at Law
Atlanta

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING
ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 5 -                                                                  4:22-MD-03047-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

By:  */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
Telephone: 415-956-1000
lhazam@lchb.com

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

*Co-Lead Counsel*

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 CHALLENGER ROAD, 6TH FLOOR
RIDGEFIELD PARK, NJ 07660
Telephone: 973-639-9100
cseeger@seegerweiss.com

*Counsel to Co-Lead Counsel*

King & Spalding LLP
Attorneys at Law
Atlanta

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 7 -

4:22-MD-03047-YGR

ENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaisons*

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW
CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

King & Spalding LLP
Attorneys at Law
Atlanta

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING
ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 8 -

4:22-MD-03047-YGR

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

King & Spalding LLP
Attorneys at Law
Atlanta

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 9 -

4:22-MD-03047-YGR

1

2    ARRIE GOLDBERG
     **C.A. GOLDBERG, PLLC**
3    16 Court St.
     Brooklyn, NY 11241
4    Telephone: 646-666-8908
     carrie@cagoldberglaw.com

5    RONALD E. JOHNSON, JR.
     **HENDY JOHNSON VAUGHN EMERY**
6    **PSC**
     600 WEST MAIN STREET, SUITE 100
7    LOUISVILLE, KT 40202
     Telephone: 859-578-4444
8    rjohnson@justicestartshere.com

9    SIN-TING MARY LIU
     **AYLSTOCK WITKIN KREIS &**
10   **OVERHOLTZ, PLLC**
     17 EAST MAIN STREET, SUITE 200
11   PENSACOLA, FL 32502
     Telephone: 510-698-9566
12   mliu@awkolaw.com

13   JAMES MARSH
     **MARSH LAW FIRM PLLC**
14   31 HUDSON YARDS, 11TH FLOOR
     NEW YORK, NY 10001-2170
15   Telephone: 212-372-3030
     jamesmarsh@marshlaw.com

16
     JOSEPH E. MELTER
17   **KESSLER TOPAZ MELTZER &**
     **CHECK LLP**
18   280 KING OF PRUSSIA ROAD
     RADNOR, PA 19087
19   Telephone: 610-667-7706
     jmeltzer@ktmc.com
20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING
ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

1

2    HILLARY NAPPI
     **HACH & ROSE LLP**
3    112 Madison Avenue, 10th Floor
     New York, New York 10016
4    Telephone: 212-213-8311
     hnappi@hrsclaw.com

5    EMMIE PAULOS
     **LEVIN PAPANTONIO RAFFERTY**
6    316 SOUTH BAYLEN STREET, SUITE
     600
7    PENSACOLA, FL 32502
     Telephone: 850-435-7107
8    epaulos@levinlaw.com

9    RUTH THI RIZKALLA
     **THE CARLSON LAW FIRM, PC**
10   1500 ROSECRANS AVE., STE. 500
     MANHATTAN BEACH, CA 90266
11   Telephone: 415-308-1915
     rrizkalla@carlsonattorneys.com
12
     ROLAND TELLIS
13   **DAVID FERNANDES**
     BARON & BUDD, P.C.
14   15910 Ventura Boulevard, Suite 1600
     Encino, CA 91436
15   Telephone: 818-839-2333
     rtellis@baronbudd.com
16   dfernandes@baronbudd.com

17   MELISSA YEATES
     **KESSLER TOPAZ MELTZER &**
18   **CHECK LLP**
     280 KING OF PRUSSIA ROAD
19   RADNOR, PA 19087
     Telephone: 610-667-7706
20   myeates@ktmc.com

21   DIANDRA "FU" DEBROSSE
     ZIMMERMANN
22   **DICELLO LEVITT**
     505 20th St North
23   Suite 1500
     Birmingham, Alabama 35203
24   Telephone: 205-855-5700
     fu@dicellolevitt.com
25
     *Plaintiffs' Steering Committee Membership*
26
     *Attorneys for Individual Plaintiffs*
27

28

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

1

## **ATTESTATION**

2      I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

3 concurrence to the filing of this document has been obtained from each signatory hereto.

4

5   Dated:  November 15, 2024                    _/s/ Geoffrey M. Drake_____
                                             Geoffrey M. Drake
6
                                             *Attorneys for Defendants*
7                                            *TikTok Inc., ByteDance Inc., TikTok Ltd.,*
                                             *ByteDance Ltd., and TikTok LLC*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

King & Spalding LLP
Attorneys at Law
Atlanta

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING
ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 12 -                                                        4:22-MD-03047-YGR