|   |   |
|---|---|
| 1 |   |
| 2 |   |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | Case No. 4:22-MD-03047-YGR<br><br>MDL No. 3047 |
| This Document Relates to:<br><br>*R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083;<br><br>*K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086;<br><br>*K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425;<br><br>*K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426;<br><br>*C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495;<br><br>*M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578;<br><br>*K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161;<br><br>*S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178;<br><br>*C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369;<br><br>*C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506; | [PROPOSED] **ORDER GRANTING PLAINTIFFS' ELEVENTH CONSOLIDATED** *EX PARTE* **APPLICATION AND APPOINTING GUARDIANS** *AD LITEM* |

*J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613;

*B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139;

*L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722;

*J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723;

*B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727;

*D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728;

*D.C. and E.B v. Snap Inc. et al.*, 4:24-cv-06729;

*R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.*, 4:24-cv-06641.

### [PROPOSED] ORDER

The Court is in receipt of Plaintiffs' Eleventh E*x Parte* Application for Appointment of Guardians *Ad Litem* (hereinafter, "Eleventh *Ex Parte* Application").

Pursuant to this Court' Order Regarding Appointment of Guardians *Ad Litem* (ECF No. 122), *Ex Parte* Applications for Appointment of Guardians *Ad Litem* ("Applications") submitted by parents and/or legal guardians were deemed presumptively approved upon filing because there was no apparent conflict between the applicants' parental responsibility and their obligation to assist the Court in "achieving a just and speedy determination of the action." ECF No. 122 ¶ 4 (citing *J.M. v. Liberty Union High Sch. Dist.*, No. 16-cv-05225-LB, 2016 WL 4942999, at *1 (N.D. Cal. Sept.16, 2016)).

On October 25, 2024, Applications were submitted by the parents and/or legal guardians to serve as guardians *ad litem* for the individual minor plaintiffs in the following cases:

- *R.B. and A.B. v. Snap Inc.*, 4:24-cv-04083 (Exhibit 1)
- *K.G. and N.F. v. Snap Inc., et al.*, 4:24-cv-04086 (Exhibit 2);

- *K.K. and K.A. v. Meta Platforms, Inc. et al.*, 4:24-cv-04425 (Exhibit 3);
- *K.K. and C.K. v. Meta Platforms, Inc. et al.*, 4:24-cv-04426 (Exhibit 4);
- *C.S., filed on behalf of minor T.P. v. Meta Platforms, Inc. et al.*, 4:24-cv-04495 (Exhibit 5);
- *M.M., filed on behalf of minor A.B. v. Meta Platforms, Inc., et al.*, 4:24-cv-04578 (Exhibit 6);
- *K.N., filed on behalf of minor A.N. v. Meta Platforms, Inc.*, et al., 4:24-cv-05161 (Exhibit 7);
- *S.C., filed on behalf of minor D.G. v. Meta Platforms, Inc., et al.*, 4:24-cv-05178 (Exhibit 8);
- *C.C., filed on behalf of minor L.C. v. Meta Platforms, Inc., et al.*, 4:24-cv-05369 (Exhibit 9);
- *C.D., on behalf of C.F. v. Meta Platforms, Inc. et al.*, 4:24-cv-06506 (Exhibit 10);
- *J.H., filed on behalf of minor M.H. v. Meta Platforms, Inc., et al.*, 4:24-cv-06613 (Exhibit 11);
- *B.B, filed on behalf of minor O.B. v. Meta Platforms, Inc.*, 4:24-cv-06139 (Exhibit 12);
- *L.J. and B.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06722 (Exhibit 13);
- *J.G., individually and on behalf of Z.J. v. Meta Platforms, Inc. et al.*, 4:24-cv-06723 (Exhibit 14);
- *B.D., on behalf of Z.H. v. Meta Platforms, Inc. et al.*, 4:24-cv-06727 (Exhibit 15);
- *D.C., on behalf of T.S. v. Meta Platforms, Inc. et al.*, 4:24-cv-06728 (Exhibit 16);
- *D.C., and E.B v. Snap Inc. et al.,* 4:24-cv-06729 (Exhibit 17);
- *R.Z., filed on behalf of minor C.Z. v. Meta Platforms, Inc. et al.,* 4:24-cv-06641 (Exhibit 18).

Pursuant to this Court's Order Regarding Appointments of Guardian *Ad Litem*, the Court's presumptive approval of these Applications will become final if no objections are filed within fifteen (15) days of the filing of Plaintiffs' Eleventh *Ex Parte* Application. ECF No.122 ¶5.

1  Having received no objections on or before November 12, 2024, which is the first court
2  day following the fifteenth day after the filing of Plaintiffs' Eleventh *Ex Parte* Application, and
3  good cause appearing, it is hereby ordered that that the applicants identified in the Applications
4  for the cases listed above are appointed as guardians *ad litem* for the minor plaintiffs in those
5  actions for the purposes of this litigation. These appointments, as well as all prior appointments of
6  guardians ad litem in this case, shall remain in effect until the minor reaches the age of majority.

**IT IS SO ORDERED.**

Dated: November 18, 2024

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE