Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
         tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 - DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS** |

Pursuant to Federal Rule of Civil Procedure 4, the Parties, through their undersigned counsel, hereby stipulate and respectfully request that the Court amend Case Management Order No. 4 – Direct Filing Order regarding service of process on the TikTok Defendants. The parties declare in support of this request:

1. On December 19, 2022, this Court entered Case Management Order No. 4 – Direct Filing Order ("CMO No. 4") which sets forth service of process and waiver of formal service of summons pursuant to Federal Rule of Civil Procedure 4. *See* CMO No. 4, Dkt. 119, ¶ II.G. CMO No. 4 also identifies the email addresses for service of process on all Defendants. *Id*.

2. The TikTok Defendants respectfully request that CMO No. 4 be amended to reflect a new email address for service of process on the TikTok Defendants as follows:

**TikTok Inc.; ByteDance Inc.; TikTok Ltd.; ByteDance Ltd.; TikTok LLC**
TikTokSOP@kslaw.com

3. The new email address for service of process on the TikTok Defendants is in compliance with the requirements set forth in Paragraph II.G of CMO No. 4. *Id.*

THEREFORE, pursuant to Federal Rule of Civil Procedure 4, the Parties stipulate and respectfully request that the Court amend Case Management Order No. 4 – Direct Filing Order regarding service of process on the TikTok Defendants as set forth above.

**IT IS SO ORDERED**,

Dated: November 18, 2024

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

**IT IS SO STIPULATED AND AGREED.**

Dated: November 15, 2024

Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
tharris@kslaw.com

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 2 -                                                                                                  4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | Kristen R. Fournier, *pro hac vice* |
| 2 | King & Spalding LLP<br>1185 Avenue of the Americas, 34th Floor |
| 3 | New York, NY 10036-2601<br>Telephone: (212) 556-2100 |
| 4 | Facsimile: (212) 556-2222<br>Email: kfournier@kslaw.com |
| 5 | David P. Mattern, *pro hac vice* |
| 6 | King & Spalding LLP<br>1700 Pennsylvania Avenue, NW, Suite 900 |
| 7 | Washington, DC 20006-4707<br>Telephone: (202) 737-0500 |
| 8 | Facsimile: (202) 626-3737<br>Email: dmattern@kslaw.com |
| 9 | Bailey J. Langner (SBN 307753) |
| 10 | King & Spalding LLP<br>50 California Street, Suite 3300 |
| 11 | San Francisco, CA 94111<br>Telephone: (415) 318-1200 |
| 12 | Facsimile: (415) 318-1300<br>Email: blangner@kslaw.com |

**FAEGRE DRINKER BIDDLE & REATH LLP**

By: */s/ Andrea R. Pierson*

Andrea R. Pierson, *pro hac vice*
Andrea.pierson@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: +1 (317) 237-0300
Facsimile: +1 (317) 237-1000

Tarifa B. Laddon, SBN 240419
Tarifa.laddon@faegredrinker.com
Faegre Drinker Biddle & Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone: +1 (310) 203-4000
Facsimile: +1 (310) 229-1285

King & Spalding LLP
Attorneys at Law
Atlanta

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 3 -                                                                                  4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | Amy R. Fiterman, *pro hac vice* |
|   | Amy.fiterman@faegredrinker.com |
| 2 | Faegre Drinker Biddle & Reath LLP |
|   | 90 S. 7th Street, Unit 2200 |
| 3 | Minneapolis, MN 55402 |
|   | Telephone: +1 (612) 766-7000 |
| 4 | Facsimile: +1 (612) 766-1600 |

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 4 -    4:22-MD-03047-YGR

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

|  |  |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | By: */s/ Jonathan H. Blavin* <br> Jonathan H. Blavin, SBN 230269 |
| 3 | MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor |
| 4 | San Francisco, CA 94105-3089 <br> Telephone: (415) 512-4000 |
| 5 | Facsimile: (415) 512-4077 <br> Email: jonathan.blavin@mto.com |
| 6 | Rose L. Ehler (SBN 29652) |
| 7 | Victoria A. Degtyareva (SBN 284199) <br> Laura M. Lopez, (SBN 313450) |
| 8 | Ariel T. Teshuva (SBN 324238) <br> MUNGER, TOLLES & OLSON LLP |
| 9 | 350 South Grand Avenue, 50th Floor <br> Los Angeles, CA 90071-3426 |
| 10 | Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 |
| 11 | Email: rose.ehler@mto.com <br> Email: victoria.degtyareva@mto.com |
| 12 | Email: Ariel.Teshuva@mto.com |
| 13 | Lauren A. Bell (*pro hac vice*) <br> MUNGER, TOLLES & OLSON LLP |
| 14 | 601 Massachusetts Ave., NW St., <br> Suite 500 E |
| 15 | Washington, D.C. 20001-5369 <br> Telephone: (202) 220-1100 |
| 16 | Facsimile: (202) 220-2300 <br> Email: lauren.bell@mto.com |
| 17 | *Attorneys for Defendant Snap Inc.* |

