# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. (Dkt. No. 1328.) Plaintiff has opposed the motion to relate. (Dkt. No. 1344.) As the judge assigned to case

22-md-03047-YGR

In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation

I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 24-cv-07942-EKL | The People of the State of California v. TikTok Inc. | YGR | |

A central focus in both actions, as alleged, is TikTok's development of an intentionally addictive platform that harms, in particular, young users. Both California's complaint and the MDL personal injury plaintiff's master complaint, for instance, detail specific platform features that foster addiction. Thus, this component of California's complaint appears to concern substantially the same conduct by TikTok. *See* Civil L.R. 3-12(a)(1). Likewise, there may be a duplication of labor and conflicting result as to that same conduct if the case is conducted before another judge. *See* Civil L.R. 3-12(a)(2). The cases are related.

## ORDER

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case is vacated. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 according to the schedules set forth by the Case and Discovery Management Orders in the MDL docket (No. 22-md-3047). Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Plaintiff's counsel in The People of the State of California v. TikTok Inc. (No. 24-cv-07942) is advised that the next MDL case management conference is in-person on November 22, 2024 at 9:00 a.m. before the undersigned.

Dated: November 20, 2024

By: /s/ Yvonne Gonzalez Rogers
Yvonne Gonzalez Rogers
United States District Judge

1