# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# <u>CIVIL MINUTES</u>

| Date: November 22, 2024 | Time: 48 minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 22-md-03047-YGR | Case Name: In Re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation | |

**Attorney for Plaintiff:** Jenny Lee Anderson (Liaison Counsel)
**Attorney for Defendant:** Ashley Simonsen (Liasion Counsel)
**List of Additional Appearances Attached**

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Raynee Mercado

# PROCEEDINGS

Further Case Management Conference - Held.

Expert certification language will be included in the written order to issue.

Ms. Krista Batchelder, Deputy Solicitor General for the State of Colorado will be taking the lead from Ms. Bianca Miyata for the State of Colorado. Members of the plaintiffs' leadership intending to step down or fill the positions to be vacated will file their letters of intent.

Parties will meet and confer regarding intercircuit assignment of two direct-filed bellwether cases: 23-cv-1092 and 23-cv-5733.

With respect to the State of Montana, parties will file a stipulation agreeing to be bound by the Court's prior rulings but preserving their appellate rights on those issues. The Court grants the following schedule:
Motion Filing by December 20, 2024
Opposition due by January 24, 2025
Reply due by February 7, 2025
Hearing set for February 12, 2025, at 9:00 a.m.

California v. TikTok, Inc. (No. 24-cv-7942) has been related to the MDL with the briefing schedule on the motion for remand set:
Opposition due by January 6, 2025
Reply due by January 13, 2025
Hearing set for February 12, 2025, at 9:00 a.m.

The Further Case Management Conference previously set for December 10, 2024, is vacated.

The defendant's answer to the School District Complaint is due by December 6, 2024.

The Court held brief discussion on the non-compliance of certain state agencies with the Court's orders.

Written Order to issue.