1  Ashley M. Simonsen (State Bar. No. 275203)
   COVINGTON & BURLING LLP
2  1999 Avenue of the Stars
   Los Angeles, CA 90067
3  Telephone: + 1 (424) 332-4800
   Facsimile: +1 (650) 632-4800
4  Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

[Additional Counsel Listed on Signature Page]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| People of the State of California, et al.<br><br>v.<br><br>Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc., Meta Platforms Technologies, LLC<br><br>IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>4:23-cv-05448. | MDL No. 3047<br><br>Case No.: 4:22-md-3047-YGR-PHK<br><br>4:23-cv-05448-YGR<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING FORMAT FOR DECEMBER 20, 2024 JOINT LETTER BRIEF RE OUSTANDING STATE AGENCY DISCOVERY DISPUTES**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

1
STIPULATION AND [PROPOSED] ORDER SETTING FORMAT FOR DECEMBER 20, 2024 JOINT LETTER BRIEF RE OUSTANDING STATE AGENCY DISCOVERY DISPUTES

1    Pursuant to Civil Local Rule 7-12, the State Attorneys General ("State AGs") and Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta," and together, "Parties"), through their undersigned counsel, hereby stipulate as follows:

1. On December 9, 2024, the Parties filed a joint letter brief ("December 9 Joint Letter Brief") regarding outstanding disputes between Meta and the state agencies identified in footnotes 2, 3, and 4 of the December 9 Joint Letter Brief. ECF 1430.

2. The Court (Magistrate Judge Kang) heard argument on the disputes at the December 11, 2024 Discovery Management Conference and made certain rulings.

3. The Parties have continued to confer about the disputes, have resolved certain disputes, and have agreed to submit a joint letter brief on December 20, 2024 regarding any outstanding disputes they have been unable to resolve (the "December 20 Joint Letter Brief").

4. The Parties have agreed, subject to the Court's permission, to use the following format for the December 20 Joint Letter Brief. For each State for which outstanding disputes remain with agencies within that State, the Parties will include:

   a. One joint sentence stating the number of agencies within the State for which disputes remain and the names of the agencies.

   b. One joint sentence identifying, with bullet points, any attached exhibits pertinent to the disputes, with the exhibits limited to: (a) proposed search terms, (b) proposed custodians, (c) proposed targeted searches, and (d) search term hit reports, *e.g.*:

   - Exhibit 1A: The agencies' proposals for search terms, custodians, and targeted searches for each agency at issue.
   - Exhibit 1B: Meta's proposals for search terms, custodians, and targeted searches for each agency at issue.
   - Exhibit 1C: The most recent hit reports the agencies have provided to Meta

   c. No more than five sentences per side (with all agencies of the State at issue addressed in the 5 sentences allocated for that State) stating that side's position on the disputes.

5. The Parties have agreed that any agency hit reports attached as exhibits will clearly identify:

    a. The search terms that were run, either by (a) referencing the exhibit number containing the search terms or (b) attaching a list of the search terms as they were run;

    b. The number of custodians searched;

    c. The date range used;

    d. Whether the hit counts are or are not deduplicated across the custodians searched;

    e. The date the hit report was shared with Meta.

6. The Parties have agreed that any proposed targeted searches attached as exhibits will contain only a neutral description of the proposed targeted searches, analogous to a neutral list of search terms, list of custodians, or hit report, with no argument. The Parties will endeavor to make any proposed targeted searches attached as exhibits as uniform as possible in format.

**IT IS SO STIPULATED AND AGREED.**

/ / /

DATED: December 19, 2024           Respectfully submitted,

**ROB BONTA**
Attorney General
State of California

*/s/ Bernard Eskandari*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*


**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Senior Assistant Attorney General
Lauren M. Dickey, CO Reg. No. 45773, *pro hac vice*
First Assistant Attorney General
Megan Paris Rundlet, CO Reg. No. 27474
Senior Assistant Solicitor General
Elizabeth Orem, CO Reg. No. 58309
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section

4

STIPULATION AND [PROPOSED] ORDER SETTING FORMAT FOR DECEMBER 20, 2024 JOINT LETTER BRIEF RE OUSTANDING STATE AGENCY DISCOVERY DISPUTES

1300 Broadway, 9th Floor
Denver, CO 80203
Phone: (720) 508-6348
krista.batchelder@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel. Philip J. Weiser, Attorney General*


**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109), *Pro hac vice*
Philip Heleringer (KY Bar No. 96748), *Pro hac vice*
Zachary Richards (KY Bar No. 99209), *Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*


**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law

124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiff New Jersey Division of Consumer Affairs*

**COVINGTON & BURLING LLP**

<u>/s/ Ashley Simonsen</u>
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, pro hac vice
Paul W. Schmidt, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**SIGNATURE CERTIFICATION**

Under Civ. L.R. 5-1(h)(3), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED: December 19, 2024

/s/ *Ashley M. Simonsen*
Ashley M. Simonsen
*Counsel for Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 20, 2024

