1    [*Parties and Counsel Listed on Signature Pages*]

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    IN RE: SOCIAL MEDIA                    MDL No. 3047
     ADOLESCENT
9    ADDICTION/PERSONAL INJURY              Case No. 4:22-md-03047-YGR
     PRODUCTS LIABILITY
10   LITIGATION                             **STIPULATION AND [PROPOSED]**
                                            **ORDER REGARDING BRIEFING**
11                                          **SCHEDULE ON DEFENDANTS'**
     This Document Relates to:             **MOTIONS FOR INTERLOCUTORY**
12                                          **APPEAL**
     ALL ACTIONS
13
                                            Judge: Hon. Yvonne Gonzalez Rogers
14
                                            Magistrate Judge: Hon. Peter H. Kang
15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 6-2, the parties, through their undersigned counsel, hereby

2  stipulate to the below briefing schedule with respect to Defendants' motions for interlocutory

3  appeal, which they filed on December 16, 2024. ECF 1460; ECF 1462. The Declaration of Jason

4  L. Lichtman in support of this Stipulation is attached hereto. *See* Civ. L.R. 6-2(a).

5    The Parties hereby stipulate:

6    1.    The deadline for Plaintiffs to file their oppositions to the Motions will be January

7  14, 2025.

8    2.    The deadline for Defendants to reply in support of the Motions will be January 28,

9  2025.

10    3.    The Motions will be heard by the Court at the February 12, 2025 Case

11  Management Conference.

12    4.    Extending these deadlines will not affect any other deadline ordered by the Court.

13    THEREFORE, pursuant to Local Rule 6-2, the Parties stipulate and respectfully request

14  that the Court set the above briefing schedule.

15  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17   DATED:  December 27, 2024

18   HON. YVONNE GONZALEZ ROGERS
     UNITED STATES DISTRICT JUDGE

19   DATED:  December 24, 2024    Respectfully submitted,

20
     */s/Lexi J. Hazam*
21   LEXI J. HAZAM
     **LIEFF CABRASER HEIMANN &**
     **BERNSTEIN, LLP**
22   275 BATTERY STREET, 29TH FLOOR
     SAN FRANCISCO, CA 94111-3339
23   Telephone: 415-956-1000
     lhazam@lchb.com
24

25   PREVIN WARREN
     **MOTLEY RICE LLC**
26   401 9th Street NW Suite 630
     Washington DC 20004
27   Telephone: 202-386-9610
     pwarren@motleyrice.com

28

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR

1    *Co-Lead Counsel for Personal Injury and School*
     *District/Local Government Entity Plaintiffs*

2

3    **ROB BONTA**
     Attorney General
4    State of California

5    /s/ Bernard Eskandari
     Nicklas A. Akers (CA SBN 211222)
6    Senior Assistant Attorney General
     Bernard Eskandari (CA SBN 244395)
7    Emily Kalanithi (SBN 256972)
     Supervising Deputy Attorneys General
8    Nayha Arora (CA SBN 350467)
     Megan O'Neill (CA SBN 343535)
9    Joshua Olszewski-Jubelirer (CA SBN 336428)
     Marissa Roy (CA SBN 318773)
10   Brendan Ruddy (CA SBN 297896)
     Deputy Attorneys General
11   California Department of Justice
     Office of the Attorney General
12   455 Golden Gate Ave., Suite 11000 San Francisco,
     CA 94102-7004 Phone: (415) 510-4400
13   Fax: (415) 703-5480
     megan.oneill@doj.ca.gov
14
     *Attorneys for Plaintiff the People of the State of*
15   *California*

16   **MATTHEW J. PLATKIN**
     Attorney General
17   State of New Jersey

18   /s/ *Kashif T. Chand*
     Kashif T. Chand (NJ Bar No. 016752008),
19   *pro hac vice*
     Section Chief, Deputy Attorney General
20   New Jersey Office of the Attorney General
     Division of Law
21   124 Halsey Street, 5th Floor
     Newark, NJ 07101
22   Tel: (973) 648-2052
     Kashif.Chand@law.njoag.gov
23
24   *Attorney for Plaintiffs Matthew J. Platkin, Attorney*
     *General for the State of New Jersey, and Cari Fais,*
25   *Acting Director of the New Jersey Division of Consumer*
     *Affairs*
26

27

28

- 3 -

1

2

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

3

4

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109), *Pro hac vice*
Philip Heleringer (KY Bar No. 96748), *Pro hac vice*

5

Zachary Richards (KY Bar No. 99209), *Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice*

6

Matthew Cocanougher (KY Bar No. 94292), *Pro hac vice*
Assistant Attorneys General

