UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>[PROPOSED] ORDER RE JOINT DISCOVERY LETTER BRIEF ON WHETHER YOUTUBE MUST PRODUCE DOCUMENTS REGARDING ITS CORPORATE STRUCTURE AND HISTORICAL VERSIONS OF POLICIES CONCERNING ITS COMPLAINT PROCESS (DKT. 1305)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to oral argument heard during the Court's November 21, 2024 Discovery Management Conference, the Court hereby ORDERS the following regarding PI/SD Plaintiffs and Defendants YouTube, LLC and Google, LLC (together, "YouTube"), (collectively, the "Parties"), Joint Letter Brief on Whether YouTube Must Produce Documents Regarding its Corporate Structure and Historical Versions of Policies Concerning its Complaint Process (Dkt. 1305).

1) With respect to RFP No. 62:

    a) As to the portion of the request that seeks crisis management policies for responding to investigations, lawsuits, and media inquiries regarding the safety of minors, including documents explicitly discussing said policies, YouTube is directed to serve a supplemental response stating that no responsive non-privileged crisis management policies exist, if accurate based on YouTube's reasonable investigation. YouTube is otherwise directed to produce non-privileged responsive policies.

        i) To the extent responsive documents have already been produced, YouTube is directed to identify by production date the productions containing policies responsive to RFP No. 62.

    b) As to the portion of the request which seeks documents showing the methods of communication regarding crisis management, the Parties are directed to further meet and confer.

2) With respect to RFP No. 69, YouTube is directed to serve a supplemental response stating that there are no responsive policies describing how the general compensation policies previously produced should be applied to the teams responsible for youth safety in particular, if accurate based on YouTube's reasonable investigation. YouTube is otherwise directed to produce such non-privileged responsive policies.

3) With respect to RFP Nos. 71, 72, 76 and 79, to the extent responsive policies have already been produced, YouTube is directed to identify by production date the productions containing policies responsive to RFP Nos. 71-72, 76, and 79. Plaintiffs may reasonably request historical versions of specific policies produced in response to these requests and

1  for which such historical versions are relevant and proportional to the needs of the case.
2  The parties are directed to meet and confer in response to any such reasonable request.

3  4)  As to each request, to the extent YouTube withholds any responsive document on the basis
4  of any claim of privilege, YouTube must log those documents in accordance with the
5  Privilege Log Protocol (Dkt. No. 740).

**IT IS SO ORDERED**

DATED:   December 27, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge

DATED:   December 27, 2024    **WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Lauren Gallo White*
Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

| | | |
|---|---|---|
| 1 | | Facsimile: (866) 974-7329 |
| 2 | | Email: cchiou@wsgr.com<br>Email: mdonohue@wsgr.com |
| 3 | | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 4 | | |
| 5 | DATED:  December 27, 2024 | By: /s/ Lexi J. Hazam |
| 6 | | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 7 | | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 |
| 8 | | Telephone: 415-956-1000<br>lhazam@lchb.com |
| 9 | | |
| 10 | | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 11 | | 401 9th Street NW Suite 630<br>Washington DC 20004 |
| 12 | | Telephone: 202-386-9610<br>pwarren@motleyrice.com |
| 13 | | Co-Lead Counsel |
| 14 | | CHRISTOPHER A. SEEGER |
| 15 | | **SEEGER WEISS, LLP**<br>55 Challenger Road, 6th floor |
| 16 | | Ridgefield Park, NJ 07660<br>Telephone: 973-639-9100 |
| 17 | | Facsimile: 973-679-8656<br>cseeger@seegerweiss.com |
| 18 | | Counsel to Co-Lead Counsel and Settlement Counsel |
| 19 | | |
| 20 | | JENNIE LEE ANDERSON<br>**ANDRUS ANDERSON, LLP** |
| 21 | | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| 22 | | Telephone: 415-986-1400<br>jennie@andrusanderson.com |
| 23 | | Liaison Counsel |
| 24 | | JOSEPH G. VANZANDT |
| 25 | | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.** |
| 26 | | 234 Commerce Street<br>Montgomery, AL 36103 |
| 27 | | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com |
| 28 | | |

| | |
|---|---|
| 1 | EMILY C. JEFFCOTT |
| | **MORGAN & MORGAN** |
| 2 | 220 W. Garden Street, 9th Floor |
| | Pensacola, FL 32502 |
| 3 | Telephone: 850-316-9100 |
| | ejeffcott@forthepeople.com |
| 4 | |
| | Federal/State Liaison Counsel |
| 5 | |
| | MATTHEW BERGMAN |
| 6 | **SOCIAL MEDIA VICTIMS LAW CENTER** |
| | 821 Second Avenue, Suite 2100 |
| 7 | Seattle, WA 98104 |
| | Telephone: 206-741-4862 |
| 8 | matt@socialmediavictims.org |

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY LLP**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701 1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## ATTESTATION

I, Ellyn Hurd, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: December 27, 2024

By:     */s/ Ellyn Hurd*
           Ellyn Hurd