UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>*People of the State of California, et al. v. Meta Platforms, Inc., et al.* | MDL No. 3047<br><br>Case Nos.:   4:22-md-03047-YGR (PHK)<br>              4:23-cv-05448-YGR<br><br>**JOINT STATUS REPORT ON CALIFORNIA AGENCIES' PRODUCTION OF DOCUMENTS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Dear Judge Kang:

Pursuant to the Court's Text Order of January 15, 2025 (ECF No. 1552), Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta") and below mentioned California state agencies respectfully submit this status report notifying the Court that the disputes specified in the Joint Status Report of January 7, 2025 regarding the California Department of Health Care Services, Mental Health Services Oversight and Accountability Commission,[1] Health and Human Services Agency, Department of Consumer Affairs, Department of Finance, Department of Public Health, Office of the Governor, and Governor's Office of Business and Economic Development (ECF No. 1503, at 24) have been resolved.

---

[1] The Mental Health Services Oversight and Accountability Commission is now known as the Behavioral Health Services Oversight and Accountability Commission.

Dated: January 15, 2025                                   Respectfully submitted,

**COVINGTON & BURLING LLP**

<u>/s/Ashley Simonsen</u>
Ashley Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Michael X. Imbroscio, *pro hac vice*
Stephen Petkis, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: mimbroscio@cov.com
Email: spetkis@cov.com

Paul W. Schmidt, *pro hac vice*
Christopher Y.L. Yeung, *pro hac vice*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: + 1 (212) 841-1262
Facsimile: + 1 (202) 662-6291
Email: pschmidt@cov.com
Email: cyeung@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**ROB BONTA**
Attorney General
State of California

*/s/ Anna Ferrari*
R. Matthew Wise (CA SBN 238485)
Lara Haddad (CA SBN 319630)
Supervising Deputy Attorneys General
Anna Ferrari (CA SBN 261579)
Deputy Attorney General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Anna.Ferrari@doj.ca.gov

*Attorneys for the California Health and Human Services Agency, the Department of Health Care Services, and the Behavioral Health Services Oversight and Accountability Commission*

**OLSON REMCHO, LLP**

*/s/ Margaret R. Prinzing*
Margaret R. Prinzing (CA SBN 209482)
1901 Harrison Street, Suite 1550
Oakland, CA 94612
Phone: (510) 346-6200
Fax: (510) 574-7061
Email: mprinzing@olsonremcho.com

*Attorneys for Non-Parties*
*Office of the Governor*
*California Office of Data & Innovation*
*California Governor's Office of Business and Economic Development*
*California Department of Finance*
*California Department of Public Health*
*California Department of Consumer Affairs*
*and*
*California Business, Consumer Services and Housing Agency*

## **ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 15, 2025

By: */s/Ashley M. Simonsen*
Ashley M. Simonsen