SUSAN KOEHLER SULLIVAN (SBN 156418)
*Susan.Sullivan@clydeco.us*
CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, CA 90071
Telephone:    (213) 358-7600
Facsimile:    (213) 358-7650

*Attorneys for FEDERAL INSURANCE COMPANY*

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-MD-03047-YGR-PHK |
| THIS FILING RELATES TO: | **LETTER BRIEF REQUESTING ALTERNATIVE DATE FOR HEARING ON META'S MOTION TO RELATE INSURANCE ACTION** |
| 3:24-cv-9500 | |

[Attorneys/Law Firms Continued]

MICHAEL S. SHUSTER (pro hac vice forthcoming)
BLAIR E. KAMINSKY (pro hac vice forthcoming)
DANIEL M. HOROWITZ (pro hac vice forthcoming)
HOLWELL SHUSTER AND GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Tel: (646) 837-5151
Fax: (646) 837-5150
mshuster@hsgllp.com
bkaminsky@hsgllp.com
dhorowitz@hsgllp.com

*Attorneys for Federal Insurance Company*

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600

39690481                                          1

CLYDE & CO US LLP
355 S. Grand Avenue, Suite 1400
Los Angeles, California 90071
Telephone: (213) 358 7600

1  Dear Judge Rogers:

2       Pursuant to the Court's January 14, 2025 Order (ECF 1531), on behalf of
Federal Insurance Company ("Federal") we request the Court reset the hearing date
3  for the administrative motion filed by Plaintiff Meta captioned Motion to Consider
Whether Cases Should Be Related (the "Motion to Relate Insurance Action").
4
5       Per ECF 1531, on January 14, 2025, this Court ordered the parties to meet
and confer by January 15, 2025, to file a joint statement by January 16, 2025 and the
6  Court noted: "If necessary, the insurance companies may appear remotely on Friday,
January 17th or, if necessary, the Court can set a separate date to discuss the issues,"

7       On the evening of January 14, 2025, counsel for Federal notified Meta's
counsel that they had multiple conflicts with the Friday January 17, 2025 hearing
8  date. On January 15, 2025, counsel for Federal reiterated during the parties' meet
and confer that they had conflicts on Friday and would need to request alternative
9  dates – as expressly permitted by the Court's January 14 Order.

10      Meta's counsel confirmed it would not object to Federal's request for
alternative dates, while asserting that it was available to proceed on Friday.
11  Hartford's counsel consents to Federal's request.

12      Accordingly, Federal respectfully requests that the Court reset a different
hearing date for Meta's Motion to Relate Insurance Action.
13

14
Dated:  January 16, 2025                    CLYDE & CO US LLP
15

16
                                        By:*/s/ Susan Koehler Sullivan*
17                                          SUSAN KOEHLER SULLIVAN (Bar No. 156418)
                                            CLYDE & CO US LLP
18                                          355 S. Grand Avenue, Suite 1400 Floor
                                            Los Angeles, California 90071
19                                          Tel: (213) 358-7600
                                            Fax: (213) 358-7650
20                                          susan.sullivan@clydeco.us

21                                          HOLWELL SHUSTER AND GOLDBERG LLP
                                            MICHAEL S. SHUSTER (pro hac vice)
22                                          BLAIR E. KAMINSKY (pro hac vice)
                                            DANIEL M. HOROWITZ (pro hac vice)
23                                          425 Lexington Avenue, 14th Floor
                                            New York, NY 10017
24                                          Tel: (646) 837-5151
                                            Fax: (646) 837-5150
25                                          mshuster@hsgllp.com
                                            bkaminsky@hsgllp.com
26                                          dhorowitz@hsgllp.com

27                                          *Attorneys for FEDERAL INSURANCE COMPANY*

28

39690481                                    2