Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*

*Additional counsel listed on signature pages*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS FILING RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**JOINT STATEMENT OF THE ISSUES REGARDING META DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Counsel for Meta Platforms, Inc. and Instagram, LLC (collectively "Meta); Hartford Casualty Insurance Company and Sentinel Insurance Company, Ltd. (collectively "Hartford"); and Federal Insurance Company ("Federal" and together with Hartford, the "Insurers") met and conferred by Zoom on January 15, 2025 at 3pm PT pursuant to this Court's Order Deferring Ruling on [1504] Administrative Motion to Relate.  Dkt No. 1531.  Martin Myers, Heather Habes, and Nia Joyner joined on behalf of Meta; Matthew Antonelli, James Ruggeri, Sean Kelly, and Sara Hunkler joined on behalf of Hartford; and Susan Sullivan, Daniel Horowitz, and Blair Kaminsky joined on behalf of Federal.

Counsel discussed the issues presented in Meta's Administrative Motion to Relate and the Insurers' Oppositions.  Meta further confirmed that it would submit a response to the Oppositions as ordered, following client approval.  Meta outlined the bases for its planned response to the Oppositions.  Specifically, Meta contended that it timely personally served Insurers' respective registered agents with the Motion to Relate, Complaint, Summons, and other originating documents on January 8, 2025.  Insurers stated that they could not confirm that service was received.  At Insurers' request, Meta agreed to send additional copies of proofs of service via email, and Meta has done so. With respect to whether the Coverage Action should be related to the MDL, the parties maintained the positions set forth in the Motion to Relate (ECF No. 1504) and Oppositions (ECF Nos. 1521 and 1526).

Hartford and Federal believe the Court should defer consideration of the Motion to Relate (which they contend was not served in accord with Local Rules) until the parties' forum dispute is resolved.  Today, Hartford filed a motion to remand the first-filed Delaware action (Case No. 1:24-cv-01422-MN) and expects in the next two weeks to file a motion to dismiss or stay Meta's second-filed California action (Case No. 4:24-cv-09500-LB).  Federal anticipates submitting joinders to such motions.  However, should the Court proceed to hear the Motion to Relate, Hartford requests the Court to order Meta to serve its reply to the oppositions on a date certain before that hearing.  During the parties' meet and confer, Meta's counsel advised that Meta intends, as ordered, to file a reply but would not commit to filing it before the hearing.

Counsel for Federal is unavailable for the Case Management Conference currently scheduled for Friday, January 17, 2025.  Accordingly, earlier today, Federal submitted a request to the Court to reset the

hearing date with respect to the Administrative Motion. Hartford has no objection to Federal's request. Counsel for Meta is ready and available to appear before the Court on Friday, January 17, 2025 during the scheduled Case Management Conference.

DATED: January 16, 2025

COVINGTON & BURLING LLP
By: /s/ *Heather W. Habes*

Martin H. Myers, SBN 130218
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2615
Telephone: +1 (415) 591-6000
Fax: +1 (415) 591-6091
Email: mmyers@cov.com

Heather W. Habes, SBN 281452
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: hhabes@cov.com
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; and Siculus, Inc.*