UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MDL No. 3047<br><br>Case Nos.: 4:22-md-03047-YGR-PHK<br><br>**[PROPOSED]** ORDER RE JOINT DISCOVERY LETTER BRIEF ON CERTAIN NONCUSTODIAL YOUTUBE DATABASES (DKT. 1540) AND JOINT LETTER BRIEF ON RFP NOS. 37 AND 50 (DKT. 1542)<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to oral argument heard during the Court's January 16, 2025, Discovery Management Conference, the Court hereby ORDERS the following regarding PI/SD Plaintiffs and Defendants YouTube, LLC and Google LLC (together, "YouTube"), (collectively, the "Parties"), Joint Letter Brief re Certain Noncustodial YouTube Databases (Dkt. 1540) and Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) (Dkt. 1542).

**Joint Letter Brief re Certain Noncustodial YouTube Databases (Dkt. 1540)**

1) With respect to Plaintiffs' request that the Court order YouTube to adopt Plaintiffs' proposed sampling procedure for non-custodial source "F," the Joint Letter Brief is withdrawn without prejudice in light of the resolution reached by the Parties on the day of the Discovery Management Conference without need for Court intervention.

2) With respect to Plaintiffs' request to compel YouTube to have one or more persons with actual knowledge of the functionality of the non-custodial sources referenced in the Joint Letter Brief (sources "F," "A," "L," and "B") participate in meet and confers concerning YouTube's searches of those sources, the Court grants Plaintiffs' request to the extent of requiring YouTube to schedule meet and confers with such person or persons participating, with Plaintiffs to provide in writing by January 17, 2025, questions to be answered concerning the functionality of the "F," "A," "L," and "B" sources, and with such meet and confers to be scheduled for times on or before January 27, 2025, or as soon as practicable thereafter based upon the availability of the knowledgeable persons.

**Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) (Dkt. 1542)**

3) With respect to Plaintiffs' request that the Court compel YouTube to (1) identify Google custodians and search for and produce historical user interfaces in their files and (2) recreate historical user interfaces from source code and change logs in connection with the Parties' Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces), the Joint Letter Brief is withdrawn without prejudice in light of the resolution reached by the Parties in advance of the Discovery Management Conference without need for Court intervention.

1 | **IT IS SO ORDERED**

DATED: January 22, 2025

_____
Hon. Peter H. Kang
United States Magistrate Judge

DATED: January 21, 2025

**WILSON SONSINI GOODRICH & ROSATI**

Professional Corporation

By: */s/ Lauren Gallo White*
Lauren Gallo White (State Bar No. 309075)
Samantha A. Machock (State Bar No. 298852)
WILSON SONSINI GOODRICH & ROSATI PC
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone:  (415) 947-2000
Facsimile:  (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI PC
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Christopher Chiou (State Bar No. 233587)
Matthew K. Donohue (State Bar No. 302144)
WILSON SONSINI GOODRICH & ROSATI PC
953 East Third Street, Suite 100
Los Angeles, CA 90013
Telephone:  (323) 210-2900
Facsimile:  (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

