1    JONATHAN H. BLAVIN, SBN 230269
     MUNGER, TOLLES & OLSON LLP
2    560 Mission Street, 27th Floor
     San Francisco, CA 94105-3089
3    Telephone: (415) 512-4000
     Facsimile: (415) 512-4077
4    Email: Jonathan.Blavin@mto.com

5    ROSE L. EHLER, SBN 296523
     VICTORIA A. DEGTYAREVA, SBN 284199
6    FAYE PAUL TELLER, SBN 343506
     ARIEL T. TESHUVA, SBN 324238
7    LAURA M. LOPEZ, SBN 313450
     MUNGER, TOLLES & OLSON LLP
8    350 South Grand Avenue, 50th Floor
     Los Angeles, CA 90071-3426
9    Telephone: (213) 683-9100
     Facsimile: (213) 687-3702
10   Email: Rose.Ehler@mto.com
     Email: Victoria.Degtyareva@mto.com
11   Email: Faye.Teller@mto.com
     Email: Ariel.Teshuva@mto.com
12   Email: Laura.Lopez@mto.com

13   LAUREN A. BELL (*pro hac vice*)
     MUNGER, TOLLES & OLSON LLP
14   601 Massachusetts Ave., NW St.,
     Suite 500 E
15   Washington, D.C. 20001-5369
     Telephone: (202) 220-1100
16   Facsimile: (202) 220-2300
     Email: Lauren.Bell@mto.com

17
     *Attorneys for Snap Inc.*

18
                    UNITED STATES DISTRICT COURT
19
                    NORTHERN DISTRICT OF CALIFORNIA
20

| 21  IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | Case No. 4:22-MD-03047-YGR |
|---|---|
| | MDL No. 3047 |
| 23  THIS DOCUMENT RELATES TO ALL ACTIONS | **STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING MOTION (JOINT LETTER BRIEF REGARDING SNAP'S ASSERTION OF PRIVILEGE IN CONNECTION WITH 14 REDACTED DOCUMENTS)** |
| | Judge: Honorable Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

27

28

1    Pursuant to the Court's Order Setting Sealing Procedures (ECF No. 341), Plaintiffs and

2  Defendant Snap Inc. ("Snap") submit this stipulation extending the time to make an omnibus

3  sealing filing.

4    On January 14, 2025, the Parties filed the Joint Letter Brief Regarding Snap's Assertion of

5  Privilege in Connection with 14 (Fourteen) Redacted Documents (ECF 1547) and Defendant Snap

6  filed an accompanying temporary sealing motion (ECF 1550) pursuant to ECF 341 regarding

7  material in the brief and exhibits designated under the Protective Order (ECF 1209).

8    Section II.C. of the Court's Order Setting Sealing Procedures permits the Parties, by

9  stipulation, to extend the time to file an Omnibus Stipulation or Omnibus Motion to 21 days after

10  the conclusion of briefing. Given the impact of the recent Los Angeles fires, the Parties agree that

11  extending the time to make the omnibus filing is appropriate.

12    Accordingly, the Parties stipulate that the deadline to file an Omnibus Stipulation and/or

13  Omnibus Motion is extended to February 4, 2025.

14

15  Dated: January 28, 2025                    Respectfully submitted,

16

17                                             */s/ Laura M. Lopez*
                                               Jonathan H. Blavin (SBN 230269)
18                                             MUNGER, TOLLES & OLSON LLP
                                               560 Mission Street, 27th Floor
19                                             San Francisco, CA 94105-3089
                                               Telephone: (415) 512-4000
20                                             Facsimile: (415) 512-4077
                                               Email: jonathan.blavin@mto.com
21

22                                             Rose L. Ehler (SBN 29652)
                                               Victoria A. Degtyareva (SBN 284199)
23                                             Faye Paul Teller (SBN 343506)
                                               Ariel T. Teshuva (SBN 324238)
24                                             Laura M. Lopez (SBN 313450)
                                               MUNGER, TOLLES & OLSON LLP
25                                             350 South Grand Avenue, 50th Floor
                                               Los Angeles, CA 90071-3426
26                                             Telephone: (213) 683-9100
                                               Facsimile: (213) 687-3702
27                                             Email: rose.ehler@mto.com
                                               Email: victoria.degtyareva@mto.com
28

STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING MOTION

Email: Faye.Teller@mto.com
Email: Ariel.Teshuva@mto.com
Email: Laura.Lopez@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

*/s/ James J. Bilsborrow*
JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Telephone: 212-558-5500
Facsimile: 212-344-5461
jbilsborrow@weitzlux.com

LEXI J. HAZAM
**LIEFF    CABRASER    HEIMANN    &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-339
Telephone: 415-956-1000

PREVIN WARREN
**MOTLEY RICE LLC**
401 9th Street NW Suite 630
Washington DC 20004
Telephone: 202-386-9610
pwarren@motleyrice.com

Co-Lead Counsel

CHRISTOPHER A. SEEGER
**SEEGER WEISS, LLP**
55 Challenger Road, 6th floor
Ridgefield Park, NJ 07660
Telephone: 973-639-9100
Facsimile: 973-679-8656
cseeger@seegerweiss.com

Case No. 4:22-MD-03047-YGR
STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING MOTION

Counsel to Co-Lead Counsel and Settlement Counsel

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: 415-986-1400
jenni@andrusanderson.com

Liaison Counsel

JOSEPH G. VANZANDT
**BEASLEY ALLEN CROW METHVIN PORTIS & MILES, P.C.**
234 Commerce Street
Montgomery, AL 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
220 W. Garden Street, 9th Floor
Pensacola, FL 32502
Telephone: 850-316-9100
ejeffcott@forthepeople.com

Federal/State Liaison Counsel

MATTHEW BERGMAN
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 Second Avenue, Suite 2100
Seattle, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org

PAIGE BOLDT
**WATTS GUERRA LLP**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@WattsGuerra.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Telephone: 816-701 1100
tcartmell@wcllp.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 Madison Ave, 7th Floor
New York, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY,
PSC**
2380 Grandview Drive
Ft. Mitchell, KY 41017
Telephone: 888-606-5297
semery@justicestartshere.com

CARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: (646) 666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY,
PSC**
600 West Main Street, Suite 100
Louisville, KY 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th floor
New York, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 Broadway, Suite 2100
Oakland, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212.213.8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, P.C.**
1500 Rosecrans Ave., Ste. 500
Manhattan Beach, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: (818) 839-2333
Facsimile: (818) 986-9698
rtellis@baronbudd.com
dfernandes@baronbudd.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street

-5-                          Case No. 4:22-MD-03047-YGR

STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING MOTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Suite 500
Philadelphia, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
JOSEPH H. MELTZER
**KESSLER TOPAZ MELTZER &
CHECK,
LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com
jmeltzer@ktmc.com

DIANDRA "FU" DEBROSSE
ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205.855.5700
fu@dicellolevitt.com

*Attorneys for Plaintiffs*

STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING MOTION

1

**ATTESTATION**

2    I, Laura M. Lopez, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the

3    filing of this document has been obtained from each signatory hereto.

4

5    DATED:   January 28, 2025                    By:    */s/ Laura M. Lopez*
                                                          Laura M. Lopez
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION EXTENDING TIME TO FILE OMNIBUS SEALING MOTION