Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email:  asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.;*
*Instagram, LLC; Meta Payments, Inc.; and*
*Meta Platforms Technologies, LLC*

*Additional parties and counsel listed on signature page*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| THIS DOCUMENT RELATES TO: | Case Nos. 4:22-md-03047-YGR-PHK |
| *People of the State of California, et al. v. Meta Platforms, Inc., et al.* | 4:23-cv-05448-YGR |
| | **JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |
| | Judge: Hon. Yvonne Gonzalez Rogers Magistrate Judge: Hon. Peter H. Kang |

1

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff the State of Michigan *ex rel.* Dana Nessel, Attorney General of the State of Michigan ("Michigan AG"), and Defendants Meta Platforms, Inc., Instagram, LLC, Meta Payments, Inc. and Meta Platforms Technologies, LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal of the Michigan AG's complaint, without prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees. The parties further stipulate that any and all subpoenas that Defendants served on the named Michigan agencies in connection with the Michigan AG's claims in this action, including the following, are hereby withdrawn with immediate effect: (i) Michigan Department of Education, dated July 29, 2024; (ii) Michigan Department of Health & Human Services, dated July 29, 2024; (iii) Michigan Department of Lifelong Education, Advancement, and Potential, dated August 28, 2024 and November 19, 2024; (iv) Michigan Department of Labor and Economic Opportunity, dated November 19, 2024; (v) Executive Office of the Governor of Michigan, dated November 19, 2024; and (vi) Michigan State Budget Office, dated November 27, 2024; and all outstanding party discovery directed to the State of Michigan in connection with the Michigan AG's claims in this action, including but not limited to discovery sought under Rules 30(b)(6) and 34, is hereby withdrawn with immediate effect.

Dated:  January 28, 2025

Respectfully submitted,

**DANA NESSEL**
Attorney General
State of Michigan

*/s/ Daniel J. Ping*
Daniel J. Ping (P81482)
Assistant Attorney General
Michigan Department of Attorney General
Corporate Oversight Division
P.O. Box 30736
Lansing, MI 48909
517-335-7632
PingD@michigan.gov

*Attorneys for Plaintiff State of Michigan*

**COVINGTON & BURLING LLP**

*/s/ Ashley M. Simonsen* (with permission)
Ashley M. Simonsen (State Bar. No. 275203)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: + 1 (424) 332-4800
Facsimile: +1 (650) 632-4800
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com
Email: pschmidt@cov.com

Emily Johnson Henn (State Bar. No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
Telephone: + 1 (650) 632-4700
Facsimile: +1 (650) 632-4800
Email: ehenn@cov.com

Isaac D. Chaput (State Bar No. 326923)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone: +1 (415) 591-6000
Facsimile: +1 (415) 591-6091
Email: ichaput@cov.com

Gregory L. Halperin, *pro hac vice*
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: +1 (212) 841-1000
Facsimile: +1 (212) 841-1010
Email: ghalperin@cov.com

3

*Attorneys for Defendants Meta Platforms, Inc.;*
*Instagram, LLC; Meta Payments, Inc.; and*
*Meta Platforms Technologies, LLC*

**ATTESTATION**

I, Daniel J. Ping, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the

filing of this document has been obtained from each signatory hereto.

Dated: January 28, 2025                    */s/ Daniel J. Ping*
                                           Daniel J. Ping (P81482)
                                           Assistant Attorney General
                                           Michigan Department of Attorney General
                                           Corporate Oversight Division
                                           P.O. Box 30736
                                           Lansing, MI 48909
                                           517-335-7632
                                           PingD@michigan.gov

JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE