James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

Paul W. Schmidt (*pro hac vice*)
pschmidt@cov.com
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; and Siculus, Inc.*

*Additional counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Judge Yvonne Gonzalez Rogers<br><br>**META DEFENDANTS' NOTICE OF CONDITIONAL JOINDER IN REPLY OF GOOGLE/YOUTUBE AND SNAP DEFENDANTS IN SUPPORT OF SUPPLEMENTAL MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) (Dkt. 1614)** |

**NOTICE OF CONDITIONAL JOINDER IN REPLY**

PLEASE TAKE NOTICE that Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; and Siculus, Inc. (collectively, "Meta") hereby conditionally join the reply of Defendants Snap Inc., YouTube, LLC, and Google LLC ("Movants") in support of Movants' Supplemental Motion to Certify for Interlocutory Appeal. Dkt. 1462 ("Movants' Motion"); Dkt. 1614 ("Movants' Reply").

As set forth in Meta's Notice of Conditional Joinder in Movants' Motion (Dkt. 1463), Meta continues to maintain that the Ninth Circuit has jurisdiction to address these issues through its pending appeal, which is properly before the Ninth Circuit pursuant to 28 U.S.C. § 1291 and the collateral order doctrine. Meta conditionally joins the Movants' Motion and Reply as an independent basis for the Ninth Circuit to review these issues in the event that Meta's appeal is dismissed.

| | |
|---|---|
| Dated: January 28, 2025 | Respectfully submitted, |

**DAVIS POLK & WARDWELL LLP**

*/s/ James P. Rouhandeh*

James P. Rouhandeh (*pro hac vice*)
rouhandeh@davispolk.com
Antonio J. Perez-Marques (*pro hac vice*)
antonio.perez@davispolk.com
Caroline Stern (*pro hac vice*)
caroline.stern@davispolk.com
Corey M. Meyer (*pro hac vice*)
corey.meyer@davispolk.com
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800

**COVINGTON & BURLING LLP**

*/s/ Paul W. Schmidt*

Paul W. Schmidt (*pro hac vice*)
pschmidt@cov.com
Phyllis A. Jones (*pro hac vice*)
pajones@cov.com
Mark W. Mosier (*pro hac vice*)
mmosier@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Meta Payments Inc.; Meta Platforms Technologies, LLC f/k/a Facebook Technologies, LLC; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Instagram, LLC; and Siculus, Inc.*

**ATTESTATION**

I, James P. Rouhandeh, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: January 28, 2025         By: */s/ James P. Rouhandeh*
                                    James P. Rouhandeh