Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
       tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS** |
| ALL ACTIONS | |

As set forth in the Parties' Joint Status Report in advance of the January 17, 2025 Case Management Conference (Dkt. 1515 at 4), the Parties, through their undersigned counsel, hereby stipulate to the following to facilitate the intercircuit assignment of two bellwether cases where *Lexecon* objections have been asserted:

Plaintiffs Dymand McNeal (No. 4:23-cv-01092) and DeKalb County School District (No. 4:23-cv-05733), having originally filed their cases directly into this MDL, will now re-file their cases in

- 1 -                                                    CASE NO. 4:22-MD-03047-YGR

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

Eastern District of Pennsylvania and the Northern District of Georgia, respectively, by February 10, 2025.

Following the opening of those cases, Defendants will tag both cases for transfer to this MDL. Plaintiffs will not oppose the transfer of these actions.

Upon final transfer of each action to this MDL, Plaintiffs will promptly dismiss without prejudice their original, directly filed cases, as replaced by the two newly transferred actions. The newly-transferred actions shall in all respects replace the original, directly-filed actions, including for purposes of determining, *e.g.*, applicable rulings and case deadlines (including deadlines applicable specifically to bellwether cases); and all discovery served and responded to in Plaintiffs' original, directly-filed cases shall be treated as served and responded to in Plaintiffs' re-filed cases. For statute of limitation purposes, the date of filing will refer back to the original, directly-filed actions.

The Parties will advise the Court in writing once the aforementioned steps are complete and provide the case numbers associated with the replacement actions for inclusion in this Court's application for intercircuit assignment.

**IT IS SO ORDERED**,

Dated: _____

                                               **YVONNE GONZALEZ ROGERS**
                                               **UNITED STATES DISTRICT JUDGE**

**IT IS SO STIPULATED AND AGREED.**

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 2 -   CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

| | | |
|---|---|---|
| 1 | Dated: January 31, 2025 | Respectfully submitted, |
| 2 | | **KING & SPALDING LLP** |
| 4 | | By: */s/ Geoffrey M. Drake* |
| | | Geoffrey M. Drake, *pro hac vice* |
| | | TaCara D. Harris, *pro hac vice* |
| | | King & Spalding LLP |
| | | 1180 Peachtree Street, NE, Suite 1600 |
| | | Atlanta, GA 30309-3521 |
| | | Telephone: (404) 572-4600 |
| | | Facsimile: (404) 572-5100 |
| | | Email: gdrake@kslaw.com |
| | | tharris@kslaw.com |
| | | |
| | | Kristen R. Fournier, *pro hac vice* |
| | | King & Spalding LLP |
| | | 1185 Avenue of the Americas, 34th Floor |
| | | New York, NY 10036-2601 |
| | | Telephone: (212) 556-2100 |
| | | Facsimile: (212) 556-2222 |
| | | Email: kfournier@kslaw.com |
| | | |
| | | David P. Mattern, *pro hac vice* |
| | | King & Spalding LLP |
| | | 1700 Pennsylvania Avenue, NW, Suite 900 |
| | | Washington, DC 20006-4707 |
| | | Telephone: (202) 737-0500 |
| | | Facsimile: (202) 626-3737 |
| | | Email: dmattern@kslaw.com |
| | | |
| | | Bailey J. Langner (SBN 307753) |
| | | King & Spalding LLP |
| | | 50 California Street, Suite 3300 |
| | | San Francisco, CA 94111 |
| | | Telephone: (415) 318-1200 |
| | | Facsimile: (415) 318-1300 |
| | | Email: blangner@kslaw.com |
| | | |
| | | *Attorneys for Defendants* |
| | | *TikTok Inc., ByteDance Inc., TikTok Ltd.,* |
| | | *ByteDance Ltd., and TikTok LLC* |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 3 -   CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COVINGTON & BURLING LLP

By: /s/ Ashley M. Simonsen
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

King & Spalding LLP
Attorneys at Law
Atlanta

- 4 -   Case No. 4:22-md-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

| | |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
| 2 | By: */s/ Jonathan H. Blavin*<br>Jonathan H. Blavin, SBN 230269 |
| 3 | MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor |
| 4 | San Francisco, CA 94105-3089<br>Telephone: (415) 512-4000 |
| 5 | Facsimile: (415) 512-4077<br>Email: jonathan.blavin@mto.com |
| 6 | Rose L. Ehler (SBN 29652) |
| 7 | Victoria A. Degtyareva (SBN 284199)<br>Laura M. Lopez, (SBN 313450) |
| 8 | Ariel T. Teshuva (SBN 324238)<br>MUNGER, TOLLES & OLSON LLP |
| 9 | 350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071-3426 |
| 10 | Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |
| 11 | Email: rose.ehler@mto.com<br>Email: victoria.degtyareva@mto.com<br>Email: Ariel.Teshuva@mto.com |
| 12 | |
| 13 | Lauren A. Bell (*pro hac vice*)<br>MUNGER, TOLLES & OLSON LLP |
| 14 | 601 Massachusetts Ave., NW St.,<br>Suite 500 E |
| 15 | Washington, D.C. 20001-5369<br>Telephone: (202) 220-1100 |
| 16 | Facsimile: (202) 220-2300<br>Email: lauren.bell@mto.com |
| 17 | *Attorneys for Defendant Snap Inc.* |

