Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
       tharris@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION, <br><br> This Document Relates To: <br><br> ALL ACTIONS | MDL No. 3047 <br><br> Case No. 4:22-md-03047-YGR (PHK) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS** |

    As set forth in the Parties' Joint Status Report in advance of the January 17, 2025 Case Management Conference (Dkt. 1515 at 4), the Parties, through their undersigned counsel, hereby stipulate to the following to facilitate the intercircuit assignment of two bellwether cases where *Lexecon* objections have been asserted:

    Plaintiffs Dymand McNeal (No. 4:23-cv-01092) and DeKalb County School District (No. 4:23-cv-05733), having originally filed their cases directly into this MDL, will now re-file their cases in

- 1 -    CASE NO. 4:22-MD-03047-YGR

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

Eastern District of Pennsylvania and the Northern District of Georgia, respectively, by February 10, 2025.

Following the opening of those cases, Defendants will tag both cases for transfer to this MDL. Plaintiffs will not oppose the transfer of these actions.

Upon final transfer of each action to this MDL, Plaintiffs will promptly dismiss without prejudice their original, directly filed cases, as replaced by the two newly transferred actions. The newly-transferred actions shall in all respects replace the original, directly-filed actions, including for purposes of determining, *e.g.*, applicable rulings and case deadlines (including deadlines applicable specifically to bellwether cases); and all discovery served and responded to in Plaintiffs' original, directly-filed cases shall be treated as served and responded to in Plaintiffs' re-filed cases. For statute of limitation purposes, the date of filing will refer back to the original, directly-filed actions.

The Parties will advise the Court in writing once the aforementioned steps are complete and provide the case numbers associated with the replacement actions for inclusion in this Court's application for intercircuit assignment.

**IT IS SO ORDERED**,

Dated: February 3, 2025

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**

**IT IS SO STIPULATED AND AGREED.**

King & Spalding LLP
Attorneys at Law
Atlanta

- 2 -    Case No. 4:22-md-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

Dated: January 31, 2025

Respectfully submitted,

**KING & SPALDING LLP**

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
       tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com

David P. Mattern, *pro hac vice*
King & Spalding LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

*Attorneys for Defendants*
*TikTok Inc., ByteDance Inc., TikTok Ltd.,*
*ByteDance Ltd., and TikTok LLC*

King & Spalding LLP
Attorneys at Law
Atlanta

- 3 -   Case No. 4:22-md-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc.; Facebook Holdings, LLC; Facebook Operations, LLC; Facebook Payments, Inc.; Facebook Technologies, LLC; Instagram, LLC; Siculus, Inc.; and Mark Elliot Zuckerberg*

King & Spalding LLP
Attorneys at Law
Atlanta

- 4 -   Case No. 4:22-md-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

|   |   |
|---|---|
| 1 | MUNGER, TOLLES & OLSON LLP |
|   | By: */s/ Jonathan H. Blavin* |
| 2 | Jonathan H. Blavin, SBN 230269 |
|   | MUNGER, TOLLES & OLSON LLP |
| 3 | 560 Mission Street, 27th Floor |
|   | San Francisco, CA 94105-3089 |
| 4 | Telephone: (415) 512-4000 |
|   | Facsimile: (415) 512-4077 |
| 5 | Email: jonathan.blavin@mto.com |

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)
Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 5 -   CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

|   |   |
|---|---|
| 1 |  |
| 2 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 3 | By: */s/ Brian M. Willen* |
|   | Brian M. Willen (*pro hac vice*) |
| 4 | WILSON SONSINI GOODRICH & ROSATI |
| 5 | 1301 Avenue of the Americas, 40th Floor |
|   | New York, New York 10019 |
| 6 | Telephone: (212) 999-5800 |
|   | Facsimile: (212) 999-5899 |
| 7 | Email: bwillen@wsgr.com |
| 8 | Lauren Gallo White (SBN 309075) |
|   | Samantha A. Machock (SBN 298852) |
| 9 | WILSON SONSINI GOODRICH & ROSATI |
| 10 | One Market Plaza, Spear Tower, Suite 3300 |
|   | San Francisco, CA 94105 |
| 11 | Telephone: (415) 947-2000 |
|   | Facsimile: (415) 947-2099 |
| 12 | Email: lwhite@wsgr.com |
|   | Email: smachock@wsgr.com |
| 13 |  |
|   | Christopher Chiou (SBN 233587) |
| 14 | Matthew K. Donohue (SBN 302144) |
|   | WILSON SONSINI GOODRICH & ROSATI |
| 15 |  |
|   | 953 East Third Street, Suite 100 |
| 16 | Los Angeles, CA 90013 |
|   | Telephone: (323) 210-2900 |
| 17 | Facsimile: (866) 974-7329 |
|   | Email: cchiou@wsgr.com |
| 18 | Email: mdonohue@wsgr.com |
| 19 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 20 |  |
| 21 | WILLIAMS & CONNOLLY LLP |
|   | By: */s/ Joseph G. Petrosinelli* |
|   | Joseph G. Petrosinelli (*pro hac vice*) |
| 22 | jpetrosinelli@wc.com |
|   | Ashley W. Hardin (*pro hac vice*) |
| 23 | ahardin@wc.com |
|   | 680 Maine Avenue, SW |
| 24 | Washington, DC 20024 |
|   | Telephone.: 202-434-5000 |
| 25 | Fax: 202-434-5029 |
| 26 | *Attorneys for Defendants YouTube, LLC and Google LLC* |
| 27 |  |
| 28 |  |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 6 -    CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS


| | |
|---|---|
| 1 | |
| 2 | MORGAN, LEWIS & BOCKIUS LLP<br>By: */s/ Yardena R. Zwang-Weissman*<br>Yardena R. Zwang-Weissman (SBN 247111)<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>Tel.: 213.612.7238<br>Email: yardena.zwang-weissman@morganlewis.com<br><br>Brian Ercole (*pro hac vice*)<br>600 Brickell Avenue, Suite 1600<br>Miami, FL 33131-3075<br>Tel.: 305.415.3416<br>Email: brian.ercole@morganlewis.com<br><br>Stephanie Schuster (*pro hac vice*)<br>1111 Pennsylvania Avenue NW<br>NW Washington, DC 20004-2541<br>Tel.: 202.373.6595<br>Email: stephanie.schuster@morganlewis.com<br><br>*Attorneys for Defendants YouTube, LLC and Google LLC*<br><br><br>By: */s/ Lexi J. Hazam*<br>LEXI J. HAZAM<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 BATTERY STREET, 29TH FLOOR<br>SAN FRANCISCO, CA 94111-3339<br>Telephone: 415-956-1000<br>lhazam@lchb.com<br><br>PREVIN WARREN<br>**MOTLEY RICE LLC**<br>401 9th Street NW Suite 630<br>Washington DC 20004<br>Telephone: 202-386-9610<br>pwarren@motleyrice.com<br><br>*Co-Lead Counsel*<br><br>CHRISTOPHER A. SEEGER<br>**SEEGER WEISS, LLP**<br>55 CHALLENGER ROAD, 6TH FLOOR<br>RIDGEFIELD PARK, NJ 07660<br>Telephone: 973-639-9100<br>cseeger@seegerweiss.com<br><br>*Counsel to Co-Lead Counsel* |

King & Spalding LLP
Attorneys at Law
Atlanta

- 7 -    Case No. 4:22-md-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

|    |                                                                                                                                                             |
|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1  | JENNIE LEE ANDERSON                                                                                                                                         |
| 2  | **ANDRUS ANDERSON, LLP**<br>155 MONTGOMERY STREET, SUITE 900<br>SAN FRANCISCO, CA 94104                                                                     |
| 3  | Telephone: 415-986-1400<br>jennie@andrusanderson.com                                                                                                        |
| 4  |                                                                                                                                                             |
| 5  | *Liaison Counsel*                                                                                                                                           |
| 6  | EMILY C. JEFFCOTT<br>**MORGAN & MORGAN**                                                                                                                    |
| 7  | 633 WEST FIFTH STREET, SUITE 2652<br>LOS ANGELES, CA 90071<br>Telephone: 213-787-8590                                                                       |
| 8  | ejeffcott@forthepeople.com                                                                                                                                  |
| 9  | JOSEPH VANZANDT<br>**BEASLEY ALLEN**                                                                                                                        |
| 10 | 234 COMMERCE STREET<br>MONTGOMERY, LA 36103                                                                                                                 |
| 11 | Telephone: 334-269-2343<br>joseph.vanzandt@beasleyallen.com                                                                                                 |
| 12 |                                                                                                                                                             |
| 13 | *Federal/State Liaisons*                                                                                                                                    |
| 14 | MATTHEW BERGMAN<br>GLENN DRAPER                                                                                                                             |
| 15 | **SOCIAL MEDIA VICTIMS LAW CENTER**                                                                                                                         |
| 16 | 821 SECOND AVENUE, SUITE 2100<br>SEATTLE, WA 98104                                                                                                          |
| 17 | Telephone: 206-741-4862<br>matt@socialmediavictims.org<br>glenn@socialmediavictims.org                                                                      |
| 18 |                                                                                                                                                             |
| 19 | JAMES J. BILSBORROW<br>**WEITZ & LUXENBERG, PC**                                                                                                            |
| 20 | 700 BROADWAY<br>NEW YORK, NY 10003                                                                                                                          |
| 21 | Telephone: 212-558-5500<br>jbilsborrow@weitzlux.com                                                                                                         |
| 22 | JAYNE CONROY                                                                                                                                                |
| 23 | **SIMMONS HANLY CONROY, LLC**<br>112 MADISON AVE, 7TH FLOOR                                                                                                 |
| 24 | NEW YORK, NY 10016<br>Telephone: 917-882-5522                                                                                                               |
| 25 | jconroy@simmonsfirm.com                                                                                                                                     |
| 26 |                                                                                                                                                             |
| 27 |                                                                                                                                                             |
| 28 |                                                                                                                                                             |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 8 -   CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

```
 1                              ANDRE MURA
                                GIBBS LAW GROUP, LLP
 2                              1111 BROADWAY, SUITE 2100
                                OAKLAND, CA 94607
 3                              Telephone: 510-350-9717
                                amm@classlawgroup.com
 4
                                ALEXANDRA WALSH
 5                              WALSH LAW
                                1050 Connecticut Ave, NW, Suite 500
 6                              Washington D.C. 20036
                                Telephone: 202-780-3014
 7                              awalsh@alexwalshlaw.com

 8                              MICHAEL M. WEINKOWITZ
                                LEVIN SEDRAN & BERMAN, LLP
 9                              510 WALNUT STREET
                                SUITE 500
10                              PHILADELPHIA, PA 19106
                                Telephone: 215-592-1500
11                              mweinkowitz@lfsbalw.com

12                              Plaintiffs' Steering Committee Leadership

13                              RON AUSTIN
                                RON AUSTIN LAW
14                              400 MANHATTAN BLVD.
                                HARVEY, LA 70058
15                              Telephone: 504-227–8100
                                raustin@ronaustinlaw.com
16
                                PAIGE BOLDT
17                              WALSH LAW
                                4 Dominion Drive, Bldg. 3, Suite 100
18                              San Antonio, TX 78257
                                Telephone: 210-448-0500
19                              PBoldt@alexwalshlaw.com

20                              THOMAS P. CARTMELL
                                WAGSTAFF & CARTMELL LLP
21                              4740 Grand Avenue, Suite 300
                                Kansas City, MO 64112
22                              Telephone: 816-701-1100
                                tcartmell@wcllp.com
23
                                SARAH EMERY
24                              HENDY JOHNSON VAUGHN EMERY
                                PSC
25                              600 WEST MAIN STREET, SUITE 100
                                LOUISVILLE, KT 40202
26                              Telephone: 859-600-6725
                                semery@justicestartshere.com
27

28
```

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 9 -                                               CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

ARRIE GOLDBERG
**C.A. GOLDBERG, PLLC**
16 Court St.
Brooklyn, NY 11241
Telephone: 646-666-8908
carrie@cagoldberglaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH E. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

- 10 -   CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

|   |   |
|---|---|
| 1 | HILLARY NAPPI |
|   | **HACH & ROSE LLP** |
| 2 | 112 Madison Avenue, 10th Floor |
|   | New York, New York 10016 |
| 3 | Telephone: 212-213-8311 |
|   | hnappi@hrsclaw.com |
| 4 |   |
|   | EMMIE PAULOS |
| 5 | **LEVIN PAPANTONIO RAFFERTY** |
|   | 316 SOUTH BAYLEN STREET, SUITE 600 |
| 6 | PENSACOLA, FL 32502 |
| 7 | Telephone: 850-435-7107 |
|   | epaulos@levinlaw.com |
| 8 |   |
|   | RUTH THI RIZKALLA |
| 9 | **THE CARLSON LAW FIRM, PC** |
|   | 1500 ROSECRANS AVE., STE. 500 |
| 10 | MANHATTAN BEACH, CA 90266 |
|   | Telephone: 415-308-1915 |
| 11 | rrizkalla@carlsonattorneys.com |
| 12 |   |
|   | ROLAND TELLIS |
| 13 | **DAVID FERNANDES** |
|   | BARON & BUDD, P.C. |
| 14 | 15910 Ventura Boulevard, Suite 1600 |
|   | Encino, CA 91436 |
| 15 | Telephone: 818-839-2333 |
|   | rtellis@baronbudd.com |
| 16 | dfernandes@baronbudd.com |
| 17 | MELISSA YEATES |
|   | **KESSLER TOPAZ MELTZER & CHECK LLP** |
| 18 | 280 KING OF PRUSSIA ROAD |
|   | RADNOR, PA 19087 |
| 19 | Telephone: 610-667-7706 |
|   | myeates@ktmc.com |
| 20 |   |
|   | DIANDRA "FU" DEBROSSE |
| 21 | ZIMMERMANN |
|   | **DICELLO LEVITT** |
| 22 | 505 20th St North |
|   | Suite 1500 |
| 23 | Birmingham, Alabama 35203 |
|   | Telephone: 205-855-5700 |
| 24 | fu@dicellolevitt.com |
| 25 | *Plaintiffs' Steering Committee Membership* |
| 26 | *Attorneys for Individual Plaintiffs* |
| 27 |   |
| 28 |   |

KING & SPALDING LLP
ATTORNEYS AT LAW
ATLANTA

- 11 -    CASE NO. 4:22-MD-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS

## **ATTESTATION**

I, Geoffrey M. Drake, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  January 31, 2025                             */s/ Geoffrey M. Drake*
                                                                     Geoffrey M. Drake

King & Spalding LLP
Attorneys at Law
Atlanta

- 12 -   Case No. 4:22-md-03047-YGR
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING INTERCIRCUIT ASSIGNMENT OF
BELLWETHER DISCOVERY CASES ASSERTING *LEXECON* OBJECTIONS