1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| 11 | IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
|----|---|---|
| 12 | | Case Nos.: 4:22-md-03047-YGR-PHK |
| 13 | | [PROPOSED] ORDER ON OMNIBUS SEALING STIPULATION REGARDING DKT. NOS. 1540 AND 1542 |
| 14 | THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| 15 | | Judge: Hon. Yvonne Gonzalez Rogers |
| 16 | | Magistrate Judge: Hon. Peter H. Kang |

19    Pursuant to Civil Local Rules 7-11 and 79-5 and the Court's May 22, 2023 Protective
20  Order (Dkt. No. 290) and August 1, 2023 Order Granting Motion to File Under Seal; Setting
21  Sealing Procedures (Dkt. No. 341), and after consideration of the moving papers, supporting
22  declaration, the arguments of counsel, and all other matters presented to the Court, the Court
23  rules that good cause exists to seal portions of the Parties' Joint Letter Brief re Certain
24  Noncustodial YouTube Databases and Exhibit A (ECF No. 1540) and Joint Letter Brief re RFP
25  Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) (ECF No. 1542):

| Dkt. No. | Description | Requested Action | Court's Ruling |
|---|---|---|---|
| 1540-1 | Joint Letter Brief re Certain Noncustodial YouTube Databases | Maintain redactions at 1–4 | GRANTED |
| 1540-2 | Exhibit A | Maintain under seal | GRANTED |
| 1542-1 | Joint Letter Brief re RFP Nos. 37 and 50 (Account Sign Up and Cancellation Interfaces) | Maintain redactions at 2, 4 | GRANTED |

**IT IS SO ORDERED.**

DATE:  February 7, 2025

Hon. Peter H. Kang
United States Magistrate Judge