UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY RODRIGUEZ, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 22-md-03047-YGR<br><br>**CLERK'S NOTICE RESETTING CASE MANAGEMENT CONFERENCE** |

    You are hereby notified that Further Case Management Conference and Motion Hearing is reset on Wednesday, February 12, 2025, at 2:00 p.m. in Oakland, Courtroom 1, 4th Floor before Judge Yvonne Gonzalez Rogers.

Dated: February 7, 2025

                                                                Mark B. Busby<br>
                                                                Clerk, United States District Court

                                                                By: _____<br>
                                                               Edwin Angelo A. Cuenco, Deputy Clerk to the<br>
                                                               Honorable YVONNE GONZALEZ ROGERS<br>
                                                               5106373540