[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR (PHK)<br><br>**JOINT STATUS REPORT ON DISCOVERY FOR FEBRUARY 13, 2025 DISCOVERY MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Discovery Management Order ("DMO") No. 2 (ECF 606), the Personal Injury ("PI") and School District and Local Government Entity ("SD") Plaintiffs, State Attorneys General ("State AGs"), and Defendants submit this agenda and joint statement in advance of the February 13, 2025, Discovery Management Conference ("DMC").

**I.    Undisputed Administrative Issues the Parties Would Like to Bring to the Court's Attention Which Do Not Require Court Action**

**A.    Meta v. State AGs**

Some states' agencies have met the substantial completion deadlines most recently ordered by Magistrate Judge Kang on December 31, 2024 (ECF 1495), and others have not, including some who have requested extensions of their deadlines.  Meta and the State AGs are meeting and conferring about whether they can reach agreement on a global extension of all states' agencies' substantial completion deadlines, accompanied by an extension of Meta's deadline, in turn, to complete depositions.  The Parties expect to present any agreement on these extensions they are able to reach via a stipulation and proposed order to be submitted before the DMC.

**II.    Administrative Issues that Are Disputed or Require Court Action**

The Parties do not have any disputed administrative issues that they would like to bring to the Court's attention.

**III.    Ripe Disputes for Which Joint Letter-Briefs ("JLBs") Have Already Been Filed or Will Be Filed Imminently**

**A.    Meta v. Plaintiffs**

1.    Whether and how to count time used by non-MDL/JCCP plaintiffs (namely, AGs from non-MDL states) at depositions with respect to MDL deposition time limits, and whether those limits should be expanded if additional witnesses are added to Meta's initial disclosures who have not previously been identified for deposition

**B.    Meta v. State AGs**

2.    Meta's 30(b)(6) Deposition Notices to States: Topics (JLB to be filed on February 10, 2025)

**IV.    Unripe Disputes**

    **A.    Defendants v. PI Bellwether Plaintiffs**

        1.    Plaintiff Jessica Smith's clawback of communications based upon the patient/therapist privilege and Defendants' request for certain medical records from Plaintiff Jessica Smith

        2.    Defendants' production of bellwether-specific data

        3.    RFPs held in abeyance

        4.    Deposition notices

    **B.    Defendants v. SD Bellwether Plaintiffs**

        1.    Addition of Hillsborough custodians

        2.    Depositions of summary judgment and/or trial witnesses

        3.    Defendants' request to expand SD BW Plaintiff deposition cap for DeKalb

        4.    SD BW Plaintiff preservation/collection and litigation hold issues

        5.    Collection and production of Jordan SD custodian Bryce Dunford's emails from personal account

        6.    District-specific RFPs

        7.    Jordan SD-specific search terms

        8.    Dismissal of non-BW SD cases for failure to submit PFS and SUP-PFS by Court's Implementation Order deadlines

        9.    Bellwether School District RFP Set A

    **C.    Meta and Snap Defendants v. Plaintiffs**

        1.    Stipulated Source Code Protective Order

    **D.    Meta v. Plaintiffs**

        1.    Interrogatories relating to Plaintiff-specific affirmative defenses

        2.    Meta's responses to Interrogatory No. 1 and Plaintiffs' Second, Third, Fourth, and Fifth Set of Interrogatories

        3.    Meta's responses to Plaintiff's First Set of Requests for Admission

4. Meta's written interrogatory responses from Meta Related Actions

5. Plaintiffs' ability to share Highly Confidential documents with Apex witnesses

E. **Meta v. State AGs**

1. Possible extensions of State/agency substantial completion and deposition deadlines

2. Hours allowance for Meta's depositions of State witnesses (if anticipated resolution not reached)

3. State AGs' responses to Meta's First Set of Interrogatories Nos. 1-2, 5-7

4. State AGs' responses to Meta's Second Set of Interrogatories

5. State AGs' responses to Meta's Third Set of RFPs

6. Meta's responses to State AGs' RFP Nos. 102, 162-163

7. Meta's responses to State AGs' RFPs related to structured financial data

8. State AGs' 30(b)(6) Deposition Notice of Meta

F. **Meta v. PI/SD Plaintiffs**

1. School District RFP No. 3 from Set A

2. Privilege disputes

G. **Snap v. PI/SD Plaintiffs**

1. Snap's production of certain non-custodial sources

2. Snap's assertion of privilege over certain hyperlink requests and redacted material

H. **TikTok v. PI/SD Plaintiffs**

1. Personnel materials for certain deponents

2. School District RFP No. 5

3. Plaintiffs' challenges to the TikTok Defendants' privilege claims

4. Interrogatories Sets 4 & 5

5. User Feedback Data Spreadsheets

6.      Errors in TikTok's production of chat files[1]

I.      **YouTube v. PI/SD Plaintiffs**

1.      RFP Nos. 16 and 18, per Stipulated Order (Dkt. 1294) – negotiating search terms

2.      RFP Nos. 86-87 – awaiting proposal from YouTube re search and production of sampling of advertisements responsive to these RFPs

3.      Production and meet-and-confer re non-custodial sources

4.      Privilege log challenges

---

[1] Plaintiffs reserve the right to make this issue ripe and the Parties may ask to update the Court regarding the status of TikTok's document productions at the DMC.

1    Respectfully submitted,

2    DATED: February 7, 2025                    By:  */s/ Lexi J. Hazam*
3                                                    LEXI J. HAZAM
                                                     **LIEFF CABRASER HEIMANN &**
4                                                    **BERNSTEIN, LLP**
                                                     275 BATTERY STREET, 29TH FLOOR
5                                                    SAN FRANCISCO, CA 94111-3339
                                                     Telephone: 415-956-1000
6                                                    lhazam@lchb.com

7
                                                     PREVIN WARREN
8                                                    **MOTLEY RICE LLC**
                                                     401 9th Street NW Suite 630
9                                                    Washington DC 20004
                                                     Telephone: 202-386-9610
10                                                   pwarren@motleyrice.com

11
                                                     Co-Lead Counsel
12
                                                     CHRISTOPHER A. SEEGER
13                                                   **SEEGER WEISS, LLP**
                                                     55 CHALLENGER ROAD, 6TH FLOOR
14                                                   RIDGEFIELD PARK, NJ 07660
                                                     Telephone: 973-639-9100
15                                                   cseeger@seegerweiss.com

16
                                                     Counsel to Co-Lead Counsel and Settlement Counsel
17
                                                     JENNIE LEE ANDERSON
18                                                   **ANDRUS ANDERSON, LLP**
                                                     155 MONTGOMERY STREET, SUITE 900
19                                                   SAN FRANCISCO, CA 94104
                                                     Telephone: 415-986-1400
20                                                   jennie@andrusanderson.com

21
                                                     Liaison Counsel and Ombudsperson
22
                                                     MATTHEW BERGMAN
23                                                   **SOCIAL MEDIA VICTIMS LAW CENTER**
                                                     821 SECOND AVENUE, SUITE 2100
24                                                   SEATTLE, WA 98104
                                                     Telephone: 206-741-4862
25                                                   matt@socialmediavictims.org

26
                                                     JAMES J. BILSBORROW
27                                                   **WEITZ & LUXENBERG, PC**
                                                     700 BROADWAY
28

NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

7

1

2    PAIGE BOLDT
     **ANAPOL WEISS**
3    130 N. 18TH STREET, #1600
     PHILADELPHIA, PA 19103
4    Telephone: 215-929-8822
     pboldt@anapolweiss.com
5

6    THOMAS P. CARTMELL
     **WAGSTAFF & CARTMELL LLP**
7    4740 Grand Avenue, Suite 300
     Kansas City, MO 64112
8    Telephone: 816-701-1100
     tcartmell@wcllp.com
9

10   FELICIA CRAICK
     **KELLER ROHRBACK LLP**
11   1201 THIRD AVENUE, SUITE 3400
     SEATTLE< WA 98101
12   Telephone: 206-623-1900
     fcraick@kellerrohrback.com
13

14   SARAH EMERY
     **HENDY JOHNSON VAUGHN EMERY PSC**
15   600 WEST MAIN STREET, SUITE 100
     LOUISVILLE, KT 40202
16   Telephone: 859-600-6725
     semery@justicestartshere.com
17

18   KIRK GOZA
     **GOZA HONNOLD**
19   9500 NALL AVE. #400
     OVERLAND PARK, KS 66207
20   Telephone: 913-412-2964
     Kgoza @gohonlaw.com
21

22   RONALD E. JOHNSON, JR.
     **HENDY JOHNSON VAUGHN EMERY PSC**
23   600 WEST MAIN STREET, SUITE 100
     LOUISVILLE, KT 40202
24   Telephone: 859-578-4444
     rjohnson@justicestartshere.com
25

26   MATTHEW P. LEGG
     **BROCKSTEDT MANDALAS FEDERICO, LLC**
27   2850 QUARRY LAKE DRIVE, SUITE 220
     BALTIMORE, MD 21209
28   Telephone: 410-421-7777

8

mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &
OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

9

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

1

2

**PHILIP J. WEISER**
Attorney General
State of Colorado

3

4

 */s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*

5

Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*

6

Solicitor General

7

Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General

8

Colorado Department of Law
Ralph L. Carr Judicial Center

9

Consumer Protection Section
1300 Broadway, 7th Floor

10

Denver, CO 80203
Phone: (720) 508-6651

11

krista.batchelder@coag.gov

12

Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

13

14

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*

15

16

**ROB BONTA**
Attorney General

17

State of California

18

 */s/ Megan O'Neill*

19

Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General

20

Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)

21

Supervising Deputy Attorneys General

22

Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)

23

Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)

24

Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General

25

California Department of Justice

26

Office of the Attorney General
455 Golden Gate Ave., Suite 11000

27

San Francisco, CA 94102-7004
Phone: (415) 510-4400

28

Fax: (415) 703-5480

11

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

12

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Acting Director of the New Jersey Division of Consumer Affairs*

COVINGTON & BURLING LLP

By:  */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

KING & SPALDING LLP

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
        tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com
David P. Mattern, *pro hac vice*

14

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc.,
TikTok Ltd., ByteDance Ltd., and TikTok LLC*

MUNGER, TOLLES & OLSON LLP
By: /s/ *Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

15

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013

16

Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

**ATTESTATION**

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: February 7, 2025

By: */s/ Ashley M. Simonsen*

JOINT STATUS REPORT ON DISCOVERY FOR FEBRUARY 13, 2025 DISCOVERY MANAGEMENT CONFERENCE
4:22-md-03047-YGR