Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

*Attorneys for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

*Additional counsel listed on signature pages*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047<br><br>Case No. 4:22-md-03047-YGR<br><br>Honorable Yvonne Gonzalez Rogers<br><br>**META AND STATE AGS' NOTICE OF FILING OF (1) SUBSTANTIAL COMPLETION AND (2) DEPOSITION-RELATED DEADLINES APPLICABLE TO PLAINTIFFS AND/OR STATE AGENCIES IN STATE AG CASES** |

Pursuant to the Court's instruction in the January 24, 2025, Case Management Order, ECF No. 1608, Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC (collectively, "Meta") and the State Attorneys General ("State AGs") provide the Court with the following lists of substantial completion and deposition-related deadlines applicable to Plaintiffs and the state agencies in the State AG cases:

    I.    Substantial Completion Deadlines

    II.    Deadlines for Meta to Serve Notices of Fact Depositions[1]

    III.    Deadlines to Meet and Confer re: Scheduling of Rule 30(b)(6) and Fact Depositions

    IV.    Deadlines to File Discovery Letter Briefs re: Disputes Concerning Scheduling or Taking of Rule 30(b)(6) and Fact Depositions

    V.    Deadlines to Complete Rule 30(b)(6) and Fact Depositions

**I.    Substantial Completion Deadlines (January 10-February 21)[2]**

- January 10 – All other State AGs and state agencies (not otherwise specifically identified on this list)
- January 14 – Nebraska (Governor)
- January 17 – Connecticut, Missouri

---

[1] Meta timely served Rule 30(b)(6) notices to each of the States on December 13, 2024, and amended notices on January 21, 2025.

[2] State agencies in Idaho, Maryland, Maine, Ohio, Washington, and West Virginia are not subject to the substantial completion deadlines discussed in this notice because those State AGs have not pled state consumer protection claims or are in discussions with Meta to dismiss those claims. As of February 10, 2025, at least one agency in the following States did not meet their respective substantial completion deadlines: Arizona, California, Colorado, Hawaii, Illinois, Kansas, Louisiana, Nebraska, New Jersey, New York, Pennsylvania, South Carolina, Wisconsin, and Virginia. New Jersey and certain California agencies have filed motions seeking to enlarge their time to substantially complete document productions. As reported in the Discovery Management Conference Statement, ECF No. 1665, Meta and the State AGs are meeting and conferring about whether they can reach agreement on a global extension of all states' agencies' substantial completion deadlines, accompanied by an extension of Meta's deadline, in turn, to complete depositions. The Parties expect to present any agreement on these extensions they are able to reach via a stipulation and proposed order to be submitted before the Case Management Conference.

- January 22 – North Carolina (Governor and DPI)
- January 24 – Louisiana, North Carolina (DHHS)
- January 31 – Arizona, Illinois, Indiana, Kansas, Michigan, Minnesota, New York, Ohio, Washington, Wisconsin, Oregon (agreement by Parties), South Carolina (agreement by Parties), Virginia (agreement by Parties)
- February 3 – California (CalHHS, DHCS, and MHSOAC),[3] Colorado, Delaware, South Dakota (all agencies except DSS)
- February 7 – California (including the California executive agencies), Hawaii, Maine, Nebraska (all other agencies, besides Governor), New Jersey, Pennsylvania, Rhode Island
- February 10 – South Dakota (DSS)
- February 21 – Kentucky

II. **Deadlines for Meta to Serve Notices of Fact Depositions (February 14-March 5)**

- February 14 – North Carolina
- February 21 – All other State AGs and state agencies (not otherwise specifically identified on this list)
- March 5 – Rhode Island

III. **Deadlines to Meet and Confer re: Scheduling of Rule 30(b)(6) and Fact Depositions (January 6-February 14)**

A. **30(b)(6) Depositions**

- Deadlines began to pass on January 6, and have passed for all State AGs and state agencies.

B. **Fact Depositions**

- February 14 – All State AGs and state agencies

---

[3] The Mental Health Services Oversight and Accountability Commission ("MHSOAC") is now known as the Behavioral Health Services Oversight and Accountability Commission ("BHSOAC").

3

META AND STATE AGS' NOTICE OF FILING OF (1) SUBSTANTIAL COMPLETION AND (2) DEPOSITION-RELATED DEADLINES APPLICABLE TO PLAINTIFFS AND/OR STATE AGENCIES IN STATE AG CASES
4:22-md-03047-YGR

IV. **Deadlines to File Discovery Letter Briefs re: Disputes Concerning Scheduling or Taking of Rule 30(b)(6) and Fact Depositions (January 13-March 14)**

   A. **30(b)(6) Depositions**

   - Deadlines began to pass on January 13, and have passed for all State AGs and state agencies.[4]

   B. **Fact Depositions**

   - February 21 – All State AGs and state agencies other than the below.

   - March 14 – North Carolina

V. **Deadlines to Complete Rule 30(b)(6) and Fact Depositions (March 7-April 4)**

   A. **Completion of 30(b)(6) Depositions**

   - March 7 – All other State AGs and agencies other than the below.

   - March 14 – Indiana

   - March 17 – Washington

   - March 28 – Kentucky

   - April 4 – Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kansas, Michigan, Minnesota, Nebraska, Rhode Island

   B. **Completion of Fact Depositions**

   - April 4 – All State AGs and state agencies

DATED: February 10, 2025                    Respectfully submitted,

                                            **COVINGTON & BURLING LLP**

                                            */s/ Ashley M. Simonsen*
                                            Ashley M. Simonsen, SBN 275203
                                            COVINGTON & BURLING LLP
                                            1999 Avenue of the Stars
                                            Los Angeles, CA 90067
                                            Telephone: (424) 332-4800
                                            Facsimile: + 1 (424) 332-4749
                                            Email: asimonsen@cov.com

---

[4] Meta and the State AGs continue to meet and confer regarding Meta's amended 30(b)(6) notices and intend to file a joint letter brief on February 10, 2025 regarding certain disputes related to those notices.

4

META AND STATE AGS' NOTICE OF FILING OF (1) SUBSTANTIAL COMPLETION AND (2) DEPOSITION-RELATED DEADLINES APPLICABLE TO PLAINTIFFS AND/OR STATE AGENCIES IN STATE AG CASES
4:22-md-03047-YGR

Phyllis A. Jones, pro hac vice
Paul W. Schmidt, pro hac vice
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.; Instagram, LLC; Meta Payments, Inc.; and Meta Platforms Technologies, LLC*

**ROB BONTA**
Attorney General
State of California

*/s/ Megan O'Neill*
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
David Beglin (CA SBN 356401)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480
Megan.ONeill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado

*/s/ Krista Batchelder*
Krista Batchelder, CO Reg. No. 45066, *pro hac vice*

Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Lauren M. Dickey, CO Reg. No. 45773, pro hac vice
First Assistant Attorney General
Elizabeth Orem, CO Reg. No. 58309 pro hac vice
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 9th Floor
Denver, CO 80203
Phone: (720) 508-6000
krista.batchelder@coag.gov
lauren.dickey@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109), *Pro hac vice*
Philip Heleringer (KY Bar No. 96748), *Pro hac vice*
Zachary Richards (KY Bar No. 99209), *Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264), *Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292), *Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008), *Pro hac vice*
Section Chief, Deputy Attorney General

6
META AND STATE AGS' NOTICE OF FILING OF (1) SUBSTANTIAL COMPLETION AND (2) DEPOSITION-RELATED DEADLINES
APPLICABLE TO PLAINTIFFS AND/OR STATE AGENCIES IN STATE AG CASES
4:22-md-03047-YGR

Thomas Huynh (NJ Bar No. 200942017), *Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021), *Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021), *Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General and the New Jersey Division of Consumer Affairs, Matthew J. Platkin, Attorney General for the State of New Jersey, and Cari Fais, Director of the New Jersey Division of Consumer Affairs*

## ATTESTATION

I, Ashley M. Simonsen, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: February 10, 2025        By:    */s/ Ashley M. Simonsen*
                                              Ashley M. Simonsen