[*Parties and Counsel Listed on Signature Pages*]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SOCIAL MEDIA ADOLESCENT ADDICTION/PERSONAL INJURY PRODUCTS LIABILITY LITIGATION | MDL No. 3047 |
| | Case No. 4:22-md-03047-YGR (PHK) |
| This Document Relates To: | **JOINT STATUS REPORT ON DISCOVERY FOR MARCH 20, 2025 DISCOVERY MANAGEMENT CONFERENCE** |
| ALL ACTIONS | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Magistrate Judge: Hon. Peter H. Kang |

Pursuant to Discovery Management Order ("DMO") No. 2 (ECF 606), the Personal Injury ("PI") and School District and Local Government Entity ("SD") Plaintiffs, State Attorneys General ("State AGs"), and Defendants submit this agenda and joint statement in advance of the March 20, 2025, Discovery Management Conference ("DMC").

I.    **Undisputed Administrative Issues the Parties Would Like to Bring to the Court's Attention Which Do Not Require Court Action**

    A.    **Meta v. State AGs**

        1.    **Update on State Agency Agreements and Productions Following District Court's March 6 & 10 Orders**

In orders issued on March 6 and 10, 2025, the District Court denied the States' motion for relief from this Court's September 6, 2024 agency discovery order (ECF 1117) as to 22 States, but granted relief as to 8 States: Delaware, Kansas, Louisiana, Missouri, Nebraska, Rhode Island, South Carolina, and Wisconsin. *See* ECF 1741 and 1754. Of these 8 States:

- **Missouri** has agreed in principle to dismiss its case subject to the Parties' memorializing their agreement in writing, as previously reported to the Court. *See, e.g.*, ECF 1430-15, 1482 at 26.

- **Kansas**: An update will be provided at the DMC.

- **South Carolina**: Agrees to complete the State's production of state agency documents for the discovery already served under the following conditions. First, that Meta submits to South Carolina in writing that by the South Carolina Attorney General's Office proceeding forward in the production of state agency documents, it was not a waiver of any argument made by South Carolina as it relates to custody, possession, or control of state agency documents. The South Carolina Attorney General's Office states that it is not acting as counsel for these agencies. Second, that all the state agencies consented to the South Carolina Attorney General's Office proceeding with the production of their documents. Finally, an agreement from Meta that South Carolina has already satisfied substantial completion deadlines in its production of documents, but that additional state agency documents would be produced no later than March 28, 2025, and privilege logs produced no later than April 18, 2025. Meta is currently in negotiations with South Carolina with respect to these

conditions and expects to reach resolution without requiring the Court's intervention.

- **Nebraska** has told Meta that, within the limited scope of its representation of specified state agencies for purposes of document discovery and production and without waiving its objections, it will abide by its existing state agency document discovery agreements with Meta, and will complete its production of state agency documents by the deadlines set forth in the stipulated schedule that this Court so-ordered (ECF 1696).

- **Wisconsin** has told Meta that, without waiving its objections, it will abide by its existing state agency document discovery agreement with Meta, and will complete its production of state agency documents by the deadlines set forth in the stipulated schedule that this Court so-ordered (ECF 1696).

- **Rhode Island** has entered into negotiations with Meta to narrow its claims assuming the parties can reach a mutually agreeable stipulation regarding ongoing discovery obligations.

- The **Louisiana** Attorney General's Office will produce to Meta the responsive agency documents that it currently has in its possession, but each state agency may have additional documents responsive to the existing state agency document discovery agreements that have yet to be provided to the Attorney General's Office.  Yesterday, the Attorney General's Office asked Meta to contact those state agencies directly about the status of their remaining document productions.  Meta has reached out to those agencies to schedule a call about the status of their document productions, and is waiting to hear back.

- The **Delaware** Attorney General's Office has shared the District Court's order with the Delaware state agencies covered by this Court's September 6, 2024 agency discovery order (ECF 1117), advised Meta that two agencies are in the process of retaining outside counsel, and told Meta to await such contact from such soon-to-be-retained outside counsel.  The Delaware Governor's Office separately reached out to schedule a call with Meta, and that call is now scheduled for Monday.

## II.     Administrative Issues that Are Disputed or Require Court Action

The Parties do not have any disputed administrative issues that they would like to bring to the Court's attention.

III.    **Ripe Disputes for Which Joint Letter-Briefs ("JLBs") Have Already Been Filed or Will Be Filed Imminently**

    A.    **Defendants v. PI Bellwethers**

        1.    Plaintiff Jessica Smith's clawback of communications based upon the assertion of patient/therapist privilege and Defendants' request for certain medical records from Plaintiff Jessica Smith (Supplemental Joint Letter Brief filed under seal on March 13, 2025) (ECF 1761)

    B.    **Meta v. All Plaintiffs**

        1.    Plaintiffs' Request for Clarification re the Requirements Under the Protective Order for Showing Highly Confidential "Meta Platforms" Custodian Documents to Former Meta Employees in Deposition (Joint Letter Brief To Be Filed March 18, 2025)

        2.    Plaintiffs' Notices of Intent to Take Depositions of Three Former Meta Employee Witnesses[1]

    C.    **Meta v. State AGs**

        1.    Meta's Amended 30(b)(6) Notice to Certain States Only Asserting COPPA Claims (or Transitioning to Such Status) (Joint Letter Brief To Be Filed March 17, 2025)

        2.    Meta's Responses and Objections ("R&Os") to State AGs' RFP No. 102 (Joint Letter Brief To Be Filed March 18, 2025)

    D.    **YouTube v. PI/SD Plaintiffs**

        1.    Plaintiffs' 30(b)(6) Notices (Joint Letter Brief To Be Filed March 18, 2025)

    E.    **Meta v. Third Parties**

        1.    Meta's Subpoenas for Documents from Former Employees Bejar and Jayakumar (Joint Letter Briefs Filed March 14, 2025) (ECF 1764, 1765)

---

[1] The Parties had an initial conferral on this issue on Friday, March 14, and have not yet had an H.2 conference. This issue may or may not be ripe in advance of the DMC.

IV.     **Unripe Disputes**

    A.     **Defendants v. PI Bellwethers**

        1.     Craig and McNeal – number and timing of depositions of third-party witnesses

        2.     Craig – court order related to prohibition on internet access

        3.     Mullen – deposition of witness located in Switzerland

        4.     S.K. – Plaintiff's production of documents from non-Defendant social media accounts

        5.     Defendants' production of bellwether-specific data

        6.     RFPs held in abeyance

        7.     Number and timing of depositions of third-party witnesses

    B.     **Defendants v. SD Bellwethers**

        1.     Bellwether School District RFP Set A

        2.     30(b)(6) Notice [Chathams]

        3.     Disputes re Privilege Logs

        4.     Interrogatory No. 4 Deficiencies

        5.     Interrogatory No. 5 Deficiencies

        6.     Non-Custodial Sources

        7.     Non-Bellwether PFS Deficiencies

        8.     SD Plaintiffs' 30(b)(6) Deposition Notices to Defendants

    C.     **Meta v. All Plaintiffs**

        1.     Interrogatories relating to Plaintiff-specific affirmative defenses

        2.     Meta's R&Os to Plaintiffs' Second and Third Sets of ROGs

        3.     Meta's written interrogatory responses from Meta Related Actions

        4.     Meta v. PI/SD Plaintiffs

        5.     School District RFP No. 3 from Set A

        6.     Privilege disputes

D.    **Meta v. State AGs**

       1.    Meta's Document Requests to the California Governor's Office of Business and Economic Development

       2.    State AGs' R&Os to Meta's Third Set of RFPs

       3.    State AGs' R&Os to Meta's First and Second Set of ROGs

       4.    State AGs' 30(b)(6) Deposition Notice to Meta

       5.    Meta's Amended 30(b)(6) Notice to States Asserting Both Consumer Protection and COPPA Claims[2]

       6.    Meta's R&Os to the State AGs' RFPs and ROGs related to financial data and information

E.    **Snap v. PI/SD Plaintiffs**

       1.    Production schedule for Snap's substantial completion of custodial Snapchat communications

       2.    Scope of Plaintiffs' Rule 30(b)(6) notice regarding school district-related topics

F.    **TikTok v. PI/SD Plaintiffs**

       1.    School District RFP No. 5

       2.    Plaintiffs' challenges to the TikTok Defendants' privilege claims

       3.    Interrogatories Sets 4 & 5

       4.    Apex depositions

       5.    Plaintiffs' request for work-related text messages stored on a company employee's personal cell phone

       6.    Counsel's questioning in and objections at company witness depositions

       7.    Plaintiffs' request for additional Zoom and other meeting recordings

       8.    Interrogatories Set 7

G.    **YouTube v. PI/SD Plaintiffs**

       1.    RFP Nos. 16 and 18

---

[2] The State AGs contend this issue is ripe.

2.    RFP Nos. 37 and 50

3.    RFP 62, 69, 71-72, 76, and 79

4.    Interrogatories Set 2 (No. 2)

5.    RFP Sets 11 and 12

6.    RFP Nos. 107-109

7.    RFP Nos. 86-87

8.    Non-Custodial Sources[3]

9.    YouTube Amended Disclosures[4]

---

[3] Plaintiffs contend this issue is ripe.

[4] Plaintiffs contend this issue is ripe.

Respectfully submitted,

DATED: March 14, 2025                    By:  */s/ Lexi J. Hazam*
                                         LEXI J. HAZAM
                                         **LIEFF CABRASER HEIMANN &**
                                         **BERNSTEIN, LLP**
                                         275 BATTERY STREET, 29TH FLOOR
                                         SAN FRANCISCO, CA 94111-3339
                                         Telephone: 415-956-1000
                                         lhazam@lchb.com

                                         PREVIN WARREN
                                         **MOTLEY RICE LLC**
                                         401 9th Street NW Suite 630
                                         Washington DC 20004
                                         Telephone: 202-386-9610
                                         pwarren@motleyrice.com

                                         Co-Lead Counsel

                                         CHRISTOPHER A. SEEGER
                                         **SEEGER WEISS, LLP**
                                         55 CHALLENGER ROAD, 6TH FLOOR
                                         RIDGEFIELD PARK, NJ 07660
                                         Telephone: 973-639-9100
                                         cseeger@seegerweiss.com

                                         Counsel to Co-Lead Counsel and Settlement Counsel

                                         JENNIE LEE ANDERSON
                                         **ANDRUS ANDERSON, LLP**
                                         155 MONTGOMERY STREET, SUITE 900
                                         SAN FRANCISCO, CA 94104
                                         Telephone: 415-986-1400
                                         jennie@andrusanderson.com

                                         Liaison Counsel and Ombudsperson

                                         MATTHEW BERGMAN
                                         **SOCIAL MEDIA VICTIMS LAW CENTER**
                                         821 SECOND AVENUE, SUITE 2100
                                         SEATTLE, WA 98104
                                         Telephone: 206-741-4862
                                         matt@socialmediavictims.org

                                         JAMES J. BILSBORROW
                                         **WEITZ & LUXENBERG, PC**
                                         700 BROADWAY

NEW YORK, NY 10003
Telephone: 212-558-5500
jbilsborrow@weitzlux.com

ELLYN HURD
**SIMMONS HANLY CONROY, LLC**
112 MADISON AVE, 7TH FLOOR
NEW YORK, NY 10016
Telephone: 212-257-8482
ehurd@simmonsfirm.com

ANDRE MURA
**GIBBS LAW GROUP, LLP**
1111 BROADWAY, SUITE 2100
OAKLAND, CA 94607
Telephone: 510-350-9717
amm@classlawgroup.com

MICHAEL M. WEINKOWITZ
**LEVIN SEDRAN & BERMAN, LLP**
510 WALNUT STREET
SUITE 500
PHILADELPHIA, PA 19106
Telephone: 215-592-1500
mweinkowitz@lfsbalw.com

MELISSA YEATES
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
myeates@ktmc.com

Plaintiffs' Steering Committee Leadership

RON AUSTIN
**RON AUSTIN LAW**
400 MANHATTAN BLVD.
HARVEY, LA 70058
Telephone: 504-227–8100
raustin@ronaustinlaw.com

AELISH M. BAIG
**ROBBINS GELLER RUDMAN & DOWD LLP**
1 MONTGOMERY STREET, #1800
SAN FRANCISCO, CA 94104
Telephone: 415-288-4545
AelishB@rgrd.com

PAIGE BOLDT
**ANAPOL WEISS**
130 N. 18TH STREET, #1600
PHILADELPHIA, PA 19103
Telephone: 215-929-8822
pboldt@anapolweiss.com

THOMAS P. CARTMELL
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: 816-701-1100
tcartmell@wcllp.com

FELICIA CRAICK
**KELLER ROHRBACK LLP**
1201 THIRD AVENUE, SUITE 3400
SEATTLE< WA 98101
Telephone: 206-623-1900
fcraick@kellerrohrback.com

SARAH EMERY
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-600-6725
semery@justicestartshere.com

KIRK GOZA
**GOZA HONNOLD**
9500 NALL AVE. #400
OVERLAND PARK, KS 66207
Telephone: 913-412-2964
Kgoza @gohonlaw.com

RONALD E. JOHNSON, JR.
**HENDY JOHNSON VAUGHN EMERY PSC**
600 WEST MAIN STREET, SUITE 100
LOUISVILLE, KT 40202
Telephone: 859-578-4444
rjohnson@justicestartshere.com

MATTHEW P. LEGG
**BROCKSTEDT MANDALAS FEDERICO, LLC**
2850 QUARRY LAKE DRIVE, SUITE 220
BALTIMORE, MD 21209
Telephone: 410-421-7777

mlegg@lawbmf.com

SIN-TING MARY LIU
**AYLSTOCK WITKIN KREIS &**
**OVERHOLTZ, PLLC**
17 EAST MAIN STREET, SUITE 200
PENSACOLA, FL 32502
Telephone: 510-698-9566
mliu@awkolaw.com

JAMES MARSH
**MARSH LAW FIRM PLLC**
31 HUDSON YARDS, 11TH FLOOR
NEW YORK, NY 10001-2170
Telephone: 212-372-3030
jamesmarsh@marshlaw.com

JOSEPH H. MELTER
**KESSLER TOPAZ MELTZER & CHECK LLP**
280 KING OF PRUSSIA ROAD
RADNOR, PA 19087
Telephone: 610-667-7706
jmeltzer@ktmc.com

HILLARY NAPPI
**HACH & ROSE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016
Telephone: 212-213-8311
hnappi@hrsclaw.com

EMMIE PAULOS
**LEVIN PAPANTONIO RAFFERTY**
316 SOUTH BAYLEN STREET, SUITE 600
PENSACOLA, FL 32502
Telephone: 850-435-7107
epaulos@levinlaw.com

RUTH THI RIZKALLA
**THE CARLSON LAW FIRM, PC**
1500 ROSECRANS AVE., STE. 500
MANHATTAN BEACH, CA 90266
Telephone: 415-308-1915
rrizkalla@carlsonattorneys.com

ROLAND TELLIS
DAVID FERNANDES
**BARON & BUDD, P.C.**

11

15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com

DIANDRA "FU" DEBROSSE ZIMMERMANN
**DICELLO LEVITT**
505 20th St North
Suite 1500
Birmingham, Alabama 35203
Telephone: 205-855-5700
fu@dicellolevitt.com

Plaintiffs' Steering Committee Membership

JOSEPH VANZANDT
**BEASLEY ALLEN**
234 COMMERCE STREET
MONTGOMERY, LA 36103
Telephone: 334-269-2343
joseph.vanzandt@beasleyallen.com

Federal/State Liaison

*Attorneys for Individual Plaintiffs*

**PHILIP J. WEISER**
Attorney General
State of Colorado

 _/s/ Krista Batchelder_
Krista Batchelder, CO Reg. No. 45066,
*pro hac vice*
Deputy Solicitor General
Shannon Stevenson, CO Reg. No. 35542, *pro hac vice*
Solicitor General
Elizabeth Orem, CO Reg. No. 58309, *pro hac vice*
Assistant Attorney General
Colorado Department of Law
Ralph L. Carr Judicial Center
Consumer Protection Section
1300 Broadway, 7th Floor
Denver, CO 80203
Phone: (720) 508-6651
krista.batchelder@coag.gov
Shannon.stevenson@coag.gov
Elizabeth.orem@coag.gov

*Attorneys for Plaintiff State of Colorado, ex rel.*
*Philip J. Weiser, Attorney General*


**ROB BONTA**
Attorney General
State of California

 _/s/ Megan O'Neill_
Nicklas A. Akers (CA SBN 211222)
Senior Assistant Attorney General
Bernard Eskandari (SBN 244395)
Emily Kalanithi (SBN 256972)
Supervising Deputy Attorneys General
Nayha Arora (CA SBN 350467)
Megan O'Neill (CA SBN 343535)
Joshua Olszewski-Jubelirer (CA SBN 336428)
Marissa Roy (CA SBN 318773)
Brendan Ruddy (CA SBN 297896)
Deputy Attorneys General
California Department of Justice
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
Phone: (415) 510-4400
Fax: (415) 703-5480

13

Megan.Oneill@doj.ca.gov

*Attorneys for Plaintiff the People of the State of California*

**RUSSELL COLEMAN**
Attorney General
Commonwealth of Kentucky

*/s/ Philip Heleringer*
J. Christian Lewis (KY Bar No. 87109),
*Pro hac vice*
Philip Heleringer (KY Bar No. 96748),
*Pro hac vice*
Zachary Richards (KY Bar No. 99209),
*Pro hac vice*
Daniel I. Keiser (KY Bar No. 100264),
*Pro hac vice*
Matthew Cocanougher (KY Bar No. 94292),
*Pro hac vice*
Assistant Attorneys General
1024 Capital Center Drive, Suite 200
Frankfort, KY 40601
CHRISTIAN.LEWIS@KY.GOV
PHILIP.HELERINGER@KY.GOV
ZACH.RICHARDS@KY.GOV
DANIEL.KEISER@KY.GOV
MATTHEW.COCANOUGHER@KY.GOV
Phone: (502) 696-5300
Fax: (502) 564-2698

*Attorneys for Plaintiff the Commonwealth of Kentucky*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

*/s/ Thomas Huynh*
Kashif T. Chand (NJ Bar No. 016752008),
*Pro hac vice*
Section Chief, Deputy Attorney General
Thomas Huynh (NJ Bar No. 200942017),
*Pro hac vice*
Assistant Section Chief, Deputy Attorney General
Verna J. Pradaxay (NJ Bar No. 335822021),
*Pro hac vice*
Mandy K. Wang (NJ Bar No. 373452021),

14

*Pro hac vice*
Deputy Attorneys General
New Jersey Office of the Attorney General,
Division of Law
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel: (973) 648-2052
Kashif.Chand@law.njoag.gov
Thomas.Huynh@law.njoag.gov
Verna.Pradaxay@law.njoag.gov
Mandy.Wang@law.njoag.gov

*Attorneys for Plaintiffs New Jersey Attorney General*
*and the New Jersey Division of Consumer Affairs*
*Matthew J. Platkin, Attorney General for the State of*
*New Jersey, and Cari Fais, Acting Director of the New*
*Jersey Division of Consumer Affairs*

JOINT STATUS REPORT ON DISCOVERY FOR MARCH 20, 2025 DISCOVERY MANAGEMENT CONFERENCE
4:22-md-03047-YGR

COVINGTON & BURLING LLP

By: */s/ Ashley M. Simonsen*
Ashley M. Simonsen, SBN 275203
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Telephone: (424) 332-4800
Facsimile: + 1 (424) 332-4749
Email: asimonsen@cov.com

Phyllis A. Jones, *pro hac vice*
Paul W. Schmidt, *pro hac vice*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: + 1 (202) 662-6000
Facsimile: + 1 (202) 662-6291
Email: pajones@cov.com

*Attorney for Defendants Meta Platforms, Inc.*
*f/k/a Facebook, Inc.; Facebook Holdings,*
*LLC; Facebook Operations, LLC; Facebook*
*Payments, Inc.; Facebook Technologies, LLC;*
*Instagram, LLC; Siculus, Inc.; and Mark Elliot*
*Zuckerberg*

KING & SPALDING LLP

By: */s/ Geoffrey M. Drake*
Geoffrey M. Drake, *pro hac vice*
TaCara D. Harris, *pro hac vice*
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
Email: gdrake@kslaw.com
          tharris@kslaw.com

Kristen R. Fournier, *pro hac vice*
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Email: kfournier@kslaw.com
David P. Mattern, *pro hac vice*

KING & SPALDING LLP
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006-4707
Telephone: (202) 737-0500
Facsimile: (202) 626-3737
Email: dmattern@kslaw.com

Bailey J. Langner (SBN 307753)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
Email: blangner@kslaw.com

Andrea Roberts Pierson, *pro hac vice*
FAEGRE DRINKER LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: + 1 (317) 237-0300
Facsimile: + 1 (317) 237-1000
Email: andrea.pierson@faegredrinker.com

Amy R. Fiterman, *pro hac vice*
FAEGRE DRINKER LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: +1 (612) 766-7768
Facsimile: +1 (612) 766-1600
Email: amy.fiterman@faegredrinker.com

*Attorneys for Defendants TikTok Inc., ByteDance Inc., TikTok Ltd., ByteDance Ltd., and TikTok LLC*

MUNGER, TOLLES & OLSON LLP
By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin, SBN 230269
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-3089
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Email: jonathan.blavin@mto.com

Rose L. Ehler (SBN 29652)
Victoria A. Degtyareva (SBN 284199)

17

Laura M. Lopez, (SBN 313450)
Ariel T. Teshuva (SBN 324238)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: rose.ehler@mto.com
Email: victoria.degtyareva@mto.com
Email: Ariel.Teshuva@mto.com

Lauren A. Bell (*pro hac vice forthcoming*)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave., NW St.,
Suite 500 E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300
Email: lauren.bell@mto.com

*Attorneys for Defendant Snap Inc.*

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
By: */s/ Brian M. Willen*
Brian M. Willen (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

Lauren Gallo White (SBN 309075)
Samantha A. Machock (SBN 298852)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
Email: smachock@wsgr.com

Christopher Chiou (SBN 233587)
Matthew K. Donohue (SBN 302144)
WILSON SONSINI GOODRICH & ROSATI
953 East Third Street, Suite 100
Los Angeles, CA 90013

18

Telephone: (323) 210-2900
Facsimile: (866) 974-7329
Email: cchiou@wsgr.com
Email: mdonohue@wsgr.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

WILLIAMS & CONNOLLY LLP
By: */s/ Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Ashley W. Hardin (*pro hac vice*)
ahardin@wc.com
680 Maine Avenue, SW
Washington, DC 20024
Telephone.: 202-434-5000
Fax: 202-434-5029

*Attorneys for Defendants YouTube, LLC and Google LLC*

MORGAN, LEWIS & BOCKIUS LLP
By: */s/ Yardena R. Zwang-Weissman*
Yardena R. Zwang-Weissman (SBN 247111)
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.7238
Email: yardena.zwang-weissman@morganlewis.com

Brian Ercole (*pro hac vice*)
600 Brickell Avenue, Suite 1600
Miami, FL 33131-3075
Tel.: 305.415.3416
Email: brian.ercole@morganlewis.com

Stephanie Schuster (*pro hac vice*)
1111 Pennsylvania Avenue NW
NW Washington, DC 20004-2541
Tel.: 202.373.6595
Email: stephanie.schuster@morganlewis.com

*Attorneys for Defendants YouTube, LLC and Google LLC*

## **ATTESTATION**

I, Lexi J. Hazam, hereby attest, pursuant to N.D. Cal. Civil L.R. 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated: March 14, 2025

By:    */s/ Lexi J. Hazam*
       Lexi J. Hazam