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 5 -   4:22-MD-03047-YGR

|    |    |
|----|----|
| 1  |    |
| 2  | WILSON SONSINI GOODRICH & ROSATI |
|    | Professional Corporation |
| 3  | By: */s/ Brian M. Willen* |
|    | Brian M. Willen (*pro hac vice*) |
| 4  | WILSON SONSINI GOODRICH & ROSATI |
| 5  | 1301 Avenue of the Americas, 40th Floor |
|    | New York, New York 10019 |
| 6  | Telephone: (212) 999-5800 |
|    | Facsimile: (212) 999-5899 |
| 7  | Email: bwillen@wsgr.com |
| 8  | Lauren Gallo White (SBN 309075) |
|    | Samantha A. Machock (SBN 298852) |
| 9  | WILSON SONSINI GOODRICH & ROSATI |
| 10 | One Market Plaza, Spear Tower, Suite 3300 |
|    | San Francisco, CA 94105 |
| 11 | Telephone: (415) 947-2000 |
|    | Facsimile: (415) 947-2099 |
| 12 | Email: lwhite@wsgr.com |
|    | Email: smachock@wsgr.com |
| 13 |    |
|    | Christopher Chiou (SBN 233587) |
| 14 | Matthew K. Donohue (SBN 302144) |
|    | WILSON SONSINI GOODRICH & ROSATI |
| 15 | 953 East Third Street, Suite 100 |
| 16 | Los Angeles, CA 90013 |
|    | Telephone: (323) 210-2900 |
| 17 | Facsimile: (866) 974-7329 |
|    | Email: cchiou@wsgr.com |
| 18 | Email: mdonohue@wsgr.com |
| 19 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 20 |    |
|    | WILLIAMS & CONNOLLY LLP |
| 21 | By: */s/ Joseph G. Petrosinelli* |
|    | Joseph G. Petrosinelli (*pro hac vice*) |
| 22 | jpetrosinelli@wc.com |
|    | Ashley W. Hardin (*pro hac vice*) |
| 23 | ahardin@wc.com |
|    | 680 Maine Avenue, SW |
| 24 | Washington, DC 20024 |
|    | Telephone.: 202-434-5000 |
| 25 | Fax: 202-434-5029 |
| 26 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 27 |    |
| 28 |    |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 6 -                                                                                                        4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 |  |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>By: */s/ Yardena R. Zwang-Weissman* |
| 3 | Yardena R. Zwang-Weissman (SBN 247111)<br>300 South Grand Avenue, 22nd Floor |
| 4 | Los Angeles, CA 90071-3132<br>Tel.: 213.612.7238 |
| 5 | Email: yardena.zwang-weissman@morganlewis.com |
| 6 |  |
| 7 | Brian Ercole (*pro hac vice*)<br>600 Brickell Avenue, Suite 1600 |
| 8 | Miami, FL 33131-3075<br>Tel.: 305.415.3416 |
|   | Email: brian.ercole@morganlewis.com |
| 9 |  |
| 10 | Stephanie Schuster (*pro hac vice*)<br>1111 Pennsylvania Avenue NW |
| 11 | NW Washington, DC 20004-2541<br>Tel.: 202.373.6595 |
| 12 | Email: stephanie.schuster@morganlewis.com |
| 13 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 14 |  |
| 15 | By: */s/ Lexi J. Hazam* |
| 16 | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN &** |
| 17 | **BERNSTEIN, LLP**<br>275 BATTERY STREET, 29TH FLOOR |
| 18 | SAN FRANCISCO, CA 94111-3339<br>Telephone: 415-956-1000 |
|   | lhazam@lchb.com |
| 19 |  |
| 20 | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 21 | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 22 | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 23 | *Co-Lead Counsel* |
| 24 | CHRISTOPHER A. SEEGER |
| 25 | **SEEGER WEISS, LLP**<br>55 CHALLENGER ROAD, 6TH FLOOR |
| 26 | RIDGEFIELD PARK, NJ 07660<br>Telephone: 973-639-9100 |
| 27 | cseeger@seegerweiss.com |
|   | *Counsel to Co-Lead Counsel* |
| 28 |  |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 7 -    4:22-MD-03047-YGR

|   |   |
|---|---|
| 1 | ENNIE LEE ANDERSON |
|   | **ANDRUS ANDERSON, LLP** |
| 2 | 155 MONTGOMERY STREET, SUITE 900 |
|   | SAN FRANCISCO, CA 94104 |
| 3 | Telephone: 415-986-1400 |
|   | jennie@andrusanderson.com |
| 4 |   |
|   | *Liaison Counsel* |
| 5 |   |
|   | EMILY C. JEFFCOTT |
| 6 | **MORGAN & MORGAN** |
|   | 633 WEST FIFTH STREET, SUITE 2652 |
| 7 | LOS ANGELES, CA 90071 |
|   | Telephone: 213-787-8590 |
| 8 | ejeffcott@forthepeople.com |
|   |   |
| 9 | JOSEPH VANZANDT |
|   | **BEASLEY ALLEN** |
| 10 | 234 COMMERCE STREET |
|   | MONTGOMERY, LA 36103 |
| 11 | Telephone: 334-269-2343 |
|   | joseph.vanzandt@beasleyallen.com |
| 12 |   |
|   | *Federal/State Liaisons* |
| 13 |   |
|   | MATTHEW BERGMAN |
| 14 | GLENN DRAPER |
|   | **SOCIAL MEDIA VICTIMS LAW** |
| 15 | **CENTER** |
|   | 821 SECOND AVENUE, SUITE 2100 |
| 16 | SEATTLE, WA 98104 |
|   | Telephone: 206-741-4862 |
| 17 | matt@socialmediavictims.org |
|   | glenn@socialmediavictims.org |
| 18 |   |
|   | JAMES J. BILSBORROW |
| 19 | **WEITZ & LUXENBERG, PC** |
|   | 700 BROADWAY |
| 20 | NEW YORK, NY 10003 |
|   | Telephone: 212-558-5500 |
| 21 | jbilsborrow@weitzlux.com |
|   |   |
| 22 | JAYNE CONROY |
|   | **SIMMONS HANLY CONROY, LLC** |
| 23 | 112 MADISON AVE, 7TH FLOOR |
|   | NEW YORK, NY 10016 |
| 24 | Telephone: 917-882-5522 |
|   | jconroy@simmonsfirm.com |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 8 -                                                                4:22-MD-03047-YGR

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

|   |   |
|---|---|
| 1 |   |
| 2 | ARRIE GOLDBERG<br>**C.A. GOLDBERG, PLLC**<br>16 Court St.<br>Brooklyn, NY 11241<br>Telephone: 646-666-8908<br>carrie@cagoldberglaw.com |
| 5 | RONALD E. JOHNSON, JR.<br>**HENDY JOHNSON VAUGHN EMERY PSC**<br>600 WEST MAIN STREET, SUITE 100<br>LOUISVILLE, KT 40202<br>Telephone: 859-578-4444<br>rjohnson@justicestartshere.com |
| 9 | SIN-TING MARY LIU<br>**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**<br>17 EAST MAIN STREET, SUITE 200<br>PENSACOLA, FL 32502<br>Telephone: 510-698-9566<br>mliu@awkolaw.com |
| 13 | JAMES MARSH<br>**MARSH LAW FIRM PLLC**<br>31 HUDSON YARDS, 11TH FLOOR<br>NEW YORK, NY 10001-2170<br>Telephone: 212-372-3030<br>jamesmarsh@marshlaw.com |
| 17 | JOSEPH E. MELTER<br>**KESSLER TOPAZ MELTZER & CHECK LLP**<br>280 KING OF PRUSSIA ROAD<br>RADNOR, PA 19087<br>Telephone: 610-667-7706<br>jmeltzer@ktmc.com |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 10 -   4:22-MD-03047-YGR

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
**DAVID FERNANDES**
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Plaintiffs' Steering Committee Membership*

*Attorneys for Individual Plaintiffs*

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 11 -

4:22-MD-03047-YGR

## **ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 15, 2024

/s/ Geoffrey M. Drake
Geoffrey M. Drake

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND CASE MANAGEMENT ORDER NO. 4 – DIRECT FILING ORDER REGARDING SERVICE OF PROCESS ON TIKTOK DEFENDANTS

- 12 -   4:22-MD-03047-YGR