7

1024 Capital Center Drive, Suite 200
Frankfort, KY 40601

8

CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV

9

ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV

10

MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300

11

Fax: (502) 564-2698

12

*Attorneys for Plaintiff the Commonwealth of Kentucky*

13

**PHILIP J. WEISER**

14

Attorney General
State of Colorado

15

/s/ Krista Batchelder

16

Krista Batchelder, CO Reg. No. 45066, *pro hac vice*
Deputy Solicitor General

17

Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General

18

Elizabeth Orem, CO Reg. No. 58309
Danny Rheiner, CO Reg. No. 48821

19

Assistant Attorney Generals
Colorado Department of Law

20

Ralph L. Carr Judicial Center
Consumer Protection Section

21

1300 Broadway, 7th Floor
Denver, CO 80203

22

Phone: (720) 508-6384
krista.batchelder@coag.gov

23

*Attorneys for Plaintiff State of Colorado, ex rel.*

24

*Philip J. Weiser, Attorney General*

25

26

27

28

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR

- 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COVINGTON & BURLING LLP

*/s/ Ashley M. Simonsen*

Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

FAEGRE DRINKER LLP

*/s/ Andrea Roberts Pierson*

Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com
Email: amy.fiterman @faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR

1

2

3

4

Geoffrey Drake, *pro hac vice*
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: 404-572-4600
Email: gdrake@kslaw.com
Email: dmattern@kslaw.com

5

6

7

David Mattern, *pro ha vice*
KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, D.C. 20006
Telephone: +1 (202) 626-2946
Email: dmattern@kslaw.com

8

9

*Attorneys for Defendants TikTok Inc. and ByteDance Inc.*

10

MUNGER, TOLLES & OLSON LLP

11

*/s/ Jonathan H. Blavin*

12

13

14

15

Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR

1
Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
2
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
3
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
4
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
5
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
6
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com
7
8
Lauren A. Bell (*pro hac vice)*
MUNGER, TOLLES & OLSON LLP
9
601 Massachusetts Ave., NW St.,
Suite 500 E
10
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
11
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com
12
*Attorneys for Defendant Snap Inc.*
13
John H. Beisner (State Bar No. 81571)
Nina R. Rose (*pro hac vice*)
14
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
15
1440 New York Avenue, N.W.,
Washington, DC 20005
16
Telephone: (202) 371-7000
Email: John.Beisner@skadden.com
17
Email: nina.rose@skadden.com
18
Jessica Davidson (*pro hac vice*)
SKADDEN, ARPS, SLATE,
19
MEAGHER & FLOM LLP
One Manhattan West
20
New York, NY 10001
Telephone: (212) 735-2588
21
Email: Jessica.Davidson@skadden.com
22
Jason David Russell (SBN 169219)
SKADDEN, ARPS, SLATE,
23
MEAGHER & FLOM LLP
300 South Grand Avenue
24
Suite 3400
Los Angeles, CA 90071-3144
25
Telephone: (213) 687-5328
Email: jason.russell@skadden.com
26
Laura Bernescu (*pro hac vice*)
27
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
28
320 S. Canal St.

- 7 -

1    Ste 47th Floor
     Chicago, IL 60606-5707
2    Telephone: (312) 407-0700
     Email: laura.bernescu@skadden.com
3
     Catherine Mullaley (*pro hac vice*)
4    SKADDEN, ARPS, SLATE,
     MEAGHER & FLOM LLP
5    500 Boylston Street
     Boston, MA 02116
6    Telephone: (617) 573-4851
     Email: catherine.mullaley@skadden.com
7
     WILSON SONSINI GOODRICH & ROSATI
8    Professional Corporation

9    */s/ Brian M. Willen*

10   Brian M. Willen (*pro hac vice*)
     WILSON SONSINI GOODRICH & ROSATI
11   1301 Avenue of the Americas, 40th Floor
     New York, New York 10019
12   Telephone: (212) 999-5800
     Facsimile: (212) 999-5899
13   Email: bwillen@wsgr.com

14   Lauren Gallo White (SBN 309075)
     Samantha A. Machock (SBN 298852)
15   WILSON SONSINI GOODRICH & ROSATI
     One Market Plaza, Spear Tower, Suite 3300
16   San Francisco, CA 94105
     Telephone: (415) 947-2000
17   Facsimile: (415) 947-2099
     Email: lwhite@wsgr.com
18   Email: smachock@wsgr.com

19   Christopher Chiou (SBN 233587)
     Matthew K. Donohue (SBN 302144)
20   WILSON SONSINI GOODRICH & ROSATI
     953 East Third Street, Suite 100
21   Los Angeles, CA 90013
     Telephone: (323) 210-2900
22   Facsimile: (866) 974-7329
     Email: cchiou@wsgr.com
23   Email: mdonohue@wsgr.com

24   *Attorneys for Defendants YouTube, LLC and Google
     LLC*
25

26

27

28

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WILLIAMS & CONNOLLY LLP

*/s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
J. Andrew Keyes (*pro hac vice*)
akeyes@wc.com
Annie Showalter (*pro hac vice*)
ashowalter@wc.com
Chaloea Williams (*pro hac vice*)
cwilliams@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Yardena R. Zwang-Weissman*

Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

- 9 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the

concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  December 24, 2024

By:     */s/ Lexi J. Hazam*
        Lexi J. Hazam

STIP AND [PROP] ORDER RE
DEFS' MOTS. FOR INTERLOC. APPEAL
CASE NO. 4:22-MD-03047-YGR