DATED: January 21, 2025

By: */s/ Lexi J. Hazam*
LEXI J. HAZAM
**LIEFF CABRASER HEIMANN &**

|     |                                                                                                                 |
| --- | --------------------------------------------------------------------------------------------------------------- |
| 1   | **BERNSTEIN, LLP**                                                                                              |
|     | 275 Battery Street, 29th Floor                                                                                  |
| 2   | San Francisco, CA 94111-3339                                                                                    |
|     | Telephone: 415-956-1000                                                                                         |
| 3   | lhazam@lchb.com                                                                                                 |
| 4   | PREVIN WARREN                                                                                                   |
|     | **MOTLEY RICE LLC**                                                                                             |
| 5   | 401 9th Street NW Suite 630                                                                                     |
|     | Washington DC 20004                                                                                             |
| 6   | Telephone: 202-386-9610                                                                                         |
|     | pwarren@motleyrice.com                                                                                          |
| 7   | Co-Lead Counsel                                                                                                 |
| 8   |                                                                                                                 |
|     | CHRISTOPHER A. SEEGER                                                                                           |
| 9   | **SEEGER WEISS, LLP**                                                                                           |
|     | 55 Challenger Road, 6th floor                                                                                   |
| 10  | Ridgefield Park, NJ 07660                                                                                       |
|     | Telephone: 973-639-9100                                                                                         |
| 11  | Facsimile: 973-679-8656                                                                                         |
|     | cseeger@seegerweiss.com                                                                                         |
| 12  |                                                                                                                 |
|     | Counsel to Co-Lead Counsel and Settlement                                                                       |
| 13  | Counsel                                                                                                         |
| 14  | JENNIE LEE ANDERSON                                                                                             |
|     | **ANDRUS ANDERSON, LLP**                                                                                        |
| 15  | 155 Montgomery Street, Suite 900                                                                                |
|     | San Francisco, CA 94104                                                                                         |
| 16  | Telephone: 415-986-1400                                                                                         |
|     | jennie@andrusanderson.com                                                                                       |
| 17  |                                                                                                                 |
|     | Liaison Counsel                                                                                                 |
| 18  |                                                                                                                 |
|     | JOSEPH G. VANZANDT                                                                                              |
| 19  | **BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**                                                             |
| 20  | 234 Commerce Street                                                                                             |
|     | Montgomery, AL 36103                                                                                            |
| 21  | Telephone: 334-269-2343                                                                                         |
|     | joseph.vanzandt@beasleyallen.com                                                                                |
| 22  |                                                                                                                 |
|     | EMILY C. JEFFCOTT                                                                                               |
| 23  | **MORGAN & MORGAN**                                                                                             |
|     | 220 W. Garden Street, 9th Floor                                                                                 |
| 24  | Pensacola, FL 32502                                                                                             |
|     | Telephone: 850-316-9100                                                                                         |
| 25  | ejeffcott@forthepeople.com                                                                                      |
| 26  | Federal/State Liaison Counsel                                                                                   |
| 27  | MATTHEW BERGMAN                                                                                                 |
|     | **SOCIAL MEDIA VICTIMS LAW CENTER**                                                                             |
| 28  | 821 Second Avenue, Suite 2100                                                                                   |
|     | Seattle, WA 98104                                                                                               |

| | |
|---|---|
| 1 | Telephone: 206-741-4862 |
| | matt@socialmediavictims.org |
| 2 | |
| | JAMES J. BILSBORROW |
| 3 | **WEITZ & LUXENBERG, PC** |
| | 700 Broadway |
| 4 | New York, NY 10003 |
| | Telephone: 212-558-5500 |
| 5 | Facsimile: 212-344-5461 |
| | jbilsborrow@weitzlux.com |
| 6 | |
| | JAYNE CONROY |
| 7 | **SIMMONS HANLY CONROY LLP** |
| | 112 Madison Ave, 7th Floor |
| 8 | New York, NY 10016 |
| | Telephone: 917-882-5522 |
| 9 | jconroy@simmonsfirm.com |
| | |
| 10 | ANDRE MURA |
| | **GIBBS LAW GROUP, LLP** |
| 11 | 1111 Broadway, Suite 2100 |
| | Oakland, CA 94607 |
| 12 | Telephone: 510-350-9717 |
| | amm@classlawgroup.com |
| 13 | |
| | ALEXANDRA WALSH |
| 14 | **WALSH LAW** |
| | 1050 Connecticut Ave, NW, Suite 500 |
| 15 | Washington D.C. 20036 |
| | Telephone: 202-780-3014 |
| 16 | awalsh@alexwalshlaw.com |
| | |
| 17 | MICHAEL M. WEINKOWITZ |
| | **LEVIN SEDRAN & BERMAN, LLP** |
| 18 | 510 Walnut Street Suite 500 |
| | Philadelphia, PA 19106 |
| 19 | Telephone: 215-592-1500 |
| | mweinkowitz@lfsbalw.com |
| 20 | |
| | Plaintiffs' Steering Committee Leadership |
| 21 | |
| | RON AUSTIN |
| 22 | **RON AUSTIN LAW** |
| | 400 MANHATTAN BLVD |
| 23 | HARVEY, LA 70058 |
| | Telephone: 504-227–8100 |
| 24 | raustin@ronaustinlaw.com |
| | |
| 25 | PAIGE BOLDT |
| | **WATTS GUERRA LLP** |
| 26 | 4 Dominion Drive, Bldg. 3, Suite 100 |
| | San Antonio, TX 78257 |
| 27 | Telephone: 210-448-0500 |
| | PBoldt@WattsGuerra.com |
| 28 | |
| | THOMAS P. CARTMELL |

|   |   |
|---|---|
| 1 | **WAGSTAFF & CARTMELL LLP** |
|   | 4740 Grand Avenue, Suite 300 |
| 2 | Kansas City, MO 64112 |
|   | Telephone: 816-701 1100 |
| 3 | tcartmell@wcllp.com |

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY, PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY, PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
JOSEPH E. MELTZER
**KESSLER TOPAZ MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

*Attorneys for Plaintiffs*

## **ATTESTATION**

I, Audrey Siegel, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 21, 2025

By: */s/ Audrey Siegel*
    Audrey Siegel