King & Spalding LLP
Attorneys at Law
Atlanta

- 5 -   Case No. 4:22-md-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

|   |   |
|---|---|
| 1 | |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
| 3 | Professional Corporation<br>By: */s/ Brian M. Willen* |
| 4 | Brian M. Willen (*pro hac vice*)<br>WILSON SONSINI GOODRICH & ROSATI |
| 5 | 1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019 |
| 6 | Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899 |
| 7 | Email: bwillen@wsgr.com |
| 8 | Lauren Gallo White (SBN 309075)<br>Samantha A. Machock (SBN 298852) |
| 9 | WILSON SONSINI GOODRICH & ROSATI |
| 10 | One Market Plaza, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 11 | Telephone: (415) 947-2000<br>Facsimile: (415) 947-2099 |
| 12 | Email: lwhite@wsgr.com<br>Email: smachock@wsgr.com |
| 13 | |
| 14 | Christopher Chiou (SBN 233587)<br>Matthew K. Donohue (SBN 302144) |
| 15 | WILSON SONSINI GOODRICH & ROSATI |
| 16 | 953 East Third Street, Suite 100<br>Los Angeles, CA 90013 |
| 17 | Telephone: (323) 210-2900<br>Facsimile: (866) 974-7329 |
| 18 | Email: cchiou@wsgr.com<br>Email: mdonohue@wsgr.com |
| 19 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 20 | |
| 21 | WILLIAMS & CONNOLLY LLP<br>By: */s/ Joseph G. Petrosinelli* |
| 22 | Joseph G. Petrosinelli (*pro hac vice*)<br>jpetrosinelli@wc.com |
| 23 | Ashley W. Hardin (*pro hac vice*)<br>ahardin@wc.com |
| 24 | 680 Maine Avenue, SW<br>Washington, DC 20024 |
| 25 | Telephone.: 202-434-5000<br>Fax: 202-434-5029 |
| 26 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 27 | |
| 28 | |

- 6 -    CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

|   |   |
|---|---|
| 1 | |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>By: */s/ Yardena R. Zwang-Weissman* |
| 3 | Yardena R. Zwang-Weissman (SBN 247111) |
| 4 | 300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>Tel.: 213.612.7238 |
| 5 | Email: yardena.zwang-weissman@morganlewis.com |
| 6 | |
| 7 | Brian Ercole (*pro hac vice*)<br>600 Brickell Avenue, Suite 1600 |
| 8 | Miami, FL 33131-3075<br>Tel.: 305.415.3416<br>Email: brian.ercole@morganlewis.com |
| 9 | |
| 10 | Stephanie Schuster (*pro hac vice*)<br>1111 Pennsylvania Avenue NW |
| 11 | NW Washington, DC 20004-2541<br>Tel.: 202.373.6595 |
| 12 | Email: stephanie.schuster@morganlewis.com |
| 13 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 14 | |
| 15 | By:  */s/ Lexi J. Hazam* |
| 16 | LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN &** |
| 17 | **BERNSTEIN, LLP**<br>275 BATTERY STREET, 29TH FLOOR |
| 18 | SAN FRANCISCO, CA 94111-3339<br>Telephone: 415-956-1000<br>lhazam@lchb.com |
| 19 | |
| 20 | PREVIN WARREN<br>**MOTLEY RICE LLC** |
| 21 | 401 9th Street NW Suite 630<br>Washington DC 20004<br>Telephone: 202-386-9610 |
| 22 | pwarren@motleyrice.com |
| 23 | *Co-Lead Counsel* |
| 24 | CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP** |
| 25 | 55 CHALLENGER ROAD, 6TH FLOOR<br>RIDGEFIELD PARK, NJ 07660 |
| 26 | Telephone: 973-639-9100<br>cseeger@seegerweiss.com |
| 27 | *Counsel to Co-Lead Counsel* |
| 28 | |

- 7 -   CASE NO. 4:22-MD-03047-YGR

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

JENNIE LEE ANDERSON
**ANDRUS ANDERSON, LLP**
155 MONTGOMERY STREET, SUITE 900
SAN FRANCISCO, CA 94104
Telephone: 415-986-1400
jennie@andrusanderson.com

*Liaison Counsel*

EMILY C. JEFFCOTT
**MORGAN & MORGAN**
633 WEST FIFTH STREET, SUITE 2652
LOS ANGELES, CA 90071
Telephone: 213-787-8590
ejeffcott@forthepeople.com

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

*Federal/State Liaisons*

MATTHEW BERGMAN
GLENN DRAPER
**SOCIAL MEDIA VICTIMS LAW CENTER**
821 SECOND AVENUE, SUITE 2100
SEATTLE, WA 98104
Telephone: 206-741-4862
matt@socialmediavictims.org
glenn@socialmediavictims.org

JAMES J. BILSBORROW
**WEITZ & LUXENBERG, PC**
700 BROADWAY
NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

JAYNE CONROY
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 917-882-5522
jconroy@simmonsfirm.com

- 8 -   CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

ALEXANDRA WALSH
**WALSH LAW**
1050 Connecticut Ave, NW, Suite 500
Washington D.C. 20036
Telephone: 202-780-3014
awalsh@alexwalshlaw.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

*Plaintiffs' Steering Committee Leadership*

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

PAIGE BOLDT
**WALSH LAW**
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257
Telephone: 210-448-0500
PBoldt@alexwalshlaw.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

|   |   |
|---|---|
| 1 | |
| 2 | ARRIE GOLDBERG<br>**C.A. GOLDBERG, PLLC**<br>16 Court St.<br>Brooklyn, NY 11241<br>Telephone: 646-666-8908<br>carrie@cagoldberglaw.com |

ARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 10 -     CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
**DAVID FERNANDES**
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

*Plaintiffs' Steering Committee Membership*

*Attorneys for Individual Plaintiffs*

- 11 -    CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

**ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  January 31, 2025

/s/ *Geoffrey M. Drake*
Geoffrey M. Drake

King & Spalding LLP
Attorneys at Law
Atlanta

- 12 -     Case No. 4:22-